## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                      :    Chapter 11

                          :

FRANCESCA'S HOLDINGS CORPORATION,   :    Case No. 20-13076 (BLS)
*et al.*,[1]

                          :

             Debtors.          :    Jointly Administered

------------------------------------------------------------- x

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## FRANCESCA'S COLLECTIONS, INC.
## (CASE NO. 20-13078)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Francesca's Holdings Corporation (4704), Francesca's LLC (2500), Francesca's Collections, Inc. (4665), and Francesca's Services Corporation (5988). The address of the Debtors' corporate headquarters is 8760 Clay Road, Houston, Texas 77080.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                  :        Chapter 11
                                                        :
FRANCESCA'S HOLDINGS CORPORATION,                       :        Case No. 20-13076 (BLS)
*et al.*,[1]                                             :
                                                        :        Jointly Administered
                                        Debtors.         :
                                                        :
-------------------------------------------------------------- x

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Francesca's Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code, §§ 101-1532, *et seq*. (the "**Bankruptcy Code**"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 1007.1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

Mrs. Cynthia Thomassee, the Chief Financial Officer of Francesca's Holdings Corporation and an authorized signatory for each of the Debtors, has signed each of the Schedules and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Francesca's Holdings Corporation (4704), Francesca's LLC (2500), Francesca's Collections, Inc. (4665), and Francesca's Services Corporation (5988). The address of the Debtors' corporate headquarters is 8760 Clay Road, Houston, Texas 77080.

[2] The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

Statements. In reviewing and signing the Schedules and Statements, Mrs. Thomassee necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mrs. Thomassee has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. The Debtors, and their officers, employees, agents, attorneys and financial advisors shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**1.     Global Notes Control**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**2.     Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors, omissions, or inaccuracies, some of which may be material, may exist. The Debtors reserve all of their rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, the validity, extent, or perfection of any lien, substantive consolidation, defenses, equitable subordination, recharacterization, assumption or rejection of any executory contracts or unexpired leases, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to

recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, in Statement Question 4, Schedule B, and Schedule F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all of their rights with respect to such obligations.

**3.**      **Basis of Presentation**. For financial reporting purposes, the Debtors historically prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on an unconsolidated basis. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined below) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time before the Petition Date.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Entities trading in or otherwise purchasing, selling, or transferring claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations between any information and reports prepared for securities law disclosure purposes or for any evaluations of the Debtors based on this financial information or any other information.

**4.**      **Description of Chapter 11 Cases and "as of" Information Date**. On December 3, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 8, 2020, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under Case No. 20-13076 (BLS) [D.I. 80].

The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of October 31, 2020, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 3, 2020.

**5.     Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. In many instances, current market valuations are neither maintained by nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of October 31, 2020. Book values may not equate to their current market values. Amounts shown for total liabilities may differ materially from those stated in the Schedules and Statements. Furthermore, assets that have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**6.     Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**7.     Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed in the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any transaction or any document or instrument related to any creditor's claim.

**8.     Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries and independent contractor costs, employee benefit accruals, and certain accrued accounts payable. In addition and as set forth below, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order (as defined below) or other order that may be entered by the Bankruptcy Court.

Except with respect to claims that may arise from the rejection of the unexpired leases included in the *Debtors' Omnibus Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Reject Certain Unexpired leases of Nonresidential Real Property Effective* Nunc Pro Tunc *to*

*the Petition Date and (B) Abandon* De Minimis *Property in Connection Therewith, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief* [D.I. 10], the Debtors have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected. In addition, certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

**9.     Insiders**. As used in the Schedules and Statements, the term "insiders" has the meaning ascribed to it in section 101(31) of the Bankruptcy Code. Entities and persons listed as "insiders" have been included for informational purposes only and are not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are expressly reserved. The Debtors do not take any position with respect to: (a) such party's influence over the control of the Debtors; (b) the management responsibilities or functions of such party; (c) the decision-making or corporate authority of such party; or (d) whether such party could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

**10.     Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**11.     Executory Contracts**. Although the Debtors made diligent attempts to identify every executory contract that the Debtors are party to and attribute each executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to identify an executory contract or attribute a contract to the rightful Debtor due to the size of the Debtors' business. Accordingly, the Debtors reserve all of their rights with respect to any and all executory contracts, including the right to amend Schedule G to add or remove any executory contracts or change the respective Debtor related to a contract.

**12.     Classifications**. Listing a claim in (a) Schedule D as "secured," (b) Schedule E as "unsecured priority," or (c) Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims, contracts, or leases or to set off such claims.

**13.     Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such claim is not "disputed," "contingent," or "unliquidated," or that

such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds, including, without limitation, nature, amount, validity, liability, classification, priority, or status. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent," or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors and the Debtors reserve the right to amend the Schedules accordingly.

14.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any claim on account of a contract or for breaches of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

15.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a.    Undetermined or Unknown Amounts. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount.

b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.    Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the

> Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.
>
> d.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**16.    Estimates.** To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**17.    Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**18.    Setoffs.** The Debtors incur certain offsets and other similar rights from customers and vendors during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, credits, and other disputes or discrepancies between the Debtors and their customers and vendors. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

**19.    Customer and Employee Addresses**. Pursuant to the *Interim Order (I) Authorizing the Debtors to Redact Certain Personal Identification Information of Debtors' Customers and Employees and (II) Granting Related Relief* [D.I. 81], customer and employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of October 31, 2020, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on October 31, 2020.

**Schedule A/B.** All executory contracts and unexpired leases are included in Schedule G.

**Schedule A/B: Question 3**. The bank account balances listed are as of the Petition Date.

**Schedule A/B: Question 60.1**. The Debtors do not carry asset values on the Debtors' balance sheet related to the intangibles or intellectual property listed in Schedule A/B, Question 60. However, the Debtors have disclosed all related assets owned by each of the Debtors.

**Schedule A/B: Question 72**. Tax refunds for the consolidated tax group are listed on Schedule A/B Question 72 for Francesca's Holdings Corporation and are not listed in the Schedules for other members of the consolidated tax group. Estimated net operating losses for the Debtors' fiscal year 2020 are also listed on Schedule A/B Question 72 for Francesca's Holdings Corporation, however, any associated tax refund amount will be tax-effected.

**Schedule D**. The claims listed in Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed in Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, extent, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed in Schedule D of any Debtor. Although the Debtors have scheduled claims of various creditors as secured claims, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Further, the Debtors have included the results of UCC-1 searches performed prior to the Petition Date in Schedule D, however, the listing of such results shall not be deemed an admission as to the validity or existence of any such lien. The Debtors reserve all of their rights to dispute or challenge the secured nature of any claim or the characterization of the structure of any transaction or any document or instrument related to such claim. The descriptions provided in Schedule D are solely intended to be a summary—and not an admission—of liability. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits have not been listed in Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported in Schedule D. Moreover, the Debtors have not included in Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The amounts outstanding under the Debtors' prepetition secured credit facilities reflect principal amounts as of the Petition Date and do not include accrued but unpaid interest, fees, expenses, charges, and other obligations that may be incurred in connection therewith. In certain instances, including with respect to the Debtors' prepetition secured credit facilities, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth in Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

**Schedule E/F**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same. Additionally,

certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed in Schedule F of any Debtor. In addition, certain claims listed in Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Pursuant to various "First Day" orders entered by the Bankruptcy Court D.I. 39, 82, 83, 85-87, and 89 (collectively, the "**First Day Orders**"), the Debtors were authorized (but not directed) to pay certain prepetition claims including, without limitation, employee wages and benefit claims, claims for taxes and fees, critical vendor claims, and lienholder claims. Accordingly, to the extent that these liabilities have been satisfied, they are not listed in the Schedules. Furthermore, to the extent after the date the Schedules are filed the Debtors pay any of the claims listed in Schedule E/F pursuant to any of the First Day Orders, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action such as filing a claims objection, as is necessary and appropriate to avoid over payment or duplicate payments. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed in Schedule E/F. The Debtors have attempted to relate all liabilities to each Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors.

The listing of any claim in Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The dollar amount of potential claims associated with any such pending litigation is listed as "unliquidated" and marked as contingent, unliquidated, and disputed. Some of the litigation claims listed in Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule F does not include potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy. The Debtors take no position in these Schedules and Statements with respect to such disputes, and the Debtors and all parties in interest reserve all rights with respect thereto.

Schedule F reflects unsecured claims that a Debtor may have against another Debtor on account of intercompany receivables and payables. To the extent a Debtor has a claim against another Debtor on account of the Debtors' prepetition secured facilities, these claims are not reflected on Schedule F. The listing by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such obligation. The Debtors take no position in these Schedules and Statements as to whether such obligations would be allowed as a claim, an interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such obligations.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, except as specifically stated herein, Schedule F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases (collectively, the "**Agreements**") at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counterparty or the remaining term of the Agreement, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Certain of the Agreements listed in Schedule G may have been entered into by more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such Agreements may have been listed on a different Debtor's Schedule G.

Listing a contract, agreement, or lease on Schedule G does not constitute an admission that such contract, agreement, or lease is an executory contract or unexpired lease or that such contract, agreement, or lease was in effect on the Petition Date or is valid or enforceable. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any Agreements set forth in Schedule G and to amend or supplement Schedule G as necessary.

In the ordinary course of business, the Debtors enter into non-disclosure agreements with customers, suppliers, vendors, employees, potential business partners, and other parties in interest. The Debtors have not listed all these non-disclosure agreements in Schedule G due to the

significant number of such agreements. The non-disclosure agreements are consistent with the ordinary course of business in the Debtors' industry and are expansive, making it unduly burdensome and costly for the Debtors to list all such agreements. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as indemnity agreements, subordination agreements, non-disturbance agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. Omission of a contract, agreement, or lease from Schedule G does not constitute an admission that such omitted contract, agreement, or lease is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted contracts, agreements, or leases.

Certain of the Agreements listed in Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed in Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts. Additionally, certain of the Agreements listed in Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately in Schedule G.

The Agreements listed in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified in Schedule G, each Agreement listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such Agreement, without respect to whether such agreement, instrument, or other document is listed therein. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, claims, and causes of action with respect to the Agreements listed in Schedule G, including the right to (a) dispute the validity, status, or enforceability of any Agreements set forth in Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the Agreements listed in Schedule G; and (c) amend or supplement such Schedule as necessary.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the Debtors' prepetition debt are listed as co-Debtors on Schedule H. No claim set forth in the Schedules of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement Question 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement Question 3**. Statement Question 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders and bankruptcy professionals. The amounts listed in Statement Question 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed in Statement Question 3. All disbursements listed in Statement Question 3 are made through the Debtors' cash management system, which is described in further detail in *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Continued Use of The Debtors' Existing Cash Management System, Corporate Credit Card Program and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Extending Time to Comply with Section 345(B) of the Bankruptcy Code; (IV) Authorizing Continued Performance of Intercompany Transactions; and (V) Granting Related Relief* [D.I. 29] (the "**Cash Management Motion**").

All disbursement information reported in Statement Question 3 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor. As discussed in the Cash Management Motion, only certain of the Debtors maintain bank accounts and thus, such Debtors make disbursements on behalf of those Debtors that do not maintain bank accounts. The reader should review Statement Question 3 for all Debtors in these cases for a complete understanding of disbursements made by the Debtors.

The information provided in Statement Question 3 shall not constitute a waiver of any of the Debtors' rights or an admission that the recipients of such payments or other transfers were "creditors" or that amounts paid or otherwise transferred were due and owing. Amounts still owed to creditors will appear on the Schedules for the respective Debtor.

**Statement Question 4**. Statement Question 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders, as applicable. As described in the Cash Management Motion, in the ordinary course of business certain of the Debtor entities maintain business relationships with each other, resulting in intercompany receivables and payables. The response to Statement Question 4 reflects cash transfers between affiliate entities and does not include non-cash book entries.

All disbursement information reported in Statement Question 4 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor. As discussed in the Cash Management Motion, only certain of the Debtors maintain bank accounts and thus, such Debtors make disbursements on behalf of those Debtors that do not maintain bank accounts. The reader should review Statement Question 4 for all Debtors in these cases for a complete understanding of disbursements made by the Debtors.

The information provided in Statement Question 4 shall not constitute a waiver of any of the Debtors' rights or an admission that the recipients of such payments or other transfers were "creditors" or that amounts paid or otherwise transferred were due and owing. Amounts still owed to creditors will appear on the Schedules for the respective Debtor.

**Statement Question 7**. Information provided in Statement Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtors have identified such matters on Schedule F for the applicable Debtor. While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently left off of the Debtors' response to Statement Question 7. Accordingly, the Debtors reserve all of their rights to amend or supplement their response to Statement Question 7.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors also reserve their rights to assert that the Debtors are an appropriate party to such actions or proceedings.

**Statement Question 9**. Certain *de minimis* gifts that are not reported or tracked centrally have been excluded.

**Statement Question 10**. The Debtors occasionally incur losses for a variety of reasons, including natural disasters, fire, and theft. The Debtors, however, may not have records of all such losses as to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

**Statement Question 11**. The amounts listed in response to Statement Question 11 refer to payments made to representatives of the Debtors in connection with certain prepetition restructuring initiatives and the preparation of these chapter 11 cases. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications filed with the Bankruptcy Court.

As discussed in further detail in the Cash Management Motion, only certain of the Debtors maintain bank accounts and therefore, all disbursements listed in Statement Question 11 were initiated and disbursed by Francesca's Services Corporation but were for the benefit of other Debtors.

**Statement Question 17**. Additional information regarding the Debtors' 401(k) plan is available in the *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims Of Independent Contractors and (II) Granting Related Relief* [D.I. 12].

**<u>Statement Question 26d</u>**. Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances and are available publically through the Francesca's website at https://investors.francescas.com/.

The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors.

**<u>Statement Question 29</u>**. The Debtors' response to Statement Question 29 includes only those individuals who have terminated their relationship with the listed Debtor as either a director or officer, and do not include individuals who have simply changed their title but who have otherwise maintained their relationship as a director or officer.

**<u>Statement Question 30</u>**. Unless otherwise indicated in a Debtor's specific response to Statement Question 30, the Debtors have included a comprehensive response to Statement Question 30 in Statement Question 4.

*Remainder of Page Intentionally Left Blank*

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $89,568,548.92 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $89,568,548.92 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$13,481,640.34

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $64,216.85 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $216,397,221.12 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$229,943,078.31

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

Check if this is an
amended filing ☐

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| | | | |
|---|---|---|---|
| 2.1 | | | $391,882.47 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank of America | Depository | 5309 | $143,581.72 |
| 3.2 | BB&T | Depository | 4465 | $33,519.66 |
| 3.3 | Citizen's Bank | Depository | 9450 | $50,904.55 |
| 3.4 | Community First National | Depository | 4128 | $11,997.76 |
| 3.5 | Fifth Third Bank | Depository | 4758 | $26,051.44 |
| 3.6 | First Citizen's Bank | Depository | 0596 | $62,449.21 |
| 3.7 | IBC Bank | Depository | 2091 | $7,982.07 |
| 3.8 | JPMorgan Chase, N.A. | Depository | 9049 | $25,227.1 |
| 3.9 | JPMorgan Chase, N.A. | Passthrough | 8962 | $889,641.16 |
| 3.10 | JPMorgan Chase, N.A. | Checking | 4644 | $4,223,202.13 |
| 3.11 | JPMorgan Chase, N.A. | Checking | 4669 | $0.00 |
| 3.12 | JPMorgan Chase, N.A. | Checking/Depository | 3265 | $15,829.54 |

| 3.13 | JPMorgan Chase, N.A. | Depository | 4651 | $514,962.08 |
| 3.14 | Pinnacle Bank | Depository | 0085 | $17,526.19 |
| 3.15 | PNC Bank N.A. | Depository | 3154 | $39,873.67 |
| 3.16 | Region Bank | Depository | 5744 | $122,991.69 |
| 3.17 | US Bank | Depository | 8807 | $21,718.5 |
| 3.18 | Wells Fargo Bank, N.A. | Checking | 5974 | $344,227.01 |
| 3.19 | Wells Fargo Bank, N.A. | Depository | 5990 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | Certificate of deposit | | | $214,510.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$7,158,077.95

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | See attached Schedule A/B 7 Exhibit | $143,201.80 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | See attached Schedule A/B 8 Exhibit | $1,642,110.62 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,785,312.42

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $8,419,141.16 | − | $0.00 | = ........ ➔ | $8,419,141.16 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $52,964.07 | − | $0.00 | = ........ ➔ | $52,964.07 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $8,472,105.23 |

---

**Part 4:    Investments**

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                    % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |

---

**Part 5:    Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   Finished Goods (Inventory + Freight) | 10/31/202 | $39,989,071.34 | Weighted Average Cost | $39,989,071.34 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $39,989,071.34 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes     Book value _____     Valuation method _____     Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☑ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes     Book value _____     Valuation method _____     Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furniture/Fixtures | $2,772,117.79 | Net Book Value | $2,772,117.79 |
| See Global Notes | | | |
| **40. Office fixtures** | | | |
| 40.1   Signage | $1,082,535.79 | Net Book Value | $1,082,535.79 |
| 40.2   Construction in Progress | $13,747.91 | Book Value | $13,747.91 |
| 40.3   Construction in Progress - Fixed Assets | $27,884.80 | Book Value | $27,884.80 |
| 40.4   Leasehold Improvements - Admin | $27,740,942.15 | Net Book Value | $27,740,942.15 |
| 40.5   Construction in Progress - Job Cost Module | $148,193.10 | Book Value | $148,193.10 |
| See Global Notes | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Office Equipment | $378,560.44 | Net Book Value | $378,560.44 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____    _____    _____    _____

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| $32,163,981.98 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**  **Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See attached Schedule A/B 55 Exhibit | | | | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1    Trademark - FRANCESCA'S and Hummingbird Design - 5356015 | Undetermined | See Global Notes | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1    Domain name - www.francescas.com | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1    Customer list - Customer Names, Customer Addresses, Customer phone numbers, Customer email addresses, and Customer transaction history | Undetermined | N/A | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Francesca's Collections, Inc.

Name

Case number *(if known)* 20-13078

| **Part 11:** | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____ _____ ‒ _____ = ➜ | $0.00

total face amount    doubtful or uncollectible
amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____ Tax year _____ | $0.00

**73. Interests in insurance policies or annuities**

73.1 See attached Schedule A/B 73 Exhibit _____ Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____ | $0.00

Nature of Claim _____

Amount requested _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____ | $0.00

Nature of Claim _____

Amount requested _____

**76. Trusts, equitable or future interests in property**

76.1 _____ | $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____ | $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. | $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $7,158,077.95 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,785,312.42 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $8,472,105.23 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $39,989,071.34 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $32,163,981.98 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $89,568,548.92 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$89,568,548.92

**Schedule A/B 7 Exhibit**

Deposits, including security deposits and utility deposits

| | Name of Holder of the Deposit | Description of the Deposit | Current Value |
|---|---|---|---|
| 7.1 | Altamonte Mall (April 2010) | Utilities Deposit | $980.00 |
| 7.2 | Baldwin Emc | Utilities Deposit | $735.00 |
| 7.3 | Bradley Fair | Utilities Deposit | $950.00 |
| 7.4 | Cousin's Property Portion | Security Deposit | $2,100.00 |
| 7.5 | DDR Deer Park Town Center | Security Deposit | $4,850.83 |
| 7.6 | Derby Street Shops | Utilities Deposit | $1,500.00 |
| 7.7 | Entergy | Utilities Deposit | $749.00 |
| 7.8 | Gulf Power Company | Utilities Deposit | $940.00 |
| 7.9 | Hill Center at Green Hills | Security Deposit | $4,500.00 |
| 7.10 | KIMCO Woodlands | Security Deposit | $3,504.83 |
| 7.11 | King Street | Security Deposit | $8,000.00 |
| 7.12 | King Street | Security Deposit | $8,000.00 |
| 7.13 | Magazine Street | Utilities Deposit | $885.00 |
| 7.14 | North Myrtle Beach | Utilities Deposit | $800.00 |
| 7.15 | North Point Mall | Utilities Deposit | $180.00 |
| 7.16 | Park City Center | Utilities Deposit | $788.75 |
| 7.17 | Santee Cooper | Utilities Deposit | $300.00 |
| 7.18 | The Forum on Peachtree Pkwy | Utilities Deposit | $735.00 |
| 7.19 | Utilities Deposit | Utilities Deposit | $668.00 |
| 7.20 | West Town Mall | Utilities Deposit | $1,600.00 |
| 7.21 | Westshore Plaza | Utilities Deposit | $300.00 |
| 7.22 | Westshore Plaza | Utilities Deposit | $500.00 |
| 7.23 | Westshore Plaza | Utilities Deposit | $500.00 |
| 7.24 | 284 Meeting Street Associates | Utilities Deposit | $125.00 |
| 7.25 | Alabama Power | Utilities Deposit | $555.00 |
| 7.26 | BGE | Utilities Deposit | $410.50 |
| 7.27 | BGE | Utilities Deposit | $490.00 |
| 7.28 | BGE | Utilities Deposit | $250.00 |
| 7.29 | BGE | Utilities Deposit | $390.00 |
| 7.30 | BGE | Utilities Deposit | $574.50 |
| 7.31 | BGE | Utilities Deposit | $250.00 |
| 7.32 | BGE | Utilities Deposit | $390.00 |
| 7.33 | BGE | Utilities Deposit | $410.50 |
| 7.34 | BGE | Utilities Deposit | $490.00 |
| 7.35 | BGE | Utilities Deposit | $574.50 |
| 7.36 | BLUEBONNET ELECTRIC COOP, INC | Utilities Deposit | $250.00 |
| 7.37 | Bridge Street Town Center | Utilities Deposit | $500.00 |
| 7.38 | Cass Country Electric Cooperat | Utilities Deposit | $740.00 |
| 7.39 | CDE Lightband | Utilities Deposit | $856.00 |
| 7.40 | Centerpoint Energy | Utilities Deposit | $42.80 |
| 7.41 | Centerpoint Energy | Utilities Deposit | $150.00 |
| 7.42 | Centerpoint Energy | Utilities Deposit | $170.81 |
| 7.43 | Central Georgia EMC | Utilities Deposit | $1,300.00 |
| 7.44 | Central Hudson | Utilities Deposit | $580.00 |
| 7.45 | Central Parking System | Parking Deposit | $110.00 |
| 7.46 | City of Altamonte | Utilities Deposit | $50.00 |
| 7.47 | CITY OF CLEARWATER | Utilities Deposit | $98.45 |
| 7.48 | City of Dallas | Utilities Deposit | $80.00 |
| 7.49 | City of Dothan, AL | Utilities Deposit | $700.00 |
| 7.50 | City of Dover | Utilities Deposit | $2,250.00 |
| 7.51 | City of Dover Utility | Utilities Deposit | $250.00 |

**Schedule A/B 7 Exhibit**

Deposits, including security deposits and utility deposits

| | Name of Holder of the Deposit | Description of the Deposit | Current Value |
|---|---|---|---|
| 7.52 | City of Dover Utility | Utilities Deposit | $2,000.00 |
| 7.53 | City of Houston | Utilities Deposit | $205.53 |
| 7.54 | City of Houston | Utilities Deposit | $200.00 |
| 7.55 | City of Lake Charles | Utilities Deposit | $110.00 |
| 7.56 | City of Melbourne | Utilities Deposit | $140.00 |
| 7.57 | City of Ocala | Utilities Deposit | $40.00 |
| 7.58 | City of Ocala | Utilities Deposit | $1,300.00 |
| 7.59 | City of Tallahassee | Utilities Deposit | $1,000.00 |
| 7.60 | City of Winterpark | Utilities Deposit | $600.00 |
| 7.61 | Clarksville Gas and Water Dept | Utilities Deposit | $250.00 |
| 7.62 | CLECO POWER LLC | Utilities Deposit | $250.00 |
| 7.63 | Comed | Utilities Deposit | $395.00 |
| 7.64 | Con Edison | Utilities Deposit | $1,950.00 |
| 7.65 | Conedison | Utilities Deposit | $350.00 |
| 7.66 | ConEdison | Utilities Deposit | $545.00 |
| 7.67 | Conway Corporation | Utilities Deposit | $700.00 |
| 7.68 | Coral Springs Improvement Dist | Utilities Deposit | $100.00 |
| 7.69 | Courtney Davison / Petty Cash | Utilities Deposit | $503.00 |
| 7.70 | Duke Energy | Utilities Deposit | $370.59 |
| 7.71 | Empire District | Utilities Deposit | $975.00 |
| 7.72 | Entergy | Utilities Deposit | $550.00 |
| 7.73 | Entergy | Utilities Deposit | $254.00 |
| 7.74 | ENTERGY | Utilities Deposit | $399.00 |
| 7.75 | Entergy | Utilities Deposit | $468.00 |
| 7.76 | Entergy | Utilities Deposit | $919.00 |
| 7.77 | Entergy | Utilities Deposit | $194.00 |
| 7.78 | Florance Utilities | Utilities Deposit | $1,105.00 |
| 7.79 | Florida Power & Light Co. | Utilities Deposit | $758.00 |
| 7.80 | Florida Power and Light | Utilities Deposit | $200.00 |
| 7.81 | FPL | Utilities Deposit | $570.00 |
| 7.82 | FPL | Utilities Deposit | $14.88 |
| 7.83 | FPL | Utilities Deposit | $636.00 |
| 7.84 | FPL | Utilities Deposit | $501.00 |
| 7.85 | FPL | Utilities Deposit | $552.00 |
| 7.86 | FPL | Utilities Deposit | $469.66 |
| 7.87 | FPL | Utilities Deposit | $630.00 |
| 7.88 | FPL | Utilities Deposit | $165.00 |
| 7.89 | Georgetown One LLC | Security Deposit | $25,000.00 |
| 7.90 | Georgia Power | Utilities Deposit | $630.00 |
| 7.91 | Greenville Center | Utilities Deposit | $320.00 |
| 7.92 | Gulf Power | Utilities Deposit | $610.00 |
| 7.93 | Gulf Power | Utilities Deposit | $330.00 |
| 7.94 | GULF POWER | Utilities Deposit | $505.00 |
| 7.95 | Houston Premium Outlet | Utilities Deposit | $200.00 |
| 7.96 | Intermountain Rural | Utilities Deposit | $426.54 |
| 7.97 | IRCU (Indian River | Utilities Deposit | $125.00 |
| 7.98 | JACKSON ENERGY AUTHORITY | Utilities Deposit | $650.00 |
| 7.99 | Jackson Purchase Energy | Utilities Deposit | $635.00 |
| 7.100 | Jersey Central Power & Light | Utilities Deposit | $690.00 |
| 7.101 | Johnson City Power Board | Utilities Deposit | $660.00 |
| 7.102 | KNOX Energey CO-OP Assoc., INC | Utilities Deposit | $200.00 |

**Schedule A/B 7 Exhibit**

Deposits, including security deposits and utility deposits

| | Name of Holder of the Deposit | Description of the Deposit | Current Value |
|---|---|---|---|
| 7.103 | KU | Utilities Deposit | $194.31 |
| 7.104 | LAFAYETTE UTILITIES SYSTEM | Utilities Deposit | $100.00 |
| 7.105 | LAKELAND ELECTRIC | Utilities Deposit | $500.00 |
| 7.106 | Lakeside Mall | Utilities Deposit | $772.00 |
| 7.107 | Mansfield Municipal Electric | Utilities Deposit | $1,620.00 |
| 7.108 | Mishawaka Utilities | Utilities Deposit | $995.00 |
| 7.109 | Mishawaka Utilities | Utilities Deposit | $950.00 |
| 7.110 | Mobile Area Water & Sewer Syst | Utilities Deposit | $225.00 |
| 7.111 | N. Little Rock Electric | Utilities Deposit | $600.00 |
| 7.112 | National Grid | Utilities Deposit | $190.00 |
| 7.113 | National Grid | Utilities Deposit | $350.00 |
| 7.114 | NICOR GAS | Utilities Deposit | $51.34 |
| 7.115 | NICOR GAS | Utilities Deposit | $51.34 |
| 7.116 | Nicor Gas | Utilities Deposit | $62.67 |
| 7.117 | NICOR GAS | Utilities Deposit | $51.32 |
| 7.118 | Nicor Gas | Utilities Deposit | $32.00 |
| 7.119 | Nicor Gas | Utilities Deposit | $62.66 |
| 7.120 | Nicor Gas | Utilities Deposit | $46.00 |
| 7.121 | Nicor Gas | Utilities Deposit | $46.00 |
| 7.122 | Nicor Gas | Utilities Deposit | $46.00 |
| 7.123 | Nicor Gas | Utilities Deposit | $46.00 |
| 7.124 | Nicor Gas | Utilities Deposit | $71.00 |
| 7.125 | Nicor Gas | Utilities Deposit | $71.00 |
| 7.126 | Nicor Gas | Utilities Deposit | $71.00 |
| 7.127 | North Canton Water Utilities | Utilities Deposit | $100.00 |
| 7.128 | North Wales Water Authority | Utilities Deposit | $65.00 |
| 7.129 | NRWS COLLECTIONS | Utilities Deposit | $60.00 |
| 7.130 | Ohio Edison | Utilities Deposit | $133.84 |
| 7.131 | OUC ENERGY | Utilities Deposit | $800.00 |
| 7.132 | Oxford Electric | Utilities Deposit | $616.05 |
| 7.133 | Palmetto Electric Cooperative | Utilities Deposit | $4,000.00 |
| 7.134 | Palmetto Electric Cooperative | Utilities Deposit | $1,030.00 |
| 7.135 | Palmetto Electric Cooperative | Utilities Deposit | $1,000.00 |
| 7.136 | PEA RIDGE PUBLIC | Utilities Deposit | $50.00 |
| 7.137 | Penelec | Utilities Deposit | $268.00 |
| 7.138 | Pepco | Utilities Deposit | $100.00 |
| 7.139 | Pepco | Utilities Deposit | $100.00 |
| 7.140 | PMLP | Utilities Deposit | $2,350.00 |
| 7.141 | PSE&G CO | Utilities Deposit | $432.00 |
| 7.142 | PSEG Long Island | Utilities Deposit | $425.00 |
| 7.143 | River Park Square LLC | Parking Deposit | $80.00 |
| 7.144 | Robstown Utilities | Utilities Deposit | $250.00 |
| 7.145 | Santee Cooper | Utilities Deposit | $650.00 |
| 7.146 | Sawnee Electric Membership | Utilities Deposit | $1,590.00 |
| 7.147 | SCUD | Utilities Deposit | $445.00 |
| 7.148 | Sevier County Electric System | Utilities Deposit | $2,600.00 |
| 7.149 | Shelby Energy Cooperative | Utilities Deposit | $1,428.00 |
| 7.150 | South Walton Utility Co. Inc | Utilities Deposit | $125.00 |
| 7.151 | Southern California Edison | Utilities Deposit | $335.00 |
| 7.152 | Spire | Utilities Deposit | $200.00 |
| 7.153 | SRP | Utilities Deposit | $700.00 |

**Schedule A/B 7 Exhibit**

Deposits, including security deposits and utility deposits

| | Name of Holder of the Deposit | Description of the Deposit | Current Value |
|---|---|---|---|
| 7.154 | SRP | Utilities Deposit | $675.00 |
| 7.155 | SRP | Utilities Deposit | $175.00 |
| 7.156 | SRP | Utilities Deposit | $185.00 |
| 7.157 | TAMPA ELECTRIC COMPANY | Utilities Deposit | $435.00 |
| 7.158 | TECO - Tampa Electric | Utilities Deposit | $432.60 |
| 7.159 | TECO - Tampa Electric | Utilities Deposit | $532.00 |
| 7.160 | Teco Energy - Tampa Electric | Utilities Deposit | $625.00 |
| 7.161 | TECO Peoples Gas | Utilities Deposit | $61.00 |
| 7.162 | The City of Niles | Utilities Deposit | $600.00 |
| 7.163 | The Illuminating Company | Utilities Deposit | $174.00 |
| 7.164 | The Village of Rochester Hills | Utilities Deposit | $242.00 |
| 7.165 | The Water Works Board | Utilities Deposit | $114.00 |
| 7.166 | TOMBIGBEE ELECTRIC POWER ASSC | Utilities Deposit | $300.00 |
| 7.167 | UGI Penn Natural Gas, Inc. | Utilities Deposit | $134.00 |
| 7.168 | UGI Utilities, Inc | Utilities Deposit | $108.00 |
| 7.169 | UTILITY AT&T | Utilities Deposit | $300.00 |
| 7.170 | Vectren | Utilities Deposit | $531.00 |
| 7.171 | Verendrye Electric Cooperative | Utilities Deposit | $100.00 |
| 7.172 | Verizon Wireless | Utilities Deposit | $400.00 |
| 7.173 | Village of Birch Run | Utilities Deposit | $250.00 |
| 7.174 | Virginia Natural Gas | Utilities Deposit | $66.67 |
| 7.175 | Virginia Natural Gas | Utilities Deposit | $66.66 |
| 7.176 | Virginia Natural Gas | Utilities Deposit | $66.67 |
| 7.177 | Wells Fargo Bank | Utilities Deposit | $50.00 |
| 7.178 | Wells Fargo Bank | Utilities Deposit | $150.00 |
| 7.179 | West Wilson Utility District | Utilities Deposit | $150.00 |
| 7.180 | Withlacoochee River Electric | Utilities Deposit | $685.00 |
| | | TOTAL: | $143,201.80 |

**Schedule A/B 8 Exhibit**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | Name of Holder of the Prepayment | Description of the Prepayment | Current Value |
|---|---|---|---|
| 8.1 | ABM Parking Services | Prepaid services | $160.00 |
| 8.2 | ABM Parking Services | Prepaid services | $80.00 |
| 8.3 | Ace Parking  INC | Prepaid services | $660.00 |
| 8.4 | Arbor Place Mall - CBL Properties | Marsh Brokerage Ins Fee (Aug 20 - Jul 21) | $34,180.06 |
| 8.5 | Briarwood - Simon | Non-Confirmed Termination Fees | $28,779.01 |
| 8.6 | Central Parking System | Prepaid services | $2,500.00 |
| 8.7 | Corporate services consultants | Prepaid services | $175.00 |
| 8.8 | DENISON PARKING INC | Prepaid services | $340.00 |
| 8.9 | Gardens Promotional Fund | Marketing Fee (Jan 2020 - Dec 2020) | $736.96 |
| 8.10 | Johnson Controls | Annual Alarm Exp for (Jan 2020 - Dec 2020) | $102.49 |
| 8.11 | Johnson Controls | Annual Alarm Exp for (July 2020 - Feb 2021) | $217.32 |
| 8.12 | Laz Karp Associates, LLC | Prepaid services | $450.00 |
| 8.13 | LAZ PARKING | Prepaid services | $241.00 |
| 8.14 | Laz Parking | Prepaid services | $325.00 |
| 8.15 | LAZ Parking 597 | Prepaid services | $300.00 |
| 8.16 | Livingston Mall - Simon | Non-Confirmed Termination Fees | $37,416.97 |
| 8.17 | Marsh | Marsh Auto Insurance (Oct 20 - Sept 21) | $4,326.67 |
| 8.18 | Marsh | Marsh Cyber Ins Premium (Oct 20 - Sept 21) | $27,445.27 |
| 8.19 | Marsh | Marsh GL Insurance (Oct 20 - Sept 21) | $86,569.38 |
| 8.20 | Marsh | Marsh Property Insurance (Oct 20 - Sept 21) | $289,781.45 |
| 8.21 | Marsh | Marsh WC Ins Premium (Oct 20 - Sept 21) | $275,148.66 |
| 8.22 | Multiple Landlords | Prepaid Rent (November) | $836,565.22 |
| 8.23 | ND Workers Comp | ND Workers Comp Premium | $370.49 |
| 8.24 | ONE PARKING | Prepaid services | $135.00 |
| 8.25 | Parking Management Inc | Prepaid services | $604.00 |
| 8.26 | Republic Parking System | Prepaid services | $900.00 |
| 8.27 | Ritter Communications | Prepaid services | $60.81 |
| 8.28 | River Park Square LLC | Prepaid services | $800.00 |
| 8.29 | ROBBINS PARKING TEXAS LP | Prepaid services | $525.00 |
| 8.30 | Secure Parking LLC | Prepaid services | $547.52 |
| 8.31 | The Propeller Company | Real Estate Taxes (July 2020 - June 2021) | $11,303.04 |
| 8.32 | TOG West | Prepaid services | $263.27 |
| 8.33 | Town Center West Associates LL | Prepaid services | $101.03 |
| | | | **$1,642,110.62** |

Schedule AB 55 Exhibit

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 003 | Champions Forest Plaza | Champions Forest Plaza 5468 W FM 1960 - Houston, TX 77069 | Non-residential real property lease |
| 007 | University Park Village | University Park Village 1600 S University - Fort Worth, TX 76107 | Non-residential real property lease |
| 011 | Geneva Commons | Geneva Commons 1520 Commons Dr. - Geneva, IL 60134 | Non-residential real property lease |
| 013 | Manhattan Village | Manhattan Village 3200 N Sepulveda D10 Manhattan Beach, CA 90266 | Non-residential real property lease |
| 014 | Alamo Quarry Market | Alamo Quarry Market 255 E Basse Rd - San Antonio, TX 78209 | Non-residential real property lease |
| 016 | Highland Village | Highland Village 4022 Westheimer - Houston, TX 77027 | Non-residential real property lease |
| 019 | Girard Avenue | Girard Avenue 7886 Girad Avenue - La Jolla, CA 92037 | Non-residential real property lease |
| 020 | Southlake Town Square | Southlake Town Square 214 State St - Southlake, TX 76092 | Non-residential real property lease |
| 021 | The Forum at Carlsbad | The Forum at Carlsbad 1923 Calle Barcelona 146 Carlsbad, CA 92009 | Non-residential real property lease |
| 022 | The Shops at Green Valley Ranch | The Shops at Green Valley Ranch 2260 Village Walk - Henderson, NV 89052 | Non-residential real property lease |
| 026 | Victoria Gardens | Victoria Gardens 7839 Kew Ave 5620 Rancho Cucamonga, CA 91739 | Non-residential real property lease |
| 027 | Spring Creek Plaza | Spring Creek Plaza 1470 S Bryant Ave - Edmond, OK 73034 | Non-residential real property lease |
| 030 | Mall at St. Vincent | Mall at St. Vincent 1133 St. Vincent Avenue 170 Shreveport, LA 71104 | Non-residential real property lease |
| 031 | Village Pointe SC | Village Pointe SC 17151 Davenport 113 Omaha, NE 68118 | Non-residential real property lease |
| 033 | Evergreen Walk | Evergreen Walk 200 Evergreen Way 221 South Windsor, CT 6074 | Non-residential real property lease |
| 034 | The Summit | The Summit 200 Summit Blvd 600 Birmingham, AL 35243 | Non-residential real property lease |
| 035 | Deer Park TC | Deer Park TC 20530 N Rand Rd 344 Deer Park, IL 60010 | Non-residential real property lease |
| 037 | Woodbury Lakes | Woodbury Lakes 9020 Hudson Rd - Woodbury, MN 55125 | Non-residential real property lease |
| 039 | Orland Park Crossing | Orland Park Crossing 14215 La Grange Rd 118 Orland Park, IL 60462 | Non-residential real property lease |
| 040 | Easton Town Center | Easton Town Center 108 Easton Town Center - Columbus, OH 43219 | Non-residential real property lease |
| 041 | Crestview Hills TC | Crestview Hills TC 2868 Town Center Blvd 7055 Crestview Hills, KY 41017 | Non-residential real property lease |
| 043 | The Shoppes at EastChase Shopping Center | The Shoppes at EastChase Shopping Center 6830 Eastchase Pkwy - Montgomery, AL 36117 | Non-residential real property lease |
| 044 | SouthPointe Pavilions SC | SouthPointe Pavilions SC 2910 Pine Lake Road L Lincoln, NE 68516 | Non-residential real property lease |
| 045 | The Promenade Shops at Centerra | The Promenade Shops at Centerra 5855 Sky Pond Dr F124 Loveland, CO 80538 | Non-residential real property lease |
| 047 | The Town Center at Levis Commons | The Town Center at Levis Commons 3591 Levis Commons Blvd. 285 Perrysburg, OH 43551 | Non-residential real property lease |
| 048 | Hamilton Corner | Hamilton Corner 2115 Gunbarrel Rd C Chattanooga, TN 37421 | Non-residential real property lease |
| 050 | The Mall at Turtle Creek | The Mall at Turtle Creek 3000 E Highland Dr 413 Jonesboro, AR 72401 | Non-residential real property lease |
| 054 | Market Street | Market Street 9595 Six Pines 980 The Woodlands, TX 77380 | Non-residential real property lease |
| 055 | Branson Landing | Branson Landing 319 Branson Landing - Branson, MO 65616 | Non-residential real property lease |
| 056 | Beachcliff Market Square SC | Beachcliff Market Square SC 19344 Detroit Rd - Rocky River, OH 44116 | Non-residential real property lease |
| 059 | The Shops at Friendly Center | The Shops at Friendly Center 3326 W Friendly - Greensboro, NC 27410 | Non-residential real property lease |
| 060 | Galleria at Tyler | Galleria at Tyler 1240 Galleria at Tyler 109 Riverside, CA 92503 | Non-residential real property lease |
| 063 | The Promenade Shops at Saucon Valley | The Promenade Shops at Saucon Valley 2960 Center Valley Parkway 733 Center Valley, PA 18034 | Non-residential real property lease |
| 069 | Mount Pleasant Towne Centre | Mount Pleasant Towne Centre 1237 Belk Drive - Mount Pleasant, SC 29464 | Non-residential real property lease |
| 070 | Blakeney | Blakeney 9830 Rea Road C Charlotte, NC 28277 | Non-residential real property lease |
| 071 | Arlington Highlands | Arlington Highlands 3900 Arlington Highlands Blvd 173 Arlington, TX 76018 | Non-residential real property lease |
| 072 | La Palmera | La Palmera 5488 South Padre Island 1430 Corpus Christi, TX 78411 | Non-residential real property lease |
| 073 | The Shops at Highland Village | The Shops at Highland Village 1400 Shoal Creek 170 Highland Village, TX 75077 | Non-residential real property lease |
| 074 | Village at Stone Oak | Village at Stone Oak 22702 US 281 110 San Antonio, TX 78258 | Non-residential real property lease |
| 075 | Town Center Plaza | Town Center Plaza 5256 W 119th St 2000 Leawood, KS 66209 | Non-residential real property lease |
| 076 | Hill Center at Green Hills | Hill Center at Green Hills 4017 Hillsboro Pike - Nashville, TN 37215 | Non-residential real property lease |
| 077 | The Avenue Murfreesboro | The Avenue Murfreesboro 2615 Medical Center Pkwy - Murfreesboro, TN 37129 | Non-residential real property lease |
| 078 | Southport Row Condominiums | Southport Row Condominiums 3539 N Southport - Chicago, IL 60657 | Non-residential real property lease |
| 079 | Mayfaire Town Center | Mayfaire Town Center 6823 Main Street - Wilmington, NC 28405 | Non-residential real property lease |
| 080 | King Street | King Street 338 King Street - Charleston, SC 29401 | Non-residential real property lease |
| 081 | Hill Country Galleria | Hill Country Galleria 12821 Hill Country Blvd C2-115 Bee Cave, TX 78738 | Non-residential real property lease |
| 082 | The Shops at Pembroke Gardens | The Shops at Pembroke Gardens 505 SW 145th Terrace - Pembroke Pines, FL 33027 | Non-residential real property lease |
| 083 | Perkins Rowe | Perkins Rowe 10156 Perkins Rowe - Baton Rouge, LA 70810 | Non-residential real property lease |
| 085 | Bridge Street Town Centre | Bridge Street Town Centre 340 The Bridge Street - Huntsville, AL 35806 | Non-residential real property lease |
| 086 | The Streets of Indian Lake | The Streets of Indian Lake 300 Indian Lake Blvd 160 Hendersonville, TN 37075 | Non-residential real property lease |
| 089 | The Village at Arrowhead | The Village at Arrowhead 20022 North 67th Ave 122 Glendale, AZ 85308 | Non-residential real property lease |
| 093 | Watters Creek at Montgomery Farm | Watters Creek at Montgomery Farm 843 Watters Creek Boulevard - Allen, TX 75013 | Non-residential real property lease |
| 096 | Birkdale Village | Birkdale Village 16845-B Birkdale Commons Pkwy - Huntersville, NC 28078 | Non-residential real property lease |
| 098 | Village Square at Dana Park Shopping Center | Village Square at Dana Park Shopping Center 1660 S Val Vista Dr 116 Mesa, AZ 85204 | Non-residential real property lease |
| 099 | Cameron Village Shopping Center | Cameron Village Shopping Center 424 Woodburn Ave - Raleigh, NC 27605 | Non-residential real property lease |
| 100 | Aspen Grove | Aspen Grove 7301 S Santa Fe Dr 420-B Littleton, CO 80120 | Non-residential real property lease |
| 101 | The Promenade at Sagemore | The Promenade at Sagemore 500 Route 73 South - Marlton, NJ 8053 | Non-residential real property lease |
| 104 | The Market Common at Myrtle Beach | The Market Common at Myrtle Beach 3323 Reed Ave A6-700 Myrtle Beach, SC 29577 | Non-residential real property lease |
| 105 | The Avenue Forsyth | The Avenue Forsyth 410 Peachtree Pkwy, Bldg 100 - Cumming, GA 30041 | Non-residential real property lease |
| 106 | Memorial City Mall | Memorial City Mall 303 Memorial City Mall - Houston, TX 77024 | Non-residential real property lease |
| 107 | The Arboretum of South Barrington | The Arboretum of South Barrington 100 West Higgins Road - South Barrington, IL 60010 | Non-residential real property lease |
| 108 | Westroads Mall | Westroads Mall 10000 California St 2640 Omaha, NE 68114 | Non-residential real property lease |
| 109 | Crabtree Valley Mall | Crabtree Valley Mall 4325 Glenwood Ave. 1084 Raleigh, NC 27615 | Non-residential real property lease |
| 110 | Pinnacle Hills Promenade | Pinnacle Hills Promenade 2203 Promenade Blvd - Rogers, AR 72758 | Non-residential real property lease |
| 111 | Thruway Shopping Center | Thruway Shopping Center 284 South Stratford Rd - Winston Salem, NC 27103 | Non-residential real property lease |
| 112 | The Promenade at Coconut Creek | The Promenade at Coconut Creek 4425 Lyons Rd F-104 Coconut Creek, FL 33073 | Non-residential real property lease |
| 113 | The Shops at La Cantera in San Antonio | The Shops at La Cantera in San Antonio 15900 LaCantera Pkwy - San Antonio, TX 78256 | Non-residential real property lease |
| 114 | Greenville Center | Greenville Center 3801 Kennett Pike - Greenville, DE 19807 | Non-residential real property lease |
| 116 | La Encantada | La Encantada 2905 E. Skyline Dr. 143 Tucson, AZ 85718 | Non-residential real property lease |
| 117 | Wheaton Town Square | Wheaton Town Square 231A Town Square Wheaton - Wheaton, IL 60187 | Non-residential real property lease |
| 118 | Baybrook Mall | Baybrook Mall 500 Baybrook Mall - Friendswood, TX 77546 | Non-residential real property lease |
| 119 | Destin Commons | Destin Commons 4138 Legendary Dr. B-104 Destin, FL 32541 | Non-residential real property lease |
| 120 | Penn Square Mall | Penn Square Mall 1901 NW Expressway 1009A Oklahoma City, OK 73118 | Non-residential real property lease |
| 121 | The Falls | The Falls 8888 SW 136 St. 368 Miami, FL 33176 | Non-residential real property lease |
| 124 | Country Club Plaza | Country Club Plaza 4724 Broadway - Kansas City, MO 64112 | Non-residential real property lease |
| 125 | SouthPark Mall | SouthPark Mall 4400 Sharon Rd. E07B Charlotte, NC 28211 | Non-residential real property lease |
| 126 | Woodland Hills Mall | Woodland Hills Mall 7021 South Memorial Dr. 184A Tulsa, OK 74133 | Non-residential real property lease |
| 127 | Oak Park Mall | Oak Park Mall 11445 W 95th St. - Overland Park, KS 66214 | Non-residential real property lease |
| 128 | Eastview Mall | Eastview Mall 180 Eastview Mall - Victor, NY 14564 | Non-residential real property lease |
| 129 | 5426 Walnut Street | 5426 Walnut Street 5426 Walnut Street - Pittsburgh, PA 15232 | Non-residential real property lease |
| 130 | Oxmoor Center Mall | Oxmoor Center Mall 7900 Shelbyville Rd. D06 Louisville, KY 40222 | Non-residential real property lease |
| 131 | Bridgewater Commons | Bridgewater Commons 400 Bridgewater Commons - Bridgewater, NJ 8807 | Non-residential real property lease |
| 132 | Bradley Fair Shopping Center | Bradley Fair Shopping Center 2000 North Rock Rd. 134 Wichita, KS 67206 | Non-residential real property lease |
| 133 | Village of Merrick Park | Village of Merrick Park 370 San Lorenzo Ave. 2430 Coral Gables, FL 33146 | Non-residential real property lease |
| 135 | Rosedale Center | Rosedale Center 1595 Highway 36 W 220 Saint Paul, MN 55113 | Non-residential real property lease |
| 138 | North Point Mall | North Point Mall 1190 North Point Circle - Alpharetta, GA 30022 | Non-residential real property lease |

Schedule AB 55 Exhibit

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 139 | Westshore Plaza | Westshore Plaza 286 West Shore Plaza B.6.A Tampa, FL 33609 | Non-residential real property lease |
| 140 | West County Mall | West County Mall 80 West County Center 1194 Saint Louis, MO 63131 | Non-residential real property lease |
| 141 | Castleton Square | Castleton Square 6020 East 82nd Street 878 Indianapolis, IN 46250 | Non-residential real property lease |
| 142 | Park City Center | Park City Center 220 Park City Center - Lancaster, PA 17601 | Non-residential real property lease |
| 143 | West Towne Mall | West Towne Mall 42 West Towne Mall - Madison, WI 53719 | Non-residential real property lease |
| 144 | Derby Street Shoppes | Derby Street Shoppes 92 Derby St. 113 Hingham, MA 2043 | Non-residential real property lease |
| 146 | The Streets at Southpoint | The Streets at Southpoint 6910 Fayetteville Road 184 Durham, NC 27713 | Non-residential real property lease |
| 147 | Danbury Fair Mall | Danbury Fair Mall 7 Backus Avenue G109 Danbury, CT 6810 | Non-residential real property lease |
| 148 | Paramus Park | Paramus Park 1105 Paramus Park - Paramus, NJ 7652 | Non-residential real property lease |
| 149 | Providence Place | Providence Place 1 Providence Place 3235 Providence, RI 2903 | Non-residential real property lease |
| 150 | Paddock Shops | Paddock Shops 4262 Summit Plaza Dr - Louisville, KY 40241 | Non-residential real property lease |
| 151 | The Village of Rochester Hills | The Village of Rochester Hills 160 N. Adams Road - Rochester, MI 48309 | Non-residential real property lease |
| 152 | Scottsdale Fashion Square | Scottsdale Fashion Square 7014 E Camelback Rd 2100 Scottsdale, AZ 85251 | Non-residential real property lease |
| 154 | Clay Terrace | Clay Terrace 14395 Clay Terrace Blvd. 140 Carmel, IN 46032 | Non-residential real property lease |
| 157 | The Shops at Somerset Square | The Shops at Somerset Square 140 Glastonbury Blvd - Glastonbury, CT 6033 | Non-residential real property lease |
| 159 | Polaris Fashion Place | Polaris Fashion Place 1500 Polaris Parkway 1042 Columbus, OH 43240 | Non-residential real property lease |
| 160 | Short Pump Town Center | Short Pump Town Center 11800 West Broad St 1044 Richmond, VA 23233 | Non-residential real property lease |
| 161 | Rockaway Townsquare | Rockaway Townsquare 301 Mt Hope Ave 1018 Rockaway, NJ 7866 | Non-residential real property lease |
| 162 | Legacy Place | Legacy Place 640 Legacy Place - Dedham, MA 2026 | Non-residential real property lease |
| 163 | Westfield Annapolis | Westfield Annapolis 2002 Annapolis Mall 1484 Annapolis, MD 21401 | Non-residential real property lease |
| 164 | Columbiana Centre | Columbiana Centre 100 Columbiana Circle - Columbia, SC 29212 | Non-residential real property lease |
| 166 | Brookfield Square | Brookfield Square 95 North Moorland Road - Brookfield, WI 53005 | Non-residential real property lease |
| 167 | The Grove at Shrewsbury | The Grove at Shrewsbury 555 Route 35 - Shrewsbury, NJ 7702 | Non-residential real property lease |
| 168 | Haywood Mall | Haywood Mall 700 Haywood Rd. 1018 Greenville, SC 29607 | Non-residential real property lease |
| 169 | Menlo Park Mall | Menlo Park Mall 100 Menlo Park 2425 Edison, NJ 8837 | Non-residential real property lease |
| 170 | South Shore Plaza | South Shore Plaza 250 Granite St. 1250 Braintree, MA 2184 | Non-residential real property lease |
| 171 | Mall of America | Mall of America 116 South Blvd - Bloomington, MN 55425 | Non-residential real property lease |
| 174 | Westfield Old Orchard | Westfield Old Orchard 4999 Old Orchard Ctr. E-45 Skokie, IL 60077 | Non-residential real property lease |
| 176 | Oakbrook Center | Oakbrook Center 100 Oakbrook Center 34 Oak Brook, IL 60523 | Non-residential real property lease |
| 177 | Natick Mall | Natick Mall 1245 Worcester St 1032 Natick, MA 1760 | Non-residential real property lease |
| 178 | Lakeside Shopping Center | Lakeside Shopping Center 3301 Veterans Memorial Boulevard 89 Metairie, LA 70002 | Non-residential real property lease |
| 179 | Rivertown Crossings | Rivertown Crossings 3700 Rivertown Pkwy SW - Grandville, MI 49418 | Non-residential real property lease |
| 180 | Garden City Shopping Center | Garden City Shopping Center 37 Hillside Dr. - Cranston, RI 2920 | Non-residential real property lease |
| 181 | Waterford Lakes Town Center | Waterford Lakes Town Center 497 N Alafaya Tr. - Orlando, FL 32828 | Non-residential real property lease |
| 183 | The Greene | The Greene 73 Plum Street - Beavercreek, OH 45440 | Non-residential real property lease |
| 184 | Old Town Center | Old Town Center 29 University Avenue E029 Los Gatos, CA 95030 | Non-residential real property lease |
| 186 | CoolSprings Galleria | CoolSprings Galleria 1800 Galleria Blvd. - Franklin, TN 37067 | Non-residential real property lease |
| 187 | Kenwood Towne Centre | Kenwood Towne Centre 7875 Montgomery Rd. R061 Cincinnati, OH 45236 | Non-residential real property lease |
| 188 | Riverchase Galleria | Riverchase Galleria 2000 Riverchase - Birmingham, AL 35244 | Non-residential real property lease |
| 190 | Westfield Oakridge | Westfield Oakridge 925 Blossom Hill Road 1204 San Jose, CA 95123 | Non-residential real property lease |
| 191 | The Maine Mall | The Maine Mall 364 Maine Mall Rd. S-174 South Portland, ME 4106 | Non-residential real property lease |
| 194 | Altamonte Mall | Altamonte Mall 451 East Altamonte Dr 2157 Altamonte Springs, FL 32701 | Non-residential real property lease |
| 195 | Alderwood Mall | Alderwood Mall 3000 184th St SW - Lynnwood, WA 98037 | Non-residential real property lease |
| 197 | Cherry Hill Mall | Cherry Hill Mall 2000 Route 38 1260 Cherry Hill, NJ 8002 | Non-residential real property lease |
| 198 | Crocker Park | Crocker Park 161 Main Street - Westlake, OH 44145 | Non-residential real property lease |
| 199 | Westfield North County | Westfield North County 200 E Via Rancho Pkwy 325 Escondido, CA 92025 | Non-residential real property lease |
| 200 | Deerbrook Mall | Deerbrook Mall 20131 Hwy 59 N - Humble, TX 77338 | Non-residential real property lease |
| 202 | Lynnhaven Mall | Lynnhaven Mall 701 Lynnhaven Pkwy C158 Virginia Beach, VA 23452 | Non-residential real property lease |
| 204 | Coral Ridge Mall | Coral Ridge Mall 1451 Coral Ridge Ave. 402 Coralville, IA 52241 | Non-residential real property lease |
| 205 | Del Monte Center | Del Monte Center 690 Del Monte Center - Monterey, CA 93940 | Non-residential real property lease |
| 206 | Twelve Oaks Mall | Twelve Oaks Mall 27220 Novi Road - Novi, MI 48377 | Non-residential real property lease |
| 207 | The Oaks Mall | The Oaks Mall 6391 Newberry Rd. - Gainesville, FL 32605 | Non-residential real property lease |
| 208 | Galleria at Roseville | Galleria at Roseville 1151 Galleria Blvd. 150 Roseville, CA 35678 | Non-residential real property lease |
| 211 | Westfield Valencia | Westfield Valencia 24201 Valencia Blvd. 3537 Valencia, CA 91355 | Non-residential real property lease |
| 212 | Fashion Valley Mall | Fashion Valley Mall 7007 Friars Road 583 A San Diego, CA 92108 | Non-residential real property lease |
| 213 | First Colony Mall | First Colony Mall 16535 Southwest Frwy. - Sugar Land, TX 77479 | Non-residential real property lease |
| 214 | 1235 Burlingame Avenue | 1235 Burlingame Avenue 1235 Burlingame Ave - Burlingame, CA 94010 | Non-residential real property lease |
| 215 | Arden Fair | Arden Fair 1689 Arden Way 1334 Sacramento, CA 95815 | Non-residential real property lease |
| 216 | Meadowood | Meadowood 5365 Meadowood Mall Circle - Reno, NV 89502 | Non-residential real property lease |
| 217 | Bethesda Row | Bethesda Row 4844 Bethesda Avenue - Bethesda, MD 20814 | Non-residential real property lease |
| 219 | The Shoppes at Farmington Valley | The Shoppes at Farmington Valley 110 Albany Turnpike 711 Canton, CT 6019 | Non-residential real property lease |
| 222 | The Quarter at Tropicana Casino and Resort | The Quarter at Tropicana Casino and Resort 2801 Pacific Avenue - Atlantic City, NJ 8401 | Non-residential real property lease |
| 224 | Carousel Center | Carousel Center 9090 Carousel Center Drive - Syracuse, NY 13290 | Non-residential real property lease |
| 225 | Walt Whitman Mall | Walt Whitman Mall 160 Walt Whitman Rd - Huntington Station, NY 11746 | Non-residential real property lease |
| 226 | The Oaks | The Oaks 548 N Hillcrest Dr - Thousand Oaks, CA 91360 | Non-residential real property lease |
| 228 | Del Amo Fashion Center | Del Amo Fashion Center 3525 Carson Street 175 Torrance, CA 90503 | Non-residential real property lease |
| 229 | Barefoot Landing | Barefoot Landing 4816 Highway 17 South - North Myrtle Beach, SC 29582 | Non-residential real property lease |
| 230 | LaPlaza Mall | LaPlaza Mall 2200 South 10th Street E02A Mcallen, TX 78503 | Non-residential real property lease |
| 231 | The Mall at Partridge Creek | The Mall at Partridge Creek 17360 Hall Road 179 Clinton Township, MI 48038 | Non-residential real property lease |
| 233 | Connecticut Post | Connecticut Post 1201 Boston Post Road 2016 Milford, CT 6460 | Non-residential real property lease |
| 234 | Ridgedale Center | Ridgedale Center 12323 Wayzata Blvd - Minnetonka, MN 55305 | Non-residential real property lease |
| 235 | North East Mall | North East Mall 1101 Melbourne St 3052 Hurst, TX 76053 | Non-residential real property lease |
| 237 | Fox River Mall | Fox River Mall 4301 West Wisconsin Avenue 120 Appleton, WI 54913 | Non-residential real property lease |
| 238 | Irvine Spectrum Shopping Center | Irvine Spectrum Shopping Center 752 Spectrum Center Drive - Irvine, CA 92618 | Non-residential real property lease |
| 239 | Freehold Raceway Mall | Freehold Raceway Mall 3710 Rt. 9 H106 - Freehold, NJ 7728 | Non-residential real property lease |
| 240 | Towson Town Center | Towson Town Center 825 Dulaney Valley Road - Towson, MD 21204 | Non-residential real property lease |
| 241 | Cape Cod Mall | Cape Cod Mall 769 Iyannough Rd 184 Hyannis, MA 2601 | Non-residential real property lease |
| 242 | Ocean County Mall | Ocean County Mall 1201 Hooper Avenue 1081 Toms River, NJ 8753 | Non-residential real property lease |
| 243 | Smith Haven Mall | Smith Haven Mall 313 Smith Haven Mall L20 Lake Grove, NY 11755 | Non-residential real property lease |
| 244 | Reston Town Center | Reston Town Center 11936 Market Street - Reston, VA 20190 | Non-residential real property lease |
| 245 | Fashion Centre at Pentagon City | Fashion Centre at Pentagon City 1100 South Hayes Street Q-7 Arlington, VA 22202 | Non-residential real property lease |
| 246 | Westfield Citrus Park | Westfield Citrus Park 7949 Citrus Park Center - Tampa, FL 33625 | Non-residential real property lease |
| 247 | Perimeter Mall | Perimeter Mall 4400 Ashford Dunwoody Road 2585 Atlanta, GA 30346 | Non-residential real property lease |
| 250 | Glenbrook Square | Glenbrook Square 4201 Coldwater Road C03 Fort Wayne, IN 46805 | Non-residential real property lease |
| 251 | Mayfair | Mayfair 2500 N. Mayfair Road 264 Milwaukee, WI 53226 | Non-residential real property lease |
| 252 | Summit Mall | Summit Mall 3265 West Market Street 556 Akron, OH 44333 | Non-residential real property lease |

**Schedule AB 55 Exhibit**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 253 | Valley Plaza Mall | Valley Plaza Mall 2701 Ming Avenue 253 Bakersfield, CA 93304 | Non-residential real property lease |
| 254 | Fayette Mall | Fayette Mall 3401 Nicholasville Road - Lexington, KY 40503 | Non-residential real property lease |
| 255 | The Mall of Acadiana | The Mall of Acadiana 5725 Johnston Street - Lafayette, LA 70503 | Non-residential real property lease |
| 256 | Battlefield Mall | Battlefield Mall 2825 S. Glenstone UO3A Springfield, MO 65804 | Non-residential real property lease |
| 257 | Westgate Mall | Westgate Mall 7701 W Interstate 40 - Amarillo, TX 79121 | Non-residential real property lease |
| 258 | Tacoma Mall | Tacoma Mall 4502 S. Steele St 670 Tacoma, WA 98409 | Non-residential real property lease |
| 259 | Willowbrook Mall | Willowbrook Mall 1400 Willowbrook Mall - Wayne, NJ 7470 | Non-residential real property lease |
| 260 | The Shops at Long Wharf | The Shops at Long Wharf 15 Long Wharf Mall - Newport, RI 2840 | Non-residential real property lease |
| 261 | Coastland Center | Coastland Center 1766 Tamiami Trail - Naples, FL 34102 | Non-residential real property lease |
| 262 | The Shops at Mission Viejo | The Shops at Mission Viejo 906 Shoppes at Mission Viejo - Mission Viejo, CA 92691 | Non-residential real property lease |
| 264 | Pheasant Lane Mall | Pheasant Lane Mall 310 Daniel Webster Highway W227 Nashua, NH 3060 | Non-residential real property lease |
| 265 | Chesterfield Towne Center | Chesterfield Towne Center 11500 Midlothian Turnpike 258 Richmond, VA 23235 | Non-residential real property lease |
| 266 | Tysons Corner Center | Tysons Corner Center 7962L Tysons Corner Center - Mc Lean, VA 22102 | Non-residential real property lease |
| 269 | The Mall at Rockingham Park | The Mall at Rockingham Park 99 Rockingham Park Blvd. E135 Salem, NH 3079 | Non-residential real property lease |
| 270 | Hamilton Town Center | Hamilton Town Center 13170 Harrell Parkway 400 Noblesville, IN 46060 | Non-residential real property lease |
| 271 | Ross Park Mall | Ross Park Mall 1000 Ross Park Mall Drive H25 Pittsburgh, PA 15237 | Non-residential real property lease |
| 272 | White Marsh Mall | White Marsh Mall 8200 Perry Hall Blvd - Baltimore, MD 21236 | Non-residential real property lease |
| 274 | Boise Towne Square | Boise Towne Square 350 N. Milwaukee - Boise, ID 83704 | Non-residential real property lease |
| 275 | The Town Center at Boca Raton | The Town Center at Boca Raton 6000 Glades Road 1039 Boca Raton, FL 33431 | Non-residential real property lease |
| 276 | The Shoppes at Susquehanna Marketplace | The Shoppes at Susquehanna Marketplace 2617 Brindle Drive C2 Harrisburg, PA 17110 | Non-residential real property lease |
| 277 | Woodland Mall | Woodland Mall 3195 28th SE D110 Grand Rapids, MI 49512 | Non-residential real property lease |
| 279 | The Longmeadow Shops | The Longmeadow Shops 704 Bliss Rd. - Longmeadow, MA 1106 | Non-residential real property lease |
| 281 | Downtown Palm Springs | Downtown Palm Springs 175 North Palm Canyon Dr. 120 Palm Springs, CA 92262 | Non-residential real property lease |
| 282 | Bridgeport Village | Bridgeport Village 7351 SW Bridgeport Rd - Portland, OR 97224 | Non-residential real property lease |
| 283 | Universal CityWalk | Universal CityWalk 1000 Universal Studios Blvd. - Universal City, CA 91608 | Non-residential real property lease |
| 284 | Fashion Island | Fashion Island 285 Newport Center Dr. - Newport Beach, CA 92660 | Non-residential real property lease |
| 285 | Westfield Garden State Plaza | Westfield Garden State Plaza One Garden State Plaza 1051 Paramus, NJ 7652 | Non-residential real property lease |
| 286 | Orland Square | Orland Square 317 Orland Square CO48 Orland Park, IL 60462 | Non-residential real property lease |
| 288 | SanTan Village Regional Center | SanTan Village Regional Center 2206 E. Williams Field Rd. 119 Gilbert, AZ 85295 | Non-residential real property lease |
| 289 | Coconut Point Town Center | Coconut Point Town Center 23161 Fashion Drive 121 Estero, FL 33928 | Non-residential real property lease |
| 290 | The Promenade at Chenal | The Promenade at Chenal 17725 Chenal Parkway C-108 Little Rock, AR 72223 | Non-residential real property lease |
| 291 | Westfield Santa Anita | Westfield Santa Anita 400 Baldwin Ave. 372-L Arcadia, CA 91007 | Non-residential real property lease |
| 292 | Washingtonian Center | Washingtonian Center 9 Grand Corner Avenue - Gaithersburg, MD 20878 | Non-residential real property lease |
| 293 | The Shoppes at River Crossing | The Shoppes at River Crossing 5080 Riverside Drive - Macon, GA 31210 | Non-residential real property lease |
| 294 | Festival at Woodholme | Festival at Woodholme 1809 Reisterstown Rd - Baltimore, MD 21208 | Non-residential real property lease |
| 295 | Cordova Mall | Cordova Mall 5100 North 9th Avenue D-431 Pensacola, FL 32504 | Non-residential real property lease |
| 296 | Poughkeepsie Galleria | Poughkeepsie Galleria 2001 South Road - Poughkeepsie, NY 12601 | Non-residential real property lease |
| 297 | Deptford Mall | Deptford Mall 1750 Deptford Center Rd. 2029 Deptford, NJ 8096 | Non-residential real property lease |
| 298 | Coligny Plaza Shopping Center | Coligny Plaza Shopping Center 1 N. Forest Beach Dr. M Spc5 Hilton Head Island, SC 29928 | Non-residential real property lease |
| 299 | Kingsgate Center | Kingsgate Center 8201 Quaker Avenue - Lubbock, TX 79424 | Non-residential real property lease |
| 300 | Pier Park | Pier Park 200 Blue Fish Drive 110 Panama City Beach, FL 32413 | Non-residential real property lease |
| 301 | Woodbridge Center | Woodbridge Center 216 Woodbridge Center Dr. - Woodbridge, NJ 7095 | Non-residential real property lease |
| 302 | Treasure Coast Square | Treasure Coast Square 3194 NW Federal Hwy. 139 Jensen Beach, FL 34957 | Non-residential real property lease |
| 303 | Ridge Hill | Ridge Hill 136 Market Street - Yonkers, NY 10710 | Non-residential real property lease |
| 304 | Crossgates Mall | Crossgates Mall 1 Crossgates Mall Road B232 Albany, NY 12203 | Non-residential real property lease |
| 305 | Stoneridge SC | Stoneridge SC 1336 Stoneridge Mall D-120 Pleasanton, CA 94588 | Non-residential real property lease |
| 306 | Chandler Fashion Center | Chandler Fashion Center 3111 W Chandler Blvd 1196 Chandler, AZ 85226 | Non-residential real property lease |
| 307 | Carolina Place | Carolina Place 11025 Carolina Place Parkway A-20 Pineville, NC 28134 | Non-residential real property lease |
| 308 | Mall of Georgia | Mall of Georgia 3333 Buford Dr. 2015 Buford, GA 30519 | Non-residential real property lease |
| 309 | Town Center at Cobb | Town Center at Cobb 400 Ernest Barrett Pkwy. 170 Kennesaw, GA 30144 | Non-residential real property lease |
| 310 | South Hills Village | South Hills Village 301 S Hills Vlg 1070 A Pittsburgh, PA 15241 | Non-residential real property lease |
| 312 | University Mall SC | University Mall SC 575 E. University Parkway - Orem, UT 84097 | Non-residential real property lease |
| 314 | Crossroads Center | Crossroads Center 4201 West Division Street B0027 Saint Cloud, MN 56301 | Non-residential real property lease |
| 315 | Westfield Trumbull | Westfield Trumbull 5065 Main Street 2075 Trumbull, CT 6611 | Non-residential real property lease |
| 316 | Apache Mall | Apache Mall 333 Apache Mall - Rochester, MN 55902 | Non-residential real property lease |
| 317 | Columbia Mall | Columbia Mall 2300 Bernadette Drive - Columbia, MO 65203 | Non-residential real property lease |
| 319 | Paseo Nuevo | Paseo Nuevo 727 State St. - Santa Barbara, CA 93101 | Non-residential real property lease |
| 320 | Market Place Shopping Center | Market Place Shopping Center 2000 N. Neil Street - Champaign, IL 61820 | Non-residential real property lease |
| 321 | Suburban Square | Suburban Square 33 Coulter Avenue 76 Ardmore, PA 19003 | Non-residential real property lease |
| 322 | Town & Country Crossing | Town and Country Crossing 1196 Town and Country Crossing Dr - Town and Country, MO 63017 | Non-residential real property lease |
| 323 | White Oaks Mall | White Oaks Mall 2501 Wabash Avenue H058 Springfield, IL 62704 | Non-residential real property lease |
| 324 | Miller Hill Mall | Miller Hill Mall 1600 Miller Trunk Highway L06 Duluth, MN 55811 | Non-residential real property lease |
| 325 | Northwest Arkansas Mall | Northwest Arkansas Mall 4201 N. Shiloh Drive 1665 Fayetteville, AR 72703 | Non-residential real property lease |
| 326 | Central Mall | Central Mall 5111 Rodgers Ave. - Fort Smith, AR 72903 | Non-residential real property lease |
| 327 | Greenwood Park Mall | Greenwood Park Mall 1251 Us Highway 31 N D118 Greenwood, IN 46142 | Non-residential real property lease |
| 328 | The Shops at Legacy | The Shops at Legacy 7201 Bishop Road E-9 Plano, TX 75024 | Non-residential real property lease |
| 329 | University Park Mall | University Park Mall 6501 N. Grape Rd. 108 Mishawaka, IN 46545 | Non-residential real property lease |
| 333 | Bay Park Square | Bay Park Square 645 Bay Park Square 645 Green Bay, WI 54304 | Non-residential real property lease |
| 337 | The Shoppes at Montage | The Shoppes at Montage 2451 Shoppes Blvd. - Moosic, PA 18507 | Non-residential real property lease |
| 338 | Millcreek Mall | Millcreek Mall 654 Millcreek Mall 420 Erie, PA 16565 | Non-residential real property lease |
| 339 | Westfield Southpark | Westfield Southpark 500 Southpark Ctr - Cleveland, OH 44136 | Non-residential real property lease |
| 341 | Fair Oaks | Fair Oaks 11750 Fair Oaks Mall K-113 Fairfax, VA 22033 | Non-residential real property lease |
| 343 | Laurel Park Place | Laurel Park Place 37700 West Six Mile Road - Livonia, MI 48152 | Non-residential real property lease |
| 346 | The Mall in Columbia | The Mall in Columbia 10300 Little Patuxent Parkway 2800 Columbia, MD 21044 | Non-residential real property lease |
| 348 | Hillsdale Shopping Center | Hillsdale Shopping Center 158 Hillsdale Mall  San Mateo, CA 94403 | Non-residential real property lease |
| 349 | Pecanland Mall | Pecanland Mall 4700 Milhaven Road #2000 1042 Monroe, LA 71203 | Non-residential real property lease |
| 350 | Willow Grove Mall | Willow Grove Mall 2500 West Moreland Road - Willow Grove, PA 19090 | Non-residential real property lease |
| 351 | Otay Ranch Town Center | Otay Ranch Town Center 2015 Birch Road 903 Chula Vista, CA 91915 | Non-residential real property lease |
| 353 | The Crossroads | The Crossroads 6650 South Westnedge Avenue 216 Portage, MI 49024 | Non-residential real property lease |
| 356 | NW 23rd Street | NW 23rd Street 940 NW 23rd Ave - Portland, OR 97210 | Non-residential real property lease |
| 357 | The Avenue Peachtree City | The Avenue Peachtree City 242 City Circle 1120 Peachtree City, GA 30269 | Non-residential real property lease |
| 358 | 25 W. Jefferson | 25 W. Jefferson 25 W Jefferson Ave. - Naperville, IL 60540 | Non-residential real property lease |
| 359 | Quail Springs Mall | Quail Springs Mall 2501 West Memorial Rd. - Oklahoma City, OK 73134 | Non-residential real property lease |
| 360 | Visalia Mall | Visalia Mall 2031 South Mooney Boulevard 1470 Visalia, CA 93277 | Non-residential real property lease |
| 361 | Hyde Park | Hyde Park 712 S. Village Circle Space F6 - Tampa, FL 33606 | Non-residential real property lease |
| 362 | Eastland Mall | Eastland Mall 800 North Green River Road 72 Evansville, IN 47715 | Non-residential real property lease |

**Schedule AB 55 Exhibit**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 365 | Post Oak Mall | Post Oak Mall 1500 Harvey Road - College Station, TX 77840 | Non-residential real property lease |
| 370 | Pearland Town Center | Pearland Town Center 11200 Broadway - Pearland, TX 77584 | Non-residential real property lease |
| 371 | Boonesboro Shopping Center | Boonesboro Shopping Center 4925 Boonsboro Road - Lynchburg, VA 24503 | Non-residential real property lease |
| 372 | Hulen Mall | Hulen Mall 4800 S Hulen St. - Fort Worth, TX 76132 | Non-residential real property lease |
| 373 | Miracle Mile Mall Shops | Miracle Mile Mall Shops 3663 Las Vegas Boulevard South - Las Vegas, NV 89109 | Non-residential real property lease |
| 374 | Firewheel Town Center | Firewheel Town Center 245 Cedar Sage Dr. - Garland, TX 75040 | Non-residential real property lease |
| 375 | Promenade at Briargate | Promenade at Briargate 1645 Briargate Parkway 209 Colorado Springs, CO 80920 | Non-residential real property lease |
| 377 | Midtown Village | Midtown Village 1800 McFarland Blvd 217 Tuscaloosa, AL 35401 | Non-residential real property lease |
| 378 | 2nd Street District | 2nd Street District 241 W 2nd St - Austin, TX 78701 | Non-residential real property lease |
| 379 | Clocktower | Clocktower 3569 A & B Mt Diablo Blvd - Lafayette, CA 94549 | Non-residential real property lease |
| 381 | Glen Eagle Square | Glen Eagle Square 535 Wilmington West Chester Pike - Glen Mills, PA 19342 | Non-residential real property lease |
| 382 | Parkway Place | Parkway Place 2801 Memorial Pkwy South 166 Huntsville, AL 35801 | Non-residential real property lease |
| 384 | Mansfield Crossing | Mansfield Crossing 280 School Street - Mansfield, MA 2048 | Non-residential real property lease |
| 386 | Tippecanoe Mall | Tippecanoe Mall 2415 Sagamore Parkway South - Lafayette, IN 47905 | Non-residential real property lease |
| 387 | Greenwood Mall | Greenwood Mall 2625 Scottsville Road - Bowling Green, KY 42104 | Non-residential real property lease |
| 389 | Old Mill District | Old Mill District 520 Southwest Powerhouse Dr. 601 Bend, OR 97702 | Non-residential real property lease |
| 391 | Barnes Crossing | Barnes Crossing 1001 Barnes Crossing Rd. - Tupelo, MS 38804 | Non-residential real property lease |
| 393 | 161 E Broad Street | 161 E Broad Street 161 E Broad St - Westfield, NJ 7090 | Non-residential real property lease |
| 394 | The Shoppes at Union Hill | The Shoppes at Union Hill 3056 State Route 10 West - Denville, NJ 7834 | Non-residential real property lease |
| 396 | Shops at Wiregrass | Shops at Wiregrass 28210 Paseo Dr - Wesley Chapel, FL 33543 | Non-residential real property lease |
| 397 | Hunt Valley Center | Hunt Valley Center 118 Shawan Road - Hunt Valley, MD 21030 | Non-residential real property lease |
| 399 | Montgomery Mall | Montgomery Mall 282 Montgomery Mall - North Wales, PA 19454 | Non-residential real property lease |
| 400 | Park Meadows | Park Meadows 8505 Park Meadows Center Drive - Lone Tree, CO 80124 | Non-residential real property lease |
| 401 | Eastwood Town Center | Eastwood Town Center 3034 Towne Centre Boulevard - Lansing, MI 48912 | Non-residential real property lease |
| 402 | Morgantown | Morgantown 9707 Mall Road - Morgantown, WV 26501 | Non-residential real property lease |
| 409 | Mall of New Hampshire | Mall of New Hampshire 1500 South Willow Street - Manchester, NH 3103 | Non-residential real property lease |
| 413 | Old Hickory Mall | Old Hickory Mall 2021 N. Highland Avenue - Jackson, TN 38305 | Non-residential real property lease |
| 414 | River Hills Mall | River Hills Mall 1850 Adams Street - Mankato, MN 56001 | Non-residential real property lease |
| 417 | Vancouver Mall | Vancouver Mall 8700 NE Vancouver Mall Drive - Vancouver, WA 98662 | Non-residential real property lease |
| 418 | Roosevelt Field | Roosevelt Field 630 Old Country Road - Garden City, NY 11530 | Non-residential real property lease |
| 419 | Eden Prairie Mall | Eden Prairie Mall 8251 Flying Cloud Drive - Eden Prairie, MN 55344 | Non-residential real property lease |
| 424 | Dulles Town Center | Dulles Town Center 21100 Dulles Town Circle - Dulles, VA 20166 | Non-residential real property lease |
| 426 | Shoppes at College Hills | Shoppes at College Hills 307 Veteran's Parkway - Normal, IL 61761 | Non-residential real property lease |
| 427 | McCain Mall | McCain Mall 3929 McCain Blvd. - North Little Rock, AR 72116 | Non-residential real property lease |
| 428 | Galleria Dallas | Galleria Dallas 13350 Dallas Parkway - Dallas, TX 75240 | Non-residential real property lease |
| 430 | Rookwood Commons | Rookwood Commons 2687 Edmondson Rd - Cincinnati, OH 45209 | Non-residential real property lease |
| 433 | Summit Fair | Summit Fair 860 NW Blue Parkway D-116 Lees Summit, MO 64086 | Non-residential real property lease |
| 434 | Jefferson Valley Mall | Jefferson Valley Mall 650 Lee Blvd. Suite 0608A - Yorktown Heights, NY 10598 | Non-residential real property lease |
| 436 | The Roosevelt Collection | The Roosevelt Collection 1127 S. Delano Court East - Chicago, IL 60605 | Non-residential real property lease |
| 437 | Shoppes at Bradley Park | Shoppes at Bradley Park 6301 Whitesville Rd 200 Columbus, GA 31904 | Non-residential real property lease |
| 438 | Prien Lake Mall | Prien Lake Mall 456 West Prien Lake Rd. G13 Lake Charles, LA 70601 | Non-residential real property lease |
| 439 | 2345 Broadway | 2345 Broadway 2345 Broadway - New York, NY 10024 | Non-residential real property lease |
| 440 | Southridge Mall | Southridge Mall 5300 S 76th St - Greendale, WI 53129 | Non-residential real property lease |
| 441 | Wolfchase Galleria | Wolfchase Galleria 2760 N. Germantown Pky. 139 Memphis, TN 38133 | Non-residential real property lease |
| 442 | Marketstreet at Lynnfield | Marketstreet at Lynnfield 427 Walnut St. - Lynnfield, MA 1940 | Non-residential real property lease |
| 446 | Montgomery Mall | Montgomery Mall 7101 Democracy Blvd. - Bethesda, MD 20817 | Non-residential real property lease |
| 447 | West Acres Mall | West Acres Mall 3902 13th Ave S - Fargo, ND 58103 | Non-residential real property lease |
| 448 | Chestnut Hill Square | Chestnut Hill Square 210 Boylston Street - Chestnut Hill, MA 2467 | Non-residential real property lease |
| 450 | La Centerra at Cinco Ranch | La Centerra at Cinco Ranch 23501 Cinco Ranch Blvd - Katy, TX 77494 | Non-residential real property lease |
| 451 | Grand Ridge Plaza | Grand Ridge Plaza 1568 Highlands Drive NE - Issaquah, WA 98029 | Non-residential real property lease |
| 452 | Miracle Plaza | Miracle Plaza 1817 Thomasville Road - Tallahassee, FL 32303 | Non-residential real property lease |
| 454 | Lynndale Shoppes | Lynndale Shoppes 511 Red Banks Road - Greenville, NC 27858 | Non-residential real property lease |
| 456 | Oakwood Mall | Oakwood Mall 4800 Golf Road - Eau Claire, WI 54701 | Non-residential real property lease |
| 457 | Southland Mall | Southland Mall 23000 Eureka - Taylor, MI 48180 | Non-residential real property lease |
| 458 | Wiregrass Commons | Wiregrass Commons 900 Commons Drive 78 Dothan, AL 36303 | Non-residential real property lease |
| 460 | River Park Square | River Park Square 808 W. Main Ave. 245 Spokane, WA 99201 | Non-residential real property lease |
| 461 | Atlantic Station | Arlington Highlands 3900 Arlington Highlands Blvd 173 Arlington, TX 76018 | Non-residential real property lease |
| 462 | Streets of Cranberry | Streets of Cranberry 20424 Rt. 19 410 Cranberry Twp, PA 16066 | Non-residential real property lease |
| 470 | Village at Meridian | Village at Meridian 3540 East Longwing Lane - Meridian, ID 83646 | Non-residential real property lease |
| 471 | Shops at Rossmoor | Shops at Rossmoor 12185 Seal Beach Boulevard N Seal Beach, CA 90740 | Non-residential real property lease |
| 472 | Promenade at Temecula | Promenade at Temecula 40820 Winchester Rd. - Temecula, CA 92591 | Non-residential real property lease |
| 473 | Manhattan Town Center | Manhattan Town Center 100 Manhattan Town Center - Manhattan, KS 66502 | Non-residential real property lease |
| 474 | Northpark Mall | Northpark Mall 320 W Kimberly Rd. - Davenport, IA 52806 | Non-residential real property lease |
| 478 | Bel Air Mall | Bel Air Mall 3217-B Bel Air Mall - Mobile, AL 36606 | Non-residential real property lease |
| 479 | Clackamas Town Center | La Palmera 5488 South Padre Island 1430 Corpus Christi, TX 78411 | Non-residential real property lease |
| 481 | Melbourne Square | Melbourne Square 1700 West New Haven Ave 755 Melbourne, FL 32904 | Non-residential real property lease |
| 486 | Kirkwood Mall | Kirkwood Mall 744 Kirkwood Mall - Bismarck, ND 58504 | Non-residential real property lease |
| 487 | Columbia Mall | The Shops at Highland Village 1400 Shoal Creek 170 Highland Village, TX 75077 | Non-residential real property lease |
| 488 | Dakota Square | Dakota Square 2400 10th Street SW - Minot, ND 58701 | Non-residential real property lease |
| 489 | Dartmouth Mall | Dartmouth Mall 142 Dartmouth Mall 1220A Dartmouth, MA 2747 | Non-residential real property lease |
| 491 | 16 State Street | Village at Stone Oak 22702 US 281 110 San Antonio, TX 78259 | Non-residential real property lease |
| 492 | Fox Run Mall | Fox Run Mall 50 Fox Run Road - Newington, NH 3801 | Non-residential real property lease |
| 495 | Rushmore Mall | Rushmore Mall 2200 N. Maple Ave. - Rapid City, SD 57701 | Non-residential real property lease |
| 498 | York Galleria | York Galleria One York Galleria 167 York, PA 17402 | Non-residential real property lease |
| 499 | Capital City Mall | Capital City Mall 3564 Capital City Mall Drive 236 Camp Hill, PA 17011 | Non-residential real property lease |
| 500 | Christiana Mall | Christiana Mall 132 Christiana Mall - Newark, DE 19702 | Non-residential real property lease |
| 501 | Lehigh Valley | Lehigh Valley 107 Lehigh Valley Mall - Whitehall, PA 18052 | Non-residential real property lease |
| 503 | Wilton Mall | Wilton Mall 3065 Route 50 - Saratoga Springs, NY 12866 | Non-residential real property lease |
| 504 | Promenade at Virginia Gateway | Promenade at Virginia Gateway 14009 Promenade Commons St. - Gainesville, VA 20155 | Non-residential real property lease |
| 505 | Empire Mall | Empire Mall 4001 West 41st Street 705A Sioux Falls, SD 57106 | Non-residential real property lease |
| 506 | Tyrone Square | Tyrone Square 6901 Tyrone Sqaure - Saint Petersburg, FL 33710 | Non-residential real property lease |
| 507 | Bel Aire Plaza | Bel Aire Plaza 3634 Bel Aire Plaza - Napa, CA 94558 | Non-residential real property lease |
| 508 | Valley View Mall | Valley View Mall 4802 Valley View Blvd. - Roanoke, VA 24012 | Non-residential real property lease |
| 509 | Regency Square | Town Center Plaza 5256 W 119th St 2000 Leawood, KS 66209 | Non-residential real property lease |
| 511 | Burnsville Center | Hill Center at Green Hills 4017 Hillsboro Pike - Nashville, TN 37215 | Non-residential real property lease |
| 512 | Fashion Square | The Avenue Murfreesboro 2615 Medical Center Pkwy - Murfreesboro, TN 37129 | Non-residential real property lease |

**Schedule AB 55 Exhibit**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 513 | Sikes Center | Sikes Center 3111 Midwestern Pkwy 680 Wichita Falls, TX 76308 | Non-residential real property lease |
| 515 | Belden Village | Belden Village 4230 Belden Village Mall - Canton, OH 44718 | Non-residential real property lease |
| 517 | Brook 35 | Brook 35 2150 Route 35 - Sea Girt, NJ 8750 | Non-residential real property lease |
| 518 | King of Prussia | King of Prussia 160 North Gulph Road 2700 King Of Prussia, PA 19406 | Non-residential real property lease |
| 519 | Rimrock Mall | Rimrock Mall 300 S. 24th Street W. C-08 Billings, MT 59102 | Non-residential real property lease |
| 521 | Brandon Town Center | Brandon Town Center 406 Brandon Town Center - Brandon, FL 33511 | Non-residential real property lease |
| 522 | Downtown Summerlin | Downtown Summerlin 2010 Festival Plaza Dr. 190 Las Vegas, NV 89135 | Non-residential real property lease |
| 523 | Paddock Mall | Paddock Mall 3100 SW College Rd 336B Ocala, FL 34474 | Non-residential real property lease |
| 524 | Avalon | Avalon 4175 Avalon Boulevard - Alpharetta, GA 30009 | Non-residential real property lease |
| 525 | Broadway Square | Southport Row Condominiums 3539 N Southport - Chicago, IL 60657 | Non-residential real property lease |
| 527 | University Town Center | University Town Center 140 University Town Center Drive - Sarasota, FL 34243 | Non-residential real property lease |
| 528 | Aspen Place | Mayfaire Town Center 6823 Main Street - Wilmington, NC 28405 | Non-residential real property lease |
| 529 | Harborside Place | Harborside Place 119 Front Street - Jupiter, FL 33477 | Non-residential real property lease |
| 530 | Biltmore Park | Biltmore Park 19 Town Square Blvd 120 Asheville, NC 28803 | Non-residential real property lease |
| 532 | Muncie Mall | King Street 338 King Street - Charleston, SC 29401 | Non-residential real property lease |
| 533 | Springfield Town Center | Hill Country Galleria 12821 Hill Country Blvd C2-115 Bee Cave, TX 78738 | Non-residential real property lease |
| 534 | Annapolis Harbour Center | Annapolis Harbour Center 2506 Solomons Island Road - Annapolis, MD 21401 | Non-residential real property lease |
| 535 | Edgewater Mall | Edgewater Mall 2600 Beach Boulevard 30 Biloxi, MS 39531 | Non-residential real property lease |
| 537 | Mall of Louisiana | Mall of Louisiana 6401 Bluebonnet Blvd 1146 Baton Rouge, LA 70836 | Non-residential real property lease |
| 538 | Princeton Marketfair | Princeton Marketfair 3535 US Highway 1 167 Princeton, NJ 8540 | Non-residential real property lease |
| 539 | Paoli Shopping Center | 8 Paoli Shopping Center, Paoli, PA 19301 | Non-residential real property lease |
| 540 | West Ridge Mall | West Ridge Mall 1801 SW Wanamaker Rd E01B Topeka, KS 66604 | Non-residential real property lease |
| 542 | S West 8th Street | S West 8th Street 5 West 8th Street - Holland, MI 49423 | Non-residential real property lease |
| 543 | Turtle Creek Mall | Turtle Creek Mall 1000 Turtle Creek Drive 420 Hattiesburg, MS 39402 | Non-residential real property lease |
| 545 | Lake View Pointe | The Shops at Pembroke Gardens 505 SW 145th Terrace - Pembroke Pines, FL 33027 | Non-residential real property lease |
| 546 | Sooner Mall | Sooner Mall 3301 W. Main Street - Norman, OK 73072 | Non-residential real property lease |
| 547 | Yorktown Center | Yorktown Center 203 Yorktown Center 240 Lombard, IL 60148 | Non-residential real property lease |
| 548 | Harford Mall | Harford Mall 688 Bel Air Road 15 Bel Air, MD 21014 | Non-residential real property lease |
| 549 | Mall at Robinson | Mall at Robinson 100 Robinson Centre Dr. 1790 Pittsburgh, PA 15205 | Non-residential real property lease |
| 550 | Hamilton Mall | Perkins Rowe 10156 Perkins Rowe - Baton Rouge, LA 70810 | Non-residential real property lease |
| 551 | Burlington Mall | Burlington Mall 75 Middlesex Turnpike 2018 Burlington, MA 1803 | Non-residential real property lease |
| 554 | Governor's Square | Bridge Street Town Centre 340 The Bridge Street - Huntsville, AL 35806 | Non-residential real property lease |
| 555 | Northpark Mall | Northpark Mall 101 North Range Line Rd 154 Joplin, MO 64801 | Non-residential real property lease |
| 557 | Mall of Abilene | Mall of Abilene 4310 Buffalo Gap Rd 1320 Abilene, TX 79606 | Non-residential real property lease |
| 558 | Governor's Square | Governor's Square 2801 Wilma-Rudolph Blvd. 415 Clarksville, TN 37040 | Non-residential real property lease |
| 559 | Valley View | Valley View 3800 State Highway 16 163 La Crosse, WI 54601 | Non-residential real property lease |
| 561 | Pinecrest Plaza | Pinecrest Plaza 4 Pinecrest Plaza - Southern Pines, NC 28387 | Non-residential real property lease |
| 562 | Kingwood Commons | Kingwood Commons 732 Kingwood Dr. - Kingwood, TX 77339 | Non-residential real property lease |
| 563 | Mesa Mall | Mesa Mall 2424 Highway 6 84 Grand Junction, CO 81505 | Non-residential real property lease |
| 564 | Columbia Center | The Streets of Indian Lake 300 Indian Lake Blvd 160 Hendersonville, TN 37075 | Non-residential real property lease |
| 565 | Shelter Cove Town Center | Shelter Cove Town Center 32 Shelter Cove Lane 131 Hilton Head Island, SC 29928 | Non-residential real property lease |
| 567 | Grand Traverse Mall | Grand Traverse Mall 3200 W South Airport Rd 506 Traverse City, MI 49684 | Non-residential real property lease |
| 568 | Southgate Mall | The Village at Arrowhead 20022 North 67th Ave 122 Glendale, AZ 85308 | Non-residential real property lease |
| 570 | 985 Farmington Ave | 985 Farmington Ave 985 Farmington Avenue - West Hartford, CT 6107 | Non-residential real property lease |
| 572 | The Lakes Mall | The Lakes Mall 5600 Harvey 2045 Muskegon, MI 49444 | Non-residential real property lease |
| 574 | Flat Iron Crossing | Watters Creek at Montgomery Farm 843 Watters Creek Boulevard - Allen, TX 75013 | Non-residential real property lease |
| 575 | Lakeside Village | Lakeside Village 1437 Town Center Dr - Lakeland, FL 33803 | Non-residential real property lease |
| 576 | Lima Mall | Birkdale Village 16845-B Birkdale Commons Pkwy - Huntersville, NC 28078 | Non-residential real property lease |
| 578 | Walden Galleria | Walden Galleria One Walden Galleria - Buffalo, NY 14225 | Non-residential real property lease |
| 579 | Shoppes at Chino Hills | Shoppes at Chino Hills 13855 City Center Drive 3040 Chino Hills, CA 91709 | Non-residential real property lease |
| 580 | Zona Rosa | Zona Rosa 7250 NW 86th Terrace - Kansas City, MO 64153 | Non-residential real property lease |
| 581 | 1327 Third Avenue | Village Square at Dana Park Shopping Center 1660 S Val Vista Dr 116 Mesa, AZ 85204 | Non-residential real property lease |
| 582 | 3128 M Street | Cameron Village Shopping Center 424 Woodburn Ave - Raleigh, NC 27605 | Non-residential real property lease |
| 583 | Village on the Parkway | Village on the Parkway 5100 Belt Line Road 820 Dallas, TX 75254 | Non-residential real property lease |
| 589 | Liberty Center | Liberty Center 7567 Bales Street - Liberty Township, OH 45069 | Non-residential real property lease |
| 590 | Fremaux Town Center | The Promenade at Sagemore 500 Route 73 South - Marlton, NJ 8053 | Non-residential real property lease |
| 591 | Spotsylvania Town Center | Spotsylvania Town Center 160 Spotsylvania Mall Drive - Fredericksburg, VA 22407 | Non-residential real property lease |
| 592 | Rivercenter | Rivercenter 849 E. Commerce St. 647 San Antonio, TX 78205 | Non-residential real property lease |
| 593 | 318 Washington Street | 318 Washington Street 318 Washington St - Hoboken, NJ 7030 | Non-residential real property lease |
| 594 | Winter Park Village | Winter Park Village 460 N Orlando Ave D116 Winter Park, FL 32789 | Non-residential real property lease |
| 595 | Golden Triangle Mall | Golden Triangle Mall 2201 S Interstate 35 E P-12 Denton, TX 76205 | Non-residential real property lease |
| 596 | West Park Mall | West Park Mall 3049 William Street 248 Cape Girardeau, MO 63703 | Non-residential real property lease |
| 597 | Pacific City | Pacific City 21028 Pacific Coast Hwy E116 Huntington Beach, CA 92648 | Non-residential real property lease |
| 600 | 2515 University Ave | 2515 University Ave 2515 University Blvd. - Houston, TX 77005 | Non-residential real property lease |
| 601 | Louis Joliet Mall | The Market Common at Myrtle Beach 3323 Reed Ave A6-700 Myrtle Beach, SC 29577 | Non-residential real property lease |
| 603 | The Promenade Bolingbrook | The Promenade Bolingbrook 639 E Boughton Rd. 130 Bolingbrook, IL 60440 | Non-residential real property lease |
| 604 | Westview Promenade | Westview Promenade 5251 Buckeyestown Pike - Frederick, MD 21704 | Non-residential real property lease |
| 605 | St. Johns Town Center | St. Johns Town Center 4712 River City Drive 113 Jacksonville, FL 32246 | Non-residential real property lease |
| 608 | Eastwood Mall | Eastwood Mall 5555 Youngstown-Warren Rd. 435 Niles, OH 44446 | Non-residential real property lease |
| 611 | Chico Mall | Chico Mall 1950 E 20th St. G-701 Chico, CA 95928 | Non-residential real property lease |
| 612 | First and Main | First and Main 96 First St. 320 Hudson, OH 44236 | Non-residential real property lease |
| 613 | Disney Springs | Disney Springs 1668 E Buena Vista Dr. 1P Orlando, FL 32830 | Non-residential real property lease |
| 614 | Galleria at Sunset | Galleria at Sunset 1300 W Sunset Rd. 2313 Henderson, NV 89014 | Non-residential real property lease |
| 616 | Mosaic District | The Avenue Forsyth 410 Peachtree Pkwy, Bldg 100 - Cumming, GA 30041 | Non-residential real property lease |
| 617 | The Pinnacle | The Pinnacle 546 Pinnacle Parkway 609 Bristol, TN 37620 | Non-residential real property lease |
| 618 | Valley Hills Mall | Valley Hills Mall US Hwy 70 SE 235 Hickory, NC 28602 | Non-residential real property lease |
| 619 | Colonie Center | Colonie Center 131 Colonie Center 317 Albany, NY 12205 | Non-residential real property lease |
| 620 | Mashpee Commons | Mashpee Commons 24 Central Square Bldg 10 Suite 101 Mashpee, MA 2649 | Non-residential real property lease |
| 625 | Denver Pavilions | Denver Pavilions 500 16th Street 211 Denver, CO 80202 | Non-residential real property lease |
| 626 | Beachwood Place | Memorial City Mall 303 Memorial City Mall - Houston, TX 77024 | Non-residential real property lease |
| 627 | Richland Mall | Richland Mall 6001 West Waco Drive 44 Waco, TX 76710 | Non-residential real property lease |
| 628 | Killeen Mall | Westroads Mall 10000 California St 2640 Omaha, NE 68114 | Non-residential real property lease |
| 629 | Rolling Oaks Mall | Crabtree Valley Mall 4325 Glenwood Ave. 1084 Raleigh, NC 27615 | Non-residential real property lease |
| 630 | The Domain Phase II | Pinnacle Hills Promenade 2203 Promenade Blvd - Rogers, AR 72758 | Non-residential real property lease |
| 632 | Perry Crossing | Perry Crossing 351 Marketplace Mile 164 Plainfield, IN 46168 | Non-residential real property lease |
| 633 | The Gardens Mall | Thruway Shopping Center 284 South Stratford Rd - Winston Salem, NC 27103 | Non-residential real property lease |

**Schedule AB 55 Exhibit**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 634 | Victoria Mall | Victoria Mall 7800 N. Navarro 375 Victoria, TX 77904 | Non-residential real property lease |
| 636 | Barton Creek Square | Barton Creek Square 2901 Capital of Texas Hwy K10 Austin, TX 78746 | Non-residential real property lease |
| 637 | Lakeline Mall | Lakeline Mall 11200 Lakeline Mall Dr. K01 Cedar Park, TX 78613 | Non-residential real property lease |
| 638 | Monterey Street | Monterey Street 846 Monterey Street B-104 San Luis Obispo, CA 93401 | Non-residential real property lease |
| 639 | Johnson City Mall | Johnson City Mall 2011 N Roan St. 21 Johnson City, TN 37601 | Non-residential real property lease |
| 640 | Uptown Plaza | Uptown Plaza 100 E. Camelback Road 104 Phoenix, AZ 85012 | Non-residential real property lease |
| 641 | Sundance Square | Sundance Square 400 Commerce St. - Fort Worth, TX 76102 | Non-residential real property lease |
| 642 | The Mall at Wellington Green | The Mall at Wellington Green 10300 W. Forest Hills Blvd. 257 Wellington, FL 33414 | Non-residential real property lease |
| 645 | Corners of Brookfield | The Promenade at Coconut Creek 4425 Lyons Rd F-104 Coconut Creek, FL 33073 | Non-residential real property lease |
| 646 | Hill Center Brentwood | Hill Center Brentwood 211 Franklin Road 140 Brentwood, TN 37027 | Non-residential real property lease |
| 648 | Southland Mall | Southland Mall 5953 West Park Avenue 3043 Houma, LA 70364 | Non-residential real property lease |
| 650 | Town & Country Village | Town & Country Village 12850 Memorial Dr. 1150 Houston, TX 77024 | Non-residential real property lease |
| 651 | Holyoke Mall | Holyoke Mall 50 Holyoke Street B-321 Holyoke, MA 1040 | Non-residential real property lease |
| 653 | The Galleria | The Galleria 5085 Westheimer 4850 Houston, TX 77056 | Non-residential real property lease |
| 654 | Sunrise Mall | The Shops at La Cantera in San Antonio 15900 LaCantera Pkwy - San Antonio, TX 78256 | Non-residential real property lease |
| 655 | Kentucky Oaks Mall | Kentucky Oaks Mall 5101 Hinkleville Road 670 Paducah, KY 42001 | Non-residential real property lease |
| 656 | Kennedy Mall | Kennedy Mall 555 JFK Road 438 Dubuque, IA 52002 | Non-residential real property lease |
| 658 | Parkdale Mall | Parkdale Mall 6155 Eastex Freeway G-712 Beaumont, TX 77706 | Non-residential real property lease |
| 659 | Shops on Main | Shops on Main 79 US Highway 41 205 Schererville, IN 46375 | Non-residential real property lease |
| 660 | Pueblo Mall | Greenville Center 3801 Kennett Pike - Greenville, DE 19807 | Non-residential real property lease |
| 661 | Vintage Park | Vintage Park 110 Vintage Park Blvd. Q & R Houston, TX 77070 | Non-residential real property lease |
| 662 | Redmond Town Center | Redmond Town Center 7330 164th Ave NE E133 Redmond, WA 98052 | Non-residential real property lease |
| 665 | Tice's Corner Marketplace | Tice's Corner Marketplace 431 Chestnut Ridge Rd. 14 Woodcliff Lake, NJ 7677 | Non-residential real property lease |
| 668 | The Shops at Willow Bend | The Shops at Willow Bend 6121 W. Park Blvd. A219 Plano, TX 75093 | Non-residential real property lease |
| 669 | Algonquin Commons | Algonquin Commons 1920 S. Randall Rd. 64 Algonquin, IL 60102 | Non-residential real property lease |
| 670 | Woodfield Mall | Woodfield Mall 5 Woodfield Mall E-130 Schaumburg, IL 60173 | Non-residential real property lease |
| 671 | Shops at Clearfork | Shops at Clearfork 5240 Marathon Ave. - Fort Worth, TX 76109 | Non-residential real property lease |
| 672 | Stonebriar Centre | Stonebriar Centre 2601 Preston Rd. 1055 Frisco, TX 75034 | Non-residential real property lease |
| 673 | Countryside Mall | Countryside Mall 27001 US Hwy 19N 1057 Clearwater, FL 33761 | Non-residential real property lease |
| 676 | Broadway Market Lofts | Broadway Market Lofts 327 N. Broadway 3 Milwaukee, WI 53202 | Non-residential real property lease |
| 677 | Mission Valley | Mission Valley 1640 Camino Del Rio North 311 San Diego, CA 92108 | Non-residential real property lease |
| 679 | Huntington Mall | Huntington Mall 500 Mall Rd. 180 Barboursville, WV 25504 | Non-residential real property lease |
| 680 | Classen Curve | Classen Curve 5846 N. Classen Blvd. Q-03 Oklahoma City, OK 73118 | Non-residential real property lease |
| 681 | Pembroke Lakes Mall | La Encantada 2905 E. Skyline Dr. 143 Tucson, AZ 85718 | Non-residential real property lease |
| 682 | The Shoppes at Carlsbad | The Shoppes at Carlsbad 2525 El Camino Real 230 Carlsbad, CA 92008 | Non-residential real property lease |
| 683 | Block 37 | Block 37 108 North State 186 Chicago, IL 60602 | Non-residential real property lease |
| 684 | Station Park | Wheaton Town Square 231A Town Square Wheaton - Wheaton, IL 60187 | Non-residential real property lease |
| 685 | Westfield UTC | Baybrook Mall 500 Baybrook Mall - Friendswood, TX 77546 | Non-residential real property lease |
| 686 | Glade Park | Glade Park 1200 Chisholm Trail 700 Euless, TX 76039 | Non-residential real property lease |
| 687 | West Village | West Village 3699 McKinney Ave. 501 Dallas, TX 75204 | Non-residential real property lease |
| 689 | The Somerset Collection North | Destin Commons 4138 Legendary Dr. B-104 Destin, FL 32541 | Non-residential real property lease |
| 691 | Conway Commons | Conway Commons 774 Elsinger Blvd.  Conway, AR 72032 | Non-residential real property lease |
| 695 | The Shoppes at Valley Square | The Shoppes at Valley Square 1572 Main St.  Warrington, PA 18976 | Non-residential real property lease |
| 697 | Foothills Mall | Foothills Mall 215 E Foothills Pkwy 430 Fort Collins, CO 80525 | Non-residential real property lease |
| 2001 | Houston Premium Outlet | Houston Premium Outlet 29300 Hempstead Rd - Cypress, TX 77433 | Non-residential real property lease |
| 2002 | Galveston Outlet | Galveston Outlet 5885 Gulf Freeway - Texas City, TX 77591 | Non-residential real property lease |
| 2003 | San Marcos Outlet | San Marcos Outlet 3939 Interstate Highway 35 S - San Marcos, TX 78666 | Non-residential real property lease |
| 2004 | Mebane Outlets | Mebane Outlets 4000 Arrowhead Blvd 830 Mebane, NC 27302 | Non-residential real property lease |
| 2005 | Outlet Shops at Oklahoma City | Outlet Shops at Oklahoma City 7638 W Reno 545 Oklahoma City, OK 73127 | Non-residential real property lease |
| 2006 | Charelston Outlets | Charleston Outlets 4840 Tanger Outlet Blvd 916 Charleston, SC 29418 | Non-residential real property lease |
| 2007 | Severville Outlets | Severville Outlets 1645 Parkway 1400 Sevierville, TN 37862 | Non-residential real property lease |
| 2008 | Grapevine Mills | Penn Square Mall 1901 NW Expressway 1009A Oklahoma City, OK 73118 | Non-residential real property lease |
| 2009 | Charlotte Outlets | Charlotte Outlets 5410 New Fashion Way 210 Charlotte, NC 28278 | Non-residential real property lease |
| 2010 | Jersey Shore Outlet | Jersey Shore Outlet One Premium Outlets Blvd 301 Tinton Falls, NJ 7753 | Non-residential real property lease |
| 2011 | The Outlet Shoppes at Bluegrass | The Outlet Shoppes at Bluegrass 1155 Buck Creek Road 720 Simpsonville, KY 40067 | Non-residential real property lease |
| 2013 | Paragon Outlets | Paragon Outlets 3925 Eagan Outlets Pkwy 870 Eagan, MN 55122 | Non-residential real property lease |
| 2014 | Assembly Row | The Falls 8888 SW 136 St. 368 Miami, FL 33176 | Non-residential real property lease |
| 2015 | Nebraska Outlets | Nebraska Outlets 21355 Nebraska Crossing Drive F105 Gretna, NE 68028 | Non-residential real property lease |
| 2016 | Foley Outlets | Foley Outlets 2601 S McKenzie 474 Foley, AL 36535 | Non-residential real property lease |
| 2017 | Fashion Outlets of Niagara Falls | Country Club Plaza 4724 Broadway - Kansas City, MO 64112 | Non-residential real property lease |
| 2018 | Deer Park Outlets | SouthPark Mall 4400 Sharon Rd. E07B Charlotte, NC 28211 | Non-residential real property lease |
| 2019 | Tanger Outlets - Savannah | Tanger Outlets - Savannah 200 Tanger Outlet Blvd. 341 Pooler, GA 31322 | Non-residential real property lease |
| 2020 | Pittsburgh Outlet | Pittsburgh Outlet 2200 Tanger Blvd. 517 Washington, PA 15301 | Non-residential real property lease |
| 2021 | Rehoboth Beach III Outlet | Rehoboth Beach III Outlet 36454 Seaside Outlet Dr 1710 Rehoboth Beach, DE 19971 | Non-residential real property lease |
| 2022 | Riverhead Outlet | Riverhead Outlet 404 Tanger Mall Dr - Riverhead, NY 11901 | Non-residential real property lease |
| 2023 | Foxwoods Outlet | Woodland Hills Mall 7021 South Memorial Dr. 184A Tulsa, OK 74133 | Non-residential real property lease |
| 2024 | Concord Mills | Concord Mills 8111 Concord Mills Boulevard 226 Concord, NC 28027 | Non-residential real property lease |
| 2025 | Centralia Outlets | Oak Park Mall 11445 W 95th St. - Overland Park, KS 66214 | Non-residential real property lease |
| 2027 | Philadelphia Premium Outlet | Philadelphia Premium Outlet 18 West Lightcap Road 629 Pottstown, PA 19464 | Non-residential real property lease |
| 2028 | Grand Rapids Outlet | Grand Rapids Outlet 350 84th Street SW 1050 Byron Center, MI 49315 | Non-residential real property lease |
| 2029 | Gloucester Premium Outlets | Gloucester Premium Outlets 100 Premium Outlets Drive 725 Blackwood, NJ 8012 | Non-residential real property lease |
| 2030 | Las Vegas Premium Outlet North | Eastview Mall 180 Eastview Mall - Victor, NY 14564 | Non-residential real property lease |
| 2032 | Outlets at Little Rock | 5426 Walnut Street 5426 Walnut Street - Pittsburgh, PA 15232 | Non-residential real property lease |
| 2033 | Memphis Outlet | Oxmoor Center Mall 7900 Shelbyville Rd. D06 Louisville, KY 40222 | Non-residential real property lease |
| 2034 | St. Augustine Outlet | Bridgewater Commons 400 Bridgewater Commons - Bridgewater, NJ 8807 | Non-residential real property lease |
| 2035 | North Georgia Premium Outlets | Bradley Fair Shopping Center 2000 North Rock Rd. 134 Wichita, KS 67206 | Non-residential real property lease |
| 2036 | Outlets of Mississippi | Village of Merrick Park 370 San Lorenzo Ave. 2430 Coral Gables, FL 33146 | Non-residential real property lease |
| 2037 | Outlets at Castle Rock | Outlets at Castle Rock 5050 Factory Shops Blvd. 462 Castle Rock, CO 80108 | Non-residential real property lease |
| 2039 | Legends Outlet | Legends Outlet 1847 Village West Pkwy K-111 Kansas City, KS 66111 | Non-residential real property lease |
| 2041 | Columbus Outlet | Columbus Outlet 400 South Wilson Road 650 Sunbury, OH 43074 | Non-residential real property lease |
| 2042 | Vero Beach Outlets | Rosedale Center 1595 Highway 36 W 220 Saint Paul, MN 55113 | Non-residential real property lease |
| 2043 | Asheville Outlets | Asheville Outlets 800 Brevard Rd. 608 Asheville, NC 28806 | Non-residential real property lease |
| 2044 | The Outlet Shoppes at Atlanta | The Outlet Shoppes at Atlanta 915 Ridgewalk Parkway H-870 Woodstock, GA 30188 | Non-residential real property lease |
| 2046 | Hershey Outlet | Hershey Outlet 46 Outlet Square 161 Hershey, PA 17033 | Non-residential real property lease |
| 2047 | Myrtle Beach 17 Outlet | Myrtle Beach 17 Outlet 10835 Kings Rd. 790 Myrtle Beach, SC 29572 | Non-residential real property lease |
| 2048 | Opry Mills | Opry Mills 310 Opry Mills Dr.  Nashville, TN 37214 | Non-residential real property lease |

In re: Francesca's Collections, Inc.

Case No. 20-13078

**Schedule AB 55 Exhibit**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Boutique | Center Name | Property Address | Nature and extent of debtor's interest in property |
|---|---|---|---|
| 2049 | Locust Grove Outlet | North Point Mall 1190 North Point Circle - Alpharetta, GA 30022 | Non-residential real property lease |
| 2050 | Colorado Mills | Westshore Plaza 286 West Shore Plaza B.6.A Tampa, FL 33609 | Non-residential real property lease |
| 2051 | Daytona Beach Outlet | Daytona Beach Outlet 1100 Cornerstone Blvd. 1070 Daytona Beach, FL 32117 | Non-residential real property lease |
| 2053 | Freeport Village Station | Freeport Village Station 1 Freeport Village Station 345E Freeport, ME 4032 | Non-residential real property lease |
| 2054 | The Mills at Jersey Gardens | West County Mall 80 West County Center 1194 Saint Louis, MO 63131 | Non-residential real property lease |
| 2055 | Norfolk Premium Outlets | Norfolk Premium Outlets 1600 Premium Outlets Blvd. 816 Norfolk, VA 23502 | Non-residential real property lease |
| 2056 | Westgate Outlet | Castleton Square 6020 East 82nd Street 878 Indianapolis, IN 46250 | Non-residential real property lease |
| 2057 | Howell Outlet Center | Park City Center 220 Park City Center - Lancaster, PA 17601 | Non-residential real property lease |
| 2058 | Lancaster Outlet | Lancaster Outlet 1227 Stanley K Tanger Blvd  Lancaster, PA 17602 | Non-residential real property lease |
| 2059 | Outlets of Des Moines | Outlets of Des Moines 801 Bass Pro Dr. NW 660 Altoona, IA 50009 | Non-residential real property lease |
| 2060 | Fort Worth Outlet | Fort Worth Outlet 15837 North Freeway 1075 Fort Worth, TX 76177 | Non-residential real property lease |
| 2063 | Ontario Mills | West Towne Mall 42 West Towne Mall - Madison, WI 53719 | Non-residential real property lease |
| 2064 | Outlet at Settlers Green Streetside | Outlet at Settlers Green Streetside 1699 White Mountain Highway L20 North Conway, NH 3860 | Non-residential real property lease |
| 2065 | Fashion Outlets of Chicago | Derby Street Shoppes 92 Derby St. 113 Hingham, MA 2043 | Non-residential real property lease |
| 2066 | Merrimack Premium Outlets | The Streets at Southpoint 6910 Fayetteville Road 184 Durham, NC 27713 | Non-residential real property lease |
| 2067 | Allen Premium Outlets | Allen Premium Outlets 820 Stacy Rd. 632 Allen, TX 75013 | Non-residential real property lease |
| 2068 | Miromar Outlets | Miromar Outlets 10801 Corkscrew Rd. 166 Estero, FL 33928 | Non-residential real property lease |
| 2069 | Orlando International Premium Outlets | Orlando International Premium Outlets 4969 International Drive 3 E02 Orlando, FL 32819 | Non-residential real property lease |
| 2070 | Gilroy Premium Outlets | Danbury Fair Mall 7 Backus Avenue G109 Danbury, CT 6810 | Non-residential real property lease |
| 2071 | Chicago Premium Outlets | Paramus Park 1105 Paramus Park - Paramus, NJ 7652 | Non-residential real property lease |
| 2072 | Woodburn Premium Outlets | Providence Place 1 Providence Place 3235 Providence, RI 2903 | Non-residential real property lease |
| 2073 | Round Rock Premium Outlets | Round Rock Premium Outlets 4401 N. IH 35 766 Round Rock, TX 78664 | Non-residential real property lease |
| 2074 | Silver Sands Premium Outlets | Silver Sands Premium Outlets 10406 Emerald Coast Parkway West 66B Destin, FL 32550 | Non-residential real property lease |
| 2076 | St. Louis Premium Outlets | St. Louis Premium Outlets 18517 Outlet Blvd. 209 Chesterfield, MO 63005 | Non-residential real property lease |
| 2077 | Williamsburg Premium Outlets | Williamsburg Premium Outlets 5715-56 Richmond Rd. D056 Williamsburg, VA 23188 | Non-residential real property lease |
| 2078 | Cincinnati Premium Outlets | Cincinnati Premium Outlets 816 Premium Outlets Dr. - Monroe, OH 45050 | Non-residential real property lease |
| 2079 | Atlantic City Outlet | Atlantic City Outlet 36 North Michigan Ave. 505 Atlantic City, NJ 8401 | Non-residential real property lease |
| 2080 | The Outlet Collection Riverwalk | The Outlet Collection Riverwalk 500 Port of New Orleans Pl. 159 New Orleans, LA 70130 | Non-residential real property lease |
| 2081 | Grand Prairie Premium Outlets | Paddock Shops 4262 Summit Plaza Dr - Louisville, KY 40241 | Non-residential real property lease |
| 2082 | Wrentham Premium Outlets | Wrentham Premium Outlets 1 Premium Outlets Blvd. 525B Wrentham, MA 2093 | Non-residential real property lease |
| 2083 | Birch Run Premium Outlets | The Village of Rochester Hills 160 N. Adams Road - Rochester, MI 48309 | Non-residential real property lease |
| 2084 | Ellenton Premium Outlets | Scottsdale Fashion Square 7014 E Camelback Rd 2100 Scottsdale, AZ 85251 | Non-residential real property lease |
| 2085 | Leesburg Premium Outlets | Leesburg Premium Outlets 241 Fort Evans Rd. NE 1255 Leesburg, VA 20176 | Non-residential real property lease |
| 2086 | Pleasant Prairie Premium Outlets | Pleasant Prairie Premium Outlets 11211 120th Ave. 520 Pleasant Prairie, WI 53158 | Non-residential real property lease |
| 2087 | The Crossings Premium Outlets | The Crossings Premium Outlets 1000 Premium Outlets Dr. B01 Tannersville, PA 18372 | Non-residential real property lease |
| 2088 | Outlets at Traverse Mountain | Clay Terrace 14395 Clay Terrace Blvd. 140 Carmel, IN 46032 | Non-residential real property lease |
| 2089 | San Francisco Premium Outlets | The Shops at Somerset Square 140 Glastonbury Blvd - Glastonbury, CT 6033 | Non-residential real property lease |
| 2090 | Grove City Premium Outlets | Grove City Premium Outlets 1911 Leesburg Grove City Rd. 1035 Grove City, PA 16127 | Non-residential real property lease |
| 2091 | Clinton Crossing Premium Outlets | Clinton Crossing Premium Outlets 20-A Killingworth Turnpike 234 Clinton, CT 06413 | Non-residential real property lease |
| 2092 | Aurora Farms Premium Outlets | Aurora Farms Premium Outlets 549 S. Chillicothe Rd. 460 Aurora, OH 44202 | Non-residential real property lease |
| 2093 | Woodbury Common Premium Outlets | Polaris Fashion Place 1500 Polaris Parkway 1042 Columbus, OH 43240 | Non-residential real property lease |
| 2094 | Fashion District Philadelphia | Fashion District Philadelphia 901 Market Street 2045 Philadelphia, PA 19107 | Non-residential real property lease |

Schedule AB73 Exhibit

Interests in Insurance Policies or annuities

| Line | Carrier | Policy |
|------|---------|--------|
| **Property** | | |
| Property - AOS | QBE | CFE1370084 |
| Property - NY Only | QBE | CFE1379266 |
| **Casualty** | | |
| General Liability *Includes EBL* | Hartford Underwriters Insurance Company | 61 UEN HZ6462 |
| Auto | Trumbull Insurance Company | 61 UEN HZ6462 |
| Umbrella | Hartford Casualty Insurance Company | 61 XHU HZ6561 |
| Workers Comp / Employers Liability | Various Hartford Companies | 61 WB AT0947 |
| **FINPRO** | | |
| Cyber | Beazley Insurance Company, Inc. | W12E45190801 |
| Employment Practices Liability | Beazley Insurance Company, Inc. | V16C0B190601 |
| Fiduciary Liability | CNA | 596353577 |
| D&O - Primary Layer | XL Specialty Insurance Co | ELU16915020 |
| D&O - 1st Excess | Allied World National Assurance Company | 0306-8454 |
| D&O - 1st Excess | Starstone Specialty Insurance Company | X75006200ASP |
| D&O - 2nd Excess Side A DIC | ACE American Insurance Company | DOXG25592815008 |
| D&O - 3rd Excess Side A DIC | National Union Fire Insurance Company of Pittsburgh, PA. | 15904499 |
| D&O - 4th Excess Side A DIC | Hudson insurance Company | HN03036631 |
| D&O - 5th Excess Side A DIC | Berkley Insurance Company | BPRO8052734 |

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Tiger Finance, LLC
340 N. Westlake Blvd., Ste 260
Westlake, CA 91362

**Describe debtor's property that is subject to the lien:**
All assets, wherever located, whether now or owned and existing or hereafter acquired, together with all products and proceeds thereof.

**$10,000,000.00**

**Date debt was incurred?**
8/13/2019

**Describe the lien**

**Last 4 digits of account number**
5731

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | | |
|---|---|---|

Tiger Finance, LLC
340 N. Westlake Blvd., Ste 260
Westlake, CA 91362

**Date debt was incurred?**
5/25/2018

**Last 4 digits of account number**
5731

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All assets, wherever located, whether now or owned and existing or hereafter acquired, together with all products and proceeds thereof.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,481,640.34

| 2.3 | | |
|---|---|---|

Walt Disney Parks & Resorts
PO Box 845821
Boston, MA 02284-5821

**Date debt was incurred?**
Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor    Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

 2.4

JPMorgan Chase Bank, N.A.
10 S. Dearborn, Floor L2, 1L1-1145
Chicago, IL 60603

**Describe debtor's property that is subject to the lien:**

All assets, wherever located, whether now or owned and existing or hereafter acquired, together with all products and proceeds thereof.

$0.00

**Date debt was incurred?**

**Describe the lien**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$13,481,640.34

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Confidential Party EF 00008
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $42.40
Priority amount: $42.40

2.2

Confidential Party EF 00009
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $14.98
Priority amount: $14.98

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

---

**2.3**

Confidential Party EF 00010
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:     $10.00          $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.4**

Confidential Party EF 00011
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:     $887.16         $887.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.5**

Confidential Party EF 00012
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:     $23.87          $23.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.6**

Confidential Party EF 00015
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:     $42.26          $42.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.7

Confidential Party EF 00016
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $22.56                    $22.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.8

Confidential Party EF 00017
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $46.28                    $46.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.9

Confidential Party EF 00018
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $21.38                    $21.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.10

Confidential Party EF 00019
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $143.18                    $143.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.11

Confidential Party EF 00020
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $126.15     $126.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.12

Barbara Meiklejohn
Clerk Of Circuit Court
50 Maryland Ave
RM 1300
Rockville, MD 20850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $402.00     $402.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.13

Confidential Party EF 00021
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $14.05     $14.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.14

Confidential Party EF 00022
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $52.44     $52.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.15

CAREY A ADAMS TREASURER

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $50.00                    $50.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.16

Confidential Party EF 00002
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $164.68                    $164.68
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.17

Confidential Party EF 00003
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $152.79                    $152.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.18

City Center Management CO LP
201 Main Street Suite 3000
Fort Worth, TX 76102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,210.00                    $1,210.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.19

City of Alpharetta
PO Box 349
Alpharetta, GA 30009-0349

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $56.50                $56.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.20

City of Chicago
PO Box 95242
Chicago, IL 60694-5242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $25.16                $25.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.21

City of Dania Beach
100 W Dania Beach Blvd
Dania, FL 33004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $30.00                $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.22

City of Henderson
PO Box 95050
Henderson, NV 89009-5050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $120.00                $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.23

City of Houston
4200 Leeland First Floor
Houston, TX 77023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $18.40    $18.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.24

City of Loveland
PO Box 3500
Loveland, CO 80539-3500

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $223.24    $223.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.25

City of Lynnwood
PO Box 24164
Seattle, WA 98124-0164

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $223.75    $223.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.26

City of Melbourne
PO Box 17
Melbourne, FL 32902-0017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $80.50    $80.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.27

City Of Murfreesboro
PO Box 1139
Murfreesboro, TN 37133-1139

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $53.00        $53.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.28

City of Naperville
PO Box 4231
Carol Stream, IL 60197-4231

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $184.66        $184.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.29

City of Newton
New England Development
ATTN: William Daigle
1 Wells Ave
Newton Center, MA 02459

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $27.21        $27.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.30

City of Palo Alto
Palo Alto Police Department
Attn: Alarm Officer
275 Forest Avenue
Palo Alto, CA 94301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $771.00            $771.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.31

City of Peabody
PO Box 3047
Peabody, MA 01961-3047

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $127.96            $127.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.32

City of Simpsonville
PO Box 378
Simpsonville, KY 40067

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $100.00            $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.33

City Treasurer
PO Box 11010
Tacoma, WA 98411-1010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $285.71            $285.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.34

Coconino County Treasurer
110 E. Cherry Ave
Flagstaff, AZ 86001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  $673.60  $673.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.35

Confidential Party EF 00100
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  $2,831.94  $2,831.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.36

Contra Costa Tax Collector
PO Box 7002
San Francisco, CA 94120-7002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  $1,098.90  $1,098.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.37

Coserv
PO Box 650785
Dallas, TX 75265-0785

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  $252.64  $252.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.38

Confidential Party EF 00005
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $21.53    $21.53
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.39

Confidential Party EF 00006
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $18.23    $18.23
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.40

District of Columbia Tax & Rev
1101 4th St SW
Washington, DC 20024

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $900.00    $900.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.41

Confidential Party EF 00007
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $31.48    $31.48
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.42

Confidential Party EF 00023
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $17.44                    $17.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.43

Confidential Party EF 00101
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $48.24                    $48.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.44

Confidential Party EF 00024
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $29.23                    $29.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.45

Confidential Party EF 00025
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $33.57                    $33.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.46

Confidential Party EF 00026
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:      $24.13      $24.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.47

Confidential Party EF 00027
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:      $37.50      $37.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.48

Confidential Party EF 00028
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:      $20.03      $20.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.49

Confidential Party EF 00029
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:      $15.84      $15.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.50**

Henry C L:evy
1221 Oak Street,
Room 131
Oakland, CA 94612-4285

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $553.51                $553.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.51**

Confidential Party EF 00030
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $77.27                $77.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.52**

Confidential Party EF 00031
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $30.00                $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.53**

Illinois Dept of Revenue
101 W Jefferson St.
Springfield, IL 62702

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $27,433.00                $27,433.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.54

Confidential Party EF 00032
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $2.52          $2.52
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.55

Confidential Party EF 00033
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $33.32         $33.32
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.56

Confidential Party EF 00034
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $20.35         $20.35
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.57

Confidential Party EF 00035
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $6.50          $6.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.58**

Confidential Party EF 00036
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $24.87                    $24.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.59**

Confidential Party EF 00037
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $71.00                    $71.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.60**

Confidential Party EF 00038
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $29.76                    $29.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.61**

Confidential Party EF 00039
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $3.02                    $3.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.62**

Confidential Party EF 00041
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                 $27.01         $27.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.63**

Confidential Party EF 00042
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                 $194.00         $194.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.64**

Confidential Party EF 00043
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                 $11.34         $11.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.65**

Confidential Party EF 00044
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                 $704.00         $704.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.66

Confidential Party EF 00045
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $12.14    $12.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.67

Confidential Party EF 00046
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $16.44    $16.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.68

Confidential Party EF 00047
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1.90    $1.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.69

Confidential Party EF 00048
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $10.53    $10.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.70

Confidential Party EF 00049
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $17.12          $17.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.71

Confidential Party EF 00050
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $15.16          $15.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.72

Confidential Party EF 00051
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $38.39          $38.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.73

Confidential Party EF 00052
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $10.74          $10.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.74

Confidential Party EF 00053
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $52.92    $52.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.75

Confidential Party EF 00054
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $3.81    $3.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.76

Confidential Party EF 00055
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $38.16    $38.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.77

Confidential Party EF 00056
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $2.16    $2.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.78**

Lehi City
153 North 100 East
Lehi, UT 84043

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $249.82            $249.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.79**

Confidential Party EF 00057
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $100.98            $100.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.80**

Confidential Party EF 00059
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $26.50            $26.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.81**

Confidential Party EF 00060
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $9.00            $9.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

2.82

Confidential Party EF 00062
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $3.83        $3.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.83

Confidential Party EF 00063
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $12.99        $12.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.84

Confidential Party EF 00064
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $39.72        $39.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.85

Confidential Party EF 00065
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $209.07        $209.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.86

Confidential Party EF 00066
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:     $27.59     $27.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.87

Confidential Party EF 00067
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:     $34.81     $34.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.88

Confidential Party EF 00068
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:     $90.31     $90.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.89

Confidential Party EF 00069
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:     $144.20     $144.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.90

Confidential Party EF 00070
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $52.28          $52.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.91

Confidential Party EF 00071
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $65.12          $65.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.92

Confidential Party EF 00072
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $146.04         $146.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.93

Confidential Party EF 00074
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $27.00          $27.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.94

Confidential Party EF 00075
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $185.90    $185.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.95

Confidential Party EF 00076
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $309.92    $309.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.96

Confidential Party EF 00077
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $16.24    $16.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.97

Missouri Department of Revenue
PO Box 3020
Jefferson City, MO 65105-3302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $7,172.00    $7,172.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.98**

Confidential Party EF 00078
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $36.74          $36.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.99**

Confidential Party EF 00079
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $17.92          $17.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.100**

Confidential Party EF 00080
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $3.21          $3.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**2.101**

Confidential Party EF 00081
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $25.82          $25.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.102

Confidential Party EF 00082
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $2.14                    $2.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.103

Confidential Party EF 00083
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $16.72                    $16.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.104

Reedy Creek Improvement
PO Box 30000
Orlando, FL 32891-8132

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $457.14                    $457.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.105

Confidential Party EF 00084
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $45.04                    $45.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.106

Confidential Party EF 00085
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $5.84    $5.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.107

Confidential Party EF 00086
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $16.02    $16.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.108

Confidential Party EF 00087
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $90.65    $90.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.109

Confidential Party EF 00088
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,225.00    $1,225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.110

Confidential Party EF 00089
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $62.48                $62.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.111

South Carolina Dept of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                 $3,227.87             $3,227.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.112

State Of New Jersey
PO Box 059
Trenton, NJ 08646-0059

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $95.24                $95.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No

☐ Yes

2.113

Confidential Party EF 00090
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $13.33                $13.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.114**

Confidential Party EF 00091
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $54.12   $54.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.115**

Confidential Party EF 00092
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $964.20   $964.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.116**

Confidential Party EF 00093
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $77.38   $77.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.117**

Confidential Party EF 00094
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $4.23   $4.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No

☐ Yes

2.118

Tax Collector Palm Beach Cnty
3200 Northline Avenue
Suite 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $33.00    $33.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.119

Confidential Party EF 00095
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $23.54    $23.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.120

Confidential Party EF 00096
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $26.40    $26.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.121

Confidential Party EF 00097
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $26.35    $26.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.122

Confidential Party EF 00098
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $51.52    $51.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**
☐ No
☐ Yes

2.123

Town of Gilbert
50 E Civic Center Dr
Gilbert, AZ 85296

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $5.00    $5.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.124

TOWN OF NIAGRA FALLS
7105 LOCKPORT ROAD
Niagara Falls, NY 14305

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $25.00    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.125

Utah State Tax Commission
2540 Washignton Blvd FL 6
Ogden, UT 84401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,020.04    $6,020.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

2.126

Village of Birch Run
12060 Heath Street
Birch Run, MI 48415

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $265.96                $265.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

2.127

Confidential Party EF 00099
Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $13.91                $13.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage

**Is the claim subject to offset?**

☐ No

☐ Yes

2.128

Wyoming Department of Revenue
122 W 25th St
Herschler Building
Cheyenne, WY 82002-0110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $1,113.21                $1,113.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**

108 North State Street Owner LLC
1400 Wilshire Blvd
Los Angeles, CA 90010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $6,844.90

**3.2**

1143 Connecticut LLC
PO Box 65781
Washington, DC 20035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** Undetermined

**3.3**

1675 W.M.H., LLC
c/o O.V.P. Management, Inc.
2 Common Court, Unit C13
North Conway, NH 03860

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $49,248.53

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**3.4**

168th and Dodge LP
4717 Central
Kansas City, MO 64112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $59,683.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

2-26 State Stree Nominee Trust
One Wells Avenue
Newton, MA 02459

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $37,532.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

2200 North Maple Avenue - 10071280 LLC
8115 Preston Rd.
Dallas, TX 75225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $53,160.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

2547 Brindle Drive Real Estate, LLC
c/o Metro Commercial Management Services, Inc.
Attn: Kathy Sawin
307 Fellowship Road, Ste 300
Mount Laurel, NJ 8054

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,742.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

284 Meeting Street Associates
284 Meeting Street
Charleston, SC 29401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

3333, L.L.C.
1219 Antonine Street
New Orleans, LA 70115

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

3341 South Linden Road Holdings LLC
Attn: Legal Department
7501 Wisconsin Avenue
Suite 500
West Bethesda, MD 20814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

338 King Street LLC
25 Society Street
Charleston, SC 29401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $89,304.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12

338A King Street LLC
25 Society Street
Charleston, SC 29401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,690.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.13

5100 Belt Line Road Investors LLC
PO Box 732952
Dallas, TX 75373-2952

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,536.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.14

AAT Del Monte, LLC
c/o American Assets Trust Management, LLC
Attn: Property Management (Retail)
11455 El Camino Real, Ste 200
San Diego, CA 92130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,988.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.15

ABM Parking Services
401 C King Street
Charleston, SC 29403

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $90.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

ABQ Uptown LLC
7065 Solution Center
Chicago, IL 60677-7000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.17**

Acadiana Mall LLC
150 Great Neck Rd
Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.18**

AEP
PO Box 24002
Canton, OH 44701-4002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$114.93

---

**3.19**

ALABAMA POWER
PO Box 242
Birmingham, AL 35292

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$511.29

3.20

Alamo Quarry LLC
c/o American Assets Trust LP
PO Box 842936
Los Angeles, CA 90084

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $49,256.01
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.21

Alderwood Mall L.L.C.
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $83,593.95
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.22

Alexandria Renew Enterprises
PO Box 742635
Cincinnati, OH 45274-2635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34.63
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

3.23

All States Mall Services II
PO Box 94258
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $343.82
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

ALL STATES SERVICES
PO Box 93717
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $376.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.25**

All Waste
PO Box 2472
Hartford, CT 6146

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $189.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.26**

Allen Premium Outlets LP
c/o Premium Outlet Partners LP
PO Box 827776
Philadelphia, PA 19182

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $68,049.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.27**

Alliant Energy
PO Box 3066
Cedar Rapids, IA 52406-3066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $470.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.28**

Allied Development of Alabama
84 Modular Ave
Commack, NY 11725

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

Allied Waste Services #710
PO Box 9001154
Louisville, KY 40290-1154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $312.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**

Allied Waste Services #939
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $162.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**

Allied Waste Services #997
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $63.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**

Altamonte Mall, LLC
c/o Altamonte Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 100
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $77,642.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.33**

Ameren Missouri
PO Box 88068
Chicago, IL 60680

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $88.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.34**

AmerenUE
PO Box 66529
Saint Louis, MO 63166

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $72.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.35**

American Electric Power
PO Box 24418
Canton, OH 44701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $55.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  Francesca's Collections, Inc.
        Name

Case number *(if known)* 20-13078

**3.36**

American National Insurance Company
Attn: Tara B. Annweiler & Marc D. Young
One Moody Plaza
18th Floor
Galveston, TX 77550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $31,750.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

American Realty Capital Retail
106 York Road
Jenkintown, PA 19046

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $6,392.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.38**

American Water
PO Box 3027
Milwaukee, WI 53201-3027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $28.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

Amerishop Suburban LP

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $11,306.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

AMLI Austin Retail Block 4
214 Guadalupe St
Austin, TX 78701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $210.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

AMLI Austin Retail, L.P.
Attn: Pres., General or Managing Agent
5057 Keller Springs Road, Suite 250
Addison, TX 75001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $15,124.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

Andre and Elke Parra
2146 N. Bisell
Chicago, IL 66014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

Annapolis Harbour Center Assoc
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $47.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44**

Annapolis Harbour Center Associates LLLP
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $41,580.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

Annapolis Mall Limited Partnership
Westfield Annapolis
2002 Annapolis Mall
Annapolis, MD 21401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $85,361.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

ANYTIME WASTE SYSTEMS
3816 Bishop Lane
Louisville, KY 40218

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $143.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47**

Apache Mall, LLC
c/o Apache Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $52,949.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

Appalachian Power
PO Box 24413
Canton, OH 44701-4413

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $374.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.49

Aquarion Water Company of MA
PO Box 11001
Lewiston, ME 04243-9452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.50

Arbor Place II, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.51

Arboretum Mall LLC
PO Box 281637
Atlanta, GA 30384-1637

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,123.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.52**

Arboretum Mall Owner LLC
Attn: Retail Documents
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,143.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.53**

Architectural Graphics Inc
2655 International Parkway
Virginia Beach, VA 23452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $30,979.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.54**

Arden Fair Associates LP
c/o Macerich Mgmt Co as
Agent for Arden Fair
PO Box 849473
Los Angeles, CA 90084-9473

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $61,357.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.55**

Arundel Mills Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.56

Asheville Retail Associates LLC
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39,572.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.57

Aspen GRF2, LLC
973 Lomas Santa Fe Drive
Solana Beach, CA 92075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $79,141.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.58

AT&T
PO Box 105262
Atlanta, GA 30348

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $440.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.59

Atlanta Outlet Shoppes, LLC
c/o Horizton Group Properties LP
Attn: Pres., General or Managing Agent
131 W. Seaway Drive, Suite 220
Muskegon, MI 49444

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,766.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

Atlantic City Associates, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $46,550.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.61**

ATMOS ENERGY
PO Box 790311 Saint
Louis, MO 63179-0311

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $56.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.62**

Augusta Mall, LLC
c/o Augusta Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.63**

Avenues Mall LLC
867550 Reliable Parkway
Chicago, IL 60686-0075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.64**

AVISTA UTILITIES
1411 Emission Ave
Spokane, WA 99252-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $92.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

AWS Service Center
PO Box 3050
Des Moines, IA 50316

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $72.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

Baldwin Container Company
13040 Underwood Rd
Summerdale, AL 36580-4345

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $41.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**

Baltimore Center Associates Limited Partnership
Attn: Law/Lease Administration Department
110 N Wacker Dr
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

Barefoot Landing Commercial, LLC
Attn: Pres., General or Managing Agent
8820 Marina Parkway
Myrtle Beach, SC 29572

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $4,354.03
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.69**

Battlefield Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $78,816.03
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.70**

Bavaro Carting Corp
PO Box 1771
Long Island City, NY 11101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $187.25
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.71**

Baybrook Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $69,200.89
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.72

Bayer Retail Company IV LLC
Attn: J Cory Falgowski
1201 N Market Street
Suite 1407
Wilmington, DE 19801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,721.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.73

Bayshore Shopping Center
PO Box 208261
Dallas, TX 75320-8261

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $168.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.74

Bayshore Shopping Center Property Owner LLC
Attn: Asset Management
8144 Walnut Hill Ln
Suite 1200
Dallas, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.75

Beachcliff Market LLC
Attn: Chief Financial Officer
1000 Main Avenue, SW
Washington, DC 20024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,470.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

Beachwood Place Mall, LLC
c/o Beachwood Place
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $76,253.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77**

Bear Stearns Commericial Mgtge
9062 OLD ANNAPOLIS RD
Columbia, MD 21045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $15,858.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.78**

BEI-Beach LLC
529 East South Temple
Salt Lake City, UT 84102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $22,437.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79**

Bel Air Mall Realty Holding LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $46,468.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

Bel Aire Plaza, LLC
c/o Crosspoint Realty Services, Inc.
Attn: Propert Manager
208 Vintage Way, Suite 100
Novato, CA 94945

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,717.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.81

BELAIRE PLAZA LLC
PO Box 7365
San Francisco, CA 94120-7365

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.82

Belden Mall LLC
2049 Century Park E
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $50,357.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.83

Bellwether Properties of Massachusetts Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $125,252.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.84

BELLWETHER PROPERTIES OF SOUTH CAROLINA, LIMITED
PARTNERSHIP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $75,905.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85

Belmar Mainstreet Holdings I LLC
Jones Lang LaSalle Americas Inc
6365 Halcyon Way
Suite 970
Alpharetta, GA 30005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.86

BERENSON FREEPORT ASSOCIATES LLC
Attn: Pres., General or Managing Agent
321 Columbus Avenue
Boston, MA 02116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $8,206.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.87

BF Owner LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $35,101.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88

BGE
PO Box 13070
Philadelphia, PA 19101-3070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $240.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.89

Big's Sanitation Inc
4859 St Rt. 51 North
Belle Vernon, PA 15012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90

Birch Run Outlets II L.L.C.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $56,709.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91

BLACK HILLS ENERGY
PO Box 6001
Rapid City, SD 57709-6001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $114.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.92

Bloomfield Holdings, LLC
200 Bass Pro Dr.
Suite 125
Pearl, MS 39208

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,562.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93

Bluegrass Outlet Shoppes CMBS, LLC
c/o Horizon Group Properties, LP
Attn: Pres., General or Managing Agent
5000 Hakes Drive, Suite 500
Muskegon, MI 49441

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,202.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

BNB Ventures LLC
500 La Gonda Way Suite 295
Danville, CA 94526

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

Boise Mall, LLC
c/o Boise Towne Square
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54,541.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

BPC Henderson, LLC
Attn: Associate General Counsel, Leasing
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $30,020.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $99,130.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98

Brandon Shopping Center Partners LTD
459 Brandon Town Center Mall
Brandon, FL 33511

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $44,859.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

BRASK ENTERPRISES INC
PO Box 94258
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $107.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

BRASK ENTERPRISES INC
PO Box 94258
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $47.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.101

BRASK MALL SERVICES
PO Box 800305
Houston, TX 77280

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $254.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.102

Brask Mall Services 2
PO Box 55287
Houston, TX 77255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $162.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.103

Brask Mall Services I
PO Box 800335
Houston, TX 77280

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $481.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.104

Brask Mall Services IV
PO Box 94258
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $63.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

BRE Throne Holdings
345 Park Ave. 42nd Floor
New York, NY 10154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $193.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

BRE Throne Preston Park LLC
Attn: Office of General Counsel
450 Lexington Ave
13th Floor
New York, NY 10170

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

BRIARWOOD LLC
225 W Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

Bridgewater Commons Mall II LLC
Attn: Pres., General or Managing Agent
1701 River Run Road, Ste 500
Fort Worth, TX 76107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $63,114.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.109**

Brookfield Corners LLC
Attn: Jay Eck
30 S. Wacker Dr. Suite 2850
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $48,425.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.110**

Brookfield Square Joint Venture
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50,645.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.111**

Broward Mall LLC
2049 Century Park E
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.112

BRVC OWNER LLC
PO Box 1243
Northbrook, IL 60065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

BRVC Owner, LLC
c/o Edwards Realty Company
Attn: Ramzi Hassan
14400 South John Humphrey Dr.
Suite 200
Orland Park, IL 60462

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

BTES
2470 Volunteer Parkway
Bristol, TN 37620

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $162.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.115

Burnsville Center SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $45,308.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

BV CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $44,223.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.117

BVA Avenue SPE LLC
Attn: Pres., General or Managing Agent
162 North Main St, Suite 5
Florida, NY 10921

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,560.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.118

C.E. John Properties 22, LLC
Attn: Property Management
1701 SE Columbia River Drive
Vancouver, WA 98661

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,240.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.119

CAFARO MANAGEMENT COMPANY
PO Box 9121
Minneapolis, MN 55480-9121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $43,967.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.120**

Camacho Jason; Civil Action No 2:19-cv-06508(SJF)(ARL)

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.121**

Carlyle-Cypress Tuscaloosa I
PO Box 281777
Atlanta, GA 30384-1777

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $2,742.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.122**

Carolina Place LLC
1 N Main St
Natick, MA 1760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $66,141.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**

Carolina Square Project LP
8343 Douglas, Suite 200
Dallas, TX 75225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.124

Carolina Square Project LP
8343 Douglas, Suite 200
Dallas, TX 75225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.125

Carousel Center Company L.P
Pyramid Management Group, LLC
Attn: Pres., General or Managing Agent
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $48,480.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.126

Casayork Property Mgmt LLC
PO Box 86
Minneapolis, MN 55486-3058

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $895.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

Cascade Natural Gas
127 Scaleybank Road
Charlotte, NC 28209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

Caseyville Township Sewer Sys
105 N. Washington Street
Suite 300
Alexandria, VA 22314

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $42.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

---

3.129

Cassidy Turley CRE Inc

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,346.82
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.130

Casto-Oakridge Venture, Ltd.
c/o Casto Southeast Realty Services, LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,583.65
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.131

Causeway LLC
PO Box 990065
Boise, ID 83799-0065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,933.87
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.132**

Cavosa Disposal Corporation
PO Box 1900
Fairview Heights, IL 62208

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $130.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.133**

CBL & Associates Management Inc
PO Box 7001
Metairie, LA 70010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $105,840.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.134**

CBL - Shops at Friendly LLC
PO Box 5598
Carol Stream, IL 60197-5598

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $40,795.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.135**

CBL/Monroeville LP
2030 Hamilton Place Blvd 500
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

3.136

CenterCal Properties LLC
CBL Center
2030 Hamilton Place Blvd
Suite 500
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,020.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.137

Centerpoint Energy
7455 SW Bridgeport Rd
Suite 205
Portland, OR 97224

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $120.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.138

Central Maine Power
PO Box 4981
Houston, TX 77210-4981

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $597.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.139

Central Parking System
PO Box 11752
Newark, NJ 07101-4752

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

Centralia Factory Outlets LLC
PO Box 790402
Saint Louis, MO 63179-0402

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $23,401.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.141

Centralia Outlets LLC
1145 Broadway Suite 1300
Tacoma, WA 98402

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,309.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.142

Centro West Park LLC
West Park Mall
Attn: General Manager
3049 William Street
Cape Girardeau, MO 63703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,263.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.143

Century City Mall, LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.144

CEP Town & Country Investors LLC
File#7950
7950 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.145

CH Realty VII/R NOVA Promenade, L.L.C.
Attn: Asset Manager -Anna Cooley
3819 Maple Avenue
Dallas, TX 75219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $47,147.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146

CH Shoppes LLC
c/o M & J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $18,154.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

CH Shoppes LLC c/o M & J
20 South Clark St. STE. 3000
Chicago, IL 60603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $74.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

Champaign Market Place LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $51,415.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

CHARLES CONSOLIDATED LLC
PO Box 33153
North Royalton, OH 44133

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $62.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150

Charleston Green
38 Romney Street
Charleston, SC 29403

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

Charleston Town Center Co LP
Charleston Town Center SPE LLC
50 Public Square
Suite 1410
Cleveland, OH 44113

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $9,110.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

Charlotte Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $58,295.27
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

3.153

Chelsea Limerick Holdings, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $75,561.70
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

3.154

Chelsea Pocono Finance LLC
PO Box 827653
Philadelphia, PA 19182-7653

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $58,431.67
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

3.155

Cherry Hill Center, LLC
c/o PREIT Services, LLC
Attn: Director, Legal
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $94,551.24
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No

☐ Yes

3.156

Cherryvale Mall, LLC
c/o CBL & Associates Managemnet, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.157

Chester MO Mall LLC
291 Chesterfield Mall
Chesterfield, MO 63017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $15,533.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.158

Chestnut Hill Square LLC
Chs Commercial Owner LLC
c/o New England Development
75 Park Plaza
Boston, MA 02116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $27,481.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.159

Chicago Premium Outlets LLC
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $88,282.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160

Chino Dunhill LLC
3100 Monticello Ave
Ste 300
Dallas, TX 75205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,544.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

Christiana Mall LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $99,542.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

Cincinnati Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,022.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.163

CIRCLE CENTRE MALL LLC
866980 RELIABLE PARKWAY
Chicago, IL 60686-0069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.164

Citrus Park Venture Limited Partnership

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $73,280.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.165

CITY OF AUSTIN
PO Box 2267
Austin, TX 78783-2267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $265.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.166

City of Dallas
2D South
Dallas, TX 75277

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.167

City of Dover Utility
PO Box 15040
Wilmington, DE 19886-5040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $0.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

City of Houston Water Dept
PO Box 1560
Houston, TX 77251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $29.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.169

City of Ocala
PO Box 30749
Tampa, FL 33630-3749

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $373.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.170

City of Oxford Electric Dept
PO Box 965
Oxford, MS 38655

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $169.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.171

City of Palo Alto Utilities
PO Box 7026
San Francisco, CA 94120-7026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $264.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.172

City of Phoenix
PO Box 29100
Phoenix, AZ 85038-9100

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.173

City of Puyallup
PO Box 35160
Seattle, WA 98124-5160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.174

City of Roseville
PO Box 45807
San Francisco, CA 94145-0807

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $136.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.175

City of Tallahassee
435 N. Macomb St. Relay Box
Tallahassee, FL 32301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $353.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.176

City of Winterpark
PO Box 1986 Winter
Park, FL 32790-1986

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $202.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

City Place Retail LLC
60 Columbus Circle
New York, NY 10023

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $74,441.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.178

CITYPLACE RETAIL LLC
60 Columbus Cir
19th Floor
New York, NY 10023

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

Clackamas Mall LLC
Attn: Law/Lease Administration Department
350 N. Orleans St. Suite 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $46,179.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

Clay Terrace Partners, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $57,518.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181

Clearfork Retail Venture, LLC
c/o Cassco Development Co., Inc.
Attn: Pres., General or Managing Agent
5200 South Hulen Street, Suite 614
Forth Worth, TX 76109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $55,676.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

CLP-SPF Rookwood Commons LLC
191 W. Nationwide Blvd. Suite 200
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $33,240.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

Coastland Center, LLC
c/o Coastland Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $61,692.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

Coconut Point Town Center, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $70,052.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

Cogent Waste Solutions LLC
860 Humbold St
Brooklyn, NY 11222

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $804.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

Cole GP

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,922.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.187

Coligny PLaza Limited Partnership
Attn: Pres., General or Managing Agent
PO Box 6133
Hilton Head Island, SC 29938

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52,577.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188

Colorado Mills Mall Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $75,236.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.189

Columbia Gas of Kentucky
PO Box 742523
Cincinnati, OH 45274

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $74.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.190

Columbia Gas of MA
PO Box 742514
Cincinnati, OH 45274

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $116.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.191

Columbia Grand Forks, LLC
c/o Columbia Mall
Attn: Mall Management
2800 Columbia Road
Grand Forks, ND 58201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,984.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

Columbia Mall LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $56,082.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

Columbia Mall Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $58,748.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

Columbiana Centre, LLC
c/o Columbiana Centre
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $51,987.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $58,378.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

Comcast
PO Box 1577
Newark, NJ 07101-1577

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $963.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.197

COMCAST BUSINESS
PO Box 70219
Philadelphia, PA 19176

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $89.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.198

COMMERCIAL FIRE
2465 ST JOHNS BLUFF ROAD S
Jacksonville, FL 32246

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,029.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.199

Con Edison
PO Box 1702
New York, NY 10116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.200

Conedison
PO Box 1702
New York, NY 10116-1702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,527.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201

Connecticut Natural Gas
PO Box 9245
Chelsea, MA 02150-9245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $55.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

Connecticut Natural Gas Corp
PO Box 9245
Chelsea, MA 02150-9245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $143.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

Consolidated Communications
PO Box 30697
Los Angeles, CA 90030-0697

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $206.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

Constellation New Energy INC
PO Box 4911
Houston, TX 77210-4491

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $774.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.205

Consumers Energy
PO Box 30079
Lansing, MI 48937

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $219.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

Conway Devco DE, L.L.C.
c/o TKG Management
Attn: Pres., General or Managing Agent
211 N. Stadium Boulevard, Suite 201
Columbia, MO 65203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $36,137.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

CoolSprings Mall, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $58,520.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.208

Coral Ridge Mall
GGPLP L.L.C
110 North Wacker Drive
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $60,912.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.209

Coral Springs Improvement Dist
10300 NW 11th Manor
Pompano Beach, FL 33071

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $107.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.210

Coral-CS/Ltd. Associates
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.211

Coroc/Rehoboth III LLC
3200 NORTHLINE AVENUE
SUITE 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $96,609.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.212**

Coroc/Riviera LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $70,584.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.213**

Corporate Services
Consultants, LLC
PO Box 1048
Dandridge, TN 37725

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.214**

Corpus Christi Retail Ventures LP
Attn: Pres., General or Managing Agent
PO Box 843945
Dallas, TX 75284-3945

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $25,053.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.215**

Country Club Plaza JV LLC
Attn: Lease Administration Department and General Counsel
200 East Long Lake Road, Ste 300
Bloomfield Hills, MI 48304-2324

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $81,195.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.216**

Countryside Mall LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34,994.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.217**

COX BUSINESS
PO Box 53249
Phoenix, AZ 85072-3249

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $149.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.218**

Cox Leah and Perry D'Shaunta; Case No 19-2167

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219**

CP Commercial Delaware, LLC
c/o Robert L. Stark Enterprises, Inc.
Attn: Robert L. Stark
629 Euclid Avenue, Ste 1300
Cleveland, OH 44114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $33,698.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220**

CP Venture Five - AWC LLC
PRISA LHV LLC
Lockbox 904176
Account: 496584579
Atlanta, GA 30328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $26,763.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.221**

CPG Houston Holdings LP
Houston Premium Outlets
PO Box 822693
Philadelphia, PA 19182-2693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $107,218.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.222**

CPG Partners, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $72,482.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.223**

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $101.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.224

CPT Arlington Highlands 1 LP
PO Box 206250
Dallas, TX 75320-6250

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $41,758.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.225

CPT Louisville I LLC
2 Seaport Lane
Boston, MA 02210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $29,024.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.226

CPT Peachtree Forum I, LLC
c/o Bayer Properties, L.L.C.
Attn: General Counsel
2200 Magnolia Ave. South
Birmingham, AL 35205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.227

CPT Shops at Rossmoor, LLC
c/o AEW Capital Management, LP
Attn: Asset Management
601 South Figueroa Street, Suite 2150
Los Angeles, CA 90017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $52,550.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

CPUS Mockingbird, LP
Attn: Kim Hourihan
200 Park Avenue
New York, NY 10166

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.229

CPUS Mockingbird, LP
Attn: Kim Hourihan
200 Park Avenue
New York, NY 10166

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $166.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.230

CR Mount Pleasant, LLC
c/o Continental Realty Corporation
Attn: Pres., General or Managing Agent
1427 Clarkview Road, Suite 500
Baltimore, MD 21209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $31,589.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.231

Craig Realty Group - Castle Rock, LLC
c/o Eureka Realty Partners, Inc.
Attn: Manager - Lease Administration
4100 MacArthur Boulevard, Suite 200
Newport Beach, CA 92660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $34,169.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

Crestview Hills Town Center LL
3805 Edwards Rd. Suite 700
Cincinnati, OH 45209-1955

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $60.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.233

Crestview Hills Town Center, LLC
c/o Jeffery R. Anderson Real Estate, Inc.
Attn: Pres., General or Managing Agent
Rookwood Tower 3805 Edwards Road, Ste 700
Cincinnati, OH 45209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,652.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

3.234

Cross Creek Mall SPE, L.P.
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

3.235

Crossgates Mall Company Newco LLC
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $66,995.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

3.236

Crystal Run Newco LLC
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237

CSC: Corporate Services
Consultants, LLC
PO Box 1048
Dandridge, TN 37725

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $310.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.238

CSHV HCG Retail, LLC
Attn: Property Manager
c/o Hill Country Galleria Management Office
12700 Hill Country Boulevard, Suite T-100
Bee Cave, TX 78738

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $31,442.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.239

Culligan of Lincoln
PO Box 2932
Wichita, KS 67201-2932

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.240**

CVM Holdings, LLC
c/o Pacific CVM Management, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway Suite 1925
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $86,631.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241**

CWPM Inc
PO Box 415
Plainville, CT 6062

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $154.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242**

CWSA
3212 Macarth ur Rd
Whitehall, PA 18052-2921

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $167.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243**

Dakota Square Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,602.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.244

Danbury Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $80,852.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.245

DANIA LIVE JV LLC
500 N Fwy
Suite 201
PO Box 9010
Jericho, NY 11753

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $91,182.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.246

DC Environmental
3002 Dow Avenue SUITE 118
Tustin, CA 92780

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $42.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.247

DDR Aspen Grove
PO Box 392388
Cleveland, OH 44193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $58.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.248

DDR DB Stone Oak LP
3300 Enterprise Parkway
Beachwood, OH 44122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $17,986.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.249

DDR Deer Park Town Center LLC
3300 Enterprise Parkway
Beachwood, OH 44122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $44,230.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.250

DDRTC Birkdale Village LLC
Attention to: Christopher Clar
8712 Lindholm Drive, Ste 2026
Huntersville, NC 28078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $56,620.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.251

DDRTC Core Retail Fund LLC
3300 Enterprise Parkway
Beachwood, OH 44122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $8,337.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.252

Deerbrook Mall, LLC
c/o Deerbrook Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $37,956.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.253

DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $60,712.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

Denison Parking Inc
320 N. Meridian Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255

DENVER PAVILIONS OWNERCO LLC
299 Milwaukee Street Suite 500
Denver, CO 80206

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $41,148.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256

Denville Union Hill, L.L.C.
c/o RPAI US Management LLC
Attn: President Eastern Division
2021 Spring Road, Ste 200
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $47,959.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.257

Destin Commons, LTD
c/o Turnberry Associates
Attn: Legal Department/Leasing Attorney
19501 Biscayne Boulevard, Ste 400
Aventura, FL 33180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $75,032.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.258

Developers-Investors, Inc.
Attn: Ms. Cherie Sanders
c/o W. C. Bradley Co. Real Estate, LLC
1001 Front Avenue
Columbus, GA 31901-5260

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $19,045.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.259

Domain Northside Retail Property Owner LP
Attn: General Manager
11821 Rock Rose Ave. Suite 142
Austin, TX 78758

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $20,235.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.260                                                  As of the petition filing date, the claim is:                    $748.87
                                                       *Check all that apply.*
Dominion Energy                                        ☐ Contingent
PO Box 26783
Richmond, VA 23261-6783                                ☐ Unliquidated

**Date or dates debt was incurred**                    ☐ Disputed
Various
                                                       **Basis for the claim:**
                                                       General Trade Payable

                                                       **Is the claim subject to offset?**
                                                       ☐ No

                                                       ☑ Yes

3.261                                                  As of the petition filing date, the claim is:                    $274.22
                                                       *Check all that apply.*
Dominion Virginia Power                                ☐ Contingent
PO Box 26543
Richmond, VA 23290                                     ☐ Unliquidated

**Date or dates debt was incurred**                    ☐ Disputed
Various
                                                       **Basis for the claim:**
                                                       General Trade Payable

                                                       **Is the claim subject to offset?**
                                                       ☑ No

                                                       ☐ Yes

3.262                                                  As of the petition filing date, the claim is:                    Undetermined
                                                       *Check all that apply.*
Dover Mall, LLC                                         ☑ Contingent
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent                  ☑ Unliquidated
225 West Washington St
Indianapolis, IN 46204-3438                             ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
Various                                                 Rent

                                                       **Is the claim subject to offset?**
                                                       ☑ No

                                                       ☐ Yes

3.263                                                  As of the petition filing date, the claim is:                    $57,049.62
                                                       *Check all that apply.*
DTPS B-2, LLC                                           ☐ Contingent
Attn: Property Management
555 S. Sunrise Way, Suite 200                           ☐ Unliquidated
Palm Springs, CA 92264
                                                       ☐ Disputed
**Date or dates debt was incurred**
Various                                                 **Basis for the claim:**
                                                       Rent

                                                       **Is the claim subject to offset?**
                                                       ☑ No

                                                       ☐ Yes

3.264

Duesenberg Investment Company, LLC
c/o Topa Management Company
Attn: Property Manager
1800 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.265

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $1,611.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.266

Duke Energy Progress
PO Box 1003
Charlotte, NC 28201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $260.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.267

Dulles Town Center Mall, L.L.C.
c/o Lerner Enterprises
Attn: Pres., General or Managing Agent
2000 Tower Oaks Blvd, 8th Fl
Rockville , MD 20952

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $29,965.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268

Easton Town Center LLC
c/o Steiner + Associates Inc.
4016 Townsfair Way Ste 201
Columbus, OH 43219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $30,572.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.269

EASTVIEW MALL, LLC
Attn: Thomas C. Wilmot
1265 SCOTTSVILLE ROAD
ROCHESTER, NY 14624

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $52,554.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.270

Eden Prairie Center, LLC
c/o MetLife Investment Management
Attn: Eden Prairie Asset Management
125 S. Wacker, Ste 1100
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $43,145.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.271

Edwards Realty Company
14400 S. John Humphrey Drive Suite 200
Orland Park, IL 60462

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $33,901.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.272

Elizabethtown Gas
PO Box 11811
Newark, NJ 07101-8111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $29.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.273

Elmwal Associates, LLC
Attn: Stephen R. Lewinstein
P.O. Box 962003
Boston, MA 2196

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $32,655.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.274

EMI Santa Rosa Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.275

Entergy
PO Box 8106
Baton Rouge, LA 70891-8106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $287.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276

EQUITABLE GAS
PO Box 371820
Pittsburgh, PA 15250-7820

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $24.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.277

Eskridge (E&A), LLC
c/o Edens Limited Partnership
Attn: Legal Department
1221 Main Street, Ste 1000
Columbia , SC 29201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $36,369.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.278

Ethan Conrad
1300 National Drive
Suite 100
Sacramento, CA 95834

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $22.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.279

Ethan Conrad Properties
1300 National Drive, Suite 100
Sacramento, CA 95834

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $18,177.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.280

Evergreen Walk Lifestyle Center, LLC
c/o Poag Shopping Centers, LLC
Attn: Lease Administration
2650 Thousand Oaks Blvd, Suite 3150
Memphis , TN 38118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $40,652.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.281

Eversource
PO Box 650047
Dallas, TX 75265

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,065.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.282

EWH Escondido Associates, L.P.
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $69,529.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.283

Fairfax Company of Virginia LLC
200 East Long Lake Rd Suite 300
Bloomfield Hills, MI 48304-2324

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $77,801.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.284**

Fashion Centre Associates, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $93,757.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285**

Fashion Outlets at Foxwoods, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $89,068.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286**

Fashion Outlets II LLC
401 Wilshire Boulevard Suite 700
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $38,015.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.287**

Fashion Outlets of Chicago LLC
Attn: Correspondence Routing System/Legal Department
401 Wilshire Boulevard Suite 700
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $107,724.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.288**

Fashion Square Mall CMBS LLC
PO Box 74889
Cleveland, OH 44194-4889

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $43,760.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.289**

Fashion Valley Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $117,079.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**

Fayette Mall SPE LLC
2030 Hamiltion Place BLVD
Suite 500
Chattanooga, TN 37421-600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $60,701.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.291**

FC Ballston Common LLC
350 N Orleans St
Suite 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.292

FC Yonkers Associates LLC
PO Box 72068
Cleveland, OH 44192

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $61,131.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.293

Federal Realty Investment Trus
PO Box 8500-9320
Philadelphia, PA 19178-9320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $5,502.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.294

FEDERAL REALTY INVESTMENT TRUST
909 Rose Aven
Suite 200
North Bethesda, MD 20852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

FHR Main Retail Center, LLC
c/o Fairbourne Properties, LLC
Attn: George Manojlovic
1 East Wacker Drive, Ste 3110
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $30,444.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.296**

First Colony Mall, LLC
c/o First Colony Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $58,130.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.297**

Fixtures International Inc
2301 Canda Dry St.
Houston, TX 77023

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $7,486.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.298**

Flatiron Property Holding, L.L.C.
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $84,926.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.299**

Florida Mall Associates, Ltd.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.300**

Florida Power & Light Co
PO Box 025576
Miami, FL 33188-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $229.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.301**

Forbes/Cohen Florida Properties Limited Partnership
100 Galleria Officentre Suite 427
Southfield, MI 48034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $130,398.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.302**

Forsyth Owner 1 LP
PO BOX 935625
Atlanta, GA 31193-5625

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $43,942.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.303**

Fort Smith Mall Realty LLC
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $5,781.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.304

Fox Metro WRD
PO Box 160
Aurora, IL 60507-0160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $4.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.305

Fox River Shopping Center, LLC
c/o Fox River Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $74,213.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.306

Fox Run Mall LLC
PO Box 533058
Charlotte, NC 28290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $28,352.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.307

Fox Valley Mall LLC
2049 Century Park E
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.308**

FPL
General Mail Facility
Miami, FL 33188

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,254.87
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.309**

Francesca's Services Corp
8760 Clay Rd
Houston, TX 77080

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $185,865,984.90
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.310**

Freemall Associates, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $73,733.25
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.311**

Frep Holdings LLC
One Maritime Plaza Suite 2100
San Francisco, CA 94111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,933.44
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.312

Frontier
PO Box 20550
Rochester, NY 14602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $368.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.313

FSH Associates, LP
c/o Tanger Properties Limited Partnership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $61,830.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.314

G&C Associates of Pitt County LLC
505 Read Banks Road STE A
Greenville, NC 27858

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,223.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.315

G&I VI Promenade, LLC
c/o CBRE, Inc.
Attn: General Manager
5971 Sky Pond Drive, Ste OFC
Loveland, CO 80538

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $63,007.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.316

G&I VII Retail Carriage LLC
Attn: General Counsel
2222 Arlington Ave
Birmingham, AL 35205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.317

Galleria at Wolfchase, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $65,487.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318

Galleria Mall Investors LP
PO Box 849111
Dallas, TX 75284-9111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $38,566.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.319

Galveston Outlets, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $57,767.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320**

Garden City Owner LLC
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $46,036.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.321**

Geenen DeKock Properties, LLC
Attn: Pres., General or Managing Agent
13 West 8th Street, Suite 250
Holland, MI 49423

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,026.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.322**

Georgetown One LLC
8503 Halston Way
Bethesda, MD 20814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,172.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.323**

Georgetown One, LLC
c/o Helene Brody Bushwick
13150 Glen Road
North Potomac, MD 20878

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $211,394.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.324

Georgia Natural Gas
PO Box 71245
Charlotte, NC 28272-1245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $77.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.325

Georgia Power
96 ANNEX
Atlanta, GA 30396-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $776.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.326

Gerrity Retail Fund 2 Inc
973 Lomas Santa Fe Dr.
Solana Beach, CA 92075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $7,205.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.327

GGP Northridge Fashion Center LP
Attn: Law/Lease Administration Department
350 N Orleans St
Suite 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.328

GGP Staten Island Mall, LLC
c/o Staten Island Mall Phase II
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.329

GGP-Grandville L.L.C.
c/o Rivertown Crossings
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,250.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.330

GGP-Maine Mall L.L.C.
c/o The Maine Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,589.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.331

GGP-Otay RanchLP
SDS-12-1664
PO Box 86
Minneapolis, MN 55486-1664

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,824.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.332

GGP-Providence Place LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $116,804.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.333

GGPLP Real Estate Inc
Attn: Law/Lease Administration Department
350 N. Orleans St. Suite 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,667.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.334

Gilroy Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $85,509.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.335

Glade Lifestyle, LLC
Attn: Zach Knutson
6723 Weaver Road, Ste 108
Rockford, IL 61114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,523.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.336

Glen Eagle Retail LLC
200 E. Randolph Drive
Suite 4400
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $38,743.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.337

Glenbrook LLC
GGP-GLENBROOK LLC
110 North Wacker Drive
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,900.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.338

Glimcher MJC LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $44,569.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.339

Glimcher Supermall Venture, LLC
Attn: General Counsel
180 E Broad Street
Floor 20
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.340

Global Real Estate

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $30,471.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.341

Governor's Square Company
5577 Youngstown-Warren Road
Niles, OH 44446

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $37,224.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.342

Governor's Square Mall, LLC
c/o Governor's Square
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $55,261.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.343

GPF Lubbock Associates Limited Partnership
Attn: Pres., General or Managing Agent
PO Box 65207
Lubbock, TX 79464

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $6,941.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.344**

GPT-Longmeadow, LLC
c/o Grove Property Fund, LLC
Attn: Sheryl Chapman, Accounting Manager
36 Welles Street, Suite 220
Glastonbury, CT 06033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,540.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.345**

Grand Prairie Outlets, LLC
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $68,944.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.346**

Grand Ridge Plaza II, LLC
Attn: Lease Administration
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $32,450.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.347**

Grand Traverse Mall, LLC
Attn: General Counsel
3200 South Airport Road W
Traverse City, MI 49684

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $39,908.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.348**

Grapevine Mills Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $67,951.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.349**

Green Waste LLC
PO Box 94258
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $79.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.350**

Greene Town Center LLC
PO Box 3795
New York, NY 10008-3795

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $6,796.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.351**

GREENVILLE CENTER ASSOCIATES LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $36,076.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.352

Greenwood Mall L.L.C.
c/o Greenwood Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52,163.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.353

Greenwood Park Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $71,984.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.354

Grove City Factory Shops Limited Partnership
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54,711.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.355

GTM Denton, Ltd.
c/o Cencor Realty Services
Attn: Asset Manager/Legal Department
3102 Maple Avenue, Suite 500
Dallas, TX 75201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $258.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.356

Gulf Coast Factory Shops Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $75,672.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.357

Gulf Power
PO Box 830660
Birmingham, AL 35283-0660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $306.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.358

H/S Florence LLC
PO Box 204227
Augusta, GA 30917

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,285.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.359

Hamilton Mall Realty LLC
150 Great Neck Road Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $38,635.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.360**

Hamilton Town Center, LLC
c/o M.S. Management Associates, Inc.
228 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $44,956.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.361**

HAP Property Owner LP
800 Vanderbilt Rd.
Naples, FL 34108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.362**

Harbourside Place LLC
1295 US Highway 1
North Palm Beach, FL 33408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $33,490.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363**

Harbourside Place LLC
1295 US Highway 1
North Palm Beach, FL 33408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,631.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.364

Hart TC I-III, LLC
Attn: Amy Krass
2101 Sixth Avenue North
Suite 750
Birmingham, AL 35203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.365

HAUL AWAY RUBBISH
1205 Date Street
Montebello, CA 90640-6394

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $94.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.366

Hawthorn, L.P.
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367

Hawthorne Pinecrest LLC
PO Box 30174
Charlotte, NC 28230

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $17,188.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.368

HC Brentwood Unit A LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,223.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.369

HCW Private Development LLC
PO Box 759
Springfield, MO 65801-0759

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,286.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.370

Henry Horn & Sons Incorporated
405 Primrose Road, #300
Burlingame, CA 94010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39,029.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.371

Henry S Miller Realty Management LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,392.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.372**

HG Galleria, LLC
c/o M.S. Management Associates, Inc.
250 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $187,106.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.373**

HG Hill Realty Company LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $28,141.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.374**

HGIT Briargate LLC
PO Box 841930
Dallas, TX 75284-1930

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $95.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.375**

HGIT Briargate, LLC
c/o The Promenade Shops at Briargate
Attn: Property Manager
1885 Briargate Parkway, Ste 503
Colorado Springs, CO 8920

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,498.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.376

HGREIT IIO Edmonson Road LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $39,795.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.377

Highland Court Oxford, LLC
Attn: David Blackburn
2088 Old Taylor Road
Oxford, MS 38655

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.378

HIGHLAND VILLAGE HOLDING INC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65,121.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.379

Hill Management Services, Inc.
Attn: Pres., General or Managing Agent
9640 Deereco Road
Timonium, MD 21093

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $9,360.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.380**

Hines Global REIT 11
2800 Post Oak Blvd Suite 4800
Houston, TX 77056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $49.18
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.381**

Historic Third Ward Development, LLC
c/o Milwaukee View, LLC
Attn: Pres., General or Managing Agent
225 E. St. Paul Avenue, Ste 200
Milwaukee, WI 53202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $28,417.96
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.382**

Hocker Oxmoor, LLC
c/o Oxmoor Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $77,784.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.383**

Honey Creek Investments, LLC
c/o Out of the Box Holdings LLC
Attn: General Counsel
4218 NE 2nd Ave
Miami, FL 33137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.384

Hoover Mall Limited LLC
110 North Wacker Dr.
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $95,699.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.385

Howie's Trash Service
625 S. 10th St
Manhattan, KS 66502

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $94.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.386

HSC Holdings, LLC
c/o Bohannon Development Company
Attn: Pres., General or Managing Agent
Sixty 31st Avenue
San Mateo, CA 94403

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $72,853.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.387

Hudson Village Development Company, LLC
c/o Fairmount Properties
Attn: Fabi Miller
1138 West 9th Street, Ste 200, Suite 200
Cleveland, OH 44113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $31,283.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

### 3.388

Hudson Village Finance Company
200 Park Avenue Suite 200
Beachwood, OH 44122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $294.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.389

Hulen Mall, LLC
c/o Hulen Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $36,475.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.390

Hull Storey Retail Group LLC
Attn: James M. Hull
1190 Interstate Parkway
Augusta, GA 30909

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.391

Hunt Valley Towne Centre LLC
10096 Red Run Boulevard, Suite 100
Owings Mills, MD 21117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,549.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.392

Huntington Mall Company
5577 Youngstown-Warren Rd
Niles, OH 44446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $37,302.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.393

IEM INC
PO Box 93538
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,754.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.394

IMI College Hills Fee

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $31.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.395

IMI Grand Prairie LLC
14332 Collections Center Dr
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $86.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.396

IMI Huntsville LLC
c/o Thompson Hine LLP
Attn: Louis F. Solimine
312 Walnut St
Suite 1400
Cincinnati, OH 45202-4029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $30,998.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.397

IMI Miracle Mall LLC
c/o Thompson Hine LLP
Attn: Louis F. Solimine
312 Walnut St
Suite 1400
Cincinnati, OH 45202-4029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $157,951.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.398

IMI MSW, LLC
c/o Market Street Management Office
Attn: Property Management
9595 Six Pines Drive, Suite 6290
The Woodlands, TX 77380

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $35,603.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.399

Indiana American Water
PO Box 3027
Milwaukee, WI 53201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $22.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.400

Indiana Michigan Power
PO Box 24407
Canton, OH 44701-4407

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $276.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.401

Infantino Disposal Co
PO Box 386
Westfield, NJ 07091

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $393.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.402

Infinite Energy
PO Box 105247
Atlanta, GA 30348-5247

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $66.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.403

Inland Commercial Real Estate
2901 Butterfield Rd
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $116.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.404

Inland National Real Estate
2901 Butterfield Rd
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $117.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

3.405

Inland National Real Estate Services LLC
2901 Butterfield Rd
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.406

Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $97.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.407

Intermountain Rural
PO Drawer A
Sedalia, CO 80135

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $307.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.408

Interstate Waste Services
PO Box 554744
Detroit, MI 48255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $87.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.409

InvenTrust Property Management LLC/ Bldg # 44618
IA Cranberry Specialty LP
2809 Butterfield Road Bldg 44618
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $6,139.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.410

IP Rockford Recap Ventures LLC
c/o property #2325 6723 Weaver Road
Suite 108
Rockford, IL 61114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $10.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.411

J B Forehand & Company Inc
PO Box 1259
Lynchburg, VA 24505

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $11,618.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.412

JCP&L
PO Box 3687
Akron, OH 44309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $391.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.413

Jefferson Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.414

Jefferson Naperville, LLC
Attn: Samuel L. Rubin
729 Montana Avenue, Ste 6
Santa Monica, CA 90403

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $50,823.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.415

Jersey Shore Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $100,578.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.416**

JG Elizabeth II, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $198,835.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.417**

Jin XiaoMei; Case No: WC-CM-691182
515 John Muir Dr. A 323
San Francisco, CA 94132

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418**

Johnson Controls
PO Box 371994
Pittsburgh, PA 15250

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $536.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419**

Jordan Creek Town Center, LLC
Attn: Law/Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.420**

JRA HHF VENTURE LLC
3805 Edwards Rd.
Ste 700
Cincinnati, OH 45209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $54,371.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.421**

Kalamazoo Mall LLC
Address on File

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $61,639.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.422**

Kamil Property Management LLC
216 N Lee St
Alexandria, VA 22314

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.423**

Kansas City Board of
PO Box 219661
Kansas City, MO 64121-9661

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $340.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.424

Kansas City Power & Light
PO Box 219330
Kansas City, MO 64121-9330

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $336.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.425

Kennedy Mall, Ltd.
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34,823.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.426

Kentucky Oaks Mall Company
5577 Youngstown-Warren Rd
Niles, OH 44446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $18,903.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.427

Kenwood Mall L.L.C.
c/o Kenwood Towne Center OH
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $60,840.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.428**

Keter Environmental Services
PO Box 417468
Boston, MA 02241-7468

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,890.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.429**

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $63,961.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430**

Keystone Property Holding Corp.
c/o O'Connor Partners
535 Madison Avenue
6th Floor
New York, NY 10022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431**

Khedr Belmont Shores LLC
1242 Third St Promenade
Suite 206
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.432**

King of Prussia Associates
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $128,022.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.433**

Kirkwood Mall Acquisition LLC
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $43,047.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.434**

Kitsap Mall LLC
Attn: General Manager
PO Box 2147
Silverdale, WA 98383

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.435**

KMG Hauling
PO Box 650821
Potomac Falls, VA 20165

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $264.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.436**

KRE Broadway Owner, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway
Suite 1925
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.437**

KRE Colonie Owner LLC
9 West 57th Street Suite 4200
New York, NY 10019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,200.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.438**

KRG Kingwood Commons LLC
32689 Collections Drive
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,786.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.439**

KRG Kingwood Commons, LLC
c/o Kite Realty Group
Attn: Vice President of Property Operations
30 South Meridian, Ste 1100
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,611.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.440

KU
PO Box 9001954
Louisville, KY 40290-1954

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $527.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.441

L&B DEPP Inwood Village, L.P.
c/o Institutional Property Managers, Inc.
Attn: Property Manager
5730 W. Lovers Lane
Suite 326
Dallas, TX 75209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.442

LA CANTERA RETAIL LIMITED PARTNERSHIP
Attn: Law/Lease Administration
Dept 350 N Orleans St., Ste 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $62,441.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.443

Lafayette Clocktower LLC
Services INC
PO Box 7365
San Francisco, CA 94120-7365

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,083.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.444

Lakeline Developers
867895 Reliable Parkway
Chicago, IL 606860078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $41,232.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.445

Lakes Mall Realty LLC
150 Great Neck Road
Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,023.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.446

Lakeview Pointe Shopping Center, LLC
c/o Rubenstein Real Estate Co., LC
6310 Lamar
Suite 220
Overland Park, KS 66202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,823.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.447

Laz Parking
15 LEWIS STREET
Hartford, CT 6103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $473.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.448**

Leawood TCP, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $73,157.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.449**

Legacy Place Properties LLC
1330 Boylston St., Ste 212
Chestnut Hill, MA 2467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,347.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.450**

Lenoir City Utilities Board
PO Box 449
Lenoir City, TN 37771-0449

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $259.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.451**

Levine Investments, LP
c/o Pacifica Retail
Attn: Pres., General or Managing Agent
2801 E. Camelback Road, Suite 450
Phoenix, AZ 85016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $30,052.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.452**

Levis Commons, LLC
c/o Hill Partners, Inc.
Attn: Pres., General or Managing Agent
2201 South Boulevard, Ste 400
Charlotte, NC 28203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,298.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453**

LIBERTY CENTER LLC
4016 Townsfair Way Ste 201
Columbus, OH 43219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $46,357.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454**

Liberty Utilities - New Hampsh
75 Remittance Drive
Suite 1032
Chicago, IL 60675

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455**

LINCOLN ELECTRIC SYSTEM
PO Box 80869
Lincoln, NE 68501-0869

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $155.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.456

Lincoln Park Hotel Propco LLC
PO Box 829424
Philadelphia, PA 19182-9424

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.457

Lincoln Plaza Center LP
Attn: Josh Dinstein - General Counsel
1290 Avenue of the Americas
Suite 914
New York, NY 10104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.458

Lindale Mall, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.459

Little Rock Development Co LLC
PO Box 405764
Atlanta, GA 30384-5764

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $13,262.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.460**

Livermore Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $113,764.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.461**

Livingston Mall Venture
225 W Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.462**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39,363.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.463**

LRM-Com Inc dba MallCom
6140-K6 S. gun Club Rd. #238
Aurora, CO 80016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $151.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.464**

Lubbock Power & Light
PO Box 10541
Lubbock, TX 79408-3541

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $124.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.465**

LVP St Augustine
1985 Cedar Bridge Ave.
Suite 1
Lakewood, NJ 8701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,390.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.466**

LVP St. Augustine Outlets LLC
c/o The Lightstone Group
Attn: Lease Administration
1985 Cedar Bridge Avenue, Ste 1
Lakewood, NJ 8701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34,587.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.467**

Lynnhaven Mall L.L.C.
c/o Lynnhaven Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $79,787.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.468

MacArthur Shopping Center LLC
300 Monticello Ave 285
Norfolk, VA 23510

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.469

Macerich Deptford LLC
1750 Deptford Center Rd.
Deptford, NJ 08096

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $63,636.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.470

Macerich Fresno Limited Partnership
4841 North First Street
Fresno, CA 93726

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.471

Macerich North Park Mall LLC
Attn: Center Manager
320 West Kimberly Road
Davenport, IA 52806

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $31,111.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.472

Macerich Oaks LLC
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $73,599.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.473

Madison Gas & Electric
PO Box 1231
Madison, WI 53701-1231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $66.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.474

Madison Marquette Bell Tower Shops, LLC
Attn: Chief Financial Officer
670 Water Street, SW
Washington, DC 20024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.475

Madison Municipal Sercies
119 East Olin Ave
Madison, WI 53713

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $50.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.476**

Madison/West Towne, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $50,352.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.477**

Mainplace Shoppingtown, LLC
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.478**

Mall at Concord Mills Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $65,620.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.479**

Mall at Great Lakes, LLC
Attn: Robert P. Demchak and General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480**

Mall at Jefferson Valley, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $37,997.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.481**

Mall at Lehigh Valley, L.P.
c/o Kravco Simon Company
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $89,967.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.482**

Mall at Lima, LLC
c/o WP Glimcher Inc.
Attn: General Counsel
180 East Broad St.
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $33,438.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.483**

Mall at Miami International, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.484

Mall at POTOMAC MILLS, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.485

Mall at Rockingham, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $89,925.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.486

Mall at Smith Haven, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $118,721.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.487

Mall at Solomon Pond, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.488

Mall at Summit, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $64,960.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.489

Mall at White Oaks, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $47,414.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.490

Mall of Georgia, Llc
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $69,855.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.491

Mall of Louisiana

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $81,615.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.492

MALL ST VINCENT LLC
1114 AVENUE OF THE AMERICAS
ST2800
New York, NY 10036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,538.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.493

Mall St. Vincent, LLC
Attn: General Manager
1133 St Vincent Avenue, Ste 200
Shreveport, LA 71104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,696.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.494

Mansfield Municipal Electric
124 High Street, Suite 4
Mansfield, MA 02048

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.495

Maryland American Water
PO Box 371880
Pittsburgh, PA 15250

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.496

Mashpee Commons II, LLC
c/o Mashpee Commons Limited Partnership
Mashpee Commons
PO Box 1530
Mashpee, MA 2649

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,243.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.497

Matthew D Mason for the 16th Judicial District
401 S. Old Woodward
Suite 340
Birmingham, MI 48009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,069.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.498

Mayfair Mall, LLC
c/o Mayfair
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $80,658.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.499

Mayfaire Town Center, LP
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,028.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.500**

Mayflowe Square One LLC
14169 Collections Center Dr
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.501**

Mayflower Cape Cod, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $67,688.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.502**

Mayflower Emerald Square, LLC
c/o M.S. Management Associates inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.503**

MCA Promenade Owner LLC
2201 South Blvd Suite 400
Charlotte, NC 28203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $47,108.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.504

McCain Mall Company Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $53,738.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.505

MDN Development, Inc.
Attn: Pres., General or Managing Agent
1241 R.F.D.
Long Grove , IL 60047

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $19,769.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.506

MEADOWBROOK ASSOCIATES LLC
350 N Old Woodward Ste 300
Birmingham, MI 48009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $29,489.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.507

Meadowood Mall LLC
PO Box 404553
Atlanta, GA 30384-4553

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $54,199.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.508**

Megapath
PO Box 842630
Dallas, TX 75284-2630

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,228.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.509**

Melbourne Square, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $52,042.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.510**

Confidential Party EF 00073
Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $480.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.511**

MEMORIAL CITY MALL LP
303 Memorial City
Houston, TX 77024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $66,104.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.512

Memphis Light Gas & Water Div
PO Box 388
Memphis, TN 38145-0388

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $0.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.513

Mercedes Premium Outlets, L.P.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.514

Meriden Realty LLC
150 Great Neck Rd
Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.515

Meridian CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $31,929.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.516**

Merrick Park LLC
PO Box 86
Minneapolis, MN 55486

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $72,485.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.517**

Merrimack Premium Outlets Center LLC
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $103,037.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518**

Metro Waste Services
29131 Michigan Ave PO Box 498
Inkster, MI 48141

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519**

Metropolis Lifestyle Center, LLC
Attn: Legal Department
2650 Thousand Oaks Boulevard, Suite 3150

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,796.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.520

Metropolis Lifestyle CenterLLC
2650 Thousand Oaks BLVD
Suite 2200
Memphis, TN 38118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,305.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.521

Metropolitan Utility District
PO Box 3600
Omaha, NE 68103-0600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.522

MFC Beavercreek, LLC
c/o WP Glimcher
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.523

Mid Rivers Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.524

Mid-South Outlet Shops, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,836.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.525

MidAmerican Energy Company
3200 Northline Avenue Suite 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $180.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.526

Midamerican Enery Company
PO Box 8020
Davenport, IA 52808-8020

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.527

Midland Park Mall, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.528**

Miracle Tallahassee, LLC
c/o EFC Management Company, Inc.
Attn: Joshua I. Page, Executive VP and COO
6000 Fairview Road, Suite 1200
Charlotte, NC 28310

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $15,538.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.529**

Miromar Outlet West, LLC
Attn: Pres., General or Managing Agent
10801 Corkscrew Road, Suite 305
Estero, FL 33928

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $82,858.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.530**

Mission Valley Shoppingtown LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $61,264.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.531**

MISSION VIEJO ASSOCIATES LP
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $97,829.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.532

MISSISSIPPI POWER
PO Box 245
Birmingham, AL 35201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $247.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.533

Mizner Park LLC
c/o Crocker Downtown Develop Asso
SDS-12-2563
PO Box 86
Minneapolis, MN 55486-2563

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.534

MNH Mall LLC
14184 Collections Center Dr.
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**               $69,058.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.535

MOAC MALL HOLDINGS LLC
Attn: Pres., General or Managing Agent
2131 Lindau Lane Suite 500
Bloomington, MN 55425-2639

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**               $94,281.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.536**

Monarchs Sub, LLC
Attn: General Manager - John Colucci
8640 N. Dixon Avenue
Kansas City, MO 64153

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $38,686.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.537**

MONPOWER
PO Box 3615
Akron, OH 44309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $97.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.538**

Montana-Dakota Utilities
PO Box 5600
Bismarck, ND 58506-5600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $19.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.539**

Montgomery Mall
11601 Wilshire Blvd
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $55,378.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.540

Montgomery Mall LLC
11601 Willshire BLVD
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $101,505.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.541

Moorestown Mall LLC
One Commerce Square
2005 Market St
Suite 1000
Philadelphia, PA 19103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.542

Morgantown Mall Associates Limited Partnership
1880 East Broad Street
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $37,061.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.543

MP Shops at Highland Village LLC
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,392.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544**

MPH Pacific Place LLC
PO Box 856661
Minneapolis, MN 55485

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,778.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.545**

MS Management Associates Inc
225 W Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.546**

MSH76LLC
15 Maiden Lane Suite 1300
New York, NY 10038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $150,565.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.547**

Muncie Mall LLC
PO Box 809046
Chicago, IL 60680-9046

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,432.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.548

N Little Rock Electric
PO Box 936 North Little
Rock, AR 72115

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.549

Nashville Elecric Service
PO Box 305099
Nashville, TN 37230-5099

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $33.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.550

Natick Mall, LLC
c/o Natick Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $93,536.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.551

National Grid
PO Box 11739
NEWARK, NJ 07101-4739

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $957.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.552

National Project Management
204 Fabricator Drive
Fenton, MO 63026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $222,864.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.553

NED ALTOONA LLC
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $43,517.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.554

NED Little Rock LLC
PO Box 419207
Boston, MA 02241-9207

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $26,487.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.555

New Jersey Natural Gas
PO Box 11743
Newark, NJ 07101-4743

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $49.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.556**

New Rivercenter Mall LP

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $8,102.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.557**

NewPark Mall, LP
Attn: General Counsel
1114 Avenue of the Americas
Suite 2800
New York, NY 10036

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.558**

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $341.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.559**

Nitti Sanitation
10730 Briggs Drive Suite B Inver
Grove Heights, MN 55077-5358

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $38.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.560

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                         $62,192.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.561

NORTH POINT MALL LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                         $70,635.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.562

Northern Virginia Electric Gro
POBox 34795
Alexandria, VA 22334-0795

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                         $1,180.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.563

NorthPark Mall/Joplin, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                         $35,886.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.564

Northwood PL A L.P.
575 Fifth Avenue
23rd Floor
New York, NY 10017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.565

NP/I&G Eastchase Property Owner, LLC
Attn: Pres., General or Managing Agent
7274 EastChase Parkway
Montgomery, AL 36117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $31,213.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.566

NV Energy
PO Box 30086
Reno, NV 89520-3086

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $282.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.567

NW Arkansas Mall Realty LLC
C/O Namdar Realty Group LLC
150 Great Neck Road
Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $30,514.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.568**

NW Blakeney Retail LLC
PO Box 28103
New York, NY 10087-8103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $19,709.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.569**

NW NATURAL
PO Box 6017
Portland, OR 97228-6017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $129.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.570**

O'Fallon Water & Sewer Depart
28 Olmsted Street
Birmingham, AL 35242

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $114.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571**

Oak Park Mall, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $66,898.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.572

OAKBROOK SHOPPING CENTER LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $79,882.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.573

Oakridge Mall LP
255 S. Lincoln Avenue O
Fallon, IL 62269

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $58,634.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.574

OAKS MALL LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $60,603.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.575

Oakwood Hills Mall, LLC
c/o Oakwood Mall WI
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $45,104.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.576

OBI Asset Holding CO LLC
925 Blossom Hill Rd. Ste 2005
San Jose, CA 95123

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.577

OG&E
PO Box 24990
Oklahoma City, OK 73124-0990

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $201.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.578

Ohio Edison
PO Box 3687
Akron, OH 44309-3687

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $428.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.579

OKC Classen Curve LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $46,871.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.580**

OKC Outlets I, LLC
c/o Singerman Real Estate, LLC
Attn: Charlie Kellogg
980 N. Michigan Avenue, Suite 1660
Chicago, IL 60611

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $53,100.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.581**

Oklahoma Natural Gas Company
PO Box 219296
Kansas City, MO 64121-9296

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $699.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.582**

Old Hickory Mall Venture II

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $29,330.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.583**

Old Orchard Urban Limited Partnership
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $90,278.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

3.584

OLYMPIC II MALL SERVICES
PO Box 19930
Fountain Hills, AZ 85269

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $76.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.585

OLYMPIC III MALL SERVICES
PO Box 55287
Houston, TX 77255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $104.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.586

Olympic IV Mall Service
PO Box 96383
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $55.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.587

Olympic IV Mall Services
PO Box 96383
Las Vegas, NV 89193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $99.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.588**

Olympic Mall Services
PO Box 19930
Fountain Hills, AZ 85269-9930

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $254.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.589**

Omaha Outlets LLC
11301 Davenport St.
Omaha, NE 68154

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $57,347.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.590**

Omaha Outlets SPE, LLC
Attn: Lease Administration
21209 Nebraska Crossing Dr, #C-100
Gretna, NE 68028

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $93,797.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.591**

Omaha Public Power District
PO Box 3995
Omaha, NE 68103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $591.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.592**

Ontario Mills Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $124,522.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.593**

Opry Mills Mall Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $96,064.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.594**

Orange Park Mall, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.595**

Orec Amarillo Mall Member LLC
124 Johnson Ferry Rd NE
Atlanta, GA 30326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $11,889.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.596

OREC Fort Smith Mall Member LL
124 Johnson Ferry Rd NE
Atlanta, GA 30328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $11,158.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.597

ORLAND LP
Orland Square
3330 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $88,780.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.598

Orlando Outlet Owner LLC
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $172,935.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.599

Outlet Mall of Savannah, LLC
c/o Tanger Management, LLC
Attn: Real Estat Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $69,239.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.600**

Outlets at Traverse
PO Box 301028
Los Angeles, CA 90030-1028

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,303.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.601**

Outlets at Traverse Mountain, LLC
4100 MacArthur Boulevard, Suite 200
Newport Beach, CA 92660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,804.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.602**

Outlets at Westgate, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,305.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.603**

Pacific Gas & Electric Company
Box 997300
Sacramento, CA 95899-7300

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.604

Paddock Mall, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $43,023.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.605

Paoli Shopping Center LP
1301 Lancaster Avenue
Berwyn, PA 19312

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,694.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.606

Paramus Park Shopping Center Limted Partnership

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $88,346.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.607

Park City Center Business Trust
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $134,246.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.608**

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $98,384.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.609**

Parkway Place SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $38,605.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.610**

Partners Mall Abilene LLC
145 West 45th Street FL 10
New York, NY 10036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $30,439.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.611**

Paseo Nuevo Management LLC
Attn: Gary Karl
100 N. Sepulveda Blvd. Suite 1925
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $104,495.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.612

PC Group Retail LLC
21058 Pacific Coast Hwy M-220
Huntington Beach, CA 92648

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $44.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.613

PC Group Retail, LLC
c/o DJM Capital Partners, Inc.
Attn: Eric Sahn
60 South Market Street, Suite 1120
San Jose, CA 95113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $24,518.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.614

PDC/Area Companies
32289 Collection Center Dr.
Chicago, IL 60693-0322

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $110.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.615

Pearland Ground, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $34,438.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.616

Pecanland Mall LLC
Attn: Law/Lease Administration Dept
350 N. Orleans St. Suite 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $45,166.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.617

Peckham Properties, Inc.
Attn: Pres., General or Managing Agent
401 W. "A" Street, Suite 2300
San Diego, CA 92101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $24,335.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.618

PECO
PO Box 37629
Philadelphia, PA 19101-0629

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $207.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.619

Pembroke Lakes Mall LLC
Attn: Law/Lease Administration
350 N. Orleans St. Suite 300
Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $74,199.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.620

Penelec
PO Box 3687
Akron, OH 44309-3687

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $229.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.621

PENN ROSS JOINT VENTURE
1326 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $98,979.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.622

PENN SQUARE MALL LIMITED PARTNERSHIP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $84,487.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.623

Pension Reserves Investment
MP Shops at Highland Village
c/o AEW Capital Management, LP
Two Seaport Lane
Boston, MA 02210-2021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,171.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.624**

Peoria New Mall LLC
14352 Collections Center Dr
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.625**

Peoria New Mall LLC
14352 Collections Center Dr
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.626**

Pepco
PO Box 13608
Philadelphia, PA 19101-3608

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $236.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.627**

Perimeter Mall, LLC
c/o Perimeter Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $105,286.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.628

Perkins Rowe
ASSOCIATES II LLC
PROPERTY MANAGER
PO BOX 83760
Baton Rouge, LA 70884

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,742.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.629

PFP Columbus LLC
dba Polaris Fashion Place
180 East Broad St.
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,060.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.630

PG&E
Box 997300
Sacramento, CA 95899-7300

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,508.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.631

PGE
PO Box 4438
Portland, OR 97208

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $556.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.632**

PHEASANT LANE REALTY TRUST
13205 Collection Center
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $73,387.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.633**

Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266-0920

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $47.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.634**

Pier Park, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $50,966.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.635**

Pinnacle Hills, LLC
Pinnale Hills Promenade
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $50,142.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.636

Pinnacle North IV, LLC
Attn: Steve Johnson
601 State Street, 6th Fl
Bristol, VA 24201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $17,652.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.637

PNM
PO Box 17970
Denver, CO 80217-0970

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $140.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.638

POM-College State LLC
Lease ID: LFRANC00
2030 Hamilton Place Boulevard
Suite 500
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $32,576.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.639

POTOMAC EDISON
PO Box 3615
Akron, OH 44309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $124.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.640

Poughkeepsie Galleria, LLC
Attn: Management Division
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $61,403.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.641

PPF RTL Atlantic Town Center, LLC
c/o Morgan Stanley Real Estate Investing
Attn: Devin Barnwell
3224 Peachtree Road, NE, 9th Floor
Atlanta, GA 30326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,548.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.642

PPF RTL Rosedale Shopping Center, LLC
Attn: Pres., General or Managing Agent
3344 Peachtree Road NE, Suite 1200
Atlanta, GA 30326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $42,875.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.643

PR 150 Roosevelt Shops LLC
Attn: Law Department
7 Giralda Farms
Madison, NJ 07940

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54,986.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.644

PR Avalon Phase I Owner, LLC
c/o North American Properties-Atlanta, Ltd.
Attn: Operations Department
1175 Peachtree NE, Suite 1650
Atlanta, GA 30361

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $50,361.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.645

PR CAPITAL CITY LIMITED PARTNERSHIP
401 A. 2nd Street
Suite 200
Philadelphia, PA 19147

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $40,942.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.646

PR Exton Square Property, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.647

PR II LaCenterra, LP
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $32,813.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.648

PR North Dartmouth LLC
401 S. 2nd Street
Suite 200
Philadelphia, PA 19147

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,971.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.649

PR Patrick Henry LLC
Attn: Director Legal
200 S Broad St
The Bellevue 3rd Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.650

PR Springfield Town Center LLC
Attn: General Counsel
200 South Broad Street 3rd Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,574.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.651

PR Valley View Limited Partnership
Attn: General Counsel
2005 Market Street, Ste 1000
Philadelphia, PA 19103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,284.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.652

PR Woodland Limited Partnership
1 Commerce Sq 2005 Market St
Suite 1000
Philadelphia, PA 19103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52,352.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.653

Precision Waste Solutions
PO Box 18856
Shreveport, LA 71138

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $209.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.654

Precision Waste Solutions LLC
8118 Jewella Ave
Shreveport, LA 71138

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $311.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.655

Precision Waste Solutions LLC
8118 Jewella Ave
Shreveport, LA 71138

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $309.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.656

Precision Waste Solutions LLC
8118 Jewella Ave
Shreveport, LA 71138

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $85.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.657

Preit Associates LP
2500 Moreland Rd
3rd Floor Mgmt Office
Willow Grove, PA 19090

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13,656.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.658

Premiere Global Service
PO Box 404351
Atlanta, GA 30384-4351

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,137.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.659

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $574,324.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.660

Prime Outlets at Pleasant Prairie LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,298.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.661

Prisa Arbor Lakes LLC
180 N Stetson Ave
Suite 3275
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.662

Progress Energy Florida INC
PO Box 1004
Charlotte, NC 28201-1004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $70.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.663

Providence Retail LLC
Attn: General Counsel
4700 Wilshire Blvd
Los Angeles, CA 90010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.664

PSE&G
15 Park Drive
Attn: credit services
Melville, NY 11747

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                                $437.18
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.665

PSE&G Co
15 Park Drive
Melville, NY 11747

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                                $110.04
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

---

3.666

PSEGLI
PO Box 9039
Hicksville, NY 11802

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                                $559.59
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.667

PSNC Energy
PO Box 100256
Columbia, SC 29202-3256

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                                $37.46
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.668

Puget Sound Energy
PO Box 91269
Bellevue, WA 98009-9269

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $313.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.669

Pyramid Management Group LLC
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.670

Pyramid Walden Company LP
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $77,673.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.671

Quail Springs Mall, LLC
c/o Quail Springs Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $40,480.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.672

R & B University Village, Ltd.
Attn: Property Management
1800 St. James Place, Suite 300
Houston, TX 77056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,901.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.673

Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.674

Ramco-Gershenson
9020 Hudson Rd. Suite 401
Saint Paul, MN 55125

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $64.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.675

Rancho Mall LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $84,659.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.676

Rani Management LLC
571 West 183rd Street
New York, NY 10033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $99,919.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.677

RB Schererville Crossings, LLC
c/o Regency Centers Corporation
Attn: Lease Administration
One Independent Drive, Ste 114
Jacksonville, FL 32202-5019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $17,621.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.678

RB-3 ASSOCIATES
PO Box 823201
Philadelphia, PA 19182-3201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.679

Recology San Matoe County
PO Box 514230
Los Angeles, CA 90051-4230

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $79.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.680

Recycling & Waste
3 Dickinson Drive Brandywine 4 Bldg Suite 103 Chadds
Ford, PA 19317

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,861.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.681

Regency Centers, L.P.
One Independent Dr.
Suite 114
Jacksonville, FL 32202-5019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.682

RELIANT
PO Box 650475
Dallas, TX 75265-0475

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $95.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.683

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,055.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.684**

Renaissance at Colony Park, LLC
125 S. Congress Street
Suite 1800
Jackson, MS 39201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.685**

Renaissance Partners I, LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operating Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,304.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.686**

Republic Services
PO Box 9001154
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $292.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.687**

REPUBLIC SERVICES # 853
PO Box 78829
Phoenix, AZ 85062-8829

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $153.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.688

Republic Services #094
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $791.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.689

Republic Services #237
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $156.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.690

REPUBLIC SERVICES #368
PO Box 9001154
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $130.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.691

Republic Services #394
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $85.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.692

Republic Services #798
PO Box 9001099
Louisville, KY 40290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $61.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.693

Reston Town Center Property LLC
Attn: Gwynne L. Booth, Esq. & James D. Sadowski, Esq.
801 17th St NW
Suite 1000
Washington, DC 20006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $29,842.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.694

Revenue Properties Southland
Limited Partnership
Southland Mall
2542 Williams Blvd
Kenner, LA 70062

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $4,863.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.695

Revenue Properties Southland Limited Partnership
Attn: Lease Administrator
551 S. Powerline Road
Pompano Beach, FL 33069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $14,686.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.696

Ridgedale Center, LLC
c/o Ridgedale Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $81,321.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.697

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,168.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.698

River Hills Mall, LLC
c/o River Hills Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,479.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.699

River Park Square, LLC
Attn: Pres., General or Managing Agent
W. 999 Riverside Avenue
Spokane, WA 99201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,867.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.700

River Shops, LLC
Attn: Pres., General or Managing Agent
15 SW Colorado Avenue
Bend, OR 97702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,638.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.701

RIVERSIDE SQUARE LIMITED PARTNERSHIP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.702

Riverwalk Marketplace (New Orleans), LLC
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Fllor
13355 Noel Road
Dallas, TX 75240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $22,270.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.703

Robert A Crisanti Esquire

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65,242.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.704**

Robinson Mall Associates, LLC
Attn: Pres., General or Managing Agent
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114-2619

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $37,704.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.705**

ROCKAWAY CENTER ASSOCIATES
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $71,695.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.706**

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $51.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.707**

Rolling Oaks Mall, LLC
c/o M.S. Management Associated Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $54,384.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.708

Roseville Shoppingtown LLC
11601 Wilshire Blvd
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52,711.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.709

Round Rock Premium Outlets, L.P.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $60,598.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.710

Route 140 School Street, LLC
c/o: W/S Development Associates LLC
Attention to: Lease Compliance
33 Boylston Street, Ste 3000
Chestnut Hill, MA 2467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,588.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.711

RPAI San Antonio Huebner Oaks Limited Partnership
Attn: SVP/Director of National Retail Leasing and Services
2021 Spring Road Suite 200
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.712

RPAI US Management LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,562.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.713

RPI Carlsbad, LP
Attn: General Manager
2525 El Camino Real
Carlsbad, CA 92008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,183.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.714

RPI Chesterfield LLC
1114 Avenue of the Americas
ST 2800
New York, NY 10038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $43,110.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.715

RPI Turtle Creek Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.716

RPT Realty LP; Case Number: 19SL-CC03041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

3.717

RPT Realty, L.P.
c/o RPT Realty, Inc.
Attn: Pres., General or Managing Agent
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $49,926.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.718

RREEF Management LLC Deutsche Asset Management
3414 Peachtree Road NE
Atlanta, GA 30326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $48,651.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.719

Rymsbran Continental Corp
619 West 54th Street
Suite 10A
New York, NY 10019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $365,080.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.720

Sagemore Management Company LLC
t/a The Promenade at Sagemore
8000 Sagemore Dr.
Ste. 8201
Marlton, NJ 8053

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $36,138.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.721

SAINT LOUIS GALLERIA
1155 Saint Louis Galleria
St. Louis, MO 63117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.722

Saint Louis Galleria LLC
110 North Wacker Dr.
Miami, FL 33180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $14,507.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.723

San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,647.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.724

San Marcos Factory Stores, Ltd.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $66,486.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.725

Sangertown Square L.L.C.
Attn: Management
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.726

Santa Anita Shoppingtown LP
11601 Wilshire Blvd
11th Floor
Los Angeles, CA 90025-1748

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $67,599.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.727

Santa Fe Mall Property Owner LLC
Attn: Legal Department
112 Northern Concourse
North Syracuse, NY 13212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.728

Sara Peck Limited Family Partnership
Allegiant management
7401 Ridge Blvd.
Suite 1B
Brooklyn, NY 11209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.729

Saucon Valley Lifestyle Center LP
PO Box 28482
New York, NY 10087-8482

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $60,774.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.730

SAUL SUBSIDIARY I LIMITED PARTNERSHIP
Saul QRS, Inc., General P
PO BOX 64812
Baltimore, MD 21264-4812

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $48,184.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.731

Sawnee Electric Membership
PO Box 2252
Birmingham, AL 35246-1204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $351.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.732

Sawnee EMC
Dept 1204
PO Box 2252
Birmingham, AL 35246-1204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $258.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.733

SB Andrews Company LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,057.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.734

SC Plaza LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,328.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.735

SCE & G
PO Box 100255
Columbia, SC 29202-3255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $737.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.736

Scottsdale Fashion Square LLC
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $68,049.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.737

SCUD
PO Box 6519
Sevierville, TN 37864

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.738

SEA GIRT LIMITED PARTNERSHIP
c/o Federal Realty Investment Trust
Attn: Legal Department
1626 East Jefferson Street
Rockville, MD 20852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,730.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.739

Secure Parking LLC
626 E Wisconsin Ave
Suite 1410
Milwaukee, WI 53202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $547.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.740**

Seminole Mall Realty Holding, LLC
c/o Kohan Retail Investment Group
1010 Northern Blvd
Suite #212
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.741**

Sevier County Electric System
315 E Main St PO Box 4870
Sevierville, TN 37864

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $302.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.742**

SF Centre Limited Partnership
Attn: Legal Dept
11601 Wilshire Blvd
11th Floor
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.743**

Shelter Cove Towne Centre LLC
Shelter Cove Towne Centre LLC
PO Box 212839
Augusta, GA 30917

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,267.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.744**

Sherman Oaks Fashion Associates, LP
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.745**

Shoppes at River Crossing, LLC
c/o The Shoppes at River Crossing
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,202.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.746**

SHOPPING CENTER ASSOCIATES
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $92,159.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.747**

Shops at Rossmoor
Shops at Rossmoor
CPT Shops at Rossmoor LLC
c/o AEW Capital Management LP
Boston, MA 02210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,190.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.748

Shops at Somerset Square, LLC
Attn: Pres., General or Managing Agent
140 Glastonbury Blvd #22
Glastonbury, CT 6033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,501.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.749

Shops at St. Johns, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $102,857.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.750

SHORT PUMP TOWN CENTER, LLC
Terminal Tower
Attn: Pres., General or Managing Agent
50 Public Square, Suite 1360
Cleveland, OH 44113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,737.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.751

Sikes Senter, LLC
Attn: General Manager
3111 Midwestern Park·way. Suite 280
Wichita Falls, TX 76308

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,264.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.752**

Silver Sands GL I, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,270.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.753**

Simon Capital GP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $59,297.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.754**

Simon Capital Limited Partnership
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,289.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.755**

SIMON PROPERTY GROUP (TEXAS) LP
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $360,650.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.756

SIMON PROPERTY GROUP LP
867925 Reliable Pkwy
Chicago, IL 60686-0079

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.757

SIMON PROPERTY GROUP LP
867925 Reliable Pkwy
Chicago, IL 60686-0079

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $188,781.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.758

Simon Property Group, Inc.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $68,153.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.759

SIMON/CHELSEA LAS VEGAS DEVELOPMENT LLC
60 Columbia Road Bldg. B, 3rd Floor
Morristown, NJ 07960

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $193,132.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.760

Simon/Preit Gloucester Development, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $71,726.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.761

Slidell Developement Company LLC
2030 Hamilton Place Blvd Suite 500
Chattanooga, TN 37421

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,649.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.762

SM Eastland Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $56,402.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.763

SM Empire Mall LLC
PO Box 83388
Chicago, IL 60691-3388

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $67,025.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.764**

SM Mesa Mall, LLC
c/o WP Glimcher Inc.
Attn: General Counsel
180 East Broad St.
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $54,405.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.765**

Smithco Champions, LP
Attn: Pres., General or Managing Agent
1400 Post Oak Boulevard, Suite 900
Houston, TX 77056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,227.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.766**

SOCM I LLC
Attn: Legal Department
130 Vantis
Suite 200
Aliso Viejo, CA 92656

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.767**

SOF-IX PB Owner LP
1 E Wacker Dr
Suite 3600
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $36,261.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.768

Somerset Collection Limited Partnership
100 Galleria Officentre Suite 427
Southfield, MI 48034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $140,606.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.769

Sooner Mall
SDS-12-1412
Po box 86
Minneapolis, MN 55486-1412

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $46,866.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.770

SourceGas Arkansas Inc
PO Box 660559
Dallas, TX 75266-0559

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $67.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.771

SOUTH HILLS VILLAGE ASSOCIATES LP
9162 Payshere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $76,704.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.772

South walton Utility CO
369 Miramar Beach Dr
Miramar Beach, FL 32550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $25.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.773

SOUTHDALE LIMITED PARTNERSHIP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.774

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $1,161.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.775

Southern Hills Mall
8080 Park Ln
Suite 800
Dallas, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.776

Southern Park Mall, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.777

Southgate Mall Montana LLC
c/o Washington Prime Group
180 E Broad St
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $38,371.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.778

Southglenn Property Holdings, LLC
Attn: Lease Administration
5750 DTC Parkway Suite 210
Greenwood Village, CO 80111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.779

Southlake Indiana LLC
1 East Eacker Drive Suite 3600
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.780
Southland Center, LLC
Attn: General Manager
23000 Eureka Road
Taylor, MI 48180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $35,978.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.781
Southlands TC LLC
Attn: Marc R Wilkow
20 S Clark St
Suite 3000
Chicago, IL 60603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.782
SOUTHPARK MALL LIMITED PARTNERSHIP
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $75,546.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.783
SOUTHPOINT MALL, LLC
c/o The Streets at Southpoint
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $79,367.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.784

SouthPointe Pavilions Shopping Center
Attn: Lease Legal Notices
One East Washington Street Suite 300
Phoenix, AZ 85004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,400.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.785

Southridge Limited Partnership
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $53,692.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.786

Southwest Plaza LLC
Attn: Law/Lease Administration Department
110 N Wacker Dr
Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.787

SPG PRIEN, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $60,142.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.788

SPIRE
Drawer 2
Saint Louis, MO 63171

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $547.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.789

Spotsylvania Mall Company
5577 Youngstown-Warren Road
Niles, OH 44446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $30,998.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.790

SRI Old Town LLC
1626 East Jefferson St.
Rockville, MD 20852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,799.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.791

SRMF Town Square Owner LLC
Attn: George Manojlovic
1 E Wacker Dr
Suite 3110
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.792

SRMF Town Square Reit LLC
1 East Wacker Drive Suite 2900
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $51.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.793

SRP Property Management, LLC
Attention to: Lease Coordination
One East Wacker Drive
Suite 3700
Chicago, IL 60601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.794

SRT Communications Inc
PO Box 2027
Minot, ND 58702-2027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.795

St Cloud Mall LLC
Crossroads Center SDS 12-1819
P.O. Box 86
Minneapolis, MN 55486-1819

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $51,705.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.796

St. George Outlet Developement, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.797

St. George Outlet Development LLC
Attn: Mr. Donald Capoccia, Mr. Winthrop Wharton
150 Myrtle Avenue, 2nd Floor
Brooklyn, NY 11201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,453.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.798

St. Louis Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $64,470.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.799

Standard Parking
189 The Grove Drive Ste F-80
Los Angeles, CA 90036-6251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $471.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.800**

Star-West Louis Joliet LLC
1519 N State Pkwy
Suite 3
Chicago, IL 60610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $13,024.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.801**

Star-West Louis Joliet LLC
1519 N State Pkwy
Suite 3
Chicago, IL 60610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $2,005.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.802**

Starbuck Capital II LLC
3340 Mall Loop Drive #1249
Joliet, IL 60431

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $3,526.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.803**

Starbuck Capital II LLC and Ox Pond Capital LLC
1519 North State Pkwy #3
Chicago, IL 60610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.804

Station Park CenterCal, LLC
c/o CenterCal Properies, LLC
Attn: Sean Dennison, Senior Vice President and General Counsel
1600 E. Franklin Avenue
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $42,793.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.805

Stonebriar Mall, LLC
c/o Stonebriar Centre
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54,878.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.806

STONERIDGE PROPERTIES LLC
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $85,244.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.807

Stonestown Shopping Center, L.P.
Stonestown Galleria
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.808

Street Retail Inc
PO Box 8500-9320
Philadelphia, PA 19178-9320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,913.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.809

Street Retail Inc
PO Box 8500-9320
Philadelphia, PA 19178-9320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $38.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.810

Streets of Tanasbourne LLC
19350 NW Emma Way
Hillsboro, OR 97124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.811

Sunbelt Stores Inc

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $30,592.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

3.812

Sunrise Mall LLC
2049 Century Park East 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $59,045.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.813

Sy Casa Paloma LLC
150 Pelican Way
Suite 300
San Rafael, CA 94901

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.814

T-C Forum at Carlsbad LLC
Attn: Pres., General or Managing Agent
300 Village Green Circle, Suite 200
Smyrna, GA 30080

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,332.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.815

TACOMA MALL PARTNERSHIP
730 Third Ave
PO Box 749928
New York, NY 10017-2306

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $77,353.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.816

TALISMARK
225 West Washington Street
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $97.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.817

TAMPA ELECTRIC
1000 Primera Blvd Suite 2150
Lake Mary, FL 32746

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $706.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.818

Tanger Charleston, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65,806.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.819

Tanger Daytona, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $68,051.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.820

Tanger Fort Worth, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $54,012.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.821

Tanger Grand Rapids, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $60,625.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.822

Tanger Outlets Deer Park, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $99,148.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.823

Tanger Properties Limited Partnership
3200 Northline Ave, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $526,397.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.824**

Tanger Properties LTD Partner
3200 Northline Ave, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $170.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.825**

TB Mall at UTC LLC
PO Box 3353
West Palm Beach, FL 33402-3353

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $64,415.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.826**

TECO - Tampa Electric
PO Box 31318
Tampa, FL 33631-3318

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $48.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.827**

TECO Peoples Gas
PO Box 31017
Tampa, FL 33631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.828

Temecula Towne Center Associates L.P.
Terminal Tower
Attn: Pres., General or Managing Agent
50 Public Square, Suite 1360
Cleveland, OH 44113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,458.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.829

Tennessee American Water
PO Box 790247
Saint Louis, MO 63179

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.830

The Carafo Northwest Partnership

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.831

THE CLINTON EXCHANGE
4 Clinton Square
Syracuse, NY 13202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,800.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.832**

The Connecticut Post Limited Partnership
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $72,539.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.833**

THE FALLS SHOPPING CENTER ASSOCIATES LLC
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $89,117.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.834**

The Hawthorne Buildings, LLC
Attn: Jill A. Severson
642 State Street
Suite F
Madison, WI 53703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.835**

THE IRVINE COMPANY LLC
100 Innovation
Irvine, CA 92617

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $77,817.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.836

The Macerich Partnership LP
401 Wilshire Blvd Suite 700
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $23.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.837

The Mall at Partridge Creek
591 West Putnam Ave
Greenwich, CT 06830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $63,711.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.838

The Mall in Columbia Business Trust
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $104,990.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.839

The Marion Plaza, Inc.
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $19,832.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.840**

The O'Keefe Group Inc
PO Box 1240
Attleboro, MA 2703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,339.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.841**

The Plaza at Cherry Creek North LLC
Western Development Group LLC
200 Fillmore St., Ste. 400
Denver, CO 80206

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.842**

The Retail Property Trust
PO Box 772829
Chicago, IL 60677-2829

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $142,827.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.843**

The Ross Law Group Issac Abdinoor
648 Riverside Road
North Palm Beach, FL 33408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

3.844

The Shops at Legacy (RPAI) L.P.
c/o Inland Southwest Management LLC
2907 Butterfield Road
Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,024.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.845

The Shops at Summerlin North, LP
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Floor
13355 Noel Road
Dallas, TX 75240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,602.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.846

THE TOWN CENTER AT BOCA RATON TRUST
235 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $125,191.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.847

The Water Works Board
1501 W Samford Ave
Auburn, AL 36832

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $31.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.848

The Woodmont Company
2100 W 7th Street
Fort Worth, TX 76107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $72,576.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.849

TIME WARNER CABLE
PO Box 60074
City of Industry, CA 91716-0074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $96.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.850

TM Northlake Mall LP
Attn: Retail Documents
6365 Halcyon Way
Suite 970
Alpharetta, GA 30005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.851

TMC Mission LLC & JCC Mission LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $37,374.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.852

TOCU XIV LLC
200 River Market Ave, Suite 501
Little Rock, AR 72201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $24,668.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.853

TOG West
PO Box 1240
Attleboro, MA 02703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $264.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.854

TOLEDO EDISON #47
PO Box 3638
Akron, OH 44309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $242.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.855

Town & Country Partnership
12850 Memorial Drive, Suite 1105
Houston, TX 77024-4810

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,202.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.856

Town Center at Cobb, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $71,232.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.857

Town Square Ventures LP

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $43,929.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.858

Town Square West, LLC
c/o Biltmore Farms, LLC
Attn: Property Management
One Town Square Boulevard, Ste 300
Asheville, NC 28803-5007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $33,877.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.859

Towson TC. LLC
c/o Towson Town Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $100,494.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.860**

Treasure Coast-JCP Associates, LTD.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $54,058.11
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.861**

Treasurer-Spotsylvania County
PO Box 9000
Spotsylvania, VA 22553-9000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $20.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.862**

Trenholm Plaza (E&A), LLC
c/o Edens Limited Partnership
Attn: Legal Department
1221 Main Street
Suite 1000
Columbia, SC 29201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.863**

TROPICANA ATLANTIC CITY CORP
2831 Boardwalk
City, NJ 08401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $45,689.52
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.864**

Trumbull Shopping Center #2 LLC
11601 Wilshire Blvd 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $54,604.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.865**

TSO Vero Beach, LP
WRGUSA Vero Manager, LLC
8 Industrial Way East
Eatontown, NJ 7724

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $24,760.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.866**

TSW 2015 LLC
Attn: Brad M. Hutensky
100 Constitution Plaza, 7th Fl
Hartford, CT 6103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $41,181.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.867**

Tucson Premium Outlets, LLC
c/o Simon Premium Outlets
60 Columbia Road Building B
3rd Floor
Morristown, NJ 7960

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.868

TUP 130, LLC
Attn: General Manager
1001 Barnes Crossing Rd
Tupelo, MS 38804

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $37,960.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.869

TUTTLE CROSSING ASSOCIATES II LLC
225 W Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.870

TWC Chandler LLC
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $70,004.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.871

TWC Tucson, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $39,900.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.872

Twelve Oaks Mall LLC
Dept 52701
PO BOX 67000
Detroit, MI 48267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $49,473.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.873

Twelve Oaks Mall LLC
Dept 52701
PO BOX 67000
Detroit, MI 48267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $174.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.874

Twin Cities Outlets Eagan LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $70,004.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.875

TWMB Associates, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $55,477.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.876

Tyler Mall Limited Partnership
110 N Wacker Dr

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $61,827.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.877

Tysons Corner Holdings LLC
1961 Chain Bridge Road
McLean, VA 22102-4501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $120,376.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.878

UGI Utilities Inc
PO Box 15523
Wilmington, DE 19886-5523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $30.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.879

Universal Studios Hollywood
100 Universal City Plaza Bldg 5511
5th Floor/Finance
Universal City, CA 91608

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $47.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.880

Universal Studios LLC
Attn: Maire Morato
100 Universal City Plaza
Bldg 5511/5th Floor
Finc Dept
Universal City, CA 91608

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $72,001.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.881

University Park Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $66,033.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.882

University Place SPE LLC
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $20,369.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.883

UPV Glimcher LP
180 East Broad Street
Columbus, OH 43215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $60,436.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.884

URBANCAL MANHATTAN TOWN CENTER, LLC
c/o Principal Real Estate Investors, LLC
Attn: CRE-Equities Team YARDI 623610
711 High Street
Des Moines, IA 50392

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,150.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.885

US Bank
PO Box 1800
Saint Paul, MN 55101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.886

US Centennial Vancouver Mall LLC
Attn: Chief Operation Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,051.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.887

USPG Portfolio Five, LLC
Attn: Legal Dept.
3665 Fishinger Boulevard
Hilliard, OH 43026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,442.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.888**

USPG Portfolio Five, LLC
Attn: Legal Dept.
3665 Fishinger Boulevard
Hilliard, OH 43026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.889**

USPG Portfolio Two LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $41,765.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.890**

UTC VENTURE LLC
2049 Century Park East 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $164,501.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.891**

Utility Billing Services
PO Box 31569
Clarksville, TN 37040-0027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $76.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.892**

Valencia Town Center Venture, L.P.
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $56,260.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.893**

Valley Hills Mall L.L.C.
c/o Rouse Properties, LLC
Attn: General Counsel
200 Vesey Street, 25th Floor
New York, NY 10281

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $30,902.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.894**

Valley Plaza Mall, LP
c/o Valley Plaza Mall CA
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $78,089.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.895**

Valley Square Owner, LLC
Attn: Legal Department
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $24,636.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.896

Valley View Mall SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $36,149.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.897

Vectren Energy Delivery
PO Box 6248
Indianapolis, IN 46206-6248

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $18.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.898

Verizon
PO Box 4833
Trenton, NJ 08650-4833

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $282.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.899

Vestar Gateway LLC
2425 East Camelback Road
Suite #750
Phoenix, AZ 85016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $3,201.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.900**

Vestar Green Valley LLC
2425 E Camelback Road
Suite 750
Phoenix, AZ 85016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $13,099.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.901**

VF Mall LLC
2049 Century Park E
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.902**

Victoria Mall, LP
c/o Hull Property Group LLC
Attn: Legal - James M Hull
1190 Interstate Pkwy
Augusta, GA 30909

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $13,546.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.903**

Village of Orland Park
PO Box 88060
Chicago, IL 60680-1060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $9.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.904

Vintage Dunhill LLC
3100 Monticello, Suite 100
Dallas, TX 75205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $6,281.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.905

Visalia Mall, L.P.
c/o Visalia Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $40,789.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.906

W-LD Legends Owner VII, LLC
c/o Legacy Asset Management, LLC
Attn: Pres., General or Managing Agent
4717 Central
Kansas City, MO 64112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $36,078.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.907

W/S Peak Canton Properties LLC
PO Box 505333
Saint Louis, MO 63150-5333

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $47,166.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.908**

W/S/M HINGHAM PROPERTIES LLC
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $33,345.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.909**

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Operating Participants Department
Attn: Vice President - Operating Participants
1825 Live Oak Lane
Lake Buena Vista , FL 32830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,439.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.910**

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Operating Participants Department
Attn: Vice President - Operating Participants
1825 Live Oak Lane
Lake Buena Vista , FL 32830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.911**

WALT WHITMAN MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $110,909.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.912

Walton Foothills Holdings VI, L.L.C.
Attn: Lease Administration
5750 DTC Parkway, Suite 210
Greenwood Village, CO 80111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,044.01
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.913

Ward & O'Donnell Westfield, LLC
PO Box 2547
Westfield, NJ 7090

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65,637.66
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.914

Washington Prime Management Associates LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $67,256.17
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.915

Washingtonian Associates LC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $27,671.45
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.916

Waste Management
201 PROSPECT ST
Westfield, NJ 7090

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $853.99
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.917

Waste Management of Seattle
PO Box 105453
Atlanta, GA 30348-5453

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $122.71
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.918

WASTE SERVICES OF FLORIDA
PO Box 541065
Los Angeles, CA 90054

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $96.71
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.919

Wasteless Solutions LLC
PO Box 742695
Cincinnati, OH 45274-2695

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $51.70
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.920

WasteXpress
1964 Garder Rd
Grady, AL 36036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $355.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.921

WATER TOWER LLC
780 Reservoir Avenue Unit 178
Cranston, RI 02910

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.922

Waterford Lakes Town Center LLC
c/o Simon Property Group LP
867732 Reliable Parkway
Chicago, IL 60686-0077

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $64,344.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.923

Watters Creek Owner, LLC
c/o Trademark Property Company
Attn: Pres., General or Managing Agent
1701 River Run, Suite 500
Fort Worth, TX 76107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $30,229.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.924

WCA WASTE SYSTEMS INC
PO Box 677456
Dallas, TX 75267-7456

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $145.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.925

WE Energies
PO Box 4524
Houston, TX 77210-4524

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $211.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.926

WEA Southcenter LLC
2800 Southcenter Mall
Seattle, WA 98188

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.927

WEA Southcenter LLC
2800 Southcenter Mall
Seattle, WA 98188

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $5,780.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor   Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**3.928**

Weed-Sheffield LLC
2049 Century Park East
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.929**

Weed-Sheffield LLC
2049 Century Park East
41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,101.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.930**

Weingarten Realty Investors
Attn: Director of Property Management
710 Robert York Ave
Unit D
Deerfield, IL 60015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.931**

Wellington Green Mall LP
591 West Ouutnam Avenue
Greenwich, CT 06830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $69,855.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

3.932

Wells Fargo Bank, NA as Trustee for CSMS 2008-C1
c/o C-III Asset Management LLC
5221 N. O'Connor Blvd
Suite 800
Irving, TX 75039

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $24,061.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.933

West Acres Development LLP
MANUFACTURER SERVICES GROUP
PO Box 7777
San Francisco, CA 94120-7777

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $18,666.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.934

West County Mall CMBS LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $60,343.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.935

West Town Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.936

West Village 2004
867530 Reliable Parkway
Chicago, IL 60686-0075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.937

West Village 2004 PO Limited Partnership
3699 McKinney Avenue, Loft A-221
Dallas, TX 75204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $45,755.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.938

Westar Energy
5950 Sherry Lane Suite 320
Dallas, TX 75225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $35.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.939

Westcoast Estates
PO Box 758500
Topeka, KS 66675-8500

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.940

Westcor Realty Limited Partne
Attn: Law/Lease Administration Department
350 N Orleans St
Suite 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,703.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.941

Westcor Realty Limited Partner
401 Wilshire Blvd
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,190.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.942

Westcor SanTan Village LLC
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $38,832.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.943

Westgate Mall Realty LLC
401 Wilshire Blvd Ste 700
Santa Monica, CA 90401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $23,651.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.944

Westland Garden State Plaza Limited Partnership
1 Garden State Plaza
Paramus, NJ 07652

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $106,951.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.945

Westland South Shore Mall, L.P.
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.946

Westroads Mall LLC
c/o Westroads-Oaks Inc.
SDS-12-1531 PO Box 86
Minneapolis, MN 55486-1531

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $65,194.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.947

WG Park, L.P.
c/o PREIT Services, LLC
Attn: Director, Legal
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $89,028.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.948

White Marsh Mall, LLC
c/o White Marsh Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $68,423.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.949

Whitestone Village Square at Dana Park LLC

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,702.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.950

Williamsburg Outlets, L.L.C.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $53,680.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.951

Willowbrook Mall, LLC
c/o Willowbrook (NJ)
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $102,748.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.952**

Wilson Canal Place II, LLC
c/o O'Connor Real Estate Advisors, LLC
Attn: Mark Tutun
535 Madison Ave
6th Floor
New York, NY 10022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.953**

Wilton Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $33,462.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.954**

Winter Park Town Center, Ltd.
c/o Castro Southeast Realty Services LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,453.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.955**

Wiregrass Realty LLC
150 Great Neck Road
Suite 304
Great Neck, NY 11021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,443.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.956**

Wiregrass SPE, LLC

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $44,274.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.957**

WM Corporate Services INC
PO Box 13648
Philadelphia, PA 19101-3648

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,522.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.958**

Woodbridge Center Property, LLC
c/o Woodbridge Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $61,911.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.959**

Woodburn Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
indianapolis, IN 46204-3438

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $82,097.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.960

Woodfield Mall LLC
7409 Solution Center
Chicago, IL 60677-7004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $129,604.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.961

Woodholme Properties Limited Partnership
Attn: Lease Administration
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $24,584.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.962

WOODLAND HILLS MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $84,712.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.963

WS Tice's Corner Marketplace L.L.C.
c/o David Adam Realty, Inc.
Attn: Pres., General or Managing Agent
61 Wilton Road
Westport, CT 6880

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $67,042.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.964**

WS/Tampa Owner LLC
1330 Boylston Street
Ste 212
Chestnut Hill, MA 02467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $55,831.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.965**

Wshington Gas
101 Constitution Ave, NW
Washington, DC 20080

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $22.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.966**

Wynne Kelly; Civil Action No 1:19-cv-1114 LY

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Contingent Litigation Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.967**

XCEL Energy
PO Box 9477
Minneapolis, MN 55484-9477

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,494.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.968

Yes Energy Management
PO Box 6255
Hicksville, NY 11802-6255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $80.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.969

York Galleria Limited Partnership
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $30,304.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.970

Youngtown Water Department
PO Box 6219
Youngstown, OH 44501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $0.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.971

YTC Mall Owner, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway, Suite 1925
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $39,966.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.972

Ziply Fiber
PO Box 740416
Cincinnati, OH 45274-0416

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $177.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.973

Zona Rosa Development LLC
5500 New Albany Rd Ste 200
New Albany, OH 43054

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $64,216.85 |
| 5b. **Total claims from Part 2** | 5b. | $216,397,221.12 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $216,461,437.97 |

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Woodway Collection - Houston, TX | FW TX-Woodway Collection<br>c/o Regency Centers Corporation<br>Attn: Lease Administration / Legal Department<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Champions Forest Plaza | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Agreement and Lease Extension agreement | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease Extension- Champions Forest Plaza | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Champions Forest Plaza | American United Life Insurance Company<br>Attn: Portfolio Management, Mortgage Loans<br>Re: Loan Number 2291301<br>One American Square<br>PO Box 368<br>Indianapolis, IN 46206-0368 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 2nd Amendment- Champions Forest Plaza | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Champions Forest Plaza | Smithco Champions, LP<br>c/o Smithco Development LLC<br>Attn: Wendy Lewis<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 2nd Amendment- Champions Forest Plaza | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 1st Amendment- Champions Forest Plaza | Smithco Champions, LP<br>Attn: Pres., General or Managing Agent<br>1400 Post Oak Boulevard, Suite 900<br>Houston, TX 77056 |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

Debtor    Francesca's Collections, Inc.
          Name

Case number (if known) 20-13078

| | | | |
|---|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mockingbird Station - Dallas T | CPUS Mockingbird, LP<br>Attn: Kim Hourihan<br>200 Park Avenue<br>New York, NY 10166 |
| | **State the term remaining** | 11/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Uptown Park - Houston, TX | AmREIT Uptown Park, LP<br>8 Greenway Plaza<br>Suite 1000<br>Attn: Brett Treadwell, Vice President<br>Houston, TX 77046 |
| | **State the term remaining** | 2/29/2020 | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- University Park Village | UPV Corporation<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | UPV Corporation<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - University Park Village | UPV Corporation<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Prestom Park Village - Plano, TX | BRE Thorne Preston Park LLC<br>c/o Brixmore Property Group<br>Attn: Office of General Counsel<br>450 Lexington Avenue<br>13th Floor<br>New York, NY 10170 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

2.17   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 5th Amendment- 333 Canal Street, Suite 327

**State the term remaining**   1/31/2023

**List the contract number of any government contract**

Wilson Canal Place II, LLC
c/o O'Connor Real Estate Advisors, LLC
Attn: Mark Tutun
535 Madison Ave
6th Floor
New York, NY 10022

2.18   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 6th Amendment- Geneva Commons

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

2.19   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 4th Amendment- Geneva Commons

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

2.20   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 2nd Amendment- Geneva Commons

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

2.21   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 3rd Amendment- Geneva Commons

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

2.22   **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 5th Amendment- Geneva Commons

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

LPF Geneva Commons, LLC
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager- Nicholas Koshiw
200 East Randolph Drive
Chicago, IL 60601

Debtor    Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 1st Amendment- Geneva Commons | LPF Geneva Commons, LLC c/o LaSalle Investment Management, Inc. Attn: Asset Manager- Nicholas Koshiw 200 East Randolph Drive Chicago, IL 60601 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 7th Amendment- Geneva Commons | LPF Geneva Commons, LLC c/o LaSalle Investment Management, Inc. Attn: Asset Manager- Nicholas Koshiw 200 East Randolph Drive Chicago, IL 60601 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Geneva Commons | LPF Geneva Commons, LLC c/o LaSalle Investment Management, Inc. Attn: Asset Manager- Nicholas Koshiw 200 East Randolph Drive Chicago, IL 60601 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Manhattan Village | RREEF America REIT II Corp. BBB Attn: Portfolio Manager 101 California Street, 26th Fl San Francisco, CA 94111 |
| | State the term remaining | 3/31/2027 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 2nd Amendment- Manhattan Village | RREEF America REIT II Corp. BBB Attn: Portfolio Manager 101 California Street, 26th Fl San Francisco, CA 94111 |
| | State the term remaining | 3/31/2027 | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 5th Amendment- Manhattan Village | RREEF America REIT II Corp. BBB Attn: Portfolio Manager 101 California Street, 26th Fl San Francisco, CA 94111 |
| | State the term remaining | 3/31/2027 | |
| | List the contract number of any government contract | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Manhattan Village | RREEF America REIT II Corp. BBB<br>Attn: Portfolio Manager<br>101 California Street, 26th Fl<br>San Francisco, CA 94111 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- Manhattan Village | RREEF America REIT II Corp. BBB<br>Attn: Portfolio Manager<br>101 California Street, 26th Fl<br>San Francisco, CA 94111 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment- Manhattan Village | RREEF America REIT II Corp. BBB<br>Attn: Portfolio Manager<br>101 California Street, 26th Fl<br>San Francisco, CA 94111 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Alamo Quarry Market | AAT Alamo Quarry, LLC<br>c/o American Assets Trust Managgement, LLC<br>Attn: Property Management (Retail)<br>11455 El Camino Real, Ste 200<br>San Diego, CA 92130 |
| | **State the term remaining** | 3/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Alamo Quarry Market | AAT Alamo Quarry, LLC<br>c/o American Assets Trust Managgement, LLC<br>Attn: Property Management (Retail)<br>11455 El Camino Real, Ste 200<br>San Diego, CA 92130 |
| | **State the term remaining** | 3/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Alamo Quarry Market | AAT Alamo Quarry, LLC<br>c/o American Assets Trust Managgement, LLC<br>Attn: Property Management (Retail)<br>11455 El Camino Real, Ste 200<br>San Diego, CA 92130 |
| | **State the term remaining** | 3/31/2025 | |
| | **List the contract number of any government contract** | | |

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment Rent Deferral- Highland Village Holding, LLC | Highland Village Holding, Inc. Attn: Pres., General or Managing Agent 4001 Westheimer Houston, TX 77027 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Highland Village Holding, LLC | Highland Village Holding, Inc. Attn: Pres., General or Managing Agent 4001 Westheimer Houston, TX 77027 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lincoln Park - Andre Parra and Elke Parra | Andre and Elke Parra 2146 N. Bisell Chicago, IL 66014 |
|---|---|---|---|
| | **State the term remaining** | 3/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Highland Village Holding, LLC | Highland Village Holding, Inc. Attn: Pres., General or Managing Agent 4001 Westheimer Houston, TX 77027 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Village of La Jolla | Peckham Properties, Inc. Attn: Pres., General or Managing Agent 401 W. "A" Street, Suite 2300 San Diego, CA 92101 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment Temporary Forbearance- Village of La Jolla | Peckham Properties, Inc. Attn: Pres., General or Managing Agent 401 W. "A" Street, Suite 2300 San Diego, CA 92101 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Village of La Jolla | Peckham Properties, Inc. Attn: Pres., General or Managing Agent 401 W. "A" Street, Suite 2300 San Diego, CA 92101 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment Rent Deferral- Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southlake Town Square | Town Square Ventures, LP c/o RPAI Southwest Management LLC Attn: President/Property Management 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment Rent Deferral and Lease Extension- Forum at Carlsbad | T-C Forum at Carlsbad LLC Attn: Pres., General or Managing Agent 300 Village Green Circle, Suite 200 Smyrna, GA 30080 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Remodel Letter Agreement | T-C Forum at Carlsbad LLC Attn: Pres., General or Managing Agent 300 Village Green Circle, Suite 200 Smyrna, GA 30080 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Forum at Carlsbad | T-C Forum at Carlsbad LLC Attn: Pres., General or Managing Agent 300 Village Green Circle, Suite 200 Smyrna, GA 30080 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Forum at Carlsbad | T-C Forum at Carlsbad LLC Attn: Pres., General or Managing Agent 300 Village Green Circle, Suite 200 Smyrna, GA 30080 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Forum at Carlsbad | T-C Forum at Carlsbad LLC Attn: Pres., General or Managing Agent 300 Village Green Circle, Suite 200 Smyrna, GA 30080 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Shops at Green Valley Ranch | Vestar Properties, Inc.<br>Attn: President- Management Services<br>2425 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Shops at Green Valley Ranch | Vestar Properties, Inc.<br>Attn: President- Management Services<br>2425 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Non-Disturbance and Attornment Agreement | American General Life Insurance Company<br>c/o AIG Investments<br>Attn: VP, Servicing- Commercial Mortgage Lending<br>777S. Figueroa Street, 16th Fl<br>Los Angeles, CA 90017-5800 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Non-Disturbance and Attornment Agreement | Vestar Properties, Inc.<br>Attn: President- Management Services<br>2425 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Shops at Green Valley Ranch | Vestar Properties, Inc.<br>Attn: President- Management Services<br>2425 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Deferral Agreement | Vestar Properties, Inc.<br>Attn: President- Management Services<br>2425 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- Shops at Green Valley Ranch | Vestar Properties, Inc. Attn: President- Management Services 2425 E. Camelback Road, Suite 750 Phoenix, AZ 85016 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 5257 E. 2nd Street - Long Beach, CA | Khedr Belmont Shores, LLC Attn: David Khedr 1242 Third Street Promenade Suite #206 Santa Monica, CA 90401 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Victoria Gardens | Rancho Mall Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1100 Cleveland, OH 44113-2267 |
| | **State the term remaining** | 1/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- Victoria Gardens | Rancho Mall Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1100 Cleveland, OH 44113-2267 |
| | **State the term remaining** | 1/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment- Victoria Gardens | Rancho Mall Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1100 Cleveland, OH 44113-2267 |
| | **State the term remaining** | 1/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Victoria Gardens | Rancho Mall Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1100 Cleveland, OH 44113-2267 |
| | **State the term remaining** | 1/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Victoria Gardens | Rancho Mall<br>Terminal Tower<br>Attn: Pres., General or Managing Agent<br>50 Public Square, Suite 1100<br>Cleveland, OH 44113-2267 |
| | **State the term remaining** | 1/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment Rent Deferral- Spring Creek Plaza | SC Plaza, LLC<br>Attn: Pres., General or Managing Agent<br>4901 W. Reno, Suite 700<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | 2/28/2024 | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Spring Creek Plaza | SC Plaza, LLC<br>Attn: Pres., General or Managing Agent<br>4901 W. Reno, Suite 700<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | 2/28/2024 | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Spring Creek Plaza | SC Plaza, LLC<br>Attn: Pres., General or Managing Agent<br>4901 W. Reno, Suite 700<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | 2/28/2024 | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- Spring Creek Plaza | SC Plaza, LLC<br>Attn: Pres., General or Managing Agent<br>4901 W. Reno, Suite 700<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | 2/28/2024 | |
| | **List the contract number of any government contract** | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Spring Creek Plaza | SC Plaza, LLC<br>Attn: Pres., General or Managing Agent<br>4901 W. Reno, Suite 700<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | 2/28/2024 | |
| | **List the contract number of any government contract** | | |

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Saddle Creek - Germantown, TN | Shops at Saddle Creek, Inc. 191 North Wacker Drive Suite 2500 Attn: Portfolio Manager c/o Heitman Capital Management, LLC Chicago, IL 60606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mall St. Vincent - Shreveport, LA | Mall St. Vincent, LLC Attn: General Manager 1133 St Vincent Avenue, Ste 200 Shreveport, LA 71104 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment Rent Deferral- Village Pointe | 168th and Dodge, LP c/o R.E.D. Development Attn: Michael L. Ebert 6263 N. Scottsdale, Suite 330 Scottsdale, AZ 85250 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Village Pointe | 168th and Dodge, LP c/o R.E.D. Development Attn: Michael L. Ebert 6263 N. Scottsdale, Suite 330 Scottsdale, AZ 85250 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Village Pointe | 168th and Dodge, LP c/o R.E.D. Development Attn: Michael L. Ebert 6263 N. Scottsdale, Suite 330 Scottsdale, AZ 85250 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment Rent Deferral- Village Pointe | 168th and Dodge, LP c/o R.E.D. Development Attn: Michael L. Ebert 6263 N. Scottsdale, Suite 330 Scottsdale, AZ 85250 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

**2.77** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Village Pointe | 168th and Dodge, LP
c/o R.E.D. Development
Attn: Michael L. Ebert
6263 N. Scottsdale, Suite 330
Scottsdale, AZ 85250
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | |

**2.78** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Shops at Arbor Lakes - Maple Grove, MN | Prisa Arbor Lakes LLC
c/o Prudential Real Estate Investors
180 North Stetson Ave
Suite 3275
Chicago, IL 60601
| | **State the term remaining** | 7/31/2020 |
| | **List the contract number of any government contract** | |

**2.79** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Evergreen Walk | Evergreen Walk Lifestyle Center, LLC
c/o Poag Shopping Centers, LLC
Attn: Lease Administration
2650 Thousand Oaks Blvd, Suite 3150
Memphis , TN 38118
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

**2.80** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment Rent Deferral- Evergreen Walk | Evergreen Walk Lifestyle Center, LLC
c/o Poag Shopping Centers, LLC
Attn: Lease Administration
2650 Thousand Oaks Blvd, Suite 3150
Memphis , TN 38118
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

**2.81** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Summit Birmingham, AL | Bayer Properties, LLC
Attn: Pres., General or Managing Agent
2020 Magnolia Street South, Suite 101
Birmingham, AL 35205
| | **State the term remaining** | 8/31/2025 |
| | **List the contract number of any government contract** | |

**2.82** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Summit Birmingham, AL | Bayer Properties, LLC
Attn: Pres., General or Managing Agent
2020 Magnolia Street South, Suite 101
Birmingham, AL 35205
| | **State the term remaining** | 8/31/2025 |
| | **List the contract number of any government contract** | |

2.83   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment Rent Deferral- Summit Birmingham, AL

**State the term remaining**   8/31/2025

**List the contract number of any government contract**

Bayer Properties, LLC
Attn: Pres., General or Managing Agent
2020 Magnolia Street South, Suite 101
Birmingham, AL 35205

---

2.84   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Summit Birmingham, AL

**State the term remaining**   8/31/2025

**List the contract number of any government contract**

Bayer Properties, LLC
Attn: Pres., General or Managing Agent
2020 Magnolia Street South, Suite 101
Birmingham, AL 35205

---

2.85   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Deer Park

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

DDR Deer Park Town Center LLC
Attn: Executive Vice President
3300 Enterprise Parkway
Beachwood, OH 44122

---

2.86   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Deer Park

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

DDR Deer Park Town Center LLC
Attn: Executive Vice President
3300 Enterprise Parkway
Beachwood, OH 44122

---

2.87   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Woodbury Lakes- Woodbury, MN

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

RPT Realty, L.P.
c/o RPT Realty, Inc.
Attn: Pres., General or Managing Agent
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

---

2.88   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Woodbury Lakes- Woodbury, MN

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

RPT Realty, L.P.
c/o RPT Realty, Inc.
Attn: Pres., General or Managing Agent
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

2.89 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease, 1st Amendment & Extension - Woodbury Lakes- Woodbury, MN

**State the term remaining** 9/30/2025

**List the contract number of any government contract**

RPT Realty, L.P.
c/o RPT Realty, Inc.
Attn: Pres., General or Managing Agent
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

2.90 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Carriage Crossing, Collierville, TN

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

G&I VII Retail Carriage LLC
Attn: John Kopans
220 East 42nd Street
27th Floor
New York, NY 10017

2.91 **State what the contract or lease is for and the nature of the debtor's interest**
First Amendment to Agreement of Lease with Options - Orland Park Crossing - Orland Park, IL

**State the term remaining** 7/31/2023

**List the contract number of any government contract**

Main Place - Orland Park Associates, LLC
c/o Edwards Realty Co
14400 S John Humphrey Drive
Suite 200
Orland Park, IL 60462

2.92 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Orland Park Crossing - Orland Park, IL

**State the term remaining** 7/31/2023

**List the contract number of any government contract**

Main Place - Orland Park Associates, LLC
c/o Edwards Realty Co
14400 S John Humphrey Drive
Suite 200
Orland Park, IL 60462

2.93 **State what the contract or lease is for and the nature of the debtor's interest**
Second Amendment to Lease - Orland Park Crossing - Orland Park, IL

**State the term remaining** 7/31/2023

**List the contract number of any government contract**

Wells Fargo Bank, N.A. as Trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage PassThrough Certificates, Series 2007-HQll
c/o Edwards Realty Co
14400 S John Humphrey Drive
Suite 200
Orland Park, IL 60462

2.94 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease, - Easton Town Center - Columbus, OH

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

Easton Town Center, LLC
c/o Steiner + Associates, Inc.
Attn: Lease Administration
4016 Townsfair Way, Ste 201
Columbus, OH 43219

| | | | |
|---|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 3rd Amendment - Easton Town Center - Columbus, OH | Easton Town Center II, LLC c/o Steiner Real Estate Services, LLC Attn: Property Management 4016 Townsfair Way, Ste 201 Columbus, OH 43219 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, Expansion - Easton Town Center - Columbus, OH | Easton Town Center II, LLC c/o Steiner + Associates, Inc. Attn: Lease Administration 4016 Townsfair Way, Ste 201 Columbus, OH 43219 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 2nd Amendment - Easton Town Center - Columbus, OH | Easton Town Center II, LLC c/o Steiner Real Estate Services, LLC Attn: Property Management 4016 Townsfair Way, Ste 201 Columbus, OH 43219 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, RCD Agreement - Easton Town Center - Columbus, OH | Easton Town Center II, LLC c/o Steiner + Associates, Inc. Attn: Lease Administration 4016 Townsfair Way, Ste 201 Columbus, OH 43219 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 4th Amendment (Deferred Rent) - Easton Town Center - Columbus, OH | Easton Town Center II, LLC c/o Steiner Real Estate Services, LLC Attn: Property Management 4016 Townsfair Way, Ste 201 Columbus, OH 43219 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Crestview Hills Town Center - Crestview Hills, KY | Crestview Hills Town Center, LLC c/o Jeffery R. Anderson Real Estate, Inc. Attn: Pres., General or Managing Agent Rookwood Tower 3805 Edwards Road, Ste 700 Cincinnati, OH 45209 |
| | **State the term remaining** | 11/30/2025 | |
| | **List the contract number of any government contract** | | |

2.101 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - Crestview Hills Town Center - Crestview Hills, KY

Crestview Hills Town Center, LLC
Attn: Pres., General or Managing Agent
Rookwood Tower 3805 Edwards Road, Suite 700
Cincinnati, OH 45209

**State the term remaining** 11/30/2025

**List the contract number of any government contract**

2.102 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Crestview Hills Town Center - Crestview Hills, KY

Crestview Hills Town Center, LLC
Attn: Pres., General or Managing Agent
Rookwood Tower 3805 Edwards Road, Suite 700
Cincinnati, OH 45209

**State the term remaining** 11/30/2025

**List the contract number of any government contract**

2.103 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - The Shoppes at EastChase - Montgomery, AL

NP/I&G Eastchase Property Owner, LLC
Attn: Pres., General or Managing Agent
7274 EastChase Parkway
Montgomery, AL 36117

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

2.104 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - The Shoppes at EastChase - Montgomery, AL

NP/I&G Eastchase Property Owner, LLC
Attn: Pres., General or Managing Agent
7274 EastChase Parkway
Montgomery, AL 36117

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

2.105 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 3rd Amendment - The Shoppes at EastChase - Montgomery, AL

NP/I&G Eastchase Property Owner, LLC
Attn: Pres., General or Managing Agent
7274 EastChase Parkway
Montgomery, AL 36117

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

2.106 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease Agreement (renewal) - Southpointe Pavilions - Lincoln, NE

RED Capital Management, LLC
c/o RED Development, LLC
Attn: Lease Legal Notices
One East Washington Street, Suite 300
Phoenix, AZ 85004-2513

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement - Southpointe Pavilions - Lincoln, NE | RED Capital Management, LLC c/o RED Development, LLC Attn: Lease Legal Notices One East Washington Street, Suite 300 Phoenix, AZ 85004-2513 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease Agreement - Southpointe Pavilions - Lincoln, NE | RED Capital Management, LLC c/o RED Development, LLC Attn: Lease Legal Notices One East Washington Street, Suite 300 Phoenix, AZ 85004-2513 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to Lease Agreement - Southpointe Pavilions - Lincoln, NE | RED Capital Management, LLC c/o RED Development, LLC Attn: Lease Legal Notices One East Washington Street, Suite 300 Phoenix, AZ 85004-2513 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment to Lease Agreement - Southpointe Pavilions - Lincoln, NE | RED Capital Management, LLC c/o RED Development, LLC Attn: Lease Legal Notices One East Washington Street, Suite 300 Phoenix, AZ 85004-2513 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southpointe Pavilions - Lincoln, NE | RED Capital Management, LLC c/o RED Development, LLC Attn: Lease Legal Notices One East Washington Street, Suite 300 Phoenix, AZ 85004-2513 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Promenade Shops at Centerra - Loveland, CO | G&I VI Promenade, LLC c/o CBRE, Inc. Attn: General Manager 5971 Sky Pond Drive, Ste OFC Loveland, CO 80538 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

**2.113**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - The Promenade Shops at Centerra - Loveland, CO

**State the term remaining**  12/31/2020

**List the contract number of any government contract**

G&I VI Promenade, LLC
c/o CBRE, Inc.
Attn: General Manager
5971 Sky Pond Drive, Ste OFC
Loveland, CO 80538

**2.114**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - The Promenade Shops at Centerra - Loveland, CO

**State the term remaining**  12/31/2020

**List the contract number of any government contract**

G&I VI Promenade, LLC
c/o CBRE, Inc.
Attn: General Manager
5971 Sky Pond Drive, Ste OFC
Loveland, CO 80538

**2.115**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 3rd Amendment - The Promenade Shops at Centerra - Loveland, CO

**State the term remaining**  12/31/2020

**List the contract number of any government contract**

G&I VI Promenade, LLC
c/o CBRE, Inc.
Attn: General Manager
5971 Sky Pond Drive, Ste OFC
Loveland, CO 80538

**2.116**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Town Center at Levis Commons - Perrysburg, OH

**State the term remaining**  11/30/2025

**List the contract number of any government contract**

Levis Commons, LLC
Care of: Hill Partners, Inc.
2201 South Boulevard
Suite 400
Charlotte, NC 28203

**2.117**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - The Town Center at Levis Commons - Perrysburg, OH

**State the term remaining**  11/30/2025

**List the contract number of any government contract**

Levis Commons, LLC
Care of: Hill Partners, Inc.
2201 South Boulevard
Suite 400
Charlotte, NC 28203

**2.118**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 3rd Amendment - The Town Center at Levis Commons - Perrysburg, OH

**State the term remaining**  11/30/2025

**List the contract number of any government contract**

Levis Commons, LLC
c/o Hill Partners, Inc.
Attn: Pres., General or Managing Agent
2201 South Boulevard, Ste 400
Charlotte, NC 28203

2.119  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - The Town Center at Levis Commons - Perrysburg, OH

**State the term remaining**    11/30/2025

**List the contract number of any government contract**

Levis Commons, LLC
Care of: Hill Partners, Inc.
2201 South Boulevard
Suite 400
Charlotte, NC 28203

2.120  **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Hamilton Corner CMBS General Partnerhip
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.121  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Renewal Lease - Hamilton Corner - Chattanooga, TN

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Hamilton Corner CMBS General Partnerhip
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37321-6000

2.122  **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Hamilton Corner CMBS General Partnerhip
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37321-6000

2.123  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hamilton Corner - Chattanooga, TN

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Hamilton Corner CMBS General Partnerhip
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37321-6000

2.124  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Turkey Creek - Knoxville, TN

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Hart TC I-III, LLC
Attn: Amy Krass
2101 Sixth Avenue North
Suite 750
Birmingham, AL 35203

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 2nd Amendment - Mall at Turtle Creek - Jonesboro, AR | RPI Turtle Creek Mall, LLC Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mall at Turtle Creek - Jonesboro, AR | RPI Turtle Creek Mall, LLC Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Mall at Turtle Creek - Jonesboro, AR | RPI Turtle Creek Mall, LLC Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Eastern Shore Centre | Allied Development of Alabama 84 Modular Ave Commack, NY 11725 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Market Street-The Woodlands - The Woodlands, TX | IMI MSW, LLC c/o Market Street Management Office Attn: Property Management 9595 Six Pines Drive, Suite 6290 The Woodlands, TX 77380 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment (Deferred Rent) - Branson Landing - Branson, MO | Branson Landing Attn: General Manager 100 Branson Landing Branson, MO 65616 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 2nd Amendment - Branson Landing - Branson, MO | Branson Landing Attn: General Manager 100 Branson Landing Branson, MO 65616 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Branson Landing - Branson, MO | Branson Landing Attn: General Manager 100 Branson Landing Branson, MO 65616 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Branson Landing - Branson, MO | Branson Landing Attn: General Manager 100 Branson Landing Branson, MO 65616 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment - Beachcliff Market Square Shopping Center - Rocky River, OH | Beachcliff Market LLC c/o Madison Marquette Attn: Chief Financial Officer 1000 Main Avenue, SW Washington, DC 20024 |
| | **State the term remaining** | 9/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment - Beachcliff Market Square Shopping Center - Rocky River, OH | Beachcliff Market LLC c/o Madison Marquette Attn: Chief Financial Officer 1000 Main Avenue, SW Washington, DC 20024 |
| | **State the term remaining** | 9/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment - Beachcliff Market Square Shopping Center - Rocky River, OH | Beachcliff Market LLC c/o Madison Marquette Attn: Chief Financial Officer 1000 Main Avenue, SW Washington, DC 20024 |
| | **State the term remaining** | 9/30/2026 | |
| | **List the contract number of any government contract** | | |

2.137  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment - Beachcliff Market Square Shopping Center - Rocky River, OH

**State the term remaining**  9/30/2026

**List the contract number of any government contract**

Beachcliff Market LLC
c/o Madison Marquette
Attn: Chief Financial Officer
1000 Main Avenue, SW
Washington, DC 20024

2.138  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Beachcliff Market Square Shopping Center - Rocky River, OH

**State the term remaining**  9/30/2026

**List the contract number of any government contract**

Beachcliff Market LLC
c/o Madison Marquette
Attn: Chief Financial Officer
1000 Main Avenue, SW
Washington, DC 20024

2.139  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 4th Amendment - Beachcliff Market Square Shopping Center - Rocky River, OH

**State the term remaining**  9/30/2026

**List the contract number of any government contract**

Beachcliff Market LLC
c/o Madison Marquette
Attn: Chief Financial Officer
1000 Main Avenue, SW
Washington, DC 20024

2.140  **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

CBL-Shops at Friendly, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.141  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 3326 West Friendly Avenue - Greensboro, NC

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

CBL-Shops at Friendly, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.142  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Galleria at Tyler - Riverside, CA

**State the term remaining**  11/30/2021

**List the contract number of any government contract**

Tyler Mall Limited Partnership
c/o Ggp-Trs LLC
110 N Wacker Dr
Chicago, IL 60606

**2.143** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Galleria at Tyler - Riverside, CA | Tyler Mall Limited Partnership
Care of: Galleria at Tyler
Attention to: Law/Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654

**State the term remaining** | 11/30/2021

**List the contract number of any government contract**

**2.144** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Galleria at Tyler - Riverside, CA | Tyler Mall Limited Partnership
Attention to: General Manager
1299 Galleria at Tyler
Riverside, CA 92503

**State the term remaining** | 11/30/2021

**List the contract number of any government contract**

**2.145** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southlands Shopping Center - Aurora, CO | Southlands TC LLC
c/o M & J Wilkow Properties LLC
Attn: Marc R Wilkow
20 South Clark Street
Suite 3000
Chicago, IL 60603

**State the term remaining** | 11/30/2022

**List the contract number of any government contract**

**2.146** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 2nd Amendment - The Promenade Shops at Saucon Valley - Center Valley, PA | Saucon Valley Lifestyle Center, LP
c/o Poag Shopping Centers
Attn: Pres., General or Managing Agent
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**State the term remaining** | 11/30/2026

**List the contract number of any government contract**

**2.147** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - The Promenade Shops at Saucon Valley - Center Valley, PA | Saucon Valley Lifestyle Center, LP
c/o Poag Shopping Centers
Attn: Pres., General or Managing Agent
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**State the term remaining** | 11/30/2026

**List the contract number of any government contract**

**2.148** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Promenade Shops at Saucon Valley - Center Valley, PA | Saucon Valley Lifestyle Center, LP
c/o Poag Shopping Centers
Attn: Pres., General or Managing Agent
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**State the term remaining** | 11/30/2026

**List the contract number of any government contract**

2.149 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Midtowne Shopping Center

Inland Commercial Real Estate Services, LLC
Attn: Cathy Berger
2901 Butterfield Road
Oak Brook, IL 60523

**State the term remaining**  11/30/2021

**List the contract number of any government contract**

2.150 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Inwood Village Shoping Center

L&B DEPP Inwood Village, L.P.
c/o Institutional Property Managers, Inc.
Attn: Property Manager
5730 W. Lovers Lane
Suite 326
Dallas, TX 75209

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

2.151 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Bell Tower Shopping Center Fort Myers, FL

Madison Marquette Bell Tower Shops, LLC
Attn: Chief Financial Officer
670 Water Street, SW
Washington, DC 20024

**State the term remaining**  3/31/2025

**List the contract number of any government contract**

2.152 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - Mount Pleasant Towne Centre - Mount Pleasant, SC

CR Mount Pleasant, LLC
c/o Continental Realty Corporation
Attn: Pres., General or Managing Agent
1427 Clarkview Road, Suite 500
Baltimore, MD 21209

**State the term remaining**  4/30/2027

**List the contract number of any government contract**

2.153 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Mount Pleasant Towne Centre - Mount Pleasant, SC

CR Mount Pleasant, LLC
c/o Continental Realty Corporation
Attn: Pres., General or Managing Agent
1427 Clarkview Road, Suite 500
Baltimore, MD 21209

**State the term remaining**  4/30/2027

**List the contract number of any government contract**

2.154 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mount Pleasant Towne Centre - Mount Pleasant, SC

CR Mount Pleasant, LLC
c/o Continental Realty Corporation
Attn: Pres., General or Managing Agent
1427 Clarkview Road, Suite 500
Baltimore, MD 21209

**State the term remaining**  4/30/2027

**List the contract number of any government contract**

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Blakeney Shopping Center - Charlotte, NC | NW Blakeney Retail LLC c/o CNL Commercial Real Estate Attn: Pres., General or Managing Agent 121 W. Trade Street, Suite 2500 Charlotte, NC 28202 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Arlington Highlands - Arlington, TX | CPT - Arlington Highlands I, LP c/o AEW Capital Management, LP Attn: Asset Management Two Seaport Lane, 16th Floor Boston, MA 02210-2021 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Arlington Highlands - Arlington, TX | CPT - Arlington Highlands I, LP c/o AEW Capital Management, LP Attn: Asset Management Two Seaport Lane, 16th Floor Boston, MA 02210-2021 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 4th Amendment (Rent Deferral) - Arlington Highlands - Arlington, TX | CPT - Arlington Highlands I, LP c/o AEW Capital Management, LP Attn: Asset Management Two Seaport Lane, 16th Floor Boston, MA 02210-2021 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 2nd Amendment - Arlington Highlands - Arlington, TX | CPT - Arlington Highlands I, LP c/o AEW Capital Management, LP Attn: Asset Management Two Seaport Lane, 16th Floor Boston, MA 02210-2021 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 3rd Amendment - Arlington Highlands - Arlington, TX | CPT - Arlington Highlands I, LP c/o AEW Capital Management, LP Attn: Asset Management Two Seaport Lane, 16th Floor Boston, MA 02210-2021 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| | | |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment - La Palmera - Corpus Christi, TX | Corpus Christi Retail Ventures LP
Attn: Pres., General or Managing Agent
PO Box 843945
Dallas, TX 75284-3945 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - La Palmera - Corpus Christi, TX | Corpus Christi Retail Ventures LP
Attn: Pres., General or Managing Agent
PO Box 843945
Dallas, TX 75284-3945 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment - The Shops at the Highland Village | MP Shops at Highland Village LLC
c/o AEW Capital Management, LP
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shops at the Highland Village | MP Shops at Highland Village LLC
c/o AEW Capital Management, LP
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment - The Shops at the Highland Village | MP Shops at Highland Village LLC
c/o AEW Capital Management, LP
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment - The Shops at the Highland Village | MP Shops at Highland Village LLC
c/o AEW Capital Management, LP
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

**2.167**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 4th Amendment (Rent Deferral) - The Shops at the Highland Village

MP Shops at Highland Village LLC
c/o AEW Capital Management, LP
Attn: Asset Manager
Two Seaport Lane
Boston, MA 2210

**State the term remaining**  9/30/2024

**List the contract number of any government contract**

**2.168**  **State what the contract or lease is for and the nature of the debtor's interest**

Second Extension and Modification of Lease - Village at Stone Oak

DDR DB Stone Oak LP
Attn: Executive Vice President-Leasing
3300 Enterprise Parkway
Beachwood, OH 44122

**State the term remaining**  10/31/2022

**List the contract number of any government contract**

**2.169**  **State what the contract or lease is for and the nature of the debtor's interest**

First Extension and Modification Lease - Village at Stone Oak

DDR DB Stone Oak LP
Attn: Executive Vice President-Leasing
3300 Enterprise Parkway
Beachwood, OH 44122

**State the term remaining**  10/31/2022

**List the contract number of any government contract**

**2.170**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease - DDR DB Stone Oak LP

DDR DB Stone Oak LP
Attn: Executive Vice President-Leasing
3300 Enterprise Parkway
Beachwood, OH 44122

**State the term remaining**  10/31/2022

**List the contract number of any government contract**

**2.171**  **State what the contract or lease is for and the nature of the debtor's interest**

Payment Plan Letter - Village at Stone Oak

Site Centers Corp.
Attn: Melvin Gaines
3300 Enterprise Parkway
Beachwood, OH 44122

**State the term remaining**  10/31/2022

**List the contract number of any government contract**

**2.172**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendment - Town Center Plaza

Leawood TCP, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**  9/30/2022

**List the contract number of any government contract**

**2.173**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Lease - Town Center Plaza, LLC - Leawood, KS

Leawood TCP, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

---

**2.174**  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Modification Agreement No. 1 - Town Center Plaza

Leawood TCP, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

---

**2.175**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Hill Center at Green Hills, LLC - TX

Hill Center at Green Hills, LLC
Attn: C.E.O.
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**State the term remaining**    12/31/2022

**List the contract number of any government contract**

---

**2.176**  **State what the contract or lease is for and the nature of the debtor's interest**    Second Amendment to Lease - Hill Center at Green Hills

Hill Center at Green Hills, LLC
Attn: C.E.O.
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**State the term remaining**    12/31/2022

**List the contract number of any government contract**

---

**2.177**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease 1st Amendment -Hill Center at Green Hills

Hill Center at Green Hills, LLC
Attn: C.E.O.
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**State the term remaining**    12/31/2022

**List the contract number of any government contract**

---

**2.178**  **State what the contract or lease is for and the nature of the debtor's interest**    Commencement Date Agreement - Hill Center at Green Hills

Hill Center at Green Hills, LLC
Attn: C.E.O.
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**State the term remaining**    12/31/2022

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - The Avenue Murfreesboro |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

BVA Avenue SPE LLC
c/o Big V Properties
Attn: Pres., General or Managing Agent
162 North Main St, Suite 5
Florida, NY 10921

| | | |
|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -The Avenue Murfreesboro |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

BVA Avenue SPE LLC
c/o Big V Properties
Attn: Pres., General or Managing Agent
162 North Main St, Suite 5
Florida, NY 10921

| | | |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease - The Avenue Murfreesboro |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

BVA Avenue SPE LLC
c/o Big V Properties
Attn: Pres., General or Managing Agent
162 North Main St, Suite 5
Florida, NY 10921

| | | |
|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - CF Murfreesboro Associates |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

BVA Avenue SPE LLC
c/o Big V Properties
Attn: Pres., General or Managing Agent
162 North Main St, Suite 5
Florida, NY 10921

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Extension - Southport Row Condominiums |
| | **State the term remaining** | 9/30/2022 |
| | **List the contract number of any government contract** | |

MDN Development, Inc.
Attn: Counsel
14 Bridlewood Road, Suite 200
Northbrook, IL 60062

| | | |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - MDN Development, Inc. - Chicago, IL |
| | **State the term remaining** | 9/30/2022 |
| | **List the contract number of any government contract** | |

MDN Development, Inc.
Attn: Pres., General or Managing Agent
1241 R.F.D.
Long Grove , IL 60047

**2.185** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment - Southport Row Condominiums

MDN Development, Inc.
Attn: Counsel
14 Bridlewood Road, Suite 200
Northbrook, IL 60062

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

**2.186** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - Southport Row Condominiums

MDN Development, Inc.
Attn: Counsel
14 Bridlewood Road, Suite 200
Northbrook, IL 60062

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

**2.187** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

Mayfaire Town Center, LP
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    4/30/2023

**List the contract number of any government contract**

**2.188** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Non-Residential Real Property Lease

Mayfaire Town Center, LP
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    4/30/2023

**List the contract number of any government contract**

**2.189** **State what the contract or lease is for and the nature of the debtor's interest**

Fourth Amendment to Lease Agreement - King Street

338A King Street LLC
25 Society Street
Charleston, SC 29401

**State the term remaining**    1/31/2023

**List the contract number of any government contract**

**2.190** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Properties of Historic Charleston, LLC

338A King Street LLC
25 Society Street
Charleston, SC 29401

**State the term remaining**    1/31/2023

**List the contract number of any government contract**

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Shopping Center Lease - King Street | 338A King Street LLC<br>25 Society Street<br>Charleston, SC 29401 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment - King Street | 338A King Street LLC<br>25 Society Street<br>Charleston, SC 29401 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Amendment Agreement - King Street | 338A King Street LLC<br>25 Society Street<br>Charleston, SC 29401 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment of Lease (Hill Country Galleria - Francesca's Collections) | CSHV HCG Retail, LLC<br>Attn: Property Manager<br>c/o Hill Country Galleria Management Office<br>12700 Hill Country Boulevard, Suite T-100<br>Bee Cave, TX 78738 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Hill Country Galleria | CSHV HCG Retail, LLC<br>Attn: Property Manager<br>c/o Hill Country Galleria Management Office<br>12700 Hill Country Boulevard, Suite T-100<br>Bee Cave, TX 78738 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Shopping Center Lease - Hill Country Galleria | CSHV HCG Retail, LLC<br>Attn: Property Manager<br>c/o Hill Country Galleria Management Office<br>12700 Hill Country Boulevard, Suite T-100<br>Bee Cave, TX 78738 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Shopping Center Lease - Hill Country Galleria | CSHV HCG Retail, LLC<br>Attn: Property Manager<br>c/o Hill Country Galleria Management Office<br>12700 Hill Country Boulevard, Suite T-100<br>Bee Cave, TX 78738 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -The Shops at Pembroke Gardens | Pembroke Lakes Mall, LLC, JRA HHF Venture, LLC<br>Pembroke Lakes Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Agreement - The Shops at Pembroke Gardens | Pembroke Lakes Mall, LLC, JRA HHF Venture, LLC<br>Pembroke Lakes Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement - The Shops at Pembroke Gardens | Pembroke Lakes Mall, LLC, JRA HHF Venture, LLC<br>Pembroke Lakes Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shops at Pembroke Gardens | Pembroke Lakes Mall, LLC, JRA HHF Venture, LLC<br>Pembroke Lakes Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Perkins Rowe | Crawfish, LLC<br>Attn: General Manager<br>1202 Perkins Rowe, Ste 195<br>Baton Rouge, LA 70810 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

Debtor    Francesca's Collections, Inc.
Name

Case number _(if known)_ 20-13078

**2.203** | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease - Perkins Rowe | Crawfish, LLC
Attn: General Manager
1202 Perkins Rowe, Ste 195
Baton Rouge, LA 70810

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

---

**2.204** | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment Lease - Perkins Rowe | Crawfish, LLC
Attn: General Manager
1202 Perkins Rowe, Ste 195
Baton Rouge, LA 70810

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

---

**2.205** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Loan Agreement - Perkins Rowe | KeyBank National Association
c/o Phelps Dunbar LLP
II City Plaza 400 Convention Street, Suite 1100
PO Box 4412
Baton Rouge, LA 70802-5618

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

---

**2.206** | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to Lease - Perkins Rowe | Crawfish, LLC
Attn: General Manager
1202 Perkins Rowe, Ste 195
Baton Rouge, LA 70810

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

---

**2.207** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Perkins Rowe Associates - | Crawfish, LLC
Attn: General Manager
1202 Perkins Rowe, Ste 195
Baton Rouge, LA 70810

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

---

**2.208** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Extension and Second Amendment to Lease | Bayer Properties, L.L.C.
Attn: Pres., General or Managing Agent
2200 Magnolia Street South Suite 101
Birmingham, AL 35205

**State the term remaining**    3/31/2020

**List the contract number of any government contract**

**2.209** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

Bayer Properties, L.L.C.
Attn: Pres., General or Managing Agent
2200 Magnolia Street South Suite 101
Birmingham, AL 35205

**State the term remaining**    3/31/2020

**List the contract number of any government contract**

**2.210** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Huntsville Shores, LLC - Huntsville AL

Bayer Properties, L.L.C.
Attn: Pres., General or Managing Agent
2200 Magnolia Street South Suite 101
Birmingham, AL 35205

**State the term remaining**    3/31/2020

**List the contract number of any government contract**

**2.211** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - The Streets of Indian Lake

USPG Indian Lake, LLC
Attn: Pres., General or Managing Agent
3665 Fishinger Boulevard
Hilliard, OH 43026

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

**2.212** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Lease - The Streets of Indian Lake

USPG Indian Lake, LLC
Attn: Pres., General or Managing Agent
3665 Fishinger Boulevard
Hilliard, OH 43026

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

**2.213** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Extension Agreement - The Streets of Indian Lake

USPG Indian Lake, LLC
Attn: Pres., General or Managing Agent
3665 Fishinger Boulevard
Hilliard, OH 43026

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

**2.214** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -The Village at Arrowhead

Sunbelt Stores Co., L.P.
Attn: Todd Holzer
8095 Othello Avenue
San Diego, CA 92111

**State the term remaining**    7/31/2024

**List the contract number of any government contract**

**2.215** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - The Village at Arrowhead

Sunbelt Stores Co., L.P.
Attn: Todd Holzer
8095 Othello Avenue
San Diego, CA 92111

**State the term remaining** 7/31/2024

**List the contract number of any government contract**

**2.216** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Sunbelt Stores, Inc. - Glendale, AZ

Sunbelt Stores Co., L.P.
Attn: Todd Holzer
8095 Othello Avenue
San Diego, CA 92111

**State the term remaining** 7/31/2024

**List the contract number of any government contract**

**2.217** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Shopping Center Lease - The Village at Arrowhead

Sunbelt Stores Co., L.P.
Attn: Todd Holzer
8095 Othello Avenue
San Diego, CA 92111

**State the term remaining** 7/31/2024

**List the contract number of any government contract**

**2.218** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Magazine Street - New Orleans, LA

3333, L.L.C.
1219 Antonine Street
New Orleans, LA 70115

**State the term remaining** 5/31/2025

**List the contract number of any government contract**

**2.219** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment Lease - Watters Creek at Montgomery Farm

Watters Creek Owner, LLC
c/o Trademark Property Company
Attn: Pres., General or Managing Agent
1701 River Run, Suite 500
Fort Worth, TX 76107

**State the term remaining** 5/31/2028

**List the contract number of any government contract**

**2.220** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Watters Creek at Montgomery Farm

Watters Creek Owner, LLC
c/o Trademark Property Company
Attn: Pres., General or Managing Agent
1701 River Run, Suite 500
Fort Worth, TX 76107

**State the term remaining** 5/31/2028

**List the contract number of any government contract**

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**2.221** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Lease Agreeement - COventry II DDR/Trademark Montgomery Farm L.P.

**State the term remaining**
5/31/2028

**List the contract number of any government contract**

Watters Creek Owner, LLC
c/o Trademark Property Company
Attn: Pres., General or Managing Agent
1701 River Run, Suite 500
Fort Worth, TX 76107

**2.222** **State what the contract or lease is for and the nature of the debtor's interest**
Rent Relief Agreement - Watters Creek at Montgomery Farm

**State the term remaining**
5/31/2028

**List the contract number of any government contract**

Watters Creek Owner, LLC
c/o Trademark Property Company
Attn: Pres., General or Managing Agent
1701 River Run, Suite 500
Fort Worth, TX 76107

**2.223** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Renaissance at Colony Park Ridgeland, MS

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Renaissance at Colony Park, LLC
125 S. Congress Street
Suite 1800
Jackson, MS 39201

**2.224** **State what the contract or lease is for and the nature of the debtor's interest**
First Extension and Modification of Lease - Birkdale Village

**State the term remaining**
6/30/2023

**List the contract number of any government contract**

DDRTC Birkdale Village LLC
c/o CBRE, Inc.
Attention to: Christopher Clar
8712 Lindholm Drive, Ste 2026
Huntersville, NC 28078

**2.225** **State what the contract or lease is for and the nature of the debtor's interest**
Second Amendment Lease - Birkdale Village

**State the term remaining**
6/30/2023

**List the contract number of any government contract**

DDRTC Birkdale Village LLC
c/o CBRE, Inc.
Attention to: Christopher Clar
8712 Lindholm Drive, Ste 2026
Huntersville, NC 28078

**2.226** **State what the contract or lease is for and the nature of the debtor's interest**
Third Amendment to Lease - Village Square at Dana Park Shopping Center

**State the term remaining**
6/30/2023

**List the contract number of any government contract**

Whitestone REIT
Attn: Legal Department
2600 South Gressner, Suite 500
Houston, TX 77063

**2.227** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment - Village Square at Dana Park Shopping Center

Whitestone REIT
Attn: Legal Department
2600 South Gressner, Suite 500
Houston, TX 77063

**State the term remaining** 6/30/2023

**List the contract number of any government contract**

**2.228** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - Village Square at Dana Park Shopping Center

Whitestone REIT
Attn: Legal Department
2600 South Gressner, Suite 500
Houston, TX 77063

**State the term remaining** 6/30/2023

**List the contract number of any government contract**

**2.229** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Village Square Dana Park Arizona, LLC

Whitestone REIT
Attn: Legal Department
2600 South Gressner, Suite 500
Houston, TX 77063

**State the term remaining** 6/30/2023

**List the contract number of any government contract**

**2.230** **State what the contract or lease is for and the nature of the debtor's interest**

Covid 19 Rente Relief AGreement - Village Square at Dana Park Shopping Center

Whitestone REIT
Attn: Legal Department
2600 South Gressner, Suite 500
Houston, TX 77063

**State the term remaining** 6/30/2023

**List the contract number of any government contract**

**2.231** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Cameron Village Shopping Center

Columbia Cameron Village, LLC
c/o Regency Centers
Attn: Pres., General or Managing Agent
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**State the term remaining** 6/30/2020

**List the contract number of any government contract**

**2.232** **State what the contract or lease is for and the nature of the debtor's interest**

Modification and Extension of Lease Agreement - Cameron Village Shopping Center

Columbia Cameron Village, LLC
c/o Regency Centers
Attn: Pres., General or Managing Agent
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**State the term remaining** 6/30/2020

**List the contract number of any government contract**

**2.233** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Cameron Village Shopping Center

**State the term remaining**    6/30/2020

**List the contract number of any government contract**

Columbia Cameron Village, LLC
c/o Regency Centers
Attn: Pres., General or Managing Agent
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**2.234** **State what the contract or lease is for and the nature of the debtor's interest**

Modification and Extension of Lease Agreement - Cameron Village Shopping Center

**State the term remaining**    6/30/2020

**List the contract number of any government contract**

Columbia Cameron Village, LLC
c/o Regency Centers
Attn: Pres., General or Managing Agent
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**2.235** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Aspen Grove - Littleton, CO

**State the term remaining**    7/31/2023

**List the contract number of any government contract**

Aspen GRF2, LLC
973 Lomas Santa Fe Drive
Solana Beach, CA 92075

**2.236** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - Aspen Grove - Littleton, CO

**State the term remaining**    7/31/2023

**List the contract number of any government contract**

Aspen GRF2, LLC
973 Lomas Santa Fe Drive
Solana Beach, CA 92075

**2.237** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment of Lease - Aspen Grove - Littleton, CO

**State the term remaining**    7/31/2023

**List the contract number of any government contract**

Aspen GRF2, LLC
973 Lomas Santa Fe Drive
Solana Beach, CA 92075

**2.238** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement

**State the term remaining**    8/31/2028

**List the contract number of any government contract**

Sagemore Mangement Company, L.L.C.
c/o Davis Enterprises
The Corporate Center
6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Indenture of Lease | Sagemore Mangement Company, L.L.C. c/o Davis Enterprises The Corporate Center 6000 Sagemore Drive, Suite 6301 Marlton, NJ 08053 |
| | State the term remaining | 8/31/2028 | |
| | List the contract number of any government contract | | |

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Indenture of Lease | Sagemore Mangement Company, L.L.C. c/o Davis Enterprises The Corporate Center 6000 Sagemore Drive, Suite 6301 Marlton, NJ 08053 |
| | State the term remaining | 8/31/2028 | |
| | List the contract number of any government contract | | |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Mizner Park - Boca Raton, FL | Crocker Downtown Development Association c/o GGP-Mizner Park LLC-Retail Series 350 N. Orleans St., Ste 300 Chicago, IL 60654 |
| | State the term remaining | 8/31/2023 | |
| | List the contract number of any government contract | | |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Casa Paloma - Chandler, AZ | Sy Casa Paloma LLC c/o Sy West Holdings LLC Attn: Pres., General or Managing Agent 150 Pelican Way San Rafael, CA 94901 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment Lease - Bei-Beach LLC - The Market Common at Myrtle Beach | BEI-Beach LLC Attn: Erin Ruhe, Vice President File 1841 1801 W Olympic Blvd Pasadena, CA 91199-1841 |
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 1st Amendment -The Market Common at Myrtle Beach | BEI-Beach LLC Attn: Erin Ruhe, Vice President File 1841 1801 W Olympic Blvd Pasadena, CA 91199-1841 |
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease - The Market Common at Myrtle Beach | BEI-Beach LLC<br>Attn: Erin Ruhe, Vice President<br>File 1841<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-1841 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Luk-MB1, LLC - Myrtle Beach, SC | BEI-Beach LLC<br>Attn: Erin Ruhe, Vice President<br>File 1841<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-1841 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Starwood Global Amendment to Lease - The Avenue Forsyth | Forsynth Owner 1, L.P.<br>Starwood Retail Property Management, LLC<br>Attn: Pres., General or Managing Agent<br>1 East Wacker Dr, Ste 3600<br>Chicago, IL 60601 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease and Extension of Term - The Avenue Forsyth | Forsynth Owner 1, L.P.<br>Starwood Retail Property Management, LLC<br>Attn: Pres., General or Managing Agent<br>1 East Wacker Dr, Ste 3600<br>Chicago, IL 60601 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Avenue Forsyth LLC | Forsynth Owner 1, L.P.<br>Starwood Retail Property Management, LLC<br>Attn: Pres., General or Managing Agent<br>1 East Wacker Dr, Ste 3600<br>Chicago, IL 60601 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Memorial City Mall | Memorial City Mall, L.P.<br>Attn: Pres., General or Managing Agent<br>303 Memorial City<br>Houston, TX |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

**2.251** | **State what the contract or lease is for and the nature of the debtor's interest** | Indenture of Lease - Memorial City Mall | Memorial City Mall, L.P.
Attn: Pres., General or Managing Agent
303 Memorial City
Houston, TX

**State the term remaining** 4/30/2027

**List the contract number of any government contract**

---

**2.252** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Commencement Agreement - Memorial City Mall | Memorial City Mall, L.P.
Attn: Pres., General or Managing Agent
303 Memorial City
Houston, TX

**State the term remaining** 4/30/2027

**List the contract number of any government contract**

---

**2.253** | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment of Lease - Memorial City Mall | Memorial City Mall, L.P.
Attn: Pres., General or Managing Agent
303 Memorial City
Houston, TX

**State the term remaining** 4/30/2027

**List the contract number of any government contract**

---

**2.254** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Memorial City Mall | Memorial City Mall, L.P.
Attn: Pres., General or Managing Agent
303 Memorial City
Houston, TX

**State the term remaining** 4/30/2027

**List the contract number of any government contract**

---

**2.255** | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendement to Lease - The Arboretum of South Barrington - South Barrington, IL | Arboretum Mall Owner LLC
Jones Lang LaSalle Americas, Inc.
Attn: Retail Documents
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

---

**2.256** | **State what the contract or lease is for and the nature of the debtor's interest** | Global Amendment to Lease - The Arboretum of South Barrington - South Barrington, IL | Arboretum Mall Owner LLC
Jones Lang LaSalle Americas, Inc.
Attn: Retail Documents
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Arboretum of South Barrington - South Barrington, IL | Arboretum Mall Owner LLC Jones Lang LaSalle Americas, Inc. Attn: Retail Documents 6365 Halcyon Way, Suite 970 Alpharetta, GA 30005 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendement to Lease - The Arboretum of South Barrington - South Barrington, IL | Arboretum Mall Owner LLC Jones Lang LaSalle Americas, Inc. Attn: Retail Documents 6365 Halcyon Way, Suite 970 Alpharetta, GA 30005 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westroads Mall, L.L.C. | Westroads Mall c/o Westroads Mall Attn: Law/Lease Administration 250 N. Orleans st Suite 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2028 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement - Crabtree Valley Mall | CVM Holdings, LLC c/o Pacific CVM Management, LLC Attn: Managing Principal 100 N. Pacific Coast Highway Suite 1925 El Segundo, CA 90245 |
| | **State the term remaining** | 1/31/2029 | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease Agreement - Crabtree Valley Mall | CVM Holdings, LLC c/o Pacific CVM Management, LLC Attn: Managing Principal 100 N. Pacific Coast Highway Suite 1925 El Segundo, CA 90245 |
| | **State the term remaining** | 1/31/2029 | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - CVM Holdings, LLC | CVM Holdings, LLC c/o Pacific CVM Management, LLC Attn: Managing Principal 100 N. Pacific Coast Highway Suite 1925 El Segundo, CA 90245 |
| | **State the term remaining** | 1/31/2029 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Pinnacle Hills Promenade | Pinnacle Hills, LLC<br>Pinnale Hills Promenade<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Pinnacle Hills Promenade | Pinnacle Hills, LLC<br>Pinnale Hills Promenade<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension and SEcond Amendment Lease - Pinnacle Hills Promenade | Pinnacle Hills, LLC<br>Pinnale Hills Promenade<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Thruway Shopping Center | Thruway Shopping Center LLC<br>c/o Saul Centers, Inc. Its Manager<br>Attn: Scott V. Schneider, Executive Vice President<br>7501 Wisconsin Ave., Ste 1500<br>Bethesda, MD 20814-6522 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Thruway Shopping Center | Thruway Shopping Center LLC<br>c/o Saul Centers, Inc. Its Manager<br>Attn: Scott V. Schneider, Executive Vice President<br>7501 Wisconsin Ave., Ste 1500<br>Bethesda, MD 20814-6522 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendent to Lease - Thruway Shopping Center | Thruway Shopping Center LLC<br>c/o Saul Centers, Inc. Its Manager<br>Attn: Scott V. Schneider, Executive Vice President<br>7501 Wisconsin Ave., Ste 1500<br>Bethesda, MD 20814-6522 |
| | **State the term remaining** | 10/31/2023 | |
| | **List the contract number of any government contract** | | |

2.269 **State what the contract or lease is for and the nature of the debtor's interest**

Third Lease Amendment and Agreement - Thruway Shopping Center

**State the term remaining**  10/31/2023

**List the contract number of any government contract**

Thruway Shopping Center LLC
c/o Saul Centers, Inc. Its Manager
Attn: Scott V. Schneider, Executive Vice President
7501 Wisconsin Ave., Ste 1500
Bethesda, MD 20814-6522

2.270 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Promenade at Coconut Creek

**State the term remaining**  11/30/2023

**List the contract number of any government contract**

MCA Promenade Owner LLC
c/o Hill Partners, Inc.
Attn: Pres., General or Managing Agent
2201 South Boulevard, Ste 400
Charlotte, NC 28203

2.271 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -The Promenade at Coconut Creek

**State the term remaining**  11/30/2023

**List the contract number of any government contract**

MCA Promenade Owner LLC
c/o Hill Partners, Inc.
Attn: Pres., General or Managing Agent
2201 South Boulevard, Ste 400
Charlotte, NC 28203

2.272 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -The Shops at La Cantera

**State the term remaining**  10/31/2028

**List the contract number of any government contract**

La Cantera Retail Limited Partnership
c/o The Shops at La Cantera
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.273 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Shops at La Cantera

**State the term remaining**  10/31/2028

**List the contract number of any government contract**

La Cantera Retail Limited Partnership
c/o The Shops at La Cantera
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.274 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Shops at La Cantera

**State the term remaining**  10/31/2028

**List the contract number of any government contract**

La Cantera Retail Limited Partnership
c/o The Shops at La Cantera
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.275** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Greenville Center

Greenville Center SC, LLC
Attn: General Counsel
725 Conshohocken State Road
Bala Cynwyd, PA 19004

**State the term remaining**   2/29/2024

**List the contract number of any government contract**

---

**2.276** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Greenville Center

Greenville Center SC, LLC
Attn: General Counsel
725 Conshohocken State Road
Bala Cynwyd, PA 19004

**State the term remaining**   2/29/2024

**List the contract number of any government contract**

---

**2.277** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Non-Disturbance and Attornment Agreement - Greenville Center

Bank of America, NA
c/o Capmark Finance Inc.
Attn: Executive Vice President - Servicing Administration
116 Welsh Road
Horsham, PA 19044

**State the term remaining**   2/29/2024

**List the contract number of any government contract**

---

**2.278** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Palladium at Cityplace West Palm Beach, FL

Cityplace Retail, L.L.C.
c/o Related Urban Management Company
60 Columbus Circle
19th Floor
New York, NY 10023

**State the term remaining**   4/30/2020

**List the contract number of any government contract**

---

**2.279** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - La Encantada

TWC Tucson, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining**   3/31/2022

**List the contract number of any government contract**

---

**2.280** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - La Encantada

TWC Tucson, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining**   3/31/2022

**List the contract number of any government contract**

**2.281** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease Agreement and Extension of Term - La Encantada

**State the term remaining**  3/31/2022

**List the contract number of any government contract**

TWC Tucson, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

---

**2.282** **State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement - La Encantada

**State the term remaining**  3/31/2022

**List the contract number of any government contract**

TWC Tucson, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

---

**2.283** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Wheaton Town Square

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

TSW 2015 LLC
Attn: Brad M. Hutensky
100 Constitution Plaza, 7th Fl
Hartford, CT 6103

---

**2.284** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Wheaton Town Square

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

TSW 2015 LLC
Attn: Brad M. Hutensky
100 Constitution Plaza, 7th Fl
Hartford, CT 6103

---

**2.285** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Baybrook Mall

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

Baybrook Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.286** **State what the contract or lease is for and the nature of the debtor's interest**

Extension and Second Amendment of Lease - Baybrook Mall

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

Baybrook Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment-Baybrook Mall |
| | | Baybrook Mall, LLC<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2025 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal, Extension and Amendment of Lease Agreement - Destin Commons |
| | | Destin Commons, LTD<br>c/o Turnberry Associates<br>Attn: Legal Department/Leasing Attorney<br>19501 Biscayne Boulevard, Ste 400<br>Aventura, FL 33180 |
| | **State the term remaining** | 4/30/2024 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Destin Commons |
| | | Destin Commons, LTD<br>c/o Turnberry Associates<br>Attn: Legal Department/Leasing Attorney<br>19501 Biscayne Boulevard, Ste 400<br>Aventura, FL 33180 |
| | **State the term remaining** | 4/30/2024 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Penn Square Mall |
| | | PENN SQUARE MALL LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Penn Square Mall |
| | | PENN SQUARE MALL LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Penn Square Mall |
| | | PENN SQUARE MALL LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - The Falls |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

THE FALLS SHOPPING CENTER ASSOCIATES LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - The Falls |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

THE FALLS SHOPPING CENTER ASSOCIATES LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Falls |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

THE FALLS SHOPPING CENTER ASSOCIATES LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Falls |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

THE FALLS SHOPPING CENTER ASSOCIATES LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Richmond Heights, MO |
| | **State the term remaining** | 8/31/2024 |
| | **List the contract number of any government contract** | |

Saint Louis Galleria
Attn: Law/Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Peachtree Pkwy - Norcross, GA |
| | **State the term remaining** | 6/11/2022 |
| | **List the contract number of any government contract** | |

CPT Peachtree Forum I, LLC
c/o Bayer Properties, L.L.C.
Attn: General Counsel
2200 Magnolia Ave. South
Birmingham, AL 35205

**2.299** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Country Club Plaza

**State the term remaining** | 1/31/2029

**List the contract number of any government contract**

Country Club Plaza JV LLC
c/o The Taubman Company LLC
Attn: Lease Administration Department and General Counsel
200 East Long Lake Road, Ste 300
Bloomfield Hills, MI 48304-2324

**2.300** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Country Club Plaza

**State the term remaining** | 1/31/2029

**List the contract number of any government contract**

Country Club Plaza JV LLC
c/o The Taubman Company LLC
Attn: Lease Administration Department and General Counsel
200 East Long Lake Road, Ste 300
Bloomfield Hills, MI 48304-2324

**2.301** **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - SouthPark Mall

**State the term remaining** | 12/31/2021

**List the contract number of any government contract**

SOUTHPARK MALL LIMITED PARTNERSHIP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.302** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - SouthPark Mall

**State the term remaining** | 12/31/2021

**List the contract number of any government contract**

SOUTHPARK MALL LIMITED PARTNERSHIP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.303** **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - SouthPark Mall

**State the term remaining** | 12/31/2021

**List the contract number of any government contract**

SOUTHPARK MALL LIMITED PARTNERSHIP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.304** **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Woodland Hills Mall

**State the term remaining** | 12/31/2021

**List the contract number of any government contract**

WOODLAND HILLS MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Woodland Hills Mall | WOODLAND HILLS MALL, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Woodland Hills Mall | WOODLAND HILLS MALL, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement - Oak Park Mall | Oak Park Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 10/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Modification Agreement - Oak Park Mall | Oak Park Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 10/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Oak Park Mall | Oak Park Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 10/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement - Oak Park Mall | Oak Park Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 10/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Modification Agreement - Eastview Mall | EASTVIEW MALL, LLC<br>Attn: Thomas C. Wilmot<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER, NY 14624 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Eastview Mall | EASTVIEW MALL, LLC<br>Attn: Thomas C. Wilmot<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER, NY 14624 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Modification Agreement - Eastview Mall | EASTVIEW MALL, LLC<br>Attn: Thomas C. Wilmot<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER, NY 14624 |
| | **State the term remaining** | 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment - 5426 Walnut Street | 5426 Walnut Partners<br>Robert A. Crisanti, Esquire<br>437 Grant Street<br>915 Frick Building<br>Pittsburgh, PA 15219 |
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment - 5426 Walnut Street | 5426 Walnut Partners<br>Robert A. Crisanti, Esquire<br>437 Grant Street<br>915 Frick Building<br>Pittsburgh, PA 15219 |
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment-5426 Walnut Street | 5426 Walnut Partners<br>Robert A. Crisanti, Esquire<br>437 Grant Street<br>915 Frick Building<br>Pittsburgh, PA 15219 |
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Indenture of Lease - 5426 Walnut Street | 5426 Walnut Partners<br>Robert A. Crisanti, Esquire<br>437 Grant Street<br>915 Frick Building<br>Pittsburgh, PA 15219 |
|---|---|---|---|
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage License Agreement - Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Pres., General or Managing Agent<br>7900 Shelbyville Road<br>Louisville, KY 40222 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment of Lease - Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage License Agreement - Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Pres., General or Managing Agent<br>7900 Shelbyville Road<br>Louisville, KY 40222 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment-Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage License Agreement - Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Pres., General or Managing Agent<br>7900 Shelbyville Road<br>Louisville, KY 40222 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Oxmoor Center Mall | Hocker Oxmoor, LLC<br>c/o Oxmoor Center<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease - Bridgewater Commons | Bridgewater Commons Mall II LLC<br>c/o Trademark Property Company<br>Attn: Pres., General or Managing Agent<br>1701 River Run Road, Ste 500<br>Fort Worth , TX 76107 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Bridgewater Commons | Bridgewater Commons Mall II LLC<br>c/o Trademark Property Company<br>Attn: Pres., General or Managing Agent<br>1701 River Run Road, Ste 500<br>Fort Worth , TX 76107 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment-Bridgewater Commons | Bridgewater Commons Mall II LLC<br>c/o Trademark Property Company<br>Attn: Pres., General or Managing Agent<br>1701 River Run Road, Ste 500<br>Fort Worth , TX 76107 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Bridgewater Commons | Bridgewater Commons Mall II LLC<br>c/o Trademark Property Company<br>Attn: Pres., General or Managing Agent<br>1701 River Run Road, Ste 500<br>Fort Worth , TX 76107 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Omnibus Amendment to Lease - Bradley Fair Shopping Center | Bradley Fair Properties LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Bradley Fair Shopping Center | Bradley Fair Properties LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - ABQ Uptown 2261 Q Street NE, Suite 2F, Building 2, Albuquerque, NM 87110 | AQB Uptown, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Village of Merrick Park | Merrick Park LLC c/o Shops at Merrick Park Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- - Village of Merrick Park | Merrick Park LLC c/o Shops at Merrick Park Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Rosedale Center | PPF RTL Rosedale Shopping Center, LLC Attn: Pres., General or Managing Agent 3344 Peachtree Road NE, Suite 1200 Atlanta, GA 30326 |
| | **State the term remaining** | 1/31/2030 | |
| | **List the contract number of any government contract** | | |

**2.335** **State what the contract or lease is for and the nature of the debtor's interest**

First Amedment to Lease - Rosedale Center

PPF RTL Rosedale Shopping Center, LLC
Attn: Pres., General or Managing Agent
3344 Peachtree Road NE, Suite 1200
Atlanta, GA 30326

**State the term remaining**

1/31/2030

**List the contract number of any government contract**

---

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Bayshore Town Center Glendale, Wisconsin

Bayshore Shopping Center Property Owner LLC
c/o Cypress Equities Managed Services, L.P.
Attn: Asset Management
8144 Walnut Hill Lane
Suite 1200
Dallas, TX 75231

**State the term remaining**

8/31/2024

**List the contract number of any government contract**

---

**2.337** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Avenues, City of Jacksonville, County of Duval, FL

Jacksonville Avenues Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**

12/31/2021

**List the contract number of any government contract**

---

**2.338** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - North Point Mall

North Point Mall LLC
c/o North Point Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**

8/31/2024

**List the contract number of any government contract**

---

**2.339** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment-North Point Mall

North Point Mall LLC
c/o North Point Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**

8/31/2024

**List the contract number of any government contract**

---

**2.340** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement No. 1 - Westshore Plaza

WPG Westshore Plaza
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**

9/30/2022

**List the contract number of any government contract**

**2.341**  **State what the contract or lease is for and the nature of the debtor's interest**    Master Lease Amendement - Westshore Plaza

WPG Westshore Plaza
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

---

**2.342**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Westshore Plaza

WPG Westshore Plaza
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**    9/30/2022

**List the contract number of any government contract**

---

**2.343**  **State what the contract or lease is for and the nature of the debtor's interest**    Multi-Property Rent Deferral, Abatement and Modification Agreement - West County Mall

West County Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    12/31/2024

**List the contract number of any government contract**

---

**2.344**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - West County Mall

West County Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    12/31/2024

**List the contract number of any government contract**

---

**2.345**  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Modification Agreement - West County Mall

West County Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    12/31/2024

**List the contract number of any government contract**

---

**2.346**  **State what the contract or lease is for and the nature of the debtor's interest**    Multilocation Rent Deferral Agreement - Castleton Square

Castleton Square, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

**2.347**  **State what the contract or lease is for and the nature of the debtor's interest**    Master Amendment - Castleton Square

Castleton Square, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

**2.348**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Castleton Square

Castleton Square, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

**2.349**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Temp Lease Agreement Fully Executed Lease - Castleton Square

Castleton Square, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

**2.350**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Park City Mall

Park City Center Business Trust
c/o Park City Center
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

**2.351**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - West Town Mall

Madison/West Towne, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

**2.352**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Lease Modification & Extension Agreement Fully Executed Lease - West Town Mall

Madison/West Towne, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | Madison/West Towne, LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Derby Street Shops | W/S/M Hingham Properties LLC<br>c/o WS Asset Management, Inc.<br>Attn: Pres., General or Managing Agent<br>33 Boylston St., Ste 3000<br>Chestnut Hill, MA 2467 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Derby Street | W/S/M Hingham Properties LLC<br>c/o WS Asset Management, Inc.<br>Attn: Pres., General or Managing Agent<br>33 Boylston St., Ste 3000<br>Chestnut Hill, MA 2467 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Omnibus Amendment to Lease - Derby Street Shoppes | W/S/M Hingham Properties LLC<br>c/o WS Asset Management, Inc.<br>Attn: Pres., General or Managing Agent<br>33 Boylston St., Ste 3000<br>Chestnut Hill, MA 2467 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Galleria at Ft. Lauderdale, FL | Keystone Property Holding Corp.<br>c/o O'Connor Partners<br>535 Madison Avenue<br>6th Floor<br>New York, NY 10022 |
| | **State the term remaining** | 10/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Streets at Southpoint | SOUTHPOINT MALL, LLC<br>c/o The Streets at Southpoint<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 2/28/2030 | |
| | **List the contract number of any government contract** | | |

| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement | Danbury Mall, LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Danbury Fair Mall | Danbury Mall, LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Danbury Fair Mall | Danbury Mall, LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Paramus Park Mall | Paramus Park Shopping Center L.P.<br>Attn: Law/Lease Admin Dept<br>110 N. Wacker Dr.<br>Chicago, IL 60606 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Providence Place Mall | GGP - Providence Place LLC<br>Providence Place<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Paddock Shops | CPT Louisville I, LLC<br>c/o Bayer Properties, LLC<br>Attn: General Council<br>2222 Arlington Avenue<br>Birmingham, AL 35205 |
|---|---|---|---|
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Summit | CPT Louisville l, LLC c/o Bayer Properties, LLC Attn: General Council 2222 Arlington Avenue Birmingham, AL 35205 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Rent Deferral Agreement Fully Executed - Paddock Shops | CPT Louisville l, LLC c/o Bayer Properties, LLC Attn: General Council 2222 Arlington Avenue Birmingham, AL 35205 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Agreement to Extend Option Notice - Paddock Shops | CPT Louisville l, LLC c/o Bayer Properties, LLC Attn: General Council 2222 Arlington Avenue Birmingham, AL 35205 |
| | **State the term remaining** | 2/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 2nd Amendment T Executed - Village of Rochester Hills | Vorh Associates, LLC Attn: Pres., General or Managing Agent 350 N. Old Woodward Avenue, Suite 300 Birmingham, MI 48009 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment Executed - Village of Rochester Hills | Vorh Associates, LLC Attn: Pres., General or Managing Agent 350 N. Old Woodward Avenue, Suite 300 Birmingham, MI 48009 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Village of Rochester Hills | Vorh Associates, LLC Attn: Pres., General or Managing Agent 350 N. Old Woodward Avenue, Suite 300 Birmingham, MI 48009 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Termination- Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - francesca's Execution Lease - Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Scottsdale Termination- Tenant Executed - Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lease Agreement- Tenant Executed - Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Relo - Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

**2.377**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - francesca's Lease Final - Scottsdale Fashion Square

**State the term remaining**    6/30/2028

**List the contract number of any government contract**

Scottsdale Fashion Square LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**2.378**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Clay Terrace

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

Clay Terrace Partners, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.379**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - First Amendment Fully Executed - Clay Terrace

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

Clay Terrace Partners, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.380**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendement

**State the term remaining**    2/28/2022

**List the contract number of any government contract**

Clay Terrace Partners, LLC
Attn: General Counsel
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.381**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Town Square Las Vegas

**State the term remaining**    2/28/2021

**List the contract number of any government contract**

SRMF Town Square Owner, LLC
c/o Fairbourne Properties LLC
Attn: George Manojlovic
1 East Wacker Drive, ste 2900
Chicago , IL 60601

**2.382**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Northbrook Court - Northbrook, IL

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

Westcoast Estates
c/o Northbrook Court
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Shops at Somerset | Shops at Somerset Square, LLC<br>Attn: Pres., General or Managing Agent<br>140 Glastonbury Blvd #22<br>Glastonbury, CT 6033 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Shops at Somerset | Shops at Somerset Square, LLC<br>Attn: Pres., General or Managing Agent<br>140 Glastonbury Blvd #22<br>Glastonbury, CT 6033 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Avenue East Cobb - Marietta, GA | CP Venture Five-AEC LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fully Executed - Polaris Fashion Place | PFP Columbus II, LLC<br>Attn: Pres., General or Managing Agent<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Polaris Fashion Place | PFP Columbus II, LLC<br>Attn: Pres., General or Managing Agent<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Amendement | PFP Columbus II, LLC<br>Attn: Pres., General or Managing Agent<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Option to Renew - Short Pump Town Center | SHORT PUMP TOWN CENTER, LLC |
|---|---|---|---|
| | State the term remaining | 3/31/2020 | Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1360 Cleveland, OH 44113 |
| | List the contract number of any government contract | | |

| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Short Pump Town Center | SHORT PUMP TOWN CENTER, LLC |
|---|---|---|---|
| | State the term remaining | 3/31/2020 | Terminal Tower Attn: Pres., General or Managing Agent 50 Public Square, Suite 1360 Cleveland, OH 44113 |
| | List the contract number of any government contract | | |

| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Multilocation Rent Deferral Agreement - Rockaway Townsquare | ROCKAWAY CENTER ASSOCIATES |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | List the contract number of any government contract | | |

| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Master Amendment - Rockaway Townsquare | ROCKAWAY CENTER ASSOCIATES |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | List the contract number of any government contract | | |

| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Rockaway | ROCKAWAY CENTER ASSOCIATES |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | List the contract number of any government contract | | |

| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1st Amendment - Legacy Place | Legacy Place Properties LLC |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | List the contract number of any government contract | | |

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Legacy Place | Legacy Place Properties LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment to Lease - Legacy Place | Legacy Place Properties LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1st Amendment - Annapolis | Annapolis Mall Owner LLC Attn: Legal Department 2049 Century Park East, 41st Floor Los Angeles, CA 90067 |
|---|---|---|---|
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Renewal Lease Fully Executed - Annapolis | Annapolis Mall Owner LLC Attn: Legal Department 2049 Century Park East, 41st Floor Los Angeles, CA 90067 |
|---|---|---|---|
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Annapolis | Annapolis Mall Owner LLC Attn: Legal Department 2049 Century Park East, 41st Floor Los Angeles, CA 90067 |
|---|---|---|---|
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1st Amendment - Columbiana | Columbiana Centre, LLC c/o Columbiana Centre Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
|---|---|---|---|
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

Debtor  Francesca's Collections, Inc.
        Name

Case number (if known) 20-13078

| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Columbiana Centre | Columbiana Centre, LLC<br>c/o Columbiana Centre<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Columbiana | Columbiana Centre, LLC<br>c/o Columbiana Centre<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Multi-Property Rent Deferral, Abatement and Modification Agreement | Brookfield Square Joint Venture<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | | |

| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Tenant Executed - Brookfield | Brookfield Square Joint Venture<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | | |

| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Brookfield | Brookfield Square Joint Venture<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | | |

| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1st Amendment - The Grove at Shrewsbury | The Grove Fee Owner, LLC<br>Attn: Pres., General or Managing Agent<br>225 108th Avenue N.E., Suite 520<br>Bellevue, WA 98004 |
| | State the term remaining | 5/31/2022 | |
| | List the contract number of any government contract | | |

| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Grove at Shrewsbury | The Grove Fee Owner, LLC<br>Attn: Pres., General or Managing Agent<br>225 108th Avenue N.E., Suite 520<br>Bellevue, WA 98004 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Option to Renew - The Grove at Shrewsbury | The Grove Fee Owner, LLC<br>Attn: Pres., General or Managing Agent<br>225 108th Avenue N.E., Suite 520<br>Bellevue, WA 98004 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment to Lease Fully Executed - The Grove at Shrewsbury | The Grove Fee Owner, LLC<br>Attn: Pres., General or Managing Agent<br>225 108th Avenue N.E., Suite 520<br>Bellevue, WA 98004 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Haywood Mall | BELLWETHER PROPERTIES OF SOUTH CAROLINA, LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment | BELLWETHER PROPERTIES OF SOUTH CAROLINA, LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | BELLWETHER PROPERTIES OF SOUTH CAROLINA, LIMITED PARTNERSHIP<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Menlo Park Mall | Shopping CENTER ASSOCIATES c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Menlo Park | Shopping CENTER ASSOCIATES c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Menlo Park Mall | Shopping CENTER ASSOCIATES c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tenant Executed - South Shore | Braintree Property Associates Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Braintree Property Associates Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment | Braintree Property Associates Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

**2.419** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - South Shore

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

Braintree Property Associates Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.420** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mall of America

**State the term remaining** 4/30/2025

**List the contract number of any government contract**

MOAC Mall Holdings LLC
c/o Mall of America Management Office
Attn: Pres., General or Managing Agent
2131 Lindau Lane Suite 500
Bloomington, MN 55425-2639

---

**2.421** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lease Extension Agreement Fully Executed - Mall of America

**State the term remaining** 4/30/2025

**List the contract number of any government contract**

MOAC Mall Holdings LLC
c/o Mall of America Management Office
Attn: Pres., General or Managing Agent
2131 Lindau Lane Suite 500
Bloomington, MN 55425-2639

---

**2.422** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Barracks Rd, Bethesda Row & Old Town

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

Federal Realty Investment Trust
Attn: Legal Department
909 Rose Avenue
Suite 200
North Bethesda, MD 20852

---

**2.423** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Westfield Old Orchard - Skokie, IL

**State the term remaining** 1/31/2021

**List the contract number of any government contract**

Old Orchard Urban Limited Partnership
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

---

**2.424** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Amendment - Oakbrook Center

**State the term remaining** 4/30/2021

**List the contract number of any government contract**

Oakbrook Shopping Center LLC
c/o Oakbrook Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Oakbrook Center | Oakbrook Shopping Center LLC c/o Oakbrook Center Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2021 | |
| | **List the contract number of any government contract** | | |

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Non-Residential Real Property Lease - 1032 Natick Mall - Natick, MA | Natick Mall, LLC c/o Natick Mall Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1032 Natick Mall - Natick, MA | Natick Mall, LLC c/o Natick Mall Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Agreement - Lakeside Shopping Center - Metairie, LA | Causeway LLC Attn: Pres., General or Managing Agent 3301 Veterans Blvd., St. 209 Metaire, LA 70002 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Lease - Lakeside Shopping Center - Metairie, LA | Causeway LLC Attn: Pres., General or Managing Agent 3301 Veterans Blvd, St. 209 Metaire, LA 70002 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lakeside Shopping Center - Metairie, LA | Causeway LLC Attn: Pres., General or Managing Agent 3301 Veterans Blvd, St. 209 Metaire, LA 70002 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | Extension and Second Amendment of Lease - Riverton Crossings - Grandville, MI | GGP-Grandville L.L.C. c/o Rivertown Crossings Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 4/30/2025 | |
| | List the contract number of any government contract | | |

| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Riverton Crossings - Grandville, MI | GGP-Grandville L.L.C. c/o Rivertown Crossings Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 4/30/2025 | |
| | List the contract number of any government contract | | |

| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment of Lease - Riverton Crossings - Grandville, MI | GGP-Grandville L.L.C. c/o Rivertown Crossings Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 4/30/2025 | |
| | List the contract number of any government contract | | |

| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Omnibus Amendment to Lease | Garden City Owner LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |

| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Garden City Shopping Center - Cranston, RI | Garden City Owner LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |

| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Waterford Lakes Town Center - Orlando, FL | Waterfored Lakes Town Center, LLC c/o Washington Prime Group Inc. Attn: Pres., General or Managing Agent 180 East Broad Street, 21st Fl Columbus, OH 43215 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |

2.437
**State what the contract or lease is for and the nature of the debtor's interest**

First Lease Amendment - Waterford Lakes Town Center - Orlando, FL

Waterford Lakes Town Center LLC
c/o Washington Prime Group Inc.
Attn: Pres., General or Managing Agent
180 East Broad Street, 21st Fl
Columbus, OH 43215

**State the term remaining**   5/31/2025

**List the contract number of any government contract**

---

2.438
**State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - The Greene - Beavercreek, OH

Greene Town Center LLC
c/o Olshan Properties
Attn: Head of Retail & Development
5500 New Albany Road, Ste 200
New Albany, OH 43054

**State the term remaining**   5/31/2023

**List the contract number of any government contract**

---

2.439
**State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Greene - Beavercreek, OH

Greene Town Center LLC
c/o Olshan Properties
Attn: Head of Retail & Development
5500 New Albany Road, Ste 200
New Albany, OH 43054

**State the term remaining**   5/31/2023

**List the contract number of any government contract**

---

2.440
**State what the contract or lease is for and the nature of the debtor's interest**

Omnibus Amendment to Lease - Assembly Row, Barracks Rd, Bethesda Row & Old Town

SRI Old Town, LLC
c/o Federal Realty Investment Trust
Attn: Legal Department
909 Rose Avenue, Ste 200
North Bethesda, MD 20852

**State the term remaining**   3/31/2022

**List the contract number of any government contract**

---

2.441
**State what the contract or lease is for and the nature of the debtor's interest**

Lease Extension Agreement - Old Town Center - Los Gatos, CA

SRI Old Town, LLC
c/o Federal Realty Investment Trust
Attn: Legal Department
909 Rose Avenue, Ste 200
North Bethesda, MD 20852

**State the term remaining**   3/31/2022

**List the contract number of any government contract**

---

2.442
**State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Old Town Center - Los Gatos, CA

SRI Old Town, LLC
c/o Federal Realty Investment Trust
Attn: Legal Department
909 Rose Avenue, Ste 200
North Bethesda, MD 20852

**State the term remaining**   3/31/2022

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Property Lease - Stonestown - San Francisco, CA | Stonestown Shopping Center, L.P. Stonestown Galleria Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | CoolSprings Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Cool Springs Galleria - Franklin, TN | CoolSprings Mall, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Kenwood Towne Centre - Cincinnati, OH | Kenwood Mall L.L.C. c/o Kenwood Towne Center OH Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Kenwood Towne Centre - Cincinnati, OH | Kenwood Mall L.L.C. c/o Kenwood Towne Center OH Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension and Second Amendment of Lease - Kenwood Towne Centre - Cincinnati, OH | Kenwood Mall L.L.C. c/o Kenwood Towne Center OH Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

| | | |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Non-Residential Real Property Lease - Riverchase Galleria - Birmingham, AL |
| | **State the term remaining** | 7/31/2025 |
| | **List the contract number of any government contract** | |

Hoover Mall Limited, L.L.C.
c/o Riverchase Galleria
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Riverchase Galleria - Birmingham, AL |
| | **State the term remaining** | 7/31/2025 |
| | **List the contract number of any government contract** | |

Hoover Mall Limited, L.L.C.
c/o Riverchase Galleria
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 11172 Jordan Creek Town Center, West Des Moines, IA |
| | **State the term remaining** | 7/31/2020 |
| | **List the contract number of any government contract** | |

Jordan Creek Town Center, LLC
Attn: Law/Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield Oakridge - San Jose, CA |
| | **State the term remaining** | 10/31/2025 |
| | **List the contract number of any government contract** | |

Oakridge Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

| | | |
|---|---|---|
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Non-Residential Real Property Lease - Westfield Oakridge - San Jose, CA |
| | **State the term remaining** | 10/31/2025 |
| | **List the contract number of any government contract** | |

Oakridge Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

| | | |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment - Temporary Deferred Rental Lease - Westfield Oakridge - San Jose, CA |
| | **State the term remaining** | 10/31/2025 |
| | **List the contract number of any government contract** | |

Oakridge Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

2.455 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Maine Mall - Portland, ME

**State the term remaining** 7/31/2025

**List the contract number of any government contract**

GGP-Maine Mall L.L.C.
c/o The Maine Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.456 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- - The Maine Mall - Portland, ME

**State the term remaining** 7/31/2025

**List the contract number of any government contract**

GGP-Maine Mall L.L.C.
c/o The Maine Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.457 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Water Tower Place - Chicago, IL

**State the term remaining** 10/31/2023

**List the contract number of any government contract**

Water Tower LLC
Attn: Law/Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654

2.458 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Altamonte Mall - Altamonte Springs, FL

**State the term remaining** 6/30/2028

**List the contract number of any government contract**

Altamonte Mall, LLC
c/o Altamonte Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.459 **State what the contract or lease is for and the nature of the debtor's interest**

Extension and Second Amendment of Lease - Alderwood Mall - Lynnwood, WA

**State the term remaining** 8/31/2020

**List the contract number of any government contract**

Alderwood Mall L.L.C.
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.460 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Alderwood Mall - Lynnwood, WA

**State the term remaining** 8/31/2020

**List the contract number of any government contract**

Alderwood Mall L.L.C.
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment of Lease - Alderwood Mall - Lynnwood, WA | Alderwood Mall L.L.C. Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 8/31/2020 | |
| | List the contract number of any government contract | | |

| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Amendment - Cherry Hill Mall - Cherry Hill, NJ | Cherry Hill Center, LLC c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | State the term remaining | 7/31/2023 | |
| | List the contract number of any government contract | | |

| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Extension and Rent Relief Amendment of Lease - Cherry Hill Mall - Cherry Hill, NJ | Cherry Hill Center, LLC c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | State the term remaining | 7/31/2023 | |
| | List the contract number of any government contract | | |

| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Cherry Hill Mall - Cherry Hill, NJ | Cherry Hill Center, LLC c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | State the term remaining | 7/31/2023 | |
| | List the contract number of any government contract | | |

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Lease - Crocker Park Shopping Center - Westlake, OH | CP Commercial Delaware, LLC c/o Robert L. Stark Enterprises, Inc. Attn: Robert L. Stark 629 Euclid Avenue, Ste 1300 Cleveland, OH 44114 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Crocker Park Shopping Center - Westlake, OH | CP Commercial Delaware, LLC c/o Robert L. Stark Enterprises, Inc. Attn: Robert L. Stark 629 Euclid Avenue, Ste 1300 Cleveland, OH 44114 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Crocker Park Shopping Center - Westlake, OH | CP Commercial Delaware, LLC c/o Robert L. Stark Enterprises, Inc. Attn: Robert L. Stark 629 Euclid Avenue, Ste 1300 Cleveland, OH 44114 |
| | **State the term remaining** | 7/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Westfield North County - Escondido, CA | North County Fair LP Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Westfield North County - Escondido, CA | EWH Escondido Associates, L.P. Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Westfield North County - Escondido, CA | North County Fair LP Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Westfield North County - Escondido, CA | EWH Escondido Associates, L.P. Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | EWH Escondido Associates, L.P. Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |

| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield North County - Escondido, CA | EWH Escondido Associates, L.P. Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield North County - Escondido, CA | North County Fair LP<br>Attn: Legal Department<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Deerbrook Mall - Houston, TX | Deerbrook Mall, LLC<br>c/o Deerbrook Mall, LLC<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Deerbrook Mall - Houston, TX | Deerbrook Mall, LLC<br>c/o Deerbrook Mall, LLC<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension and Second Amendment of Lease - Deerbrook Mall - Houston, TX | Deerbrook Mall, LLC<br>c/o Deerbrook Mall, LLC<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lynnhaven Mall - Virginia Beach, VA | Lynnhaven Mall L.L.C.<br>c/o Lynnhaven Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- - Lynnhaven Mall - Virginia Beach, VA | Lynnhaven Mall L.L.C.<br>c/o Lynnhaven Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |

2.479 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - West Town Mall - Knoxville TN

West Town Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

---

2.480 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Coral Ridge Mall - Iowa City, IA

Coral Ridge Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  10/31/2023

**List the contract number of any government contract**

---

2.481 **State what the contract or lease is for and the nature of the debtor's interest**

Extension and Second Amendment Lease - Coral Ridge Mall - Iowa City, IA

Coral Ridge Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  10/31/2023

**List the contract number of any government contract**

---

2.482 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Coral Ridge Mall - Iowa City, IA

Coral Ridge Mall, LLC
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  10/31/2023

**List the contract number of any government contract**

---

2.483 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Del Monte Shopping Center - Monterey, CA

AAT Del Monte, LLC
c/o American Assets Trust Management, LLC
Attn: Property Management (Retail)
11455 El Camino Real, Ste 200
San Diego, CA 92130

**State the term remaining**  9/30/2024

**List the contract number of any government contract**

---

2.484 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - Del Monte Shopping Center - Monterey, CA

AAT Del Monte, LLC
c/o American Assets Trust Management, LLC
Attn: Property Management (Retail)
11455 El Camino Real, Ste 200
San Diego, CA 92130

**State the term remaining**  9/30/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Modification of Lease - Twelve Oaks Mall - Novi, MI | TVO Mall Owner LLC c/o Taubman Company LLC Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Twelve Oaks Mall - Novi, MI | TVO Mall Owner LLC c/o Taubman Company LLC Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | First Modification of Lease - Twelve Oaks Mall - Novi, MI | TVO Mall Owner LLC c/o Taubman Company LLC Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Modification of Lease - Twelve Oaks Mall - Novi, MI | TVO Mall Owner LLC c/o Taubman Company LLC Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Oaks - Gainesville, FL | The Oaks Mall, LLC c/o The Oaks Mall Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2020 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Oaks - Gainesville, FL | The Oaks Mall, LLC c/o The Oaks Mall Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 10/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment of Lease - Westfield Galleria at Roseville - Roseville, CA | Roseville Shoppingtown LLC c/o Westfield LLC Attn: Pres., General or Managing Agent 1173 Galleria Blvd, Suite P210-B Roseville, CA 95678 |
| | **State the term remaining** | 1/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield Galleria at Roseville - Roseville, CA | Roseville Shoppingtown LLC c/o Westfield LLC Attn: Pres., General or Managing Agent 1173 Galleria Blvd, Suite P210-B Roseville, CA 95678 |
| | **State the term remaining** | 1/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southcenter - Seattle, WA | Southcenter Owner LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 1/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield Valencia Mall - Valencia, CA | Valencia Town Center Venture, L.P. c/o Westfield, LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment of Lease - Westfield Valencia Mall - Valencia, CA | Valencia Town Center Venture, L.P. c/o Westfield, LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment of Lease - Westfield Valencia Mall - Valencia, CA | Valencia Town Center Venture, L.P. c/o Westfield, LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Westfield Valencia Mall - Valencia, CA | Valencia Town Center Venture, L.P. |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | c/o Westfield, LLC |
| | **List the contract number of any government contract** | | Attn: Legal Department |
| | | | 11601 Wilshire Boulevard, 11th Fl |
| | | | Los Angeles, CA 90025 |

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Fashion Valley Mall, LLC |
|---|---|---|---|
| | **State the term remaining** | 12/31/2021 | c/o M.S. Management Associates, Inc. |
| | **List the contract number of any government contract** | | Attn: President, General or Man. Agent |
| | | | 225 West Washington St |
| | | | Indianapolis, IN 46204 |

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fashion Valley Mall - San Diego, CA | Fashion Valley Mall, LLC |
|---|---|---|---|
| | **State the term remaining** | 12/31/2021 | c/o M.S. Management Associates, Inc. |
| | **List the contract number of any government contract** | | Attn: President, General or Man. Agent |
| | | | 225 West Washington St |
| | | | Indianapolis, IN 46204 |

| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment | Fashion Valley Mall, LLC |
|---|---|---|---|
| | **State the term remaining** | 12/31/2021 | c/o M.S. Management Associates, Inc. |
| | **List the contract number of any government contract** | | Attn: President, General or Man. Agent |
| | | | 225 West Washington St |
| | | | Indianapolis, IN 46204 |

| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - First Colony Mall - Sugar Land, TX | First Colony Mall, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2021 | c/o First Colony Mall |
| | **List the contract number of any government contract** | | Attn: Law/Lease Administration Dept |
| | | | 350 N Orleans St., Ste 300 |
| | | | Chicago, IL 60654-1607 |

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - 1235 Burlingame Avenue - Burlingame, CA | Patricia Kirkbride, Leslie K Marsden, TYBAB Partners LLC |
|---|---|---|---|
| | **State the term remaining** | 4/30/2026 | c/o Henry Horn & Sons Incorporated |
| | **List the contract number of any government contract** | | Attn: Pres., General or Managing Agent |
| | | | 405 Primrose Road, Suite 300 |
| | | | Burlingame, CA 94010-4046 |

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.502** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Forbearance Agreement - 1235 Burlingame Avenue - Burlingame, CA

Patricia Kirkbride, Leslie K Marsden, TYBAB Partners LLC
c/o Henry Horn & Sons Incorporated
Attn: Pres., General or Managing Agent
405 Primrose Road, Suite 300
Burlingame, CA 94010-4046

**State the term remaining**    4/30/2026

**List the contract number of any government contract**

**2.503** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1235 Burlingame Avenue - Burlingame, CA

Patricia Kirkbride, Leslie K Marsden, TYBAB Partners LLC
c/o Henry Horn & Sons Incorporated
Attn: Pres., General or Managing Agent
405 Primrose Road, Suite 300
Burlingame, CA 94010-4046

**State the term remaining**    4/30/2026

**List the contract number of any government contract**

**2.504** **State what the contract or lease is for and the nature of the debtor's interest**

Arbitration Agreement Standard Lease Addendum - 1235 Burlingame Avenue - Burlingame, CA

Patricia Kirkbride, Leslie K Marsden, TYBAB Partners LLC
c/o Henry Horn & Sons Incorporated
Attn: Pres., General or Managing Agent
405 Primrose Road, Suite 300
Burlingame, CA 94010-4046

**State the term remaining**    4/30/2026

**List the contract number of any government contract**

**2.505** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Arden Fair - Sacramento, CA

Arden Fair Associates, L.P.
Attn: Pres., General or Managing Agent
1689 Arden Way, Suite 1167
Sacramento, CA 95815

**State the term remaining**    2/28/2021

**List the contract number of any government contract**

**2.506** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

Meadwood Mall LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

**2.507** **State what the contract or lease is for and the nature of the debtor's interest**

Master Amendment

Meadwood Mall LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    12/31/2021

**List the contract number of any government contract**

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Meadwood Mall - Reno, NV | Meadwood Mall LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Omnibus Deferred Rent Amendment- Bethesda Row - Bethesda, MA | Federal Reality Investment Trust<br>909 Rose Avenue<br>Suite 200<br>North Bethesda, MD 20852 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Bethesda Row - Bethesda, MA | Federal Reality Investment Trust<br>909 Rose Avenue<br>Suite 200<br>North Bethesda, MD 20852 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Miami International Mall | Mall at Miami International, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment of Lease - The Shoppes at Farmington Valley - Canton, CT | W/S Peak Canton Properties LLC<br>c/o WS Asset Management, Inc.<br>Attn: Pres., General or Managing Agent<br>33 Boylston St., Ste 3000<br>Chestnut Hill, MA 2467 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shoppes at Farmington Valley - Canton, CT | W/S Peak Canton Properties LLC<br>c/o WS Asset Management, Inc.<br>Attn: Pres., General or Managing Agent<br>33 Boylston St., Ste 3000<br>Chestnut Hill, MA 2467 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |

**2.514**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - The Shoppes at Farmington Valley - Canton, CT

**State the term remaining**  2/28/2023

**List the contract number of any government contract**

W/S Peak Canton Properties LLC
c/o WS Asset Management, Inc.
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

**2.515**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Indenture of Lease - Quarter at Tropicana - Atlantic City, NJ

**State the term remaining**  2/28/2021

**List the contract number of any government contract**

Tropicana Atlantic City Corp.
c/o Tropicana Casino and Resort
Brighton Avenue and the Boardwalk
Atlantic City, NJ 8401

**2.516**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Quarter at Tropicana - Atlantic City, NJ

**State the term remaining**  2/28/2021

**List the contract number of any government contract**

Tropicana Atlantic City Corp.
c/o Tropicana Casino and Resort
Brighton Avenue and the Boardwalk
Atlantic City, NJ 8401

**2.517**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Circle Centre - Indianapolis, IN

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

Circle Centre Mall LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.518**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement - Carousel Center

**State the term remaining**  8/31/2030

**List the contract number of any government contract**

Carousel Center Company L.P
Pyramid Management Group, LLC
Attn: Pres., General or Managing Agent
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

**2.519**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement - Carousel Center

**State the term remaining**  8/31/2030

**List the contract number of any government contract**

Carousel Center Company L.P
Pyramid Management Group, LLC
Attn: Pres., General or Managing Agent
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Carousel Center |
| | **State the term remaining** | 8/31/2030 |
| | **List the contract number of any government contract** | |

Carousel Center Company L.P
Pyramid Management Group, LLC
Attn: Pres., General or Managing Agent
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202-1078

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Walt Whitman Mall |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

WALT WHITMAN MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Walt Whitman Mall |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

WALT WHITMAN MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Walt Whitman Mall |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

WALT WHITMAN MALL, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement - The Oaks |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

Macerich Oaks LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Oaks |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

Macerich Oaks LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

| | | |
|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Gallery at Harborplace - Baltimore, MD | Baltimore Center Associates Limited Partnership<br>c/o The Gallery at Harborplace<br>Attn: Law/Lease Adminstration Department<br>350 N. Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 3/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Del Amo Fashion Center | DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Del Amo Fashion Center | DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Del Amo Fashion Center | DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Lease - Barefoot Landling - Myrtle Beach, SC | Barefoot Landing Commercial, LLC<br>Attn: Pres., General or Managing Agent<br>8820 Marina Parkway<br>Myrtle Beach, SC 29572 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Barefoot Landing | Barefoot Landing Commercial, LLC<br>Attn: Pres., General or Managing Agent<br>8820 Marina Parkway<br>Myrtle Beach, SC 29572 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |

| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment | Simon Property Group (Texas), L.P. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - LaPlaza Mall - McAllen, TX | Simon Property Group (Texas), L.P. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Simon Property Group (Texas), L.P. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | First Modification of Lease - The Mall at Partridge Creek - Detriot, MI | TM Partridge Creek Mall, L.P. Jones Lang LaSalle (JLL) c/o Starwood Retail Partners Attn: Lease Coordination 1 E. Wacker Drive, Ste 3700 Chicago, IL 60601 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Mall at Partridge Creek - Detriot, MI | TM Partridge Creek Mall, L.P. Jones Lang LaSalle (JLL) c/o Starwood Retail Partners Attn: Lease Coordination 1 E. Wacker Drive, Ste 3700 Chicago, IL 60601 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Starwood Global Amendment to Lease - Belden Village Mall, Belmar Shopping District, Franklin Park Mall, Hamburg Pavillion, Kitsap Mall, Louis Joliet Mall, Nortlake Mall, Rimrock Mall, Southlake Mall, Southpark Mall, The Collection at Forsyth, The Mall at Partridge Creek, The Mall at Wellington Green, The Promenade at Bolingbrook | TM Partridge Creek Mall, L.P. Jones Lang LaSalle (JLL) c/o Starwood Retail Partners Attn: Lease Coordination 1 E. Wacker Drive, Ste 3700 Chicago, IL 60601 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |

2.538 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Orchard - Orchard Park, NY

RB-3 Associates
7978 Cooper Creek Blvd.
Suite 100
University Park, FL 34201

**State the term remaining**  3/31/2022

**List the contract number of any government contract**

2.539 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Westfield Connecticut Post - Milford, CT

The Connecticut Post Limited Partnership
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

2.540 **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment of Lease - Westfield Connecticut Post - Milford, CT

The Connecticut Post Limited Partnership
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

2.541 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Westfield Connecticut Post - Milford, CT

The Connecticut Post Limited Partnership
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

2.542 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Ridgedale Center - Minneapolis, MN

Ridgedale Center, LLC
c/o Ridgedale Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  4/30/2021

**List the contract number of any government contract**

2.543 **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

Simon Property Group (Texas), L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Debtor  Francesca's Collections, Inc.
        Name

Case number *(if known)* 20-13078

| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment | Simon Property Group (Texas), L.P.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - North East Mall - Hurst, TX | Simon Property Group (Texas), L.P.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 2315 Staten Island Mall, Staten Island, NY | GGP Staten Island Mall, LLC<br>c/o Staten Island Mall Phase II<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 3/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fox River Mall | Fox River Shopping Center, LLC<br>c/o Fox River Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 3/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Non-Residential Real Property Lease - Fox River Mall | Fox River Shopping Center, LLC<br>c/o Fox River Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | **State the term remaining** | 3/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Lease - Irvine Spectrum Shopping Center | The Irvine Company LLC<br>Attn: General Counsel, Retail Properties<br>100 Innovation<br>Irvine, CA 92617 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

2.550 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Irvine SPectrum Shopping Center

The Irvine Company LLC
Attn: General Counsel, Retail Properties
100 Innovation
Irvine, CA 92617

**State the term remaining** 5/31/2026

**List the contract number of any government contract**

2.551 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment - Irvine Spectrum Shopping Center

The Irvine Company LLC
Attn: General Counsel, Retail Properties
100 Innovation
Irvine, CA 92617

**State the term remaining** 5/31/2026

**List the contract number of any government contract**

2.552 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Irvine Spectrum Shopping Center

The Irvine Company LLC
Attn: General Counsel, Retail Properties
100 Innovation
Irvine, CA 92617

**State the term remaining** 5/31/2026

**List the contract number of any government contract**

2.553 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Freehold Raceway Mall

Freemall Associates, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

2.554 **State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement

Freemall Associates, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

2.555 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Towson Town Center

Towson TC. LLC
c/o Towson Town Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining** 4/30/2021

**List the contract number of any government contract**

**2.556** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Cape Cod Mall

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Mayflower Cape Cod, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.557** **State what the contract or lease is for and the nature of the debtor's interest**

Master Amendment

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Mayflower Cape Cod, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.558** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Mayflower Cape Cod, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.559** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Ocean County Mall

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Simon Property Group, Inc.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.560** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Simon Property Group, Inc.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.561** **State what the contract or lease is for and the nature of the debtor's interest**

Master Amendment

**State the term remaining**  12/31/2021

**List the contract number of any government contract**

Simon Property Group, Inc.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Smith Haven Mall | Mall at Smith Haven, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | Deferred Payment of Rent | Mall at Smith Haven, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Mall at Smith Haven, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Modification Agreement | Reston Town Center Properties LLC c/o Beacon Capital Partners, L.L.C. Attn: Pres., General or Managing Agent 200 State Street Boston, MA 2109 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Reston Town Center | Reston Town Center Properties LLC c/o Beacon Capital Partners, L.L.C. Attn: Pres., General or Managing Agent 200 State Street Boston, MA 2109 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Fashion Centre Associates, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

2.568 **State what the contract or lease is for and the nature of the debtor's interest**
Master Amendment

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Fashion Centre Associates, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.569 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Fashion Center at Pentagon City

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Fashion Centre Associates, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.570 **State what the contract or lease is for and the nature of the debtor's interest**
Lease Amendment No. 1 - Westfield Citrus Park

**State the term remaining**
8/31/2024

**List the contract number of any government contract**

Citrus Park Mall Owner LLC
c/o Westfield, LLC
Attn: Legal Dept.
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

2.571 **State what the contract or lease is for and the nature of the debtor's interest**
Temporary Deferred Rental Lease Amendment No. 2 - Westfield Citrus Park

**State the term remaining**
8/31/2024

**List the contract number of any government contract**

Citrus Park Mall Owner LLC
c/o Westfield, LLC
Attn: Legal Dept.
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

2.572 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Westfield Citrus Park

**State the term remaining**
8/31/2024

**List the contract number of any government contract**

Citrus Park Mall Owner LLC
c/o Westfield, LLC
Attn: Legal Dept.
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

2.573 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Coral Square

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Coral-CS/Ltd. Associates
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mall at Solomon Pond - Marlborough, MA |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

Mall at Solomon Pond, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Perimeter Mall |
| | **State the term remaining** | 10/31/2028 |
| | **List the contract number of any government contract** | |

Perimeter Mall, LLC
c/o Perimeter Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Glenbrook Square |
| | **State the term remaining** | 5/31/2021 |
| | **List the contract number of any government contract** | |

GGP-Glenbrook L.L.C.
c/o Glenbrook Square
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mayfair Mall |
| | **State the term remaining** | 4/30/2021 |
| | **List the contract number of any government contract** | |

Mayfair Mall, LLC
c/o Mayfair
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Summit Mall |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

Mall at Summit, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Summit Mall |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

Mall at Summit, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.580 **State what the contract or lease is for and the nature of the debtor's interest**
Master Amendment - Summit Mall

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Mall at Summit, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.581 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Valley Plaza - Bakersfield, CA

**State the term remaining**
6/30/2021

**List the contract number of any government contract**

Valley Plaza Mall, LP
c/o Valley Plaza Mall CA
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.582 **State what the contract or lease is for and the nature of the debtor's interest**
First Amendment of Lease - Valley Plaza - Bakersfield, CA

**State the term remaining**
6/30/2021

**List the contract number of any government contract**

Valley Plaza Mall, LP
c/o Valley Plaza Mall CA
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.583 **State what the contract or lease is for and the nature of the debtor's interest**
Multi-Property Rent Deferral, Abatement and Modification Agreement - Fayette Mall

**State the term remaining**
7/31/2021

**List the contract number of any government contract**

Fayette Mall SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.584 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Fayette Mall - Lexington, KY

**State the term remaining**
7/31/2021

**List the contract number of any government contract**

Fayette Mall SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.585 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - The Mall of Acadiana - Lafayette, LA

**State the term remaining**
5/31/2024

**List the contract number of any government contract**

Acadiana Mall LLC, Acadiana CH LLC, Acadiana Nassim LLC
c/o Namco Realty LLC
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

| | | |
|---|---|---|
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - The Mall of Acadiana - Lafayette, LA | Acadiana Mall LLC, Acadiana CH LLC, Acadiana Nassim LLC c/o Namco Realty LLC Attn: Pres., General or Managing Agent 150 Great Neck Road, Ste 304 Great Neck, NY 11021 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Battlefield Mall - Springfield, MO | Battlefield Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Battlefield Mall | Battlefield Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Battlefield Mall | Battlefield Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westgate Mall - Amarillo, TX | Westgate Mall Realty LLC, Westgate CH LLC, Westgate Nassim LLC c/o Namco Realty LLC Attn: Pres., General or Managing Agent 150 Great Neck Road, Ste 304 Great Neck, NY 11021 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Westgate Mall - Amarillo, TX | Westgate Mall Realty LLC, Westgate CH LLC, Westgate Nassim LLC c/o Namco Realty LLC Attn: Pres., General or Managing Agent 150 Great Neck Road, Ste 304 Great Neck, NY 11021 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

2.592  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Tacoma Mall

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Tacoma Mall Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

2.593  **State what the contract or lease is for and the nature of the debtor's interest**
Master Amendment- Tacoma Mall

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Tacoma Mall Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.594  **State what the contract or lease is for and the nature of the debtor's interest**
Multilocation Rent Deferral Agreement

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

Tacoma Mall Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.595  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Willowbrook Mall - Wayne, NJ

**State the term remaining**
6/30/2021

**List the contract number of any government contract**

Willowbrook Mall, LLC
c/o Willowbrook (NJ)
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.596  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - The Shops at Long Wharf

**State the term remaining**
1/31/2022

**List the contract number of any government contract**

Elmwal Associates, LLC
Attn: Stephen R. Lewinstein
P.O. Box 962003
Boston, MA 2196

2.597  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Coastland Center - N. Naples, FL

**State the term remaining**
6/30/2021

**List the contract number of any government contract**

Coastland Center, LLC
c/o Coastland Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - The Shops at Mission Viejo | Mission Viejo Associates, LP c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shops at Mission Viejo | Mission Viejo Associates, LP c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - The Shops at Mission Viejo | Mission Viejo Associates, LP c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Florida Mall | Florida Mall Associates, Ltd. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Pheasant Lane Mall | Pheasant Lane Realty Trust c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Deferral Agreement - Pheasant Lane Mall - Pheasant Lane Mall | Pheasant Lane Realty Trust c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Chesterfield Towne Center | RPI Chesterfield LLC<br>Attn: General Manager<br>11500 Midlothian Turnpike<br>Richmond, VA 23235 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Agreement - Tysons Corner Center | Tysons Corner Holdings LLC<br>Attn: Matt Barry, AVP Property Management<br>1961 Chain Bridge Road<br>McLean, VA 22102-4501 |
| | **State the term remaining** | 6/30/2029 | |
| | **List the contract number of any government contract** | | |

| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Tysons Corner Center | Tysons Corner Holdings LLC<br>Attn: Center Manager<br>1961 Chain Bridge Road, Suite 105<br>McLean, VA 22102-4501 |
| | **State the term remaining** | 6/30/2029 | |
| | **List the contract number of any government contract** | | |

| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement - Tysons Corner Center | Tysons Corner Holdings LLC<br>Macerich Mgmt Co., Macerich Prop. Mgmt Co,<br>MCW Property Mgmt, LLC<br>401 Wilshire Boulevard, #700<br>Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 6/30/2029 | |
| | **List the contract number of any government contract** | | |

| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Blackhawk Plaza Danville, CA | Blackhawk CenterCal, LLC<br>c/o CenterCal Properties, LLC<br>Attn: Jean Paul Wardy<br>1600 East Franklin Avenue<br>El Segundo, CA 90245 |
| | **State the term remaining** | 6/30/2021 | |
| | **List the contract number of any government contract** | | |

| 2.609 | **State what the contract or lease is for and for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Shops at Riverside - Hackensack, NJ | Riverside Square Limited Partnership<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - The Mall at Rockingham Park | Mall at Rockingham, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Mall at Rockingham Park | Mall at Rockingham, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - The Mall at Rockingham Park | Mall at Rockingham, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Hamilton Town Center | Hamilton Town Center, LLC<br>c/o M.S. Management Associates, Inc.<br>228 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Hamilton Town Center, LLC | Hamilton Town Center, LLC<br>c/o M.S. Management Associates, Inc.<br>230 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Hamilton Town Center | Hamilton Town Center, LLC<br>c/o M.S. Management Associates, Inc.<br>229 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

2.616 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 1st Amendment- Hamilton Town Center, LLC

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

Hamilton Town Center, LLC
c/o M.S. Management Associates, Inc.
231 West Washington St
Indianapolis, IN 46204

2.617 **State what the contract or lease is for and the nature of the debtor's interest**
Master Amendment - Ross Park Mall

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

Penn Ross Joint Venture
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.618 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease- Ross Park

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

Penn Ross Joint Venture
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.619 **State what the contract or lease is for and the nature of the debtor's interest**
Multilocation Rent Deferral Agreement - Ross Park Mall

**State the term remaining** 12/31/2021

**List the contract number of any government contract**

Penn Ross Joint Venture
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.620 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - White Marsh Mall

**State the term remaining** 8/31/2026

**List the contract number of any government contract**

White Marsh Mall, LLC
c/o White Marsh Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.621 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease Extension Agreement- White Marsh Mall

**State the term remaining** 8/31/2026

**List the contract number of any government contract**

White Marsh Mall, LLC
c/o White Marsh Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

Debtor    Francesca's Collections, Inc.
          Name

Case number (if known) 20-13078

| | | |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- White Marsh Mall |
| | **State the term remaining** | 8/31/2026 |
| | **List the contract number of any government contract** | |

White Marsh Mall, LLC
c/o White Marsh Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Boise Towne Square |
| | **State the term remaining** | 7/31/2021 |
| | **List the contract number of any government contract** | |

Boise Mall, LLC
c/o Boise Towne Square
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

| | | |
|---|---|---|
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Boca Raton |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

The Town Center at Boca Raton Trust
c/o M.S. Management Associates, Inc.
236 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Boca Raton |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

The Town Center at Boca Raton Trust
c/o M.S. Management Associates, Inc.
237 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Amendment - Boca Raton |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | |

The Town Center at Boca Raton Trust
c/o M.S. Management Associates, Inc.
235 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Shopping Center Lease - Shoppes at Susquehanna - Harrisburg, PA |
| | **State the term remaining** | 11/30/2023 |
| | **List the contract number of any government contract** | |

2547 Brindle Drive Real Estate, LLC
c/o Metro Commercial Management Services, Inc.
Attn: Kathy Sawin
307 Fellowship Road, Ste 300
Mount Laurel, NJ 8054

| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Shoppes at Susquehanna - Harrisburg, PA | 2547 Brindle Drive Real Estate, LLC c/o Metro Commercial Management Services, Inc. Attn: Kathy Sawin 307 Fellowship Road, Ste 300 Mount Laurel, NJ 8054 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination Agreement, Acknowledgment of Lease Assignment, Estoppel, Attornment and Non-Disturbance Agreement (Lease to Security Instrument) | ISBI Susquehanna, LLC c/o Clarion Partners Attn: Katie Vaz 230 Park Avenue New York, Ny 10169 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Shoppes at Susquehanna - Harrisburg, PA | 2547 Brindle Drive Real Estate, LLC c/o Metro Commercial Management Services, Inc. Attn: Kathy Sawin 307 Fellowship Road, Ste 300 Mount Laurel, NJ 8054 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Woodlands Mall | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Rent Relief- Woodlands Mall | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Amendment Rent Deferral- Longmeadow Shops | GPT-Longmeadow, LLC c/o Grove Property Fund, LLC Attn: Sheryl Chapman, Accounting Manager 36 Welles Street, Suite 220 Glastonbury, CT 06033 |
| | **State the term remaining** | 8/31/2026 | |
| | **List the contract number of any government contract** | | |

Debtor ___Francesca's Collections, Inc.___
Name

Case number (if known) __20-13078__

**2.634** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Longmeadow Shops

**State the term remaining** 8/31/2026

**List the contract number of any government contract**

GPT-Longmeadow, LLC
c/o Grove Property Fund, LLC
Attn: Sheryl Chapman, Accounting Manager
36 Welles Street, Suite 220
Glastonbury, CT 06033

**2.635** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - St. Clair. Square - Fairview, IL

**State the term remaining** 10/31/2021

**List the contract number of any government contract**

St. Clair Square SPE, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**2.636** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Downtown Palm Springs

**State the term remaining** 3/31/2028

**List the contract number of any government contract**

DTPS B-2, LLC
Attn: Property Management
555 S. Sunrise Way, Suite 200
Palm Springs, CA 92264

**2.637** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment-Downtown Palm Springs

**State the term remaining** 3/31/2028

**List the contract number of any government contract**

DTPS B-2, LLC
Attn: Property Management
555 S. Sunrise Way, Suite 200
Palm Springs, CA 92264

**2.638** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Downtown Palm Springs

**State the term remaining** 3/31/2028

**List the contract number of any government contract**

DTPS B-2, LLC
Attn: Property Management
555 S. Sunrise Way, Suite 200
Palm Springs, CA 92264

**2.639** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Bridgeport Village

**State the term remaining** 7/31/2021

**List the contract number of any government contract**

BV CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Amendment Rent Relief- Bridgeport Village | BV CenterCal, LLC c/o CenterCal Properties, LLC Attn: Jean Paul Wardy 1600 East Franklin Avenue El Segundo, CA 90245 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Universal City Walk | Universal CityWalk Attn: SVP Food & Retail/General Manager- Citywalk 100 Universal City Plaza Bldg 5511, 6th Floor Universal City, CA 91608 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- Fashion Island | The Irvine Company LLC Attn: General Counsel, Retail Properties 100 Innovation Irvine, CA 92617 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fashion Island | The Irvine Company LLC Attn: General Counsel, Retail Properties 100 Innovation Irvine, CA 92617 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Amendment Rent Deferral- Fashion Island | The Irvine Company LLC Attn: General Counsel, Retail Properties 100 Innovation Irvine, CA 92617 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Garden State Plaza | West Garden State Plaza Limited Partnership Attn: Legal Department 2049 Century Park East, 41st Fl Los Angeles, CA 90067 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2029 | |
| | **List the contract number of any government contract** | | |

2.646 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 1st Amendment Rent Deferral- Garden State Plaza

West Garden State Plaza Limited Partnership
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

**State the term remaining**
4/30/2029

**List the contract number of any government contract**

2.647 **State what the contract or lease is for and the nature of the debtor's interest**
Master Amendment - Orland Square

Orland, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

2.648 **State what the contract or lease is for and the nature of the debtor's interest**
Multilocation Rent Deferral Agreement - Orland Square

Orland, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

2.649 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Orland Square

Orland, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

2.650 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Westfield Mainplace Santa Ana, CA

Mainplace Shoppingtown, LLC
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025

**State the term remaining**
12/31/2021

**List the contract number of any government contract**

2.651 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - SanTan

Westcor SanTan Village LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining**
1/31/2022

**List the contract number of any government contract**

**2.652** **State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement- SanTan - SanTan Village Regional Center

**State the term remaining** 1/31/2022

**List the contract number of any government contract**

Westcor SanTan Village LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**2.653** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement- Coconut Point - Coconut Point Town Center

**State the term remaining** 1/31/2022

**List the contract number of any government contract**

Coconut Point Town Center, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.654** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Coconut Point

**State the term remaining** 1/31/2022

**List the contract number of any government contract**

Coconut Point Town Center, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.655** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Promenade at Chenal

**State the term remaining** 5/31/2022

**List the contract number of any government contract**

TOCU XIV LLC
Attn: Pres., General or Managing Agent
200 River Market Ave, Suite 501
Little Rock, AR 72201

**2.656** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment Rent Deferral- Promenade at Chenal

**State the term remaining** 5/31/2022

**List the contract number of any government contract**

TOCU XIV LLC
Attn: Pres., General or Managing Agent
200 River Market Ave, Suite 501
Little Rock, AR 72201

**2.657** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Promenade at Chenal

**State the term remaining** 5/31/2022

**List the contract number of any government contract**

TOCU XIV LLC
Attn: Pres., General or Managing Agent
200 River Market Ave, Suite 501
Little Rock, AR 72201

**2.658**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment Rent Deferral- Santa Anita

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

Santa Anita Shoppingtown LP
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**2.659**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Santa Anita

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

Santa Anita Shoppingtown LP
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**2.660**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Santa Anita

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

Santa Anita Shoppingtown LP
c/o Westfield, LLC
Attn: Legal Department
11601 Wilshire Boulevard, 11th Fl
Los Angeles, CA 90025

**2.661**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Washingtonian Center

**State the term remaining**  2/3/2022

**List the contract number of any government contract**

Washingtonian Associates, L.C.
c/o The Peterson Companies
Attn: General Counsel
12500 Fair Lakes Circle, Suite 400
Fairfax, VA 22033

**2.662**  **State what the contract or lease is for and the nature of the debtor's interest**

Letter Amendment Agreement - Washingtonian Center

**State the term remaining**  2/3/2022

**List the contract number of any government contract**

Washingtonian Associates, L.C.
c/o The Peterson Companies
Attn: General Counsel
12500 Fair Lakes Circle, Suite 400
Fairfax, VA 22033

**2.663**  **State what the contract or lease is for and the nature of the debtor's interest**

Commencement and Expiration Date Agreement RCD- Washingtonian Center

**State the term remaining**  2/3/2022

**List the contract number of any government contract**

Washingtonian Associates, L.C.
c/o The Peterson Companies
Attn: General Counsel
12500 Fair Lakes Circle, Suite 400
Fairfax, VA 22033

**2.664** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Nondisturbance and Attornment Agreement- Washingtonian Center

Metroplitan Life Insurance Company
Attn: Senior Vice President Real Estate Investments
10 Park Avenue
Morristown, NJ 7962

**State the term remaining** 2/3/2022

**List the contract number of any government contract**

**2.665** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Nondisturbance and Attornment Agreement- Washingtonian Center

Washingtonian Associates, L.C.
c/o The Peterson Companies
Attn: General Counsel
12500 Fair Lakes Circle, Suite 400
Fairfax, VA 22033

**State the term remaining** 2/3/2022

**List the contract number of any government contract**

**2.666** **State what the contract or lease is for and the nature of the debtor's interest**

Option Letter Agreement- Washingtonian Center

Washingtonian Associates, L.C.
c/o The Peterson Companies
Attn: General Counsel, Retail
12500 Fair Lakes Circle, Suite 400
Fairfax, VA 22033

**State the term remaining** 2/3/2022

**List the contract number of any government contract**

**2.667** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - River Crossing

Shoppes at River Crossing, LLC
c/o The Shoppes at River Crossing
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

**2.668** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease Amendment Rent Deferral- Woodholme

Woodholme Properties Limited Partnership
c/o Regency Centers Corporation
Attn: Lease Administration
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

**2.669** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Woodholme

Woodholme Properties Limited Partnership
c/o Regency Centers Corporation
Attn: Lease Administration
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

2.670  **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Cordova Mall

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

Simon Property Group, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

2.671  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Cordova Mall

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

Simon Property Group, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

2.672  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Poughkeepsie Galleria - Poughkeepsie, NY

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

Poughkeepsie Galleria, LLC
Attn: Management Division
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078

---

2.673  **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Letter Agreement - Poughkeepsie Galleria - Poughkeepsie, NY

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

Poughkeepsie Galleria, LLC
c/o Pyramid Management Group, LLC
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078

---

2.674  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement - Poughkeepsie Galleria - Poughkeepsie, NY

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

Poughkeepsie Galleria, LLC
c/o Pyramid Management Group, LLC
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078

---

2.675  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Final Lease Deptford Mall - Deptford, NJ

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

Macerich Deptford LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Deptford Lease fully executed - Deptford Mall - Deptford, NJ | Macerich Deptford LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC Macerich Ariz. Partners LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement - Deptford Mall - Deptford, NJ | Macerich Deptford LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC Macerich Ariz. Partners LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Non-Disturbance and Attornment Agreement- Hilton Head, Coligny Plaza Shoppes | CIBC, Inc. Attn: Real Estate Finance Group 425 Lexington Avenue New York, NY 10017 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Hilton Head, Coligny Plaza Shopping Center | Coligny PLaza Limited Partnership Attn: Pres., General or Managing Agent PO Box 6133 Hilton Head Island, SC 29938 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Kingsgate Center | GPF Lubbock Associates Limited Partnership Attn: Pres., General or Managing Agent PO Box 65207 Lubbock, TX 79464 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | One Page Change to Lease- Initialled- Kingsgate Center | GPF Lubbock Associates Limited Partnership Attn: Pres., General or Managing Agent PO Box 65207 Lubbock, TX 79464 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |

**2.682** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pier Park Lease fully executed - Pier Park

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

Pier Park, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.683** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Amendment fully executed - Pier Park

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

Pier Park, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.684** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Pier Park - Panama City Beach, FL

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

Pier Park, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.685** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 2053 Woodbridge Center - Woodbridge, NJ

**State the term remaining** 5/31/2022

**List the contract number of any government contract**

Woodbridge Center Property, LLC
c/o Woodbridge Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.686** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Treasure Coast Square

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

Treasure Coast-JCP Associates, LTD.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.687** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Treasure Coast

**State the term remaining** 2/28/2022

**List the contract number of any government contract**

Treasure Coast-JCP Associates, LTD.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| | | | |
|---|---|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westchester's Ridge Hill - Yonkers, NY | Yonkers Associates, LLC<br>600 Superior Ave. East<br>Suite 1500<br>Cleveland, OH 44114 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Westchester's Ridge Hill - Yonkers, NY | Yonkers Associates, LLC<br>600 Superior Ave. East<br>Suite 1500<br>Cleveland, OH 44114 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Crossgates Mall | Crossgates Mall Company Newco LLC<br>Attn: Management Division<br>The Clinton Exchange<br>Four Clinton Square<br>Syracuse, NY 13202-1078 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Crossgates Mall | Crossgates Mall Company Newco LLC<br>Attn: Management Division<br>The Clinton Exchange<br>Four Clinton Square<br>Syracuse, NY 13202-1078 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease Rent Relief Letter Agreement- Crossgates Mall | Crossgates Mall Company Newco LLC<br>Attn: Management Division<br>The Clinton Exchange<br>Four Clinton Square<br>Syracuse, NY 13202-1078 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Stoneridge SC | Stoneridge Properties LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 3/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Stoneridge Shopping Center | Stoneridge Properties LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Master Rent Relief Agreement - Chandler Fashion Center | TWC Chandler LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Chandler Fashion Center | TWC Chandler LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Chandler Fashion Center | Westcor Partners, LLC |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Carolina Place | Carolina Place LLC c/o Carolina Place Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, Il 60654-1607 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | Multilocation Rent Deferral Agreement - Mall of Georgia | Mall of Georgia, LLc c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | |
| | List the contract number of any government contract | | |

2.700 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mall of Georgia

Mall of Georgia, LLc
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2022

**List the contract number of any government contract**

2.701 **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Town Center at Cobb

Town Center at Cobb, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2022

**List the contract number of any government contract**

2.702 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Town Center at Cobb, LLC

Town Center at Cobb, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2022

**List the contract number of any government contract**

2.703 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - South Hills Village Lease

South Hills Village Associates, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2022

**List the contract number of any government contract**

2.704 **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - South Hills Village

South Hills Village Associates, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2022

**List the contract number of any government contract**

2.705 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - University Mall, Provo, Utah

University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109

**State the term remaining**    1/31/2023

**List the contract number of any government contract**

**2.706** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment- University Mall, Provo, Utah | University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | | 

**2.707** | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Non-disturbance, and Attornment Agreement - University Mall, Provo, UT | Pacific Life Insurance Company
Attn: Commercial Servicing Operations Real Estate Investments Loan No. 21920201
700 Newport Center Drive
Newport Beach, CA 92660
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | | 

**2.708** | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Non-disturbance, and Attornment Agreement - University Mall, Provo, UT | University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | | 

**2.709** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 3rd Amendment- University Mall, Provo, Utah | University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | | 

**2.710** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- University Mall, Provo, Utah | University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | | 

**2.711** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 4th Amendment- University Mall, Provo, Utah | University Place SPE LLC
c/o Woodbury Corporation
Attn: Lease Administration
2733 East Parleys Way
Salt Lake City, UT 84109
 | **State the term remaining** | 1/31/2023 | 
 | **List the contract number of any government contract** | |

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Crossroads Mall, St. Cloud, MN | St. Could Mall LLC c/o Crossroads Center (MN) Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Crossroads Mall, St. Cloud, MN | St. Could Mall LLC c/o Crossroads Center (MN) Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield LLC Attn: Legal Department 11601 Wilshire Boulevard 12th Floor Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield Corporation, Inc. Attn: Legal Department 11601 Wilshire Boulevard 12th Floor Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease: Mall - Westfield Trumbull, CT | Trumbull Shopping Center #2 LLC Attn: Legal Department 11601 Wilshire Boulevard, 11th Fl Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, First Amendment: Storage - Westfield Trumbull, CT | Trumbull Shopping Center #2 LLC<br>Attn: Legal Department<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield LLC<br>Attn: Legal Department<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield LLC<br>Attn: Legal Department<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage - Westfield Trumbull, CT (2019) | Westfield Corporation, Inc.<br>Attn: Legal Department<br>11601 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Apache Mall | Apache Mall, LLC<br>c/o Apache Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Apache Mall | Apache Mall, LLC<br>c/o Apache Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

2.724  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Columbia Mall, MO

Columbia Mall LLC
c/o Columbia Mall (MO)
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  4/30/2022

**List the contract number of any government contract**

2.725  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Paseo Nuevo - Santa Barbara, CA

Paseo Nuevo Owner LLC
c/o Pacific Retail Captial Partners, LLC
Attn: Managing Principal
100 North Sepulveda Blvd., Suite 1925
El Segundo, CA 90245

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

2.726  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment Rent Relie f- Paseo Nuevo - Santa Barbara, CA

Paseo Nuevo Owner LLC
c/o Pacific Retail Captial Partners, LLC
Attn: Managing Principal
100 North Sepulveda Blvd., Suite 1925
El Segundo, CA 90245

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

2.727  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Market Place Shopping Center

Champaign Market Place LLC
c/o Market Place Shopping Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago , IL 60654-1607

**State the term remaining**  1/31/2022

**List the contract number of any government contract**

2.728  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Suburban Square, Ardmore, PA

Kimco Realty Corporation
Attn: Assistant General Counsel
170 W. Ridgely Road, Suite 210
Lutherville, MD 21093

**State the term remaining**  4/30/2022

**List the contract number of any government contract**

2.729  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Town & Country Crossing

T&C Crossing R2gOwner, LLC
RPT Realty, LP
c/o RPT Realty, Inc.
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

**State the term remaining**  1/31/2030

**List the contract number of any government contract**

2.730    **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Town & Country Crossing

**State the term remaining**    1/31/2030

**List the contract number of any government contract**

T&C Crossing R2gOwner, LLC
RPT Realty, LP
c/o RPT Realty, Inc.
20750 Civic Center Drive, Suite 310
Southfield, MI 48076

2.731    **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - White Oaks Mall

**State the term remaining**    4/30/2022

**List the contract number of any government contract**

Mall at White Oaks, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.732    **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - White Oaks

**State the term remaining**    4/30/2022

**List the contract number of any government contract**

Mall at White Oaks, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.733    **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- White Oaks

**State the term remaining**    4/30/2022

**List the contract number of any government contract**

Mall at White Oaks, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.734    **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Miller Hill

**State the term remaining**    4/30/2022

**List the contract number of any government contract**

Simon Property Group, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.735    **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Miller Hill Mall

**State the term remaining**    4/30/2022

**List the contract number of any government contract**

Simon Property Group, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.736 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment Rent Deferral - Northwest Arkansas Mall

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

NW Arkansas Mall Realty LLC, NW Arkansas CH LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

2.737 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment- Northwest Arkansas Mall

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

NW Arkansas Mall Realty LLC, NW Arkansas CH LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

2.738 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Northwest Arkansas Mall

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

NW Arkansas Mall Realty LLC, NW Arkansas CH LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

2.739 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment Rent Deferral- Central Mall, Ft. Smith

**State the term remaining** 4/30/2022

**List the contract number of any government contract**

Fort Smith Mall Realty LLC
c/o Namco
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

2.740 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Central Mall, Ft. Smith

**State the term remaining** 4/30/2022

**List the contract number of any government contract**

Fort Smith Mall Realty LLC
c/o Namco
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

2.741 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Greenwood Park Mall

**State the term remaining** 4/30/2022

**List the contract number of any government contract**

Greenwood Park Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Greenwood Park Mall | Greenwood Park Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Shops at Legacy Place - Plano, TX | The Shops at Legacy (RPAI) L.P. c/o Inland Southwest Management LLC 2907 Butterfield Road Oak Brook, IL 60523 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Shops at Legacy Place - Plano, TX | The Shops at Legacy (RPAI) L.P. c/o Inland Southwest Management LLC 2907 Butterfield Road Oak Brook, IL 60523 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - University Park Mall | University Park Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - University Park Mall - Mishawaka, - IN | University Park Mall, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property 3rd Lease Modification Agreement - Monroeville Mall | CBL/MONROEVILLE, LP c/o CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Briarwood Mall - Ann Arbor, MI | Briarwood LLC<br>c/o M.S. Management Associates Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southdale | Southdale Limited Partnership<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Bay Park Square | Simon Capital Limited Partnership<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Bay Park Square - Green Bay, WI | Simon Capital Limited Partnership<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - South County Center - St. Louis, MO | South County Shoppingtown LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 8/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Commencement Date Agreement - Shoppes at Montage - Scranton, PA | USPG Portfolio Five, LLC<br>Attn: Legal Dept.<br>3665 Fishinger Boulevard<br>Hilliard, OH 43026 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | | |

**2.754** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Shoppes at Montage - Scranton, PA

USPG Portfolio Five, LLC
Attn: Legal Dept.
3665 Fishinger Boulevard
Hilliard, OH 43026

**State the term remaining**

5/31/2022

**List the contract number of any government contract**

**2.755** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment - Millcreek Mall - Kearsarge, PA

Cafaro-Peachcreek Joint Venture Partnership
5577 Youngstown-Warren Road
Niles , OH 44446

**State the term remaining**

5/31/2022

**List the contract number of any government contract**

**2.756** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Millcreek Mall - Kearsarge, PA

Cafaro-Peachcreek Joint Venture Partnership
5577 Youngstown-Warren Road
Niles , OH 44446

**State the term remaining**

5/31/2022

**List the contract number of any government contract**

**2.757** **State what the contract or lease is for and the nature of the debtor's interest**

Storage License Agreement - Westfield Southpark - Cleveland, OH

Southpark Mall LLC
Attn: General Property Manager
500 SouthPark Center
Strongville, OH 44136

**State the term remaining**

6/30/2022

**List the contract number of any government contract**

**2.758** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Westfield Southpark - Cleveland, OH

Southpark Mall LLC
Attn: General Property Manager
500 SouthPark Center
Strongville, OH 44136

**State the term remaining**

6/30/2022

**List the contract number of any government contract**

**2.759** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment of Lease - Westfield Southpark - Cleveland, OH

Southpark Mall LLC
Attn: General Property Manager
500 SouthPark Center
Strongville, OH 44136

**State the term remaining**

6/30/2022

**List the contract number of any government contract**

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Westfield Southpark - Cleveland, OH | Southpark Mall LLC Attn: General Property Manager 500 SouthPark Center Strongville, OH 44136 |

**State the term remaining** 6/30/2022

**List the contract number of any government contract**

| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage License Agreement - Westfield Southpark - Cleveland, OH | Southpark Mall LLC Attn: General Property Manager 500 SouthPark Center Strongville, OH 44136 |

**State the term remaining** 6/30/2022

**List the contract number of any government contract**

| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - MacArthur Center - Virginia Beach, VA | Jones Lang LaSalle Americas, Inc. Attn: Retail Documents 6365 Halcyon Way Suite 970 Alpharetta, GA 30005 |

**State the term remaining** 1/31/2022

**List the contract number of any government contract**

| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | First Modification of Lease - Fair Oaks - Fairfax, VA | Fairfax Company of Virginia L.L.C. Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fair Oaks - Fairfax, VA | Fairfax Company of Virginia L.L.C. Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Modification of Lease - Fair Oaks - Fairfax, VA | Fairfax Company of Virginia L.L.C. Attn: Pres., General or Managing Agent 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease -Palisades Center - West Nyack, N | Eklecco Newco LLC<br>Attn: Management Division<br>The Clinton Exchange<br>Four Clinton Square<br>Syracuse, NY 13202-1078 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | | |

| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | Second Lease Modification - Laurel Park Place - Livonia, MI | Laurel Park Retail Properties LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | Lease Modification - Laurel Park Place - Livonia, MI | Laurel Park Retail Properties LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | Third Lease Modification - Laurel Park Place - Livonia, MI | Laurel Park Retail Properties LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | Multi-Property Rent Deferral, Abatement and Modification Agreement - Laurel Park Place | Laurel Park Retail Properties LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Laurel Park Place - Livonia, MI | Laurel Park Retail Properties LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residenial Property Lease - San Francisco Centre - San Francisco, CA | S.F Centre Limited Partnership<br>Attn: Legal Dept.<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residenial Real Property Lease - The Mall in Columbia - Columbia, MD | The Mall in Columbia Business Trust<br>c/o The Mall in Columbia<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tuttle Lease | Tuttle Crossing Associates II LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Hillsdale Shopping Center- San Mateo, CA | HSC Holdings, LLC<br>c/o Bohannon Development Company<br>Attn: Pres., General or Managing Agent<br>Sixty 31st Avenue<br>San Mateo, CA 94403 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination Agreement - Hillsdale Shopping Center- San Mateo, CA | HSC Holdings, LLC<br>c/o Bohannon Development Company<br>Attn: Pres., General or Managing Agent<br>Sixty 31st Avenue<br>San Mateo, CA 94403 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Pecanland Mall | Pecanland Mall, LLC<br>c/o Pecanland Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
|---|---|---|---|
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Willow Grove Mall - Philadelphia, PA | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | Specialty Leasing License Agreement - Willow Grove Mall - Philadelphia, PA | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Amendment of Lease - Willow Grove Mall - Philadelphia, PA | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | Specialty Leasing License Agreement - Willow Grove Mall - Philadelphia, PA | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Willow Grove Mall - Philadelphia, PA | WG Park, L.P. c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Otay Ranch Town Center | GGP-Otay Ranch, L.P. c/o Otay Ranch Town Center Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **State the term remaining** | 7/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Hawthorn Center - Vernon Hills, IL | Hawthorn, L.P.<br>11601 Wilshire Boulevard, 11th Fl<br>Los Angeles, CA 90025 |
| | State the term remaining | 1/31/2023 | |
| | List the contract number of any government contract | | |

| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - The Crossroads - Portage, MI | Kalamazoo Mall L.L.C.<br>c/o The Crossroads MI<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 7/31/2022 | |
| | List the contract number of any government contract | | |

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Augusta Mall - Augusta, GA | Augusta Mall, LLC<br>c/o Augusta Mall<br>Attn: Law/Lease Administration Dept<br>350 N Orleans St., Ste 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Charleston Town Center - Charleston, WV | US Bank as Trustee for BSCMSI 07-TOP28; Charleston<br>c/o C-III Asset Management LLC d/b/a Greystone Special Servicing<br>Attn: Laura Thorp<br>5221 N. O'Conner Blvd, Suite 800<br>Irving , TX 75039 |
| | State the term remaining | 7/31/2022 | |
| | List the contract number of any government contract | | |

| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment of Lease - 23rd and Lovejoy Retail Center - Portland, OR | C.E. John Properties 22, LLC<br>Attn: Property Management<br>1701 SE Columbia River Drive<br>Vancouver, WA 98661 |
| | State the term remaining | 7/31/2022 | |
| | List the contract number of any government contract | | |

| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | Retail Net Lease Basic Lease Information - 23rd and Lovejoy Retail Center - Portland, OR | C.E. John Properties 22, LLC<br>Attn: Property Management<br>1701 SE Columbia River Drive<br>Vancouver, WA 98661 |
| | State the term remaining | 7/31/2022 | |
| | List the contract number of any government contract | | |

**2.790**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 23rd and Lovejoy Retail Center - Portland, OR

**State the term remaining**  7/31/2022

**List the contract number of any government contract**

C.E. John Properties 22, LLC
Attn: Property Management
1701 SE Columbia River Drive
Vancouver, WA 98661

---

**2.791**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment - The Avenue Peachtree City - Peachtree, GA

**State the term remaining**  7/31/2022

**List the contract number of any government contract**

CP Venture Five - APC LLC
c/o Poag Shopping Centers, LLC
Attn: Legal Department
2650 Thousand Oaks Blvd, Ste 2200
Memphis, TN 38118

---

**2.792**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Avenue Peachtree City - Peachtree, GA

**State the term remaining**  7/31/2022

**List the contract number of any government contract**

CP Venture Five - APC LLC
c/o Poag Shopping Centers, LLC
Attn: Legal Department
2650 Thousand Oaks Blvd, Ste 2200
Memphis, TN 38118

---

**2.793**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification - 25 W. Jefferson - Naperville, IL

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Jefferson Naperville, LLC
Attn: Samuel L. Rubin
729 Montana Avenue, Ste 6
Santa Monica, CA 90403

---

**2.794**  **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Agreement - 25 W. Jefferson - Naperville, IL

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Jefferson Naperville, L.L.C.
Attn: Samuel L. Rubin
729 Montana Avenue, Ste 6
Santa Monica, CA 90403-1490

---

**2.795**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Lease - 25 W. Jefferson - Naperville, IL

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Jefferson Naperville, LLC
Attn: Samuel L. Rubin
729 Montana Avenue, Ste 6
Santa Monica, CA 90403

**2.796**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 25 W. Jefferson - Naperville, IL

**State the term remaining**   6/30/2024

**List the contract number of any government contract**

Jefferson Naperville, LLC
Attn: Samuel L. Rubin
729 Montana Avenue, Ste 6
Santa Monica, CA 90403

---

**2.797**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Quail Springs Mall - Oklahoma City, OK

**State the term remaining**   4/30/2025

**List the contract number of any government contract**

Quail Springs Mall, LLC
c/o Quail Springs Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.798**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Quail Springs Mall - Oklahoma City, OK

**State the term remaining**   4/30/2025

**List the contract number of any government contract**

Quail Springs Mall, LLC
c/o Quail Springs Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.799**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Visalia Mall - Visalia, CA

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

Visalia Mall, L.P.
c/o Visalia Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.800**  **State what the contract or lease is for and the nature of the debtor's interest**

Omnibus Amendment to Lease - Hyde Park

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

WS Tampa Owner LLC
c/o WS Asset Management, Inc.
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

---

**2.801**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hyde Park Village - Tampa, FL

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

WS Tampa Owner LLC
c/o WS Asset Management, Inc.
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

2.802
**State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hyde Park Village - Tampa, FL

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

WS Tampa Owner LLC
c/o WS Asset Management, Inc.
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

2.803
**State what the contract or lease is for and the nature of the debtor's interest**

Tenant Event Agreement - Hyde Park Village - Tampa, FL

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

WS Tampa Owner LLC
c/o WS Asset Management, Inc.
Attn: Pres., General or Managing Agent
33 Boylston St., Ste 3000
Chestnut Hill, MA 2467

2.804
**State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Eastland Mall

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

SM Eastland Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

2.805
**State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement

**State the term remaining**   8/31/2022

**List the contract number of any government contract**

SM Eastland Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

2.806
**State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**   5/31/2023

**List the contract number of any government contract**

POM-College Station, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.807
**State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Post Oak Mall - College Station, TX

**State the term remaining**   5/31/2023

**List the contract number of any government contract**

POM-College Station, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**2.808** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

Jong Ho Kim and Soon Ae Kim
3418 Renaissance Park Place
Attn: Jun Kim
Cary, NC 27513

**State the term remaining**

**List the contract number of any government contract**

**2.809** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pearland Town Center, Pearland, TX

Pearland Ground, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**

5/31/2023

**List the contract number of any government contract**

**2.810** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

Pearland Ground, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**

5/31/2023

**List the contract number of any government contract**

**2.811** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pearland Town Center, Pearland, TX

Pearland Ground, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**

5/31/2023

**List the contract number of any government contract**

**2.812** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Lease - Boonsboro Shopping Center - Lynchburg, VA

J B Forehand & Co. Inc.
Attn: Pres., General or Managing Agent
2508 Langhorne Road
Lynchburg, VA 24501

**State the term remaining**

4/30/2023

**List the contract number of any government contract**

**2.813** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Boonsboro Shopping Center - Lynchburg, VA

J B Forehand & Co. Inc.
Attn: Pres., General or Managing Agent
2508 Langhorne Road
Lynchburg, VA 24501

**State the term remaining**

4/30/2023

**List the contract number of any government contract**

**2.814** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hulen Mall Lease fully executed - Fort Worth

**State the term remaining** 4/30/2023

**List the contract number of any government contract**

Hulen Mall, LLC
c/o Hulen Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.815** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Miracle Mile Shops - Clark, NV

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

Boulevard Invest LLC
c/o Miracle Mile Shops
Attn: General Manager
3663 Las Vegas Blvd South, Ste 900
Las Vegas, NV 89109-1969

---

**2.816** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Letter - Miracle Mile Shops - Clark, NV

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

Boulevard Invest LLC
c/o Miracle Mile Shops
Attn: General Manager
3663 Las Vegas Blvd South, Ste 900
Las Vegas, NV 89109-1969

---

**2.817** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Firewheel Town Center - Garland, TX

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

Simon Property Group (Texas) L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.818** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

Simon Property Group (Texas) L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.819** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - The Promenade Shops at Briargate - Colorado Springs, CO

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

HGIT Briargate, LLC
c/o The Promenade Shops at Briargate
Attn: Property Manager
1885 Briargate Parkway, Ste 503
Colorado Springs, CO 8920

| | | |
|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Promenade Shops at Briargate - Colorado Springs, CO |
| | **State the term remaining** | 5/31/2024 |
| | **List the contract number of any government contract** | |

HGIT Briargate, LLC
c/o The Promenade Shops at Briargate
Attn: Property Manager
1885 Briargate Parkway, Ste 503
Colorado Springs, CO 8920

| | | |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Midtown Shopping Center - Tuscaloosa, AL |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

Carlyle-Cypress Tuscaloosa I, LLC
Attn: Director of Asset Management
8343 Douglas Avenue, Ste 300
Dallas, TX 75225

| | | |
|---|---|---|
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 2nd Street District - Austin, TX |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

AMLI Austin Retail, L.P.
Attn: Pres., General or Managing Agent
5057 Keller Springs Road, Suite 250
Addison, TX 75001

| | | |
|---|---|---|
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | COVID-19 Amendment to Lease - 2nd Street District - Austin, TX |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

AMLI Austin Retail, L.P.
Attn: Pres., General or Managing Agent
5057 Keller Springs Road, Suite 250
Addison, TX 75001

| | | |
|---|---|---|
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement - 2nd Street District - Austin, TX |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

AMLI Austin Retail, L.P.
Attn: Pres., General or Managing Agent
5057 Keller Springs Road, Suite 250
Addison, TX 75001

| | | |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Clocktower - Lafayette, CA |
| | **State the term remaining** | 3/16/2023 |
| | **List the contract number of any government contract** | |

Stephen E. Parks, Ronald A. Parks, & Harry A. Parks, Jr.
et al, dba The Lafayette Clocktower
c/o Main Street Property Services, Inc.
3569 Mt. Diablo Blvd, Ste 200
Lafayette, CA 94549

2.826 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Clocktower - Lafayette, CA

**State the term remaining**  3/16/2023

**List the contract number of any government contract**

Stephen E. Parks, Ronald A. Parks, & Harry A. Parks, Jr. et al, dba The Lafayette Clocktower
c/o Main Street Property Services, Inc.
3569 Mt. Diablo Blvd, Ste 200
Lafayette, CA 94549

---

2.827 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Glen Eagle Square Shoppingt Center - Chadds Ford, PA

**State the term remaining**  2/28/2023

**List the contract number of any government contract**

Glen Eagle Retail L.L.C.
c/o LaSalle Investment Management, Inc.
Attn: Asset Manager - Glen Eagle Square
100 East Pratt Street, 21st Fl
Baltimore, MD 21202

---

2.828 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification - Parkway Place - Huntsville, AL

**State the term remaining**  5/31/2023

**List the contract number of any government contract**

Parkway Place SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

2.829 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Parkway Place - Huntsville, AL

**State the term remaining**  5/31/2023

**List the contract number of any government contract**

Parkway Place SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

2.830 **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**  5/31/2023

**List the contract number of any government contract**

Parkway Place SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

2.831 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Amendment fully executed - Mansfield

**State the term remaining**  2/28/2023

**List the contract number of any government contract**

Route 140 School Street, LLC
c/o: W/S Development Associates LLC
Attention to: Lease Compliance
33 Boylston Street, Ste 3000
Chestnut Hill, MA 2467

**2.832** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mansfield Crossing Lease fully executed - Mansfield

Route 140 School Street, LLC
c/o W/S Development Associates LLC
Attention to: Lease Compliance
1330 Boylston Street
Chestnut Hill, MA 2467

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

**2.833** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - College Mall - Bloomington, IN

Simon Property Group, L.P.
c/o M.S. Management Associates inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

**2.834** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

Simon Property Group, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

**2.835** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tippecanoe - Lafayette, IN

Simon Property Group, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

**2.836** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Greenwood Mall - Bowling Green, KY

Greenwood Mall L.L.C.
c/o Greenwood Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining** 4/30/2023

**List the contract number of any government contract**

**2.837** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Emerald Square - N Attleboro, MA

Mayflower Emerald Square, LLC
c/o M.S. Management Associates inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

**2.838**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Old Mill District - Bend, OR

River Shops, LLC
Attn: Pres., General or Managing Agent
15 SW Colorado Avenue
Bend, OR 97702

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

**2.839**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Old Mill District - Bend, OR

River Shops, LLC
Attn: Pres., General or Managing Agent
15 SW Colorado Avenue
Bend, OR 97702

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

**2.840**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Oxford Valley - Langhorne, PA

Lincoln Plaza Center, LP
c/o Kravco Simon Company
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

**2.841**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Mall at Barnes Crossing - Tupelo, MS

TUP 130, LLC
Attn: General Manager
1001 Barnes Crossing Rd
Tupelo, MS 38804

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

**2.842**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Mall at Barnes Crossing - Tupelo, MS

TUP 130, LLC
Attn: General Manager
1001 Barnes Crossing Rd
Tupelo, MS 38804

**State the term remaining**    3/31/2023

**List the contract number of any government contract**

**2.843**  **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment of Lease - 161 E. Broad - Westfield, NJ

Ward & O'Donnell Westfield, LLC
PO Box 2547
Westfield, NJ 7090

**State the term remaining**    1/31/2024

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Ward & O'Donnell Westfield | Ward & O'Donnell Westfield, LLC PO Box 2547 Westfield, NJ 7090 |
| | **State the term remaining** | 1/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Lease Agreement - 161 E. Broad - Westfield, NJ | Regency Court, L.L.C. c/o Krevsky, Silber & Bergen Attn: Ellen Horowitz Krevsky 123 North Union Avenue, Suite 102 PO Box 99 Cranford, NJ 07016-0099 |
| | **State the term remaining** | 1/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shoppes at Union Hill - Denville, NJ | Denville Union Hill, L.L.C. c/o RPAI US Management LLC Attn: President Eastern Division 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 3/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - The Shoppes at Union Hill - Denville, NJ | Denville Union Hill, L.L.C. c/o RPAI US Management LLC Attn: President Eastern Division 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 3/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | Commencement Date Agreement - The Shoppes at Union Hill - Denville, NJ | Denville Union Hill, L.L.C. c/o RPAI US Management LLC Attn: President Eastern Division 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 3/31/2023 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Deliver Date and Interim Rent Commencement Date - The Shoppes at Union Hill - Denville, NJ | Denville Union Hill, L.L.C. c/o RPAI US Management LLC Attn: President Eastern Division 2021 Spring Road, Ste 200 Oak Brook, IL 60523 |
| | **State the term remaining** | 3/31/2023 | |
| | **List the contract number of any government contract** | | |

**2.850**
**State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 1st Amendment -

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

Wiregrass SPE, LLC

---

**2.851**
**State what the contract or lease is for and the nature of the debtor's interest**
Letter - Lease Agreement

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

Wiregrass SPE, LLC

---

**2.852**
**State what the contract or lease is for and the nature of the debtor's interest**
Subordination Agreement (Non-Key Lease)

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

Transamerica Financial Life Insurance Company, an affiliate of AEGON USA Realty Advisors, LLC
c/o Aegon USA Realty Advisors, LLC
Attn: Director, Mortgage Loan Servicing
4333 Edgewood Road NE
Cedar Rapids, IA 52499-5443

---

**2.853**
**State what the contract or lease is for and the nature of the debtor's interest**
Letter Agreement Amending Certain Lease Terms

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

Hunt Valley Towne Centre LLC
Attn: Brian Gibbons
10096 Red Run Boulevard, Suite 100
Owings Mills, MD 21117

---

**2.854**
**State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Hunt Valley Towne Centre, LLC

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

Hunt Valley Towne Centre LLC
Attn: Brian Gibbons
10096 Red Run Boulevard, Suite 100
Owings Mills, MD 21117

---

**2.855**
**State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Exton Square Mall

**State the term remaining**   3/31/2023

**List the contract number of any government contract**

PR Exton Square Property, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

2.856  **State what the contract or lease is for and the nature of the debtor's interest**
Multilocation Rent Deferral Agreement - Montogomery Mall

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Mall at Montgomeryville, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

2.857  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Montogomery Mall

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Mall at Montgomeryville, L.P.
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

2.858  **State what the contract or lease is for and the nature of the debtor's interest**
Temporary Storage Lease Agreement - Park Meadows Leases

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

2.859  **State what the contract or lease is for and the nature of the debtor's interest**
Storage License Agreement - Park Meadows Leases

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

2.860  **State what the contract or lease is for and the nature of the debtor's interest**
Temporary Storage Lease Agreement - Park Meadows Leases

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

2.861  **State what the contract or lease is for and the nature of the debtor's interest**
Temporary Storage Lease Agreement - Park Meadows Leases

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

**2.862**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Park Meadows Mall, LLC - Lone Tree, CO

Park Meadows Mall, LLC
c/o Park Meadows
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

---

**2.863**  **State what the contract or lease is for and the nature of the debtor's interest**

Temporary Storage Lease Agreement - Park Meadows Leases

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

---

**2.864**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Park Meadows Mall, LLC - Park Meadows Mall, LLC - City of Lone Tree, CO

Park Meadows Mall, LLC
c/o Park Meadows
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

---

**2.865**  **State what the contract or lease is for and the nature of the debtor's interest**

Storage License Agreement - Park Meadows Leases

Park Meadows Mall, LLC
Attn: Pres., General or Managing Agent
8401 Park Meadows Center Drive
Lone Tree, CO 80124

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

---

**2.866**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Agreement - Eastwood Towne Center

RPAI Lansing Eastwood, L.L.C.
Attn: President, Eastern Division
2021 Spring Road, Suite 200
Oak Brook, IL 60523

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

---

**2.867**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Eastwood Town Center

RPAI Lansing Eastwood, L.L.C.
Attn: President, Eastern Division
2021 Spring Road, Suite 200
Oak Brook, IL 60523

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Morgantown Mall | Morgantown Mall LLC<br>Attn: Pres., General or Managing Agent<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Amendement | Morgantown Mall LLC<br>Attn: Pres., General or Managing Agent<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 631 King Street | Kamil Property Management LLC<br>216 N Lee Street<br>Alexandria, VA 22314 |
| | State the term remaining | 1/31/2023 | |
| | List the contract number of any government contract | | |

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Lease Termination Agreement | Fuller Central Park Properties, LLC<br>Attn: Steven G. Quintal, Property Manager<br>112 Peabody<br>Birmingham, MI 48009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Midland Park Mall, TX | Midland Park Mall, L.P.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204-3438 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - MNH Mall, L.L.C. | MNM Mall, L.L.C.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | MNM Mall, L.L.C.<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Livingston Mall - Livingston, NJ | Livingston Mall Venture<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 4/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Great Lakes Mall - Mentor, OH | Mall at Great Lakes, LLC<br>Attn: Robert P. Demchak and General Counsel<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | **State the term remaining** | 4/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Lease Modification Agreement | Old Hickory Mall Venture II, LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 7/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - | Old Hickory Mall Venture II, LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 7/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | Old Hickory Mall Venture II, LLC<br>c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer<br>CBL Center, Ste 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421-6000 |
| | **State the term remaining** | 7/31/2023 | |
| | **List the contract number of any government contract** | | |

**2.880**  **State what the contract**  Lease Modification Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**  7/31/2023
**remaining**
**List the contract number**
**of any government**
**contract**

Old Hickory Mall Venture II, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**2.881**  **State what the contract**  Non-Residential Real Property Lease 1st
**or lease is for and the**  Amendment -River Hills Mall
**nature of the debtor's**
**interest**
**State the term**  5/31/2023
**remaining**
**List the contract number**
**of any government**
**contract**

River Hills Mall, LLC
c/o River Hills Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.882**  **State what the contract**  Non-Residential Real Property Lease - River
**or lease is for and the**  Hills Mall - Mankato, MN
**nature of the debtor's**
**interest**
**State the term**  5/31/2023
**remaining**
**List the contract number**
**of any government**
**contract**

River Hills Mall, LLC
c/o River Hills Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.883**  **State what the contract**  Non-Residential Real Property Lease -
**or lease is for and the**  Westfield Vancouver - Vancouver, WA
**nature of the debtor's**
**interest**
**State the term**  8/31/2022
**remaining**
**List the contract number**
**of any government**
**contract**

US Centennial Vancouver Mall LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operation Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

**2.884**  **State what the contract**  Non-Residential Real Property Lease -
**or lease is for and the**  Westfield Vancouver - Vancouver, WA
**nature of the debtor's**
**interest**
**State the term**  8/31/2022
**remaining**
**List the contract number**
**of any government**
**contract**

US Centennial Vancouver Mall LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operation Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

**2.885**  **State what the contract**  Lease Amendment No. 2
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**  8/31/2022
**remaining**
**List the contract number**
**of any government**
**contract**

US Centennial Vancouver Mall LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operation Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

| | | |
|---|---|---|
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Amendment No. 3 |
| | | US Centennial Vancouver Mall LLC |
| | **State the term remaining** | 8/31/2022 |
| | **List the contract number of any government contract** | c/o Centennial Real Estate Management, LLC Attn: Chief Operation Officer 8750 N. Central Expressway, Suite 1740 Dallas, TX 75231 |

| | | |
|---|---|---|
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Roosevelt Field - Garden City, NY |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | The Retail Property Trust c/o M.S. Management Associates Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |

| | | |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Roosevelt Field - Garden City, NY |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | The Retail Property Trust c/o M.S. Management Associates Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |

| | | |
|---|---|---|
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Notice Letter - Eden Prairie Mall |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | Eden Prairie Center, LLC c/o MetLife Investment Management Attn: Eden Prairie Asset Management 125 S. Wacker, Ste 1100 Chicago, IL 60606 |

| | | |
|---|---|---|
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Eden Prairie Mall |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | Eden Prairie Center, LLC c/o MetLife Investment Management Attn: Eden Prairie Asset Management 125 S. Wacker, Ste 1100 Chicago, IL 60606 |

| | | |
|---|---|---|
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | Eden Prairie Center - Eden Prairie Mall |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | Eden Prairie Center, LLC c/o MetLife Investment Management Attn: Eden Prairie Asset Management 125 S. Wacker, Ste 1100 Chicago, IL 60606 |

| | | |
|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - E. 2nd Street - Denver, CO |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | |

The Shops at Northcreek, LLC
Attn: Director of Leasing
200 Fillmore Street
Suite 400
Denver, CO 80206

| | | |
|---|---|---|
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Deed of Lease |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | |

Dulles Town Center Mall, L.L.C.
c/o Lerner Enterprises
Attn: Pres., General or Managing Agent
2000 Tower Oaks Blvd, 8th Fl
Rockville , MD 20952

| | | |
|---|---|---|
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | Deed of Lease |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | |

Dulles Town Center Mall, L.L.C.
c/o Lerner Enterprises
Attn: Pres., General or Managing Agent
2000 Tower Oaks Blvd, 8th Fl
Rockville , MD 20952

| | | |
|---|---|---|
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Deferral Agreement - Shoppes at Grand Prairie - Peoria, IL |
| | **State the term remaining** | 4/30/2023 |
| | **List the contract number of any government contract** | |

Peoria New Mall LLC
5201 W War Memorial Dr
Peoria, IL 61615

| | | |
|---|---|---|
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment of Lease - Shoppes at College Hills |
| | **State the term remaining** | 4/30/2023 |
| | **List the contract number of any government contract** | |

CH Shoppes LLC
Attn: Marc R. Wilkow
c/o M & J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

| | | |
|---|---|---|
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment of Lease - Shoppes at College Hills |
| | **State the term remaining** | 4/30/2023 |
| | **List the contract number of any government contract** | |

CH Shoppes LLC
Attn: Marc R. Wilkow
c/o M & J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

**2.898** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - Shoppes at College Hills

CH Shoppes LLC
Attn: Marc R. Wilkow
c/o M & J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

**State the term remaining**    4/30/2023

**List the contract number of any government contract**

---

**2.899** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Shoppes at College Hills

CH Shoppes LLC
Attn: Marc R. Wilkow
c/o M & J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

**State the term remaining**    4/30/2023

**List the contract number of any government contract**

---

**2.900** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - McCain Mall - N. Little Rock, AR.

McCain Mall Company Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    5/31/2023

**List the contract number of any government contract**

---

**2.901** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - McCain Mall - N. Little Rock, AR.

McCain Mall Company Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    5/31/2023

**List the contract number of any government contract**

---

**2.902** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

Galleria Mall Investors LP
c/o Galleria Mall Management Officer
Attn: Pres., General or Managing Agent
13350 Dallas Parkway, Suite 3080
Dallas, TX 75240

**State the term remaining**    5/31/2023

**List the contract number of any government contract**

---

**2.903** **State what the contract or lease is for and the nature of the debtor's interest**

The Indenture of Lease

Galleria Mall Investors LP
c/o Galleria Mall Management Officer
Attn: Pres., General or Managing Agent
13350 Dallas Parkway, Suite 3080
Dallas, TX 75240

**State the term remaining**    5/31/2023

**List the contract number of any government contract**

Debtor    Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

| | | | |
|---|---|---|---|
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Franklin Park - Toledo, OH | Starwood Retail Partners<br>c/o Jones Lang LaSalle Americas, Inc.<br>Attn: Retail Documents<br>6365 Halcyon Way, Suite 970<br>Alpharetta, GA 30005 |
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | CLP-SPF Rookwood Commons, LLC - Rookwood Commons | HGREIT II Edmondson Road LLC<br>Attn: Michael J. Seyferth<br>Hines Interest Limited Partnership<br>2671R Edmondson Road<br>Cincinnati, OH 45209 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Important Notice to the Tenants of Rookwood Pavilion and Rookwood Commons | HGREIT II Edmondson Road LLC<br>Attn: Michael J. Seyferth<br>Hines Interest Limited Partnership<br>2671R Edmondson Road<br>Cincinnati, OH 45209 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Rookwood Commons | HGREIT II Edmondson Road LLC<br>Attn: Michael J. Seyferth<br>Hines Interest Limited Partnership<br>2671R Edmondson Road<br>Cincinnati, OH 45209 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment -Rookwood Commons | HGREIT II Edmondson Road LLC<br>Attn: Michael J. Seyferth<br>Hines Interest Limited Partnership<br>2671R Edmondson Road<br>Cincinnati, OH 45209 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fashion Fair - Fresno, CA | Macerich Fresno Limited Partnership<br>Attn: Center Manager<br>4841 North First Street<br>Fresno, CA 93726 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

2.910 **State what the contract or lease is for and the nature of the debtor's interest**    Lease Termination Agreement

**State the term remaining**    9/30/2020

**List the contract number of any government contract**

JCC California Properties, LLC
c/o James Campbell Company, LLC
Attn: Dorine Holsey-Streeter, Executive Vice President
425 California St, Suite 1000
San Francisco, CA 94101

2.911 **State what the contract or lease is for and the nature of the debtor's interest**    Third Amendment to Lease Agreement - Summit Fair

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

2.912 **State what the contract or lease is for and the nature of the debtor's interest**    Second Amendment to Lease Agreement - Summit Fair

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

2.913 **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Red Lee's Summit East, LLC

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

2.914 **State what the contract or lease is for and the nature of the debtor's interest**    First Amendment to Construction, Operation and Reciprocal Easement Agreement - Summit Fair

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

2.915 **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease 1st Amendment -Summit Fair

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

2.916 **State what the contract or lease is for and the nature of the debtor's interest**

Fourth Amendment to Lease Agreement - Summit Fair

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

**State the term remaining**  7/31/2026

**List the contract number of any government contract**

2.917 **State what the contract or lease is for and the nature of the debtor's interest**

Response Letter - Summit Fair

Red Summit Fair, LLC/ Sahara Pavilion South SC, LLC
c/o Red Development LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

**State the term remaining**  7/31/2026

**List the contract number of any government contract**

2.918 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement No. 1

Mall at Jefferson Valley, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**  6/30/2023

**List the contract number of any government contract**

2.919 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement No. 2

Mall at Jefferson Valley, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**  6/30/2023

**List the contract number of any government contract**

2.920 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease

Mall at Jefferson Valley, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**  6/30/2023

**List the contract number of any government contract**

2.921 **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendement

Mall at Jefferson Valley, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

**State the term remaining**  6/30/2023

**List the contract number of any government contract**

**2.922  State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - The Roosevelt Collection

**State the term remaining**  8/31/2023

**List the contract number of any government contract**

PR 150 Roosevelt Shops LLC
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

**2.923  State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - CLP SPF Rookwod Commons, LLC

**State the term remaining**  8/31/2023

**List the contract number of any government contract**

PR 150 Roosevelt Shops LLC
Attn: Legal Department
c/o Poag Shopping Center, LLC
2650 Thousand Oaks Blvd, Suite 2200
Memphis, TN 38118

**2.924  State what the contract or lease is for and the nature of the debtor's interest**

McCaffery Interests - The Roosevelt Collection

**State the term remaining**  8/31/2023

**List the contract number of any government contract**

PR 150 Roosevelt Shops LLC
Attn: Legal Department
c/o Poag Shopping Center, LLC
2650 Thousand Oaks Blvd, Suite 2200
Memphis, TN 38118

**2.925  State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -The Roosevelt Collection

**State the term remaining**  8/31/2023

**List the contract number of any government contract**

PR 150 Roosevelt Shops LLC
Attn: Legal Department
c/o Poag Shopping Center, LLC
2650 Thousand Oaks Blvd, Suite 2200
Memphis, TN 38118

**2.926  State what the contract or lease is for and the nature of the debtor's interest**

Retail Lease Agreement

**State the term remaining**  8/18/2023

**List the contract number of any government contract**

Developers-Investors, Inc.
Attn: Ms. Cherie Sanders
c/o W. C. Bradley Co. Real Estate, LLC
1001 Front Avenue
Columbus, GA 31901-5260

**2.927  State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferment Agreement - Developers-Investors, Inc.

**State the term remaining**  8/18/2023

**List the contract number of any government contract**

Developers-Investors, Inc.
Attn: Ms. Cherie Sanders
c/o W. C. Bradley Co. Real Estate, LLC
1001 Front Avenue
Columbus, GA 31901-5260

**2.928** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Prien Lake Mall

**State the term remaining**    7/31/2023

**List the contract number of any government contract**

SPG PRIEN, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.929** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - SPG Prien, LLC

**State the term remaining**    7/31/2023

**List the contract number of any government contract**

SPG PRIEN, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.930** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 2345 Broadway - New York, NY

**State the term remaining**    6/30/2023

**List the contract number of any government contract**

Rymsbran Continental Corp.
619 West 54th Street
Ste. 10A
c/o Michael Aryeh
New York, NY 10019

---

**2.931** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Southridge Mall - Greendale, WI

**State the term remaining**    8/31/2023

**List the contract number of any government contract**

Southridge Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.932** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**    8/31/2023

**List the contract number of any government contract**

Southridge Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.933** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Wolfchase Galleria - Memphis, TN

**State the term remaining**    8/31/2023

**List the contract number of any government contract**

Galleria at Wolfchase, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Wolfchase Galleria - Memphis, TN | Galleria at Wolfchase, LLC c/o M.S. Management Associates Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 8/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Wolfchase Galleria - Memphis, TN | Galleria at Wolfchase, LLC c/o M.S. Management Associates Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 8/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | Indenture of Lease - Marketstreet at Lynnfield | Market Street Retail South LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | Omnibus Amendment to Lease - Marketstreet at Lynnfield | Market Street Retail South LLC c/o WS Asset Management, Inc. Attn: Pres., General or Managing Agent 33 Boylston St., Ste 3000 Chestnut Hill, MA 2467 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 2nd Amendment Fully Executed - Hartz | Elwood 522 Hartz, LLC Attn: Bradley N. Blake 500 La Gonda Way Suite 295 Danville, CA 94526 |
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - North Shore Mall - Peabody, MA | Mall at Northshore, LLC c/o M.S. Management Associates Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |

2.940  **State what the contract or lease is for and the nature of the debtor's interest**   Non-Residential Real Property Lease - Town & Country Village

**State the term remaining**   10/31/2023

**List the contract number of any government contract**

CEP Town & Country Investors LLC
c/o Management Office
Attn: General Manager
Town & Country Village
855 El Camino Real #333
Palo Alto, CA 94301

2.941  **State what the contract or lease is for and the nature of the debtor's interest**   Non-Residential Real Property Lease -

**State the term remaining**   4/30/2024

**List the contract number of any government contract**

Montgomery Mall Owner LLC
c/o Westfield Montgomery
Attn: Pres., General or Managing Agent
7101 Democracy Blvd.
Bethesda, MD 20817

2.942  **State what the contract or lease is for and the nature of the debtor's interest**   Temporary Deferred Rental Lease Amendment No. 1

**State the term remaining**   4/30/2024

**List the contract number of any government contract**

Montgomery Mall Owner LLC
c/o Westfield Montgomery
Attn: Pres., General or Managing Agent
7101 Democracy Blvd.
Bethesda, MD 20817

2.943  **State what the contract or lease is for and the nature of the debtor's interest**   Non-Residential Real Property Lease - Amendment

**State the term remaining**   6/30/2024

**List the contract number of any government contract**

West Acres Development, LLP
Attn: Pres., General or Managing Agent
3902 13th Avenue South, Suite 3717
Fargo, ND 58103

2.944  **State what the contract or lease is for and the nature of the debtor's interest**   Non-Residential Real Property Lease - West Acres Development, LLP - Fargo, ND

**State the term remaining**   6/30/2024

**List the contract number of any government contract**

West Acres Development, LLP
Attn: Pres., General or Managing Agent
3902 13th Avenue South, Suite 3717
Fargo, ND 58103

2.945  **State what the contract or lease is for and the nature of the debtor's interest**   Non-Residential Real Property Lease 2nd Amendment-Chestnut Hill Square

**State the term remaining**   12/31/2023

**List the contract number of any government contract**

CHS Commerical Owner LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 2116

Debtor __Francesca's Collections, Inc.__  Case 20-13076-BLS  Doc 227  Filed 12/31/20  Page 483 of 605
Name
Case number _(if known)_ 20-13078

**2.946** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment-Chestnut Hill Square

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

CHS Commerical Owner LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 2116

---

**2.947** **State what the contract or lease is for and the nature of the debtor's interest**

Indenture of Lease - Chestnut Hill Square

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

CHS Commerical Owner LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 2116

---

**2.948** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Non-Disturbance and Attornment Agreement - Chestnut Hill Square

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

Teachers Insurance and Annuity Association of America
Attn: Pres., General or Managing Agent
730 Third Avenue
New York, NY 10017

---

**2.949** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Burr Ridge Village Center - Burr Ridge, IL

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

BRVC Owner, LLC
c/o Edwards Realty Company
Attn: Ramzi Hassan
14400 South John Humphrey Dr.
Suite 200
Orland Park, IL 60462

---

**2.950** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - - La Centerra at Cinco Ranch Leases

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

PR II LaCenterra, LP
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

---

**2.951** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Shopping Center Lease Agreement - LaCenterra at Cinco Ranch, L.P.

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

PR II LaCenterra, LP
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

Debtor ___Francesca's Collections, Inc.___
Name

Case number *(if known)* 20-13078____

**2.952** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Shopping Center Lease Agreement - La Centerra at Cinco Ranch Leases

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

PR II LaCenterra, LP
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

**2.953** **State what the contract or lease is for and the nature of the debtor's interest**

SNDA - La Centerra at Cinco Ranch Leases

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

Bank of America, N.A.
Attn: Commercial Real Estate Banking
370 17th Street, Suite 5195
Denver , CO 80202

**2.954** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Lease - La Centerra at Cinco Ranch Leases

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

PR II LaCenterra, LP
Attn: Legal Department
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

**2.955** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Grand Ridge Plaza II, LLC

**State the term remaining** 3/31/2024

**List the contract number of any government contract**

Grand Ridge Plaza II, LLC
Attn: Lease Administration
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**2.956** **State what the contract or lease is for and the nature of the debtor's interest**

Grand Ridge Plaza II, LLC

**State the term remaining** 3/31/2024

**List the contract number of any government contract**

Grand Ridge Plaza II, LLC
Attn: Lease Administration
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

**2.957** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Lease Amendment - Grand Ridge Plaza

**State the term remaining** 3/31/2024

**List the contract number of any government contract**

Grand Ridge Plaza II, LLC
Attn: Lease Administration
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment - Miracle Plaza | Miracle Tallahassee, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | c/o EFC Management Company, Inc. |
| | **List the contract number of any government contract** | | Attn: Joshua I. Page, Executive VP and COO 6000 Fairview Road, Suite 1200 Charlotte, NC 28310 |

| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement - Miracle Plaza | Miracle Tallahassee, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | c/o EFC Management Company, Inc. |
| | **List the contract number of any government contract** | | Attn: Joshua I. Page, Executive VP and COO 6000 Fairview Road, Suite 1200 Charlotte, NC 28310 |

| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Miracle Plaza - Tallahassee FL | Miracle Tallahassee, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | c/o EFC Management Company, Inc. |
| | **List the contract number of any government contract** | | Attn: Joshua I. Page, Executive VP and COO 6000 Fairview Road, Suite 1200 Charlotte, NC 28310 |

| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Cross Creek Mall - Fayetteville, NC | Cross Creek Mall SPE, L.P. |
|---|---|---|---|
| | **State the term remaining** | 5/31/2024 | c/o CBL & Associates Management, Inc. CBL Center, Suite 500 |
| | **List the contract number of any government contract** | | 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 |

| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease - Lynndale Shoppes - Greenville, NC | G & C Associates of Pitt County, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2024 | Attn: Pres., General or Managing Agent 505 Red Banks Road, STE A |
| | **List the contract number of any government contract** | | Greenville, NC 27858 |

| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lynndale Shoppes - Greenville, NC | G & C Associates of Pitt County, LLC |
|---|---|---|---|
| | **State the term remaining** | 1/31/2024 | Attn: Pres., General or Managing Agent 505 Red Banks Road, STE A |
| | **List the contract number of any government contract** | | Greenville, NC 27858 |

**2.964**  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - West End - St. Louis Park, MN

**State the term remaining**
8/31/2020

**List the contract number of any government contract**

Lincoln Retail REIT Services, LLC
2000 McKinney Avenue
Suite 1000
Attn: Stephen G. Seitz and Philip C. Pearson
Dallas , TX 75201

---

**2.965**  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Oakwood Mall - Eau Claire, WI

**State the term remaining**
2/29/2024

**List the contract number of any government contract**

Oakwood Hills Mall, LLC
c/o Oakwood Mall WI
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.966**  **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Southland Center - Taylor, MI

**State the term remaining**
1/31/2024

**List the contract number of any government contract**

Southland Center, LLC
Attn: General Manager
23000 Eureka Road
Taylor, MI 48180

---

**2.967**  **State what the contract or lease is for and the nature of the debtor's interest**
Lease Modification - Wiregrass Commons - Dothan, AL

**State the term remaining**
2/29/2024

**List the contract number of any government contract**

Wiregrass Realty LLC, Wiregrass CH LLC, Wiregrass Nassim LLC
c/o Namdar Realty LLC
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

---

**2.968**  **State what the contract or lease is for and the nature of the debtor's interest**
Letter Agreement re: Error - Wiregrass Commons - Dothan, AL

**State the term remaining**
2/29/2024

**List the contract number of any government contract**

Wiregrass Realty LLC, Wiregrass CH LLC, Wiregrass Nassim LLC
c/o Namdar Realty LLC
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

---

**2.969**  **State what the contract or lease is for and the nature of the debtor's interest**
First Amendment of Lease - Wiregrass Commons - Dothan, AL

**State the term remaining**
2/29/2024

**List the contract number of any government contract**

Wiregrass Realty LLC, Wiregrass CH LLC, Wiregrass Nassim LLC
c/o Namdar Realty LLC
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck, NY 11021

| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment of Lease - Wiregrass Commons - Dothan, AL | Wiregrass Realty LLC, Wiregrass CH LLC, Wiregrass Nassim LLC c/o Namdar Realty LLC Attn: Pres., General or Managing Agent 150 Great Neck Road, Ste 304 Great Neck, NY 11021 |
| | State the term remaining | 2/29/2024 | |
| | List the contract number of any government contract | | |

| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Wiregrass Commons - Dothan, AL | Wiregrass Realty LLC, Wiregrass CH LLC, Wiregrass Nassim LLC c/o Namdar Realty LLC Attn: Pres., General or Managing Agent 150 Great Neck Road, Ste 304 Great Neck, NY 11021 |
| | State the term remaining | 2/29/2024 | |
| | List the contract number of any government contract | | |

| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Village Mall - Auburn, AL | Auburn Mall, LLC c/o Hull Storey Retail Group, LLC d/b/a Hull Storey Gibson Companies, LLC Attn: James M. Hull 1190 Interstate Parkway Augusta, GA 30909 |
| | State the term remaining | 2/29/2024 | |
| | List the contract number of any government contract | | |

| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - River Park Square | River Park Square, LLC Attn: Pres., General or Managing Agent W. 999 Riverside Avenue Spokane, WA 99201 |
| | State the term remaining | 3/31/2024 | |
| | List the contract number of any government contract | | |

| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1st Amendment - River Park Square | River Park Square, LLC Attn: Pres., General or Managing Agent W. 999 Riverside Avenue Spokane, WA 99201 |
| | State the term remaining | 3/31/2024 | |
| | List the contract number of any government contract | | |

| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Atlantic Station | PPF RTL Atlantic Town Center, LLC c/o Morgan Stanley Real Estate Investing Attn: Devin Barnwell 3224 Peachtree Road, NE, 9th Floor Atlanta, GA 30326 |
| | State the term remaining | 3/31/2021 | |
| | List the contract number of any government contract | | |

2.976 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Modification of Lease - LL's Approval to Update Effective Date - Atlantic Station

**State the term remaining**  3/31/2021

**List the contract number of any government contract**

PPF RTL Atlantic Town Center, LLC
c/o Morgan Stanley Real Estate Investing
Attn: Devin Barnwell
3224 Peachtree Road, NE, 9th Floor
Atlanta, GA 30326

2.977 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - First Modification of Lease Agreement Fully Executed - Atlantic Station

**State the term remaining**  3/31/2021

**List the contract number of any government contract**

PPF RTL Atlantic Town Center, LLC
c/o Morgan Stanley Real Estate Investing
Attn: Devin Barnwell
3224 Peachtree Road, NE, 9th Floor
Atlanta, GA 30326

2.978 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Streets of Cranberry

**State the term remaining**  2/28/2024

**List the contract number of any government contract**

InvenTrust Property Management, LLC.
Attn: Pres., General or Managing Agent
2809 Butterfield Road, Suite 200
Oak Brook, IL 60523

2.979 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Southern Park Mall - Youngstown, OH

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

Southern Park Mall, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

2.980 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Termination Agreement

**State the term remaining**

**List the contract number of any government contract**

Mall at Longview, LLC
c/o Washington Prime Group
180 East Broad Street
Colombus, OH 43215

2.981 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property- Meriden Mall - Meriden, CT

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

Meriden Realty LLC
150 Great Neck Road
Suite 304
Great Neck, NY 11021

**2.982** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property- South Shore - Bayshore, NY

**State the term remaining**
4/30/2025

**List the contract number of any government contract**

Westland South Shore Mall, L.P.
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.983** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - SNDA - Village at Meridian

**State the term remaining**
2/28/2024

**List the contract number of any government contract**

Meridian CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

**2.984** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Lease - Village at Meridian

**State the term remaining**
2/28/2024

**List the contract number of any government contract**

Meridian CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

**2.985** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Amendment Fully Executed - Village at Meridian

**State the term remaining**
2/28/2024

**List the contract number of any government contract**

Meridian CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245

**2.986** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Shops at Rossmoor

**State the term remaining**
4/30/2024

**List the contract number of any government contract**

CPT Shops at Rossmoor, LLC
c/o AEW Capital Management, LP
Attn: Asset Management
601 South Figueroa Street, Suite 2150
Los Angeles, CA 90017

**2.987** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - 1st Amendment - Shops at Rossmoor

**State the term remaining**
4/30/2024

**List the contract number of any government contract**

CPT Shops at Rossmoor, LLC
c/o AEW Capital Management, LP
Attn: Asset Management
601 South Figueroa Street, Suite 2150
Los Angeles, CA 90017

2.988 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Promenade at Temecula

**State the term remaining**  2/28/2024

**List the contract number of any government contract**

Temecula Towne Center Associates L.P.
Terminal Tower
Attn: Pres., General or Managing Agent
50 Public Square, Suite 1360
Cleveland, OH 44113

2.989 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - SNDA T Executed - Promenade at Temecula

**State the term remaining**  2/28/2024

**List the contract number of any government contract**

Temecula Towne Center Associates L.P.
Terminal Tower
Attn: Pres., General or Managing Agent
50 Public Square, Suite 1360
Cleveland, OH 44113

2.990 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Manhattan Town Center

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

URBANCAL MANHATTAN TOWN CENTER, LLC
c/o Principal Real Estate Investors, LLC
Attn: CRE-Equities Team YARDI 623610
711 High Street
Des Moines, IA 50392

2.991 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Second Amendment Fully Executed - Manhattan Town Center

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

URBANCAL MANHATTAN TOWN CENTER, LLC
c/o Principal Real Estate Investors, LLC
Attn: CRE-Equities Team YARDI 623610
711 High Street
Des Moines, IA 50392

2.992 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - First Amendment Fully Executed - Manhattan Town Center

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

URBANCAL MANHATTAN TOWN CENTER, LLC
c/o Principal Real Estate Investors, LLC
Attn: CRE-Equities Team YARDI 623610
711 High Street
Des Moines, IA 50392

2.993 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Rent Relief Agreement T Executed - Manhattan Town Center

**State the term remaining**  2/29/2024

**List the contract number of any government contract**

URBANCAL MANHATTAN TOWN CENTER, LLC
c/o Principal Real Estate Investors, LLC
Attn: CRE-Equities Team YARDI 623610
711 High Street
Des Moines, IA 50392

| | | |
|---|---|---|
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Northpark Mall |
| | **State the term remaining** | 2/29/2024 |
| | **List the contract number of any government contract** | |

Macerich North Park Mall LLC
c/o Store Number 3365
Attn: Center Manager
320 West Kimberly Road
Davenport, IA 52806

| | | |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Rent Relief Agreement |
| | **State the term remaining** | 2/29/2024 |
| | **List the contract number of any government contract** | |

Macerich North Park Mall LLC
c/o Store Number 3365
Attn: Center Manager
320 West Kimberly Road
Davenport, IA 52806

| | | |
|---|---|---|
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Northpark Mall |
| | **State the term remaining** | 2/29/2024 |
| | **List the contract number of any government contract** | |

Macerich North Park Mall LLC
c/o Store Number 3365
Attn: Center Manager
320 West Kimberly Road
Davenport, IA 52806

| | | |
|---|---|---|
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lindale Mall - Cedar Rapids, IA |
| | **State the term remaining** | 3/31/2024 |
| | **List the contract number of any government contract** | |

Lindale Mall, LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

| | | |
|---|---|---|
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Cherryvale Mall - Rockford, IL |
| | **State the term remaining** | 6/30/2024 |
| | **List the contract number of any government contract** | |

Cherryvale Mall, LLC
c/o CBL & Associates Managemnet, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

| | | |
|---|---|---|
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Bel Air |
| | **State the term remaining** | 3/31/2024 |
| | **List the contract number of any government contract** | |

Bell Air Holding LLC
c/o Rouse Properties, LLC
Attn: General Counsel
200 Vesey Street, 25th Floor
New York, NY 10281

Debtor    Francesca's Collections, Inc.
Name                                                    Case number *(if known)* 20-13078

**2.1000** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Clackamas Town Center - Portland, OR

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Clackamas Mall L.L.C.
c/o Clackamas Town Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1001** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Clackamas Town Center - Portland, OR

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Clackamas Mall L.L.C.
c/o Clackamas Town Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1002** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Broward - Plantation, FL

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

Broward Mall, LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.1003** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendment

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Melbourne Square, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1004** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Melbourne

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Melbourne Square, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1005** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Seminole Towne Center Sanford, FL

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Seminole Mall Realty Holding, LLC
c/o Kohan Retail Investment Group
1010 Northern Blvd
Suite #212
Great Neck, NY 11021

**2.1006** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Streets

**State the term remaining**  5/31/2024

**List the contract number of any government contract**

Streets of Tanabourne, LLC
c/o Jones Lang LaSalle Americas, Inc.
Attn: General Manager
10050 NE Emma Way
Hillsboro, OR 97124

---

**2.1007** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment- Trenholm Plaza

**State the term remaining**  3/31/2022

**List the contract number of any government contract**

Trenholm Plaza (E&A), LLC
c/o Edens Limited Partnership
Attn: Legal Department
1221 Main Street
Suite 1000
Columbia, SC 29201

---

**2.1008** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Kirkwood Mall Acquisition LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1009** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lease Modification Agreement Fully Executed - Kirkwood

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Kirkwood Mall Acquisition LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1010** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Kirkwood

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

Kirkwood Mall Acquisition LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1011** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Columbia Mall - Grand Forks, ND

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

Columbia Grand Forks, LLC
c/o Columbia Mall
Attn: Mall Management
2800 Columbia Road
Grand Forks, ND 58201

| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Dakota Square | | Dakota Square Mall CMBS, LLC |
|---|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | | c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **List the contract number of any government contract** | | | |

| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - LMA Fully Executed - Dakota Square | | Dakota Square Mall CMBS, LLC |
|---|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | | c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **List the contract number of any government contract** | | | |

| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | | Dakota Square Mall CMBS, LLC |
|---|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | | c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **List the contract number of any government contract** | | | |

| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Dartmouth | | PR North Dartmouth LLC |
|---|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | | c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **List the contract number of any government contract** | | | |

| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Rent Relief Amendment Fully Executed - Dartmouth | | PR North Dartmouth LLC |
|---|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | | c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **List the contract number of any government contract** | | | |

| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Square One Mall: Saugus, MA | | Mayflower Square One, LLC |
|---|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **List the contract number of any government contract** | | | |

| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - 16 State Street - Newburyport, MA | 2-26 State Street Nominee Trust c/o Newburyport Manager LLC New England Development 75 Park Plaza Boston, MA 2116 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment of Lease - 16 State Street - Newburyport, MA | 2-26 State Street Nominee Trust c/o Newburyport Manager LLC New England Development 75 Park Plaza Boston, MA 2116 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 16 State Street - Newburyport, MA | 2-26 State Street Nominee Trust c/o Newburyport Manager LLC New England Development One Wells Avenue Newton, MA 2459 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment of Lease - 16 State Street - Newburyport, MA | 2-26 State Street Nominee Trust c/o Newburyport Manager LLC New England Development 75 Park Plaza Boston, MA 2116 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 1st Amendment - Fox Run Mall | Morgan Stanley c/o Andrew S. Bauman, Managing Director 1585 Broadway, 37th Fl New York, NY 10036 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tenant Exec. - Fox Run Mall | Morgan Stanley c/o Andrew S. Bauman, Managing Director 1585 Broadway, 37th Fl New York, NY 10036 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

**2.1024** **State what the contract or lease is for and the nature of the debtor's interest**

Notice of Change of Management - Fox Run Mall

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Morgan Stanley
c/o Andrew S. Bauman, Managing Director
1585 Broadway, 37th Fl
New York, NY 10036

---

**2.1025** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fox Run Mall

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Morgan Stanley
c/o Andrew S. Bauman, Managing Director
1585 Broadway, 37th Fl
New York, NY 10036

---

**2.1026** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Dover Mall Dover, DE

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Dover Mall, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.1027** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Rushmore Mall

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

2200 North Maple Avenue - 10071280 LLC
c/o Meade Hubby
Attn: KeyBank Real Estate
8115 Preston Road, Suite 800
Dallas, TX 75225

---

**2.1028** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Southern Hills - Sioux City, IA

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

Southern Hills Mall LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

---

**2.1029** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lease Modification Agreement Fully Executed - York Galleria

**State the term remaining**    7/30/2024

**List the contract number of any government contract**

York Galleria Limited Partnership
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | York Galleria Limited Partnership |
| | **State the term remaining** | 7/30/2024 | c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **List the contract number of any government contract** | | |

| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - York Galleria | York Galleria Limited Partnership |
| | **State the term remaining** | 7/30/2024 | c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | **List the contract number of any government contract** | | |

| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Amendment Fully Executed - Capital City Mall | PR CAPITAL CITY LIMITED PARTNERSHIP |
| | **State the term remaining** | 4/30/2024 | c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **List the contract number of any government contract** | | |

| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Capital City | PR CAPITAL CITY LIMITED PARTNERSHIP |
| | **State the term remaining** | 4/30/2024 | c/o PREIT Services, LLC Attn: Director, Legal 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 |
| | **List the contract number of any government contract** | | |

| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Christiana Mall | Christiana Mall LLC |
| | **State the term remaining** | 4/30/2024 | c/o Christiana Mall Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | **List the contract number of any government contract** | | |

| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lehigh Valley | Mall at Lehigh Valley, L.P. |
| | **State the term remaining** | 5/31/2024 | c/o Kravco Simon Company Attn: Pres., General or Managing Agent 225 West Washington St Indianapolis, IN 46204 |
| | **List the contract number of any government contract** | | |

**2.1036** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement Fully Executed - Lehigh Valley Mall

Mall at Lehigh Valley, L.P.
c/o Kravco Simon Company
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**   5/31/2024

**List the contract number of any government contract**

---

**2.1037** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Moorestown Mall - Moorestown, NJ

Moorestown Mall LLC
c/o PREIT Services, LLC
Attn: Director, Legal
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining**   4/30/2024

**List the contract number of any government contract**

---

**2.1038** **State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement

Wilton Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining**   4/30/2024

**List the contract number of any government contract**

---

**2.1039** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Wilton Mall

Wilton Mall, LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining**   4/30/2024

**List the contract number of any government contract**

---

**2.1040** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - CDA Fully Executed - Promenade at Virginia Gateway

CH Realty VII/R NOVA Promenade, L.L.C.
Attn: Asset Manager -Anna Cooley
3819 Maple Avenue
Dallas, TX 75219

**State the term remaining**   4/24/2024

**List the contract number of any government contract**

---

**2.1041** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Promenade at Virginia Gateway

CH Realty VII/R NOVA Promenade, L.L.C.
Attn: Asset Manager -Anna Cooley
3819 Maple Avenue
Dallas, TX 75219

**State the term remaining**   4/24/2024

**List the contract number of any government contract**

**2.1042** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Commencement and Expiration Date Agreement - Promenade at Virginia Gateway

CH Realty VII/R NOVA Promenade, L.L.C.
Attn: Asset Manager -Anna Cooley
3819 Maple Avenue
Dallas, TX 75219

**State the term remaining** 4/24/2024

**List the contract number of any government contract**

**2.1043** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Empire Mall

St. George Outlet Developement, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 4/30/2024

**List the contract number of any government contract**

**2.1044** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

St. George Outlet Developement, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 4/30/2024

**List the contract number of any government contract**

**2.1045** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - First Amendment to Lease Fully - Empire Mall

St. George Outlet Developement, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 4/30/2024

**List the contract number of any government contract**

**2.1046** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tyrone Square

Simon Capital GP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

**2.1047** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

Simon Capital GP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

**2.1048** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -First Amendment - Tyrone Square

Simon Capital GP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    5/31/2024

**List the contract number of any government contract**

**2.1049** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Bel Aire Plaza

Bel Aire Plaza, LLC
c/o Crosspoint Realty Services, Inc.
Attn: Propert Manager
208 Vintage Way, Suite 100
Novato, CA 94945

**State the term remaining**    5/31/2024

**List the contract number of any government contract**

**2.1050** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

Valley View Mall SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    8/31/2024

**List the contract number of any government contract**

**2.1051** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Valley View

Valley View Mall SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**    8/31/2024

**List the contract number of any government contract**

**2.1052** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination Agreement (Lease to Security Instrument) - Regency Square Mall - Florence, AL

H/S Florence, LLC
Attn: James M. Hull
1190 Interstate Parkway
Augusta, GA 30917-4227

**State the term remaining**    5/31/2024

**List the contract number of any government contract**

**2.1053** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination Agreement (Lease to Security Instrument) - Regency Square Mall - Florence, AL

Wells Fargo Bank, National Association
16 Broad Street, First Floor
MAC D3600-011
Attn: Ryan Montgomery
c/o Commercial Real Estate
Charleston, SC 29401

**State the term remaining**    5/31/2024

**List the contract number of any government contract**

**2.1054** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Regency Square Mall - Florence, AL

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

H/S Florence, LLC
c/o Hull Storey Retail Group, LLC d/b/a Hull Storey Gibson Companies, LLC
Attn: James M. Hull
1190 Interstate Parkway
Augusta, GA 30909

---

**2.1055** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pinnacle at Tutwiler Farm - Trussville, AL

**State the term remaining** 1/31/2020

**List the contract number of any government contract**

Tutwiler Pinnacle LLC
124 Johnson Ferry Road
Attn: President
c/o Gregory Greenfield & Associates, Ltd
Atlanta, GA 30328

---

**2.1056** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Burnsville

**State the term remaining** 8/31/2024

**List the contract number of any government contract**

Burnsville Center SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1057** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining** 8/31/2024

**List the contract number of any government contract**

Burnsville Center SPE, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1058** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fashion Square

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

The Farbman Group I, Inc dba NAI Farbman
Attn: Michael Kalil, Reveiver of Fashion Square Mall Reality, LLC
28400 Northwestern Highway, 4th Fl
Southfield, MI 48034

---

**2.1059** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment Rent Deferral- Fashion Square

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

The Farbman Group I, Inc dba NAI Farbman
Attn: Michael Kalil, Reveiver of Fasion Square Mall Reality, LLC
28400 Northwestern Highway, 4th Fl
Southfield, MI 48034

**2.1060** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Amendment - Sikes Center

**State the term remaining**  5/31/2024

**List the contract number of any government contract**

Sikes Senter, LLC
Attn: General Manager
3111 Midwestern Park·way. Suite 280
Wichita Falls, TX 76308

---

**2.1061** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Sikes Center

**State the term remaining**  5/31/2024

**List the contract number of any government contract**

Sikes Senter, LLC
Attn: General Manager
3111 Midwestern Park·way. Suite 280
Wichita Falls, TX 76308

---

**2.1062** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Westfield Fox Valley, Aurora, IL

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

Fox Valley Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

---

**2.1063** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1st Amendment - Belden Village

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

Belden Mall LLC
c/o Starwood Capital Group
Attn: Pres., General or Managing Agent
591 West Putnam Avenue
Greenwhich, CT 6830

---

**2.1064** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Starwood Global Amendment Fully Executed - Belden Village

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

Belden Mall LLC
c/o Starwood Capital Group
Attn: Pres., General or Managing Agent
591 West Putnam Avenue
Greenwhich, CT 6830

---

**2.1065** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Site Plan - Belden Village

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

Belden Mall LLC
c/o Starwood Capital Group
Attn: Pres., General or Managing Agent
591 West Putnam Avenue
Greenwhich, CT 6830

**2.1066** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Belden Village

**State the term remaining**   1/31/2025

**List the contract number of any government contract**

Belden Mall LLC
c/o Starwood Capital Group
Attn: Pres., General or Managing Agent
591 West Putnam Avenue
Greenwhich, CT 6830

**2.1067** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Brook 35 Plaza

**State the term remaining**   5/31/2024

**List the contract number of any government contract**

SEA GIRT LIMITED PARTNERSHIP
c/o Federal Realty Investment Trust
Attn: Legal Department
1626 East Jefferson Street
Rockville, MD 20852

**2.1068** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment to Lease Fully Executed - Brook 35 Plaza

**State the term remaining**   5/31/2024

**List the contract number of any government contract**

SEA GIRT LIMITED PARTNERSHIP
c/o Federal Realty Investment Trust
Attn: Legal Department
1626 East Jefferson Street
Rockville, MD 20852

**2.1069** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Brook 35 Plaza

**State the term remaining**   5/31/2024

**List the contract number of any government contract**

SEA GIRT LIMITED PARTNERSHIP
c/o Federal Realty Investment Trust
Attn: Legal Department
1626 East Jefferson Street
Rockville, MD 20852

**2.1070** **State what the contract or lease is for and the nature of the debtor's interest**

KOP Possesion Letter - King of Prussia

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

KING OF PRUSSIA ASSOCIATES
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1071** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - King of Prussia

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

KING OF PRUSSIA ASSOCIATES
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1072**  **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

KING OF PRUSSIA ASSOCIATES
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1073**  **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment - Rimrock Mall

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**2.1074**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Rimrock Mall

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**2.1075**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -Starwood Global Amendment Fully Executed - Rimrock Mall

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**2.1076**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lease v1 - Rimrock Mall

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**2.1077**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Second Amendment Fully Executed - Rimrock Mall

**State the term remaining**  7/31/2024

**List the contract number of any government contract**

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1078** State what the contract or lease is for and the nature of the debtor's interest

Updated Property Management - Rimrock Mall

State the term remaining    7/31/2024

List the contract number of any government contract

Rimrock Owner, L.P.
c/o SRP Property Management, LLC
Attn: Asset Management
1 East Wacker Dr, Ste 3600
Chicago, IL 60601

**2.1079** State what the contract or lease is for and the nature of the debtor's interest

Lease Termination Agreement

State the term remaining    4/30/2020

List the contract number of any government contract

Maplewood Mall Associates Limited Partnership
180 East Broad Street
21st Floor
Columbus, OH 43215

**2.1080** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - 1st Amendment T Executed - Brandon Town Center

State the term remaining    4/30/2025

List the contract number of any government contract

Brandon Shopping Center Partners, Ltd.
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

**2.1081** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Brandon Town Center

State the term remaining    4/30/2025

List the contract number of any government contract

Brandon Shopping Center Partners, Ltd.
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

**2.1082** State what the contract or lease is for and the nature of the debtor's interest

Westfield Brandon Francesca's Collections Lease - Brandon Town Center

State the term remaining    4/30/2025

List the contract number of any government contract

Brandon Shopping Center Partners, Ltd.
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

**2.1083** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - 1st Amendment - Brandon Town Center

State the term remaining    4/30/2025

List the contract number of any government contract

Brandon Shopping Center Partners, Ltd.
Attn: Legal Department
2049 Century Park East, 41st Fl
Los Angeles, CA 90067

**2.1084** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - T signed Commencement & Expiration Agreement - Downtown Summerlin

State the term remaining    10/31/2024

List the contract number of any government contract

The Shops at Summerlin North, LP
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Floor
13355 Noel Road
Dallas, TX 75240

**2.1085** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - 522 Commencement Date Agreement - Downtown Summerlin

State the term remaining    10/31/2024

List the contract number of any government contract

The Shops at Summerlin North, LP
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Floor
13355 Noel Road
Dallas, TX 75240

**2.1086** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - 1st Amendment - Downtown Summerlin

State the term remaining    10/31/2024

List the contract number of any government contract

The Shops at Summerlin North, LP
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Floor
13355 Noel Road
Dallas, TX 75240

**2.1087** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Downtown Summerlin

State the term remaining    10/31/2024

List the contract number of any government contract

The Shops at Summerlin North, LP
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Floor
13355 Noel Road
Dallas, TX 75240

**2.1088** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Paddock Mall

State the term remaining    10/31/2024

List the contract number of any government contract

Paddock Mall, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1089** State what the contract or lease is for and the nature of the debtor's interest

LMA No. 1 Fully Executed - Paddock Mall

State the term remaining    10/31/2024

List the contract number of any government contract

Paddock Mall, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1090** State what the contract or lease is for and the nature of the debtor's interest — Master Lease Amendement

State the term remaining — 10/31/2024

List the contract number of any government contract

Paddock Mall, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1091** State what the contract or lease is for and the nature of the debtor's interest — Tenant Exec - Paddock Mall

State the term remaining — 10/31/2024

List the contract number of any government contract

Paddock Mall, LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1092** State what the contract or lease is for and the nature of the debtor's interest — Deferral Agreement & Amendment Fully Executed - Avalon

State the term remaining — 10/31/2024

List the contract number of any government contract

PR Avalon Phase I Owner, LLC
c/o North American Properties-Atlanta, Ltd.
Attn: Operations Department
1175 Peachtree NE, Suite 1650
Atlanta, GA 30361

**2.1093** State what the contract or lease is for and the nature of the debtor's interest — Non-Residential Real Property Lease - Avalon

State the term remaining — 10/31/2024

List the contract number of any government contract

PR Avalon Phase I Owner, LLC
c/o North American Properties-Atlanta, Ltd.
Attn: Operations Department
1175 Peachtree NE, Suite 1650
Atlanta, GA 30361

**2.1094** State what the contract or lease is for and the nature of the debtor's interest — Non-Residential Real Property Lease - Fully Executed Commencement and Expiration Date - Avalon

State the term remaining — 10/31/2024

List the contract number of any government contract

PR Avalon Phase I Owner, LLC
c/o North American Properties-Atlanta, Ltd.
Attn: Operations Department
1175 Peachtree NE, Suite 1650
Atlanta, GA 30361

**2.1095** State what the contract or lease is for and the nature of the debtor's interest — Non-Residential Real Property Lease - Broadway Square

State the term remaining — 10/31/2024

List the contract number of any government contract

Simon Property Group (Texas), L.P.
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

2.1096  **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Broadway Square

Simon Property Group (Texas), L.P.
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**  10/31/2024

**List the contract number of any government contract**

---

2.1097  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

TB Mall at UTC, LLC
Attn: Pres., General or Managing Agent
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304-2324

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

2.1098  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

TB Mall at UTC, LLC
Attn: Pres., General or Managing Agent
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304-2324

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

2.1099  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

TB Mall at UTC, LLC
Attn: Pres., General or Managing Agent
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304-2324

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

2.1100  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment - Aspen Place - Flagstaff, AZ

Flagstaff Aspen Place, LLC and Big Aspen Place
c/o RED Development, LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

---

2.1101  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Aspen Place - Flagstaff, AZ

Flagstaff Aspen Place, LLC and Big Aspen Place
c/o RED Development, LLC
Attn: Pres., General or Managing Agent
One East Washington Street, Suite 300
Phoenix, AZ 85004

**State the term remaining**  2/28/2022

**List the contract number of any government contract**

| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | Commencement Date Memorandum - Aspen Place - Flagstaff, AZ | Flagstaff Aspen Place, LLC c/o RED Development, LLC Attn: Pres., General or Managing Agent One East Washington Street, Suite 300 Phoenix, AZ 85004 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Attornment and NonDistruance Agreement | Bankers Trust Company Attn: Justin Lutz 2325 East Camelback Road Suite 100 Phoenix, AZ 85016 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Attornment and NonDistruance Agreement | Flagstaff Aspen Place, LLC c/o RED Development, LLC Attn: Pres., General or Managing Agent One East Washington Street, Suite 300 Phoenix, AZ 85004 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment - Aspen Place - Flagstaff, AZ | Flagstaff Aspen Place, LLC and Big Aspen Place c/o RED Development, LLC Attn: Pres., General or Managing Agent One East Washington Street, Suite 300 Phoenix, AZ 85004 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Harbourside Place LLC Attn: Pres., General or Managing Agent 115 Front Street, Suite 300 Jupiter, FL 33477 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Amendment | Harbourside Place LLC Attn: Pres., General or Managing Agent 115 Front Street, Suite 300 Jupiter, FL 33477 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Attornment and Non-Disturbance Agreement | Natixis Real Estate Capital LLC<br>Attn: Real Estate Administration<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Harbourside Place LLC<br>Attn: Pres., General or Managing Agent<br>115 Front Street, Suite 300<br>Jupiter, FL 33477 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement | Harbourside Place LLC<br>Attn: Pres., General or Managing Agent<br>115 Front Street, Suite 300<br>Jupiter, FL 33477 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement | Harbourside Place LLC<br>Attn: Pres., General or Managing Agent<br>115 Front Street, Suite 300<br>Jupiter, FL 33477 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | Subordination, Attornment and Non-Disturbance Agreement | Natixis Real Estate Capital LLC<br>Attn: Real Estate Administration<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - | Harbourside Place LLC<br>Attn: Mark A Giresi, Esq.<br>1295 US Highway One, Suite 300<br>North Palm Beach, FL 33408 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |

2.1114 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

Town Square West, LLC
c/o Biltmore Farms, LLC
Attn: Property Management
One Town Square Boulevard, Ste 300
Asheville, NC 28803-5007

**State the term remaining**  2/28/2025

**List the contract number of any government contract**

---

2.1115 **State what the contract or lease is for and the nature of the debtor's interest**

Fundamental Lease Provisions

Town Square West, LLC
c/o Biltmore Farms, LLC
Attn: Property Management
One Town Square Boulevard, Ste 300
Asheville, NC 28803-5007

**State the term remaining**  2/28/2025

**List the contract number of any government contract**

---

2.1116 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- The Summit at Reno

G&I VII Reno Operating LLC
c/o Bayer Properties Incorporated
2222 Arlington Avenue
Birmingham, AL 35205

**State the term remaining**

**List the contract number of any government contract**

---

2.1117 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Muncie Mall - Muncie, IN

Muncie Mall, LLC
c/o M.S. Management Associates, Inc.
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**  2/28/2025

**List the contract number of any government contract**

---

2.1118 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, Rent Relief Amendment - Springfield Town Center, VA

PR Springfield Town Center LLC
c/o PREIT Services LLC
Attn: Gerneral Counsel, Lisa M. Most
6500 Springfield Mall, 3rd Fl
Philadelphia, PA 19102

**State the term remaining**  1/31/2023

**List the contract number of any government contract**

---

2.1119 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Springfield Town Center, VA

PR Springfield Town Center LLC
c/o PREIT Services LLC
Attn: Gerneral Counsel, Lisa M. Most
6500 Springfield Mall, 3rd Fl
Philadelphia, PA 19102

**State the term remaining**  1/31/2023

**List the contract number of any government contract**

**2.1120** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease Amendment - Springfield Town Center, VA

**State the term remaining** 1/31/2023

**List the contract number of any government contract**

PR Springfield Town Center LLC
c/o PREIT Services LLC
Attn: Gerneral Counsel, Lisa M. Most
6500 Springfield Mall, 3rd Fl
Philadelphia, PA 19102

**2.1121** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, Amendment of the Lease (Extension) - Springfield Town Center, VA

**State the term remaining** 1/31/2023

**List the contract number of any government contract**

PR Springfield Town Center LLC
c/o PREIT Services LLC
Attn: Gerneral Counsel, Lisa M. Most
6500 Springfield Mall, 3rd Fl
Philadelphia, PA 19102

**2.1122** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Annapolis Harbour Center Associates, LLLP
c/o Lerner Enterprises, LLC
Attn: Legal Department
2000 Tower Oaks Boulevard, 8th Fl
Rockville, MD 20852

**2.1123** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Annapolis Harbour Center Associates, LLLP
c/o Lerner Enterprises, LLC
Attn: Legal Department
2000 Tower Oaks Boulevard, 8th Fl
Rockville, MD 20852

**2.1124** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment - Edgewater Mall

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

American National Insurance Company
c/o Jim Wilson & Associates, LLC
Attn: Robert J. Kirchner, Vice President
2660 East Chase Lane, Ste 100
Montgomery, AL 36117

**2.1125** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Edgewater Mall

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

American National Insurance Company
c/o Jim Wilson & Associates, LLC
Attn: Robert J. Kirchner, Vice President
2660 East Chase Lane, Ste 100
Montgomery, AL 36117

**2.1126** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Collection at River Park - Oxnard, CA

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

SOCM I LLC
c/o Shea Properties Management Company, Inc
Attn: Legal Department
130 Vantis, Ste 200
Aliso Viejo, CA 92656

**2.1127** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Mall of Louisiana

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Mall of Louisiana, LLC
c/o Mall of Louisiana
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1128** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mall of Louisiana

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Mall of Louisiana, LLC
c/o Mall of Louisiana
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1129** **State what the contract or lease is for and the nature of the debtor's interest**

Confirmation of Lease Term - Princeton Marketfair

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Teachers Insurance and Annuity Association of America
c/o TIAA-CREF Global Real Estate
Attn: Richard L. Cadmus, Senior Director
730 Third Avenue
New York, NY 10017

**2.1130** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Princeton Marketfair

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Teachers Insurance and Annuity Association of America
c/o TIAA-CREF Global Real Estate
Attn: Richard L. Cadmus, Senior Director
730 Third Avenue
New York, NY 10017

**2.1131** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Princeton Marketfair

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

Teachers Insurance and Annuity Association of America
c/o TIAA-CREF Global Real Estate
Attn: Richard L. Cadmus, Senior Director
730 Third Avenue
New York, NY 10017

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1132** State what the contract or lease is for and the nature of the debtor's interest

Second Amendment to Lease - Princeton Marketfair

State the term remaining    2/28/2025

List the contract number of any government contract

Teachers Insurance and Annuity Association of America
c/o TIAA-CREF Global Real Estate
Attn: Richard L. Cadmus, Senior Director
730 Third Avenue
New York, NY 10017

**2.1133** State what the contract or lease is for and the nature of the debtor's interest

Lease Addendum

State the term remaining    1/0/1900

List the contract number of any government contract

Paoli Shopping Center, Inc.
c/o Brandolini Property Management, Inc.
Attn: Harry B Watts
1301 Lancaster Avenue
Berwyn, PA 19312

**2.1134** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease -

State the term remaining    1/0/1900

List the contract number of any government contract

Paoli Shopping Center, Inc.
c/o Brandolini Property Management, Inc.
Attn: Harry B Watts
1301 Lancaster Avenue
Berwyn, PA 19312

**2.1135** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - West Ridge Mall

State the term remaining    2/28/2025

List the contract number of any government contract

The Woodmont Company
Attn: Kim Welborn
2100 W. 7th Street
Fort Worth, TX 76107

**2.1136** State what the contract or lease is for and the nature of the debtor's interest

Tenant Acceptance of Demised Premesis Agreement- Town Center of Virginia Beach

State the term remaining    2/28/2020

List the contract number of any government contract

TCA Block 4 Retail, LLC
222 Central Park Avenue
Suite 2100
Virginia Beach, VA 23462

**2.1137** State what the contract or lease is for and the nature of the debtor's interest

Agreement Exercising Option and Modifying Rent Provision - 5 West 8th Street

State the term remaining    3/31/2025

List the contract number of any government contract

Geenen DeKock Properties, LLC
Attn: Pres., General or Managing Agent
13 West 8th Street, Suite 250
Holland, MI 49423

**2.1138** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 5 West 8th Street

Geenen DeKock Properties, LLC
Attn: Pres., General or Managing Agent
13 West 8th Street, Suite 250
Holland, MI 49423

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1139** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease - 5 West 8th Street

Geenen DeKock Properties, LLC
Attn: Pres., General or Managing Agent
13 West 8th Street, Suite 250
Holland, MI 49423

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1140** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement - Turtle Creek Mall

Turtle Creek Limited Partnership
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining** 6/30/2025

**List the contract number of any government contract**

---

**2.1141** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement - Turtle Creek Mall

Turtle Creek Limited Partnership
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining** 6/30/2025

**List the contract number of any government contract**

---

**2.1142** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Turtle Creek Mall

Turtle Creek Limited Partnership
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining** 6/30/2025

**List the contract number of any government contract**

---

**2.1143** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Oakview, Omaha, NE

TGA Oak View Mall LLC
c/o CBRE/MEGA
Attn: Amber Bakken
3001 S. 144th St.
Suite 2029
Omaha, NE 68144

**State the term remaining**

**List the contract number of any government contract**

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1144** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lakeview Pointe - Stillwater Oklahoma

**State the term remaining**    3/31/2025

**List the contract number of any government contract**

Lakeview Pointe Shopping Center, LLC
c/o Rubenstein Real Estate Co., LC
6310 Lamar
Suite 220
Overland Park, KS 66202

**2.1145** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease Agreement - Lakeview Pointe - Stillwater, OK

**State the term remaining**    3/31/2025

**List the contract number of any government contract**

Lakeview Pointe Shopping Center, LLC
c/o Rubenstein Real Estate Co., LC
6310 Lamar
Suite 220
Overland Park, KS 66202

**2.1146** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Sooner Mall

**State the term remaining**    3/31/2025

**List the contract number of any government contract**

Sooner Fashion Mall LLC
c/o Sooner Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1147** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Sooner Mall

**State the term remaining**    3/31/2025

**List the contract number of any government contract**

Sooner Fashion Mall LLC
c/o Sooner Mall
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1148** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Yorktown Center

**State the term remaining**    3/28/2025

**List the contract number of any government contract**

YTC Mall Owner, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway, Suite 1925
El Segundo, CA 90245

**2.1149** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease Agreement - Yorktown Center

**State the term remaining**    3/28/2025

**List the contract number of any government contract**

YTC Mall Owner, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway, Suite 1925
El Segundo, CA 90245

2.1150 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Yorktown Center

**State the term remaining**  3/28/2025

**List the contract number of any government contract**

YTC Mall Owner, LLC
Attn: Managing Principal
100 N. Pacific Coast Highway, Suite 1925
El Segundo, CA 90245

2.1151 **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement - Harford Mall

**State the term remaining**  4/30/2026

**List the contract number of any government contract**

Harford Mall Business Trust
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.1152 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement - Harford Mall

**State the term remaining**  4/30/2026

**List the contract number of any government contract**

Harford Mall Business Trust
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.1153 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Harford Mall

**State the term remaining**  4/30/2026

**List the contract number of any government contract**

Harford Mall Business Trust
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

2.1154 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Mall at Robinson

**State the term remaining**  2/28/2025

**List the contract number of any government contract**

Robinson Mall Associates, LLC
Attn: Pres., General or Managing Agent
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114-2619

2.1155 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mall at Robinson

**State the term remaining**  2/28/2025

**List the contract number of any government contract**

Robinson Mall Associates, LLC
Attn: Pres., General or Managing Agent
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114-2619

2.1156 **State what the contract or lease is for and the nature of the debtor's interest**
Second Amendment to Lease - Mall at Robinson

**State the term remaining**
2/28/2025

**List the contract number of any government contract**

Robinson Mall Associates, LLC
Attn: Pres., General or Managing Agent
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114-2619

---

2.1157 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Property Lease Amendment - Hamilton Mall - Mays Landing, NJ

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Hamiltion Mall Realty LLC, Hamiltion Mall CH LLC, and Hamiltion Nassim LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

---

2.1158 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Property Lease-Second Amendement - Hamilton Mall - Mays Landing, NJ

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Hamiltion Mall Realty LLC, Hamiltion Mall CH LLC, and Hamiltion Nassim LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

---

2.1159 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Property Lease-First Amendement-Hamilton Mall Realty LLC

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Hamiltion Mall Realty LLC, Hamiltion Mall CH LLC, and Hamiltion Nassim LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

---

2.1160 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Property Indenture of Lease - Hamilton Mall - Mays Landing, NJ

**State the term remaining**
3/31/2023

**List the contract number of any government contract**

Hamiltion Mall Realty LLC, Hamiltion Mall CH LLC, and Hamiltion Nassim LLC
c/o Namdar Realty Group
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

---

2.1161 **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Burlington Mall

**State the term remaining**
3/31/2025

**List the contract number of any government contract**

Bellwether Properties of Massachusetts Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

| 2.1162 | State what the contract or lease is for and the nature of the debtor's interest | Multilocation Rent Deferral Agreement - Burlington Mall | Bellwether Properties of Massachusetts Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | State the term remaining | 3/31/2025 | |
| | List the contract number of any government contract | | |

| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Genesee Valley Center Flint, MI | Genesee Mall Realty LLC Attn: General Manager 3341 South Linden Road Flint, MI 48507 |
| | State the term remaining | 3/31/2025 | |
| | List the contract number of any government contract | | |

| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - 1600 Mid Rivers Mall St. Peters, MO | Mid Rivers Mall CMBS, LLC c/o CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 |
| | State the term remaining | 9/30/2025 | |
| | List the contract number of any government contract | | |

| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment of Lease - Governor's Square - Tallahassee, FL | Governor's Square Mall, LLC c/o Governor's Square Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 3/31/2025 | |
| | List the contract number of any government contract | | |

| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Governor's Square - Tallahassee, FL | Governor's Square Mall, LLC c/o Governor's Square Attn: Law/Lease Administration Dept 350 N Orleans St., Ste 300 Chicago, IL 60654-1607 |
| | State the term remaining | 3/31/2025 | |
| | List the contract number of any government contract | | |

| 2.1167 | State what the contract or lease is for and the nature of the debtor's interest | Lease Modification Agreement - Northpark Mall | NorthPark Mall/Joplin, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Ste 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000 |
| | State the term remaining | 4/30/2026 | |
| | List the contract number of any government contract | | |

**2.1168** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement - Northpark Mall

NorthPark Mall/Joplin, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**  4/30/2026

**List the contract number of any government contract**

---

**2.1169** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Northpark Mall

NorthPark Mall/Joplin, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

**State the term remaining**  4/30/2026

**List the contract number of any government contract**

---

**2.1170** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Arbor Place - Douglasville, GA

Arbor Place II, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**State the term remaining**  6/30/2025

**List the contract number of any government contract**

---

**2.1171** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - Mall of Abilene

Partners Mall Abilene LLC
c/o Radiant Partners LLC
Attn: David Schonberger, Vice President
145 West 45th Street, 10th Fl
New York, NY 10036

**State the term remaining**  3/31/2025

**List the contract number of any government contract**

---

**2.1172** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mall of Abilene

Partners Mall Abilene LLC
c/o Radiant Partners LLC
Attn: David Schonberger, Vice President
145 West 45th Street, 10th Fl
New York, NY 10036

**State the term remaining**  3/31/2025

**List the contract number of any government contract**

---

**2.1173** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

Governor's Square Company
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

**State the term remaining**  3/31/2025

**List the contract number of any government contract**

**2.1174** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -

Governor's Square Company
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1175** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement - Valley View

PR Valley View Limited Partnership
c/o PREIT Services, LLC
Attn: General Counsel
2005 Market Street, Ste 1000
Philadelphia, PA 19103

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1176** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease Rent Restructure - Valley View

PR Valley View Limited Partnership
c/o PREIT Services, LLC
Attn: General Counsel
2005 Market Street, Ste 1000
Philadelphia, PA 19103

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1177** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Valley View

PR Valley View Limited Partnership
c/o PREIT Services, LLC
Attn: General Counsel
2005 Market Street, Ste 1000
Philadelphia, PA 19103

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1178** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral and Extension Amendment of Lease - Valley View

PR Valley View Limited Partnership
c/o PREIT Services, LLC
Attn: General Counsel
2005 Market Street, Ste 1000
Philadelphia, PA 19103

**State the term remaining** 3/31/2025

**List the contract number of any government contract**

---

**2.1179** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- The Mall at Greece Ridge

Greece Ridge, LLC
1265 Scottsville Road
Rochester, NY 14624

**State the term remaining** 7/31/2020

**List the contract number of any government contract**

**2.1180** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

**State the term remaining**  5/31/2025

**List the contract number of any government contract**

Hawthorne Pinecrest LLC
Attn: Asset Manager
PO Box 30174
Charlotte, NC 28230

---

**2.1181** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

KRG Kingwood Commons, LLC
c/o Kite Realty Group
Attn: Vice President of Property Operations
30 South Meridian, Ste 1100
Indianapolis, IN 46204

---

**2.1182** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Modification Agreement

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

KRG Kingwood Commons, LLC
c/o Kite Realty Group
Attn: Vice President of Property Operations
30 South Meridian, Ste 1100
Indianapolis, IN 46204

---

**2.1183** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

SM Mesa Mall, LLC
c/o WP Glimcher Inc.
Attn: General Counsel
180 East Broad St.
Columbus, OH 43215

---

**2.1184** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendement

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

SM Mesa Mall, LLC
c/o WP Glimcher Inc.
Attn: General Counsel
180 East Broad St.
Columbus, OH 43215

---

**2.1185** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Columbia Center - Kennewick, WA

**State the term remaining**  4/30/2025

**List the contract number of any government contract**

Columbia Mall Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

Debtor __Francesca's Collections, Inc.__
Name

Case number (if known) 20-13078___

**2.1186** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Columbia Center - Kennewick, WA

Columbia Mall Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**

4/30/2025

**List the contract number of any government contract**

**2.1187** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - Shelter Cove Towne Center

Shelter Cove III LLC
Attn: Sarah Davis
2743 Perimeter Pkwy
Bldg 100, Ste 370
Augusta, GA 30909

**State the term remaining**

6/17/2025

**List the contract number of any government contract**

**2.1188** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Non-Disturbance and Attornment Agreement - Shelter Cove Town Center

New York Life Insurance Company
c/o New York Life Real Estate Investors
Attn: Senior Director - Loan Administration
51 Madison Avenue
New York, NY 10010

**State the term remaining**

6/17/2025

**List the contract number of any government contract**

**2.1189** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Lease - Shelter Cove Towne Center

Shelter Cove III LLC
Attn: Sarah Davis
2743 Perimeter Pkwy
Bldg 100, Ste 370
Augusta, GA 30909

**State the term remaining**

6/17/2025

**List the contract number of any government contract**

**2.1190** **State what the contract or lease is for and the nature of the debtor's interest**

Commencement Agreement - Shelter Cove Town Center

Shelter Cove III LLC
Attn: Sarah Davis
2743 Perimeter Pkwy
Bldg 100, Ste 370
Augusta, GA 30909

**State the term remaining**

6/17/2025

**List the contract number of any government contract**

**2.1191** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Shelter Cove Towne Center

Shelter Cove III LLC
Attn: Sarah Davis
2743 Perimeter Pkwy
Bldg 100, Ste 370
Augusta, GA 30909

**State the term remaining**

6/17/2025

**List the contract number of any government contract**

**2.1192** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Belmar - Lakewood, CO

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Belmar Mainstreet Holdings I. LLC
Attn: Retail Documents
Jones Lang LaSalle Americas, Inc.
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

---

**2.1193** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Grand Traverse Mall

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Grand Traverse Mall, LLC
Attn: General Counsel
3200 South Airport Road W
Traverse City, MI 49684

---

**2.1194** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Grand Traverse Mall

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Grand Traverse Mall, LLC
Attn: General Counsel
3200 South Airport Road W
Traverse City, MI 49684

---

**2.1195** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -Grand Traverse Mall

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Grand Traverse Mall, LLC
Attn: General Counsel
3200 South Airport Road W
Traverse City, MI 49684

---

**2.1196** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Southgate Mall - Missoula, MT

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Southgate Mall Montana II LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

---

**2.1197** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendement- Southgate Mall - Missoula, MT

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Southgate Mall Montana II LLC
180 East Broad St., 21st Fl
Columbus, OH 43215

Debtor    Francesca's Collections, Inc.
          Name

Case number *(if known)* 20-13078

**2.1198** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Beechwood Promenade

Beechwood Promenade, LLC
c/o Austin Sumner Properties
248 Prince Avenue
Athens, GA 30601

**State the term remaining**

**List the contract number of any government contract**

**2.1199** **State what the contract or lease is for and the nature of the debtor's interest**

Option Rental Agreement - 985 Farmington Ave

Berea College, Sally Clark Bower and William Batterson Clark d/b/a Clark Investment Co.
Attn: Pres., General or Managing Agent
382 New Britain Avenue
Hartford, CT 06106-3832

**State the term remaining** 4/30/2025

**List the contract number of any government contract**

**2.1200** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 985 Farmington Ave

Berea College, Sally Clark Bower and William Batterson Clark d/b/a Clark Investment Co.
Attn: Pres., General or Managing Agent
382 New Britain Avenue
Hartford, CT 06106-3832

**State the term remaining** 4/30/2025

**List the contract number of any government contract**

**2.1201** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Agreement - 985 Farmington Ave

Berea College, Sally Clark Bower and William Batterson Clark d/b/a Clark Investment Co.
Attn: Pres., General or Managing Agent
382 New Britain Avenue
Hartford, CT 06106-3832

**State the term remaining** 4/30/2025

**List the contract number of any government contract**

**2.1202** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fashion Square Fully Executed Lease - Sherman Oaks

Sherman Oaks Fashion Associates, LP
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

**2.1203** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment -The Lakes Mall

Lakes Mall Realty LLC, Lakes Nassim LLC
c/o Namdar Realty
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

**2.1204** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Lakes Mall

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

Lakes Mall Realty LLC, Lakes Nassim LLC
c/o Namdar Realty
Attn: Pres., General or Managing Agent
150 Great Neck Road, Ste 304
Great Neck , NY 11021

---

**2.1205** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Santa Rosa Plaza - Santa Rosa, CA

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

EMI Santa Rosa Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.1206** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - FlatIron Crossing - Broomfield, CO

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Flatiron Property Holding, L.L.C.
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

---

**2.1207** **State what the contract or lease is for and the nature of the debtor's interest**

Master Rent Relief Agreement - FlatIron Crossing - Broomfield, CO

**State the term remaining**    4/30/2025

**List the contract number of any government contract**

Flatiron Property Holding, L.L.C.
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

---

**2.1208** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Agreement - Lakeside Village

**State the term remaining**    5/31/2025

**List the contract number of any government contract**

Casto-Oakridge Venture, Ltd.
c/o Casto Southeast Realty Services, LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

---

**2.1209** **State what the contract or lease is for and the nature of the debtor's interest**

Commencement Date Agreement - Lakeside Village

**State the term remaining**    5/31/2025

**List the contract number of any government contract**

Casto-Oakridge Venture, Ltd.
c/o Casto Southeast Realty Services, LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lakeside Village | Casto-Oakridge Venture, Ltd.<br>c/o Casto Southeast Realty Services, LLC<br>Attn: Legal Department<br>5391 Lakewood Ranch Boulevard, Ste 100<br>Sarasota, FL 34240 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lima Mall - Lima, OH | Mall at Lima, LLC<br>c/o WP Glimcher Inc.<br>Attn: General Counsel<br>180 East Broad St.<br>Columbus, OH 43215 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Amendement - Lima Mall - Lima, OH | Mall at Lima, LLC<br>c/o WP Glimcher Inc.<br>Attn: General Counsel<br>180 East Broad St.<br>Columbus, OH 43215 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Orange Park - Fully Executed Lease | Orange Park Mall, LLC<br>180 East Broad St., 21st Fl<br>Columbus, OH 43215 |
| | **State the term remaining** | 6/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Walden Galleria | Pyramid Walden Company, LP<br>Pyramid Management Group, LLC<br>Attn: Timothy J. Kelley, President<br>The Clinton Exchange<br>4 Clinton Square<br>Syracuse, NY 13202-1078 |
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Agreement - Walden Galleria | Pyramid Walden Company, LP<br>Pyramid Management Group, LLC<br>Attn: Timothy J. Kelley, President<br>The Clinton Exchange<br>4 Clinton Square<br>Syracuse, NY 13202-1078 |
| | **State the term remaining** | 8/31/2025 | |
| | **List the contract number of any government contract** | | |

**2.1216** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease -

**State the term remaining**      5/31/2025

**List the contract number of any government contract**

Chino Hills Mall LLC
Attn: Property Manager
13920 City Center Drive, Ste 200
Chino Hills, CA 91709

---

**2.1217** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Nondisturbance And Attornment Agreement - Rialto Finance, LLC

**State the term remaining**      6/30/2025

**List the contract number of any government contract**

Monarchs Sub, LLC
Attn: General Manager - John Colucci
8640 N. Dixon Avenue
Kansas City, MO 64153

---

**2.1218** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Nondisturbance And Attornment Agreement - Rialto Finance, LLC

**State the term remaining**      6/30/2025

**List the contract number of any government contract**

Monarchs Sub, LLC
Attn: General Manager - John Colucci
8640 N. Dixon Avenue
Kansas City, MO 64153

---

**2.1219** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Zona Rosa Shopping Center - Kansas City, MO

**State the term remaining**      6/30/2025

**List the contract number of any government contract**

Monarchs Sub, LLC
Attn: General Manager - John Colucci
8640 N. Dixon Avenue
Kansas City, MO 64153

---

**2.1220** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Zona Rosa Shopping Center - Kansas City, MO

**State the term remaining**      6/30/2025

**List the contract number of any government contract**

Monarchs Sub, LLC
Attn: General Manager - John Colucci
8640 N. Dixon Avenue
Kansas City, MO 64153

---

**2.1221** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1327 Third Avenue - New York City, NY

**State the term remaining**      1/31/2025

**List the contract number of any government contract**

MSH76LLC
c/o The Propeller Co. LLC
15 Maiden Lane
Suite 1300
New York, NY 10038

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**2.1222** State what the contract or lease is for and the nature of the debtor's interest

First Amendment to Retail Lease Agreement - 3128 M Street - Washington, DC

State the term remaining

7/31/2025

List the contract number of any government contract

Georgetown One, LLC
c/o Helene Brody Bushwick
13150 Glen Road
North Potomac, MD 20878

**2.1223** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Georgetown

State the term remaining

7/31/2025

List the contract number of any government contract

Georgetown One, LLC
c/o Helene Brody Bushwick
13150 Glen Road
North Potomac, MD 20878

**2.1224** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Village on the Parkway - Addison, TX

State the term remaining

7/31/2025

List the contract number of any government contract

5100 Beltline Road Investors, LLC
c/o UBS Realty Investors LLC
Attn: Pres., General or Managing Agent
2515 McKinney Ave, Suite 800
Dallas, TX 75201

**2.1225** State what the contract or lease is for and the nature of the debtor's interest

Lease Temination Agreement

State the term remaining

9/30/2020

List the contract number of any government contract

GD Thayer, LLC
c/o Gilbane Development Company
7 Jackson Walkway
Attn: Robert Gagliardi
Providence, RI 2903

**2.1226** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Fully Executed Lease - 201 Newbury Street

State the term remaining

10/31/2020

List the contract number of any government contract

201 Newbury-Prince LLC
c/o Atlas Commercial Real Estate LLC
41-55 North Road
Attn: Robert W. Macnamara
Bedford, MA 1730

**2.1227** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Weed Street District Retail Center

State the term remaining

8/31/2025

List the contract number of any government contract

Weed-Sheffield LLC
c/o CRM Properties Group
Attn: Director of Property Management
710 Robert York Ave., Unit D
Deerfield, IL 60015

**2.1228** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Second Amendment - 1143 Connecticut LLC

1143 Connecticut LLC
c/o The Jenco Group
Attn: Marvin Jawer
PO Box 65781

**State the term remaining** 8/31/2025

**List the contract number of any government contract**

---

**2.1229** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 1027 Westwood Blvd - Westwood, CA

Duesenberg Investment Company, LLC
c/o Topa Management Company
Attn: Property Manager
1800 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**State the term remaining** 10/31/2025

**List the contract number of any government contract**

---

**2.1230** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Liberty Center - Liberty Township, OH

Liberty Center LLC
c/o Apollo Commercial Real Estate Finance, Inc.
Attn: Rachel Hunter
9 West 57th Street
New York, NY 10019

**State the term remaining** 10/31/2025

**List the contract number of any government contract**

---

**2.1231** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Liberty Center - Liberty Township, OH

Liberty Center LLC
c/o Apollo Commercial Real Estate Finance, Inc.
Attn: Rachel Hunter
9 West 57th Street
New York, NY 10019

**State the term remaining** 10/31/2025

**List the contract number of any government contract**

---

**2.1232** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - Fremaux - Slidell, LA

Fremaux Town Center, SPE, L.L.C.,
c/o Slidell Development Company, LLC
Attn: G. Townsend Underhill, IV, SVP of Development
109 Northpark Blvd, Ste 300
Covington, LA 70433

**State the term remaining** 10/31/2025

**List the contract number of any government contract**

---

**2.1233** **State what the contract or lease is for and the nature of the debtor's interest**

Shopping Center Lease - Fremaux - Slidell, LA

Fremaux Town Center, SPE, L.L.C.,
c/o Slidell Development Company, LLC
Attn: G. Townsend Underhill, IV, SVP of Development
109 Northpark Blvd, Ste 300
Covington, LA 70433

**State the term remaining** 10/31/2025

**List the contract number of any government contract**

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1234** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Fremaux - Slidell, LA

Fremaux Town Center, SPE, L.L.C.,
c/o Slidell Development Company, LLC
Attn: G. Townsend Underhill, IV, SVP of Development
109 Northpark Blvd, Ste 300
Covington, LA 70433

**State the term remaining**

10/31/2025

**List the contract number of any government contract**

**2.1235** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Spotsylvania Towne Centre - Fredericksburg, VA

Spotsylvania Mall Company
Attn: Legal Department
5577 Youngstown-Warren Road
Niles, OH 44446

**State the term remaining**

10/31/2025

**List the contract number of any government contract**

**2.1236** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment (Rent Deferrement) - Spotsylvania Towne Centre - Fredericksburg, VA

Spotsylvania Mall Company
Attn: Legal Department
5577 Youngstown-Warren Road
Niles, OH 44446

**State the term remaining**

10/31/2025

**List the contract number of any government contract**

**2.1237** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Rivercenter Mall - San Antonio, TX

New Rivercenter Mall, II, LP.
c/o Shops at Rivercenter
Attn: General Manager
849 E. Commerce, Suite 895
San Antonio, TX 78205

**State the term remaining**

8/31/2027

**List the contract number of any government contract**

**2.1238** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 318 Washington St. - Hoboken, NJ

Rani Management LLC
Attn: Pres., General or Managing Agent
571 West 183rd Street
New York, NY 10033

**State the term remaining**

2/28/2026

**List the contract number of any government contract**

**2.1239** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - 318 Washington St. - Hoboken, NJ

Rani Management LLC
Attn: Pres., General or Managing Agent
571 West 183rd Street
New York, NY 10033

**State the term remaining**

2/28/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Deferral Agreement Letter - Winter Park Village - Winter Park, FL |
| | **State the term remaining** | 11/30/2025 |
| | **List the contract number of any government contract** | |

Winter Park Town Center, Ltd.
c/o Castro Southeast Realty Services LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

| | | |
|---|---|---|
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Winter Park Village - Winter Park, FL |
| | **State the term remaining** | 11/30/2025 |
| | **List the contract number of any government contract** | |

Winter Park Town Center, Ltd.
c/o Castro Southeast Realty Services LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

| | | |
|---|---|---|
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, Modification Agreement - Winter Park Village - Winter Park, FL |
| | **State the term remaining** | 11/30/2025 |
| | **List the contract number of any government contract** | |

Winter Park Town Center, Ltd.
c/o Castro Southeast Realty Services LLC
Attn: Legal Department
5391 Lakewood Ranch Boulevard, Ste 100
Sarasota, FL 34240

| | | |
|---|---|---|
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Golden Triangle - Denton, TX |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | |

GTM Denton, Ltd.
c/o Cencor Realty Services
Attn: Asset Manager/Legal Department
3102 Maple Avenue, Suite 500
Dallas, TX 75201

| | | |
|---|---|---|
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, Amendment - Golden Triangle - Denton, TX |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | |

GTM Denton, Ltd.
c/o Cencor Realty Services
Attn: Asset Manager/Legal Department
3102 Maple Avenue, Suite 500
Dallas, TX 75201

| | | |
|---|---|---|
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - West Park Mall - Cape Girardeau, MO |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Centro West Park LLC
West Park Mall
Attn: General Manager
3049 William Street
Cape Girardeau, MO 63703

Debtor  Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**2.1246** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pacific City - Hunnington Beach, CA

**State the term remaining**  3/4/2026

**List the contract number of any government contract**

PC Group Retail, LLC
c/o DJM Capital Partners, Inc.
Attn: Eric Sahn
60 South Market Street, Suite 1120
San Jose, CA 95113

**2.1247** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, Amendment T (Deferred Rent) - Pacific City - Hunnington Beach, CA

**State the term remaining**  3/4/2026

**List the contract number of any government contract**

PC Group Retail, LLC
c/o DJM Capital Partners, Inc.
Attn: Eric Sahn
60 South Market Street, Suite 1120
San Jose, CA 95113

**2.1248** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 152 Montague - Brooklyn, NY

**State the term remaining**  12/31/2025

**List the contract number of any government contract**

152 Montague Street CC LLC
c/o The Clearstone Group
Attn: Daniel Kirzner
2365 Nostrand Ave.
2nd Floor
Brooklyn, NY 11210

**2.1249** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Frontier Mall

**State the term remaining**  4/30/2027

**List the contract number of any government contract**

Frontier Mall Associates Limited Partnership
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**2.1250** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - 2515 University Blvd - Houston, TX

**State the term remaining**  2/28/2023

**List the contract number of any government contract**

R & B University Village, Ltd.
Attn: Property Management
1800 St. James Place, Suite 300
Houston, TX 77056

**2.1251** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - 2515 University Blvd - Houston, TX

**State the term remaining**  2/28/2023

**List the contract number of any government contract**

R & B University Village, Ltd.
Attn: Property Management
1800 St. James Place, Suite 300
Houston, TX 77056

| | | |
|---|---|---|
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - R&B Village Shopping Center - Houston, TX |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | |

R & B University Village, Ltd.
Attn: Property Management
1800 St. James Place, Suite 300
Houston, TX 77056

| | | |
|---|---|---|
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Louis Joliet Mall - Joliet, IL |
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

SRP Property Management, LLC
Attention to: Lease Coordination
One East Wacker Drive
Suite 3700
Chicago, IL 60601

| | | |
|---|---|---|
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | Francesca's - Starwood GLobal Amendment to Lease - Louis Joliet Mall - Joliet, IL |
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

SRP Property Management, LLC
Attention to: Lease Coordination
One East Wacker Drive
Suite 3700
Chicago, IL 60601

| | | |
|---|---|---|
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Sangertown Square - New Hartford, NY |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Sangertown Square L.L.C.
Attn: Management
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202

| | | |
|---|---|---|
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease , Starwood Global Amendment (Deferred Rent Period) - The Promenade at Bolingbrook - Bolingbrook, IL |
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

SOF-IX PB Owner, LP
Jones Lang LaSalle Americas, Inc.
Attn: Retail Documents
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

| | | |
|---|---|---|
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Promenade at Bolingbrook - Bolingbrook, IL |
| | **State the term remaining** | 3/31/2026 |
| | **List the contract number of any government contract** | |

SOF-IX PB Owner, LP
Jones Lang LaSalle Americas, Inc.
Attn: Retail Documents
6365 Halcyon Way, Suite 970
Alpharetta, GA 30005

**2.1258** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Westview Promenade - Frederick, MD

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

Hill Management Services, Inc.
Attn: Pres., General or Managing Agent
9640 Deereco Road
Timonium, MD 21093

**2.1259** **State what the contract or lease is for and the nature of the debtor's interest**

License Agreement - Pylon Signage - Westview Promenade - Frederick, MD

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

Hill Management Services, Inc.
Attn: Pres., General or Managing Agent
9640 Deereco Road
Timonium, MD 21093

**2.1260** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Westview Promenade - Frederick, MD

**State the term remaining** 5/31/2027

**List the contract number of any government contract**

Hill Management Services, Inc.
Attn: Pres., General or Managing Agent
9640 Deereco Road
Timonium, MD 21093

**2.1261** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Shops at St. Johns Town Center - Jacksonville, FL

**State the term remaining** 3/31/2026

**List the contract number of any government contract**

Shops at St. Johns, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1262** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - St. Johns Town Center

**State the term remaining** 3/31/2026

**List the contract number of any government contract**

Shops at St. Johns, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1263** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Galleria at Crystal Run - Middletown, NY

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

Crystal Run Newco LLC
Attn: Management
The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202

| | | |
|---|---|---|
| **2.1264** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Honey Creek Mall - Terre Haute, IN | Honey Creek Investments, LLC c/o Out of the Box Holdings LLC Attn: General Counsel 4218 NE 2nd Ave Miami, FL 33137 |
| **State the term remaining** | 1/31/2027 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1265** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Eastwood Mall Shopping Center - Niles, OH | The Marion Plaza, Inc. Attn: Pres., General or Managing Agent 5577 Youngstown-Warren Road Niles, OH 44446 |
| **State the term remaining** | 4/30/2026 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1266** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Eastwood Mall Shopping Center - Niles, OH | The Marion Plaza, Inc. Attn: Pres., General or Managing Agent 5577 Youngstown-Warren Road Niles, OH 44446 |
| **State the term remaining** | 4/30/2026 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1267** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southlake Mall - Merrillville, IN | Starwood Retail Property Management, LLC c/o Jong Land LaSalle Americas Inc Attn: Retail Documents 6365 Halcyon Way, Suite 970 Alpharetta, GA 30005 |
| **State the term remaining** | 4/30/2026 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1268** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Southwest Plaza - Littleton, CO | Southwest Plaza LLC Attn: Law/Lease Administration Department 350 N. Orleans St., Ste 300 Chicago, IL 60654-1607 |
| **State the term remaining** | 5/31/2026 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1269** **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Chico Mall - Chico, CA | Ethan Conrad Properties Attn: Pres., General or Managing Agent 1300 National Drive, Suite 100 Sacramento, CA 95834 |
| **State the term remaining** | 5/31/2028 | |
| **List the contract number of any government contract** | | |

**2.1270** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease First Amendment - Chico Mall - Chico, CA

Ethan Conrad Properties
Attn: Pres., General or Managing Agent
1300 National Drive, Suite 100
Sacramento, CA 95834

**State the term remaining** 5/31/2028

**List the contract number of any government contract**

---

**2.1271** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hudson Villiage - Hudson, OH

Hudson Village Development Company, LLC
c/o Fairmount Properties
Attn: Fabi Miller
1138 West 9th Street, Ste 200, Suite 200
Cleveland, OH 44113

**State the term remaining** 5/31/2026

**List the contract number of any government contract**

---

**2.1272** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Letter - Disney Springs - Buena Vista, FL

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Operating Participants Department
Attn: Vice President - Operating Participants
1825 Live Oak Lane
Lake Buena Vista, FL 32830

**State the term remaining** 5/31/2023

**List the contract number of any government contract**

---

**2.1273** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - Disney Springs - Buena Vista, FL

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Operating Participants Department
Attn: Vice President - Operating Participants
1825 Live Oak Lane
Lake Buena Vista, FL 32830

**State the term remaining** 5/31/2023

**List the contract number of any government contract**

---

**2.1274** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Disney Springs Area - Buena Vista, FL

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Resort-Operating Participant Dept.
Attn: Vice President - Operating Participants
1825 Live Oak Lane
Lake Buena Vista, FL 32830

**State the term remaining** 5/31/2023

**List the contract number of any government contract**

---

**2.1275** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Galleria at Sunset - Henderson, NV

BPC Henderson, LLC
Attn: Associate General Counsel, Leasing
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114

**State the term remaining** 4/30/2021

**List the contract number of any government contract**

| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Hamburg Pavilion - Lexington, KY | HAP Property Owner LP c/o Core Property MGMT, LLC 410 Peachtree Parkway Suite 4165 Cumming, GA 30041 |
| | **State the term remaining** | 4/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mosiac District - Merrfield, VA | Eskridge (E&A), LLC c/o Edens Limited Partnership Attn: Legal Department 1221 Main Street, Ste 1000 Columbia , SC 29201 |
| | **State the term remaining** | 6/30/2021 | |
| | **List the contract number of any government contract** | | |

| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease The Tower and Crescent Shops at The Pinnacle - Briston, TN | Pinnacle North IV, LLC Attn: Steve Johnson 601 State Street, 6th Fl Bristol, VA 24201 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - The Tower and Crescent Shops at The Pinnacle - Briston, TN | Pinnacle North IV, LLC Attn: Steve Johnson 601 State Street, 6th Fl Bristol, VA 24201 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Valley Hills Mall - Hickory, NC | Valley Hills Mall L.L.C. c/o Rouse Properties, LLC Attn: General Counsel 200 Vesey Street, 25th Floor New York, NY 10281 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment (Deferred Rent) - Colonie Center - Albany, NY | KRE Colonie Owner LLC Attn: Managing Principal 100 N. Pacific Coast Highway, Suite 1925 El Segundo, CA 90245 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

**2.1282**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Colonie Center - Albany, NY

**State the term remaining**    5/31/2026

**List the contract number of any government contract**

KRE Colonie Owner LLC
Attn: Managing Principal
100 North Sepulveda Blvd, Suite 1925
El Segundo, CA 90245

---

**2.1283**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Mashpee Commons - Mashpee, MA

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

Mashpee Commons II, LLC
c/o Mashpee Commons Limited Partnership
Mashpee Commons
PO Box 1530
Mashpee, MA 2649

---

**2.1284**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Highland Court - Oxford, MS

**State the term remaining**    8/31/2026

**List the contract number of any government contract**

Highland Court Oxford, LLC
Attn: David Blackburn
2088 Old Taylor Road
Oxford, MS 38655

---

**2.1285**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Shops on Lane - Upper Arlington, OH

**State the term remaining**    4/30/2020

**List the contract number of any government contract**

Lane Avenue 450 LLC
31500 Northwestern Highway
Suite 300
Farmington Hills, MI 48334

---

**2.1286**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 5301 N Clark - Chicago, IL

**State the term remaining**    5/31/2026

**List the contract number of any government contract**

Starbuck Capital II LLC and Ox Pond Capital LLC
1519 N. State Parkway #3
Chicago, IL 60610

---

**2.1287**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Jefferson Mall - Louisville, KY

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Jefferson Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000

**2.1288** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Denver Entertainment and Fashion Pavilions - Denver, CO

**State the term remaining**    9/30/2026

**List the contract number of any government contract**

Denver Pavilions Owenerco, LLC
c/o General Manager
Management Office
500-16th Street
Denver, CO 80202

---

**2.1289** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease
Beachwood Place - Beachwood, OH

**State the term remaining**    8/31/2026

**List the contract number of any government contract**

Beachwood Place Mall, LLC
c/o Beachwood Place
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

---

**2.1290** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement - Richland Mall

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

CBL RM-Waco, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1291** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Richland Mall - Waco, TX

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

CBL RM-Waco, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1292** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment Corrected-- Killeen Mall - Killeen, TX

**State the term remaining**    9/30/2026

**List the contract number of any government contract**

Wells Fargo Bank, NA as Trustee for CSMS 2008-C1
c/o C-III Asset Management LLC
5221 N. O'Connor Blvd
Suite 800
Irving, TX 75039

---

**2.1293** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment - Killeen Mall - Killeen, TX

**State the term remaining**    9/30/2026

**List the contract number of any government contract**

Wells Fargo Bank, NA as Trustee for CSMS 2008-C1
c/o C-III Asset Management LLC
5221 N. O'Connor Blvd
Suite 800
Irving, TX 75039

2.1294 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 2nd Amendment- Killeen Mall - Killeen, TX

**State the term remaining** 9/30/2026

**List the contract number of any government contract**

Wells Fargo Bank, NA as Trustee for CSMS 2008-C1
c/o C-III Asset Management LLC
5221 N. O'Connor Blvd
Suite 800
Irving, TX 75039

2.1295 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Killeen Mall - Killeen, TX

**State the term remaining** 9/30/2026

**List the contract number of any government contract**

Wells Fargo Bank, NA as Trustee for CSMS 2008-C1
c/o C-III Asset Management LLC
5221 N. O'Connor Blvd
Suite 800
Irving, TX 75039

2.1296 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Rolling Oaks Mall - San Antonio, TX

**State the term remaining** 9/30/2026

**List the contract number of any government contract**

Rolling Oaks Mall, LLC
c/o M.S. Management Associated Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

2.1297 **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Amendement - Rolling Oaks Mall - San Antonio, TX

**State the term remaining** 9/30/2026

**List the contract number of any government contract**

Rolling Oaks Mall, LLC
c/o M.S. Management Associated Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

2.1298 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Domain Northside - Austin, TX

**State the term remaining** 10/31/2021

**List the contract number of any government contract**

Domain Northside Retail Property Owner LP
c/o Domain Northside Management Office
Attn: General Manager
11821 Rock Rose Ave., Suite 142
Austin, TX 78758

2.1299 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Domain Northside - Austin, TX

**State the term remaining** 10/31/2021

**List the contract number of any government contract**

Domain Northside Retail Property Owner LP
c/o Domain Northside Management Office
Attn: General Manager
11821 Rock Rose Ave., Suite 142
Austin, TX 78758

Debtor    Francesca's Collections, Inc.
          Name

Case number *(if known)* 20-13078

| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Newpark Mall - Newark, CA | NewPark Mall, LP<br>Attn: General Counsel<br>1114 Avenue of the Americas<br>Suite 2800<br>New York, NY 10036 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | Commencement Date Agreement - The Shops at Perry Crossing - Plainfield, IN | Metropolis Lifestyle Center, LLC<br>Attn: Legal Department<br>2650 Thousand Oaks Boulevard, Suite 3150 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment (Rent Deferral) - Perry Crossing - Plainfield, IN | Metropolis Lifestyle Center, LLC<br>Attn: Legal Department<br>2650 Thousand Oaks Boulevard, Suite 3150 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Perry Crossing - Plainfield, IN | Metropolis Lifestyle Center, LLC<br>Attn: Legal Department<br>2650 Thousand Oaks Boulevard, Suite 3150 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - The Gardens Mall - Palm Beach Gardens, FL | Forbes/Cohen Florida Properties Limited Partnership<br>100 Galleria Officentre<br>Suite 427<br>Southfield, MI 48034 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Gardens Mall - Palm Beach Gardens, FL | Forbes/Cohen Florida Properties Limited Partnership<br>100 Galleria Officentre<br>Suite 427<br>Southfield, MI 48034 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Victoria Mall - Victoria, TX | Victoria Mall, LP c/o Hull Property Group, LLC Attn: Legal - James M. Hull 1190 Interstate Parkway Augusta, GA 30909 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Mall at Fairfield Commons - Beavercreek, OH | MFC Beavercreek, LLC c/o WP Glimcher 180 East Broad St., 21st Fl Columbus, OH 43215 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Barton Creek Square - Austin, TX | Simon Property Group (Texas), LP c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Barton Creek Square | Simon Property Group (Texas), LP c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Lakeline Mall - Cedar Park, TX | Lakeline Developers c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Lakeline Mall | Lakeline Developers c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1312 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Monterey Street - San Luis Obispo, CA | TMC Mission, LLC and JCC Mission, LLC Attn: Property Manager PO Box 12260 1026 Chorro Street, Ste 200 San Luis Obispo, CA 93406 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1313 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Monterey Street - San Luis Obispo, CA | TMC Mission, LLC and JCC Mission, LLC Attn: Property Manager PO Box 12260 1026 Chorro Street, Ste 200 San Luis Obispo, CA 93406 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Johnson City Mall - Johnson City, TN | Johnson City Mall, LLC Attn: Pres., General or Managing Agent 180 East Broad St., 21st Fl Columbus, OH 43215 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment (Deferred Rent) - Johnson City Mall - Johnson City, TN | Johnson City Mall, LLC Attn: Pres., General or Managing Agent 180 East Broad St., 21st Fl Columbus, OH 43215 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Agreement - Uptown Plaza - Phoenix, AZ | Levine Investments, LP c/o Pacifica Retail Attn: Pres., General or Managing Agent 2801 E. Camelback Road, Suite 450 Phoenix, AZ 85016 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Rent Relief Agreement - Uptown Plaza - Phoenix, AZ | Levine Investments, LP c/o Pacifica Retail Attn: Pres., General or Managing Agent 2801 E. Camelback Road, Suite 450 Phoenix, AZ 85016 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Uptown Plaza - Phoenix, AZ | Levine Investments, LP<br>c/o Pacifica Retail<br>Attn: Pres., General or Managing Agent<br>2801 E. Camelback Road, Suite 450<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Sundance Square - Fort Worth, TX | Sundance Plaza Properties, LLC<br>c/o Henry S. MIller Companies<br>Attn: Managing Director - Henry S. Miller<br>425 Houston Street, Suite 250<br>Fort Worth, TX 76102 |
| | **State the term remaining** | 2/25/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Mall at Wellington Green - Wellington, FL | TM Wellington Green Mall, LP<br>Starwood Retail Property Management, LLC<br>c/o SRP Property Management, LLC<br>One East Wacker Drive, Suite 3700<br>Chicago, IL 60601 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, Starwood Global Amendment - The Mall at Wellington Green - Wellington, FL | TM Wellington Green Mall, LP<br>Starwood Retail Property Management, LLC<br>c/o SRP Property Management, LLC<br>One East Wacker Drive, Suite 3700<br>Chicago, IL 60601 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Providence Marketplace Shopping Center Mount Juliet, TN 37122 | Providence Retail LLC<br>c/o CIM Investment Advisors, LLC<br>Attn: General Counsel<br>4700 Wilshire Blvd.<br>Los Angeles, CA 90010 |
| | **State the term remaining** | 2/28/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Kitsap Mall Silverdale, WA | Gregory T. Maloney, Receiver - Kitsap Mall<br>c/o Jones Lang Lasalle Americas, Inc.<br>Attn: Retail Documents<br>6365 Halcyon Way, Suite 970<br>Alpharetta, GA 30005 |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

**2.1324** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - The Corners of Brookfield - Milwaukee, WI

**State the term remaining**   4/30/2027

**List the contract number of any government contract**

Brookfield Corners LLC
c/o the Bradford Real Estate Companies
Attn: Jay Eck
30 S. Wacker Dr., Ste 2850
Chicago, IL 60606

**2.1325** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Corners of Brookfield - Milwaukee, WI

**State the term remaining**   4/30/2027

**List the contract number of any government contract**

Brookfield Corners LLC
c/o the Bradford Real Estate Companies
Attn: Jay Eck
30 S. Wacker Dr., Ste 2850
Chicago, IL 60606

**2.1326** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination Agreement - The Corners of Brookfield - Milwaukee, WI

**State the term remaining**   4/30/2027

**List the contract number of any government contract**

BMO Harris Bank N.A.
111 W. Monroe Street
Chicago, IL 60603

**2.1327** **State what the contract or lease is for and the nature of the debtor's interest**

Commencement Date Memorandum - The Corners of Brookfield - Milwaukee, WI

**State the term remaining**   4/30/2027

**List the contract number of any government contract**

Brookfield Corners LLC
c/o the Bradford Real Estate Companies
Attn: Jay Eck
30 S. Wacker Dr., Ste 2850
Chicago, IL 60606

**2.1328** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Hill Center Brentwood - Brentwood, TN

**State the term remaining**   6/30/2027

**List the contract number of any government contract**

HC Brentwood Phase One, ABC, LLC
c/o H.G. Hill Realty Company, LLC
Attn: C.E.O
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**2.1329** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment (Rent Deferral) - Hill Center Brentwood - Brentwood, TN

**State the term remaining**   6/30/2027

**List the contract number of any government contract**

HC Brentwood Phase One, ABC, LLC
c/o H.G. Hill Realty Company, LLC
Attn: C.E.O
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1330**  **State what the contract or lease is for and the nature of the debtor's interest**

Consent, Subordination, Non-distrubance, and Attornment Agreement - Hill Center Brentwood

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

HC Brentwood Phase One, ABC, LLC
c/o H.G. Hill Realty Company, LLC
Attn: C.E.O
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**2.1331**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Hill Center Brentwood - Brentwood, TN

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

HC Brentwood Phase One, ABC, LLC
c/o H.G. Hill Realty Company, LLC
Attn: C.E.O
3011 Armory Drive, Suite 130
Nashville, TN 37204-3721

**2.1332**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Patrick Henry Mall

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

PR Patrick Henry LLC
c/o PREIT Services, LLC
Attn: Director, Legal
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**2.1333**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Southland Mall - Houma, LA

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

Revenue Properties Southland Limited Partnership
c/o Morguard Management Company, Inc.
Attn: Lease Administrator
551 S. Powerline Road
Pompano Beach, FL 33069

**2.1334**  **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - Southland Mall - Houma, LA

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

Revenue Properties Southland Limited Partnership
c/o Morguard Management Company, Inc.
Attn: Lease Administrator
551 S. Powerline Road
Pompano Beach, FL 33069

**2.1335**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Southland Mall - Houma, LA

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

Revenue Properties Southland Limited Partnership
c/o Morguard Management Company, Inc.
Attn: Lease Administrator
551 S. Powerline Road
Pompano Beach, FL 33069

Debtor    Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1336** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - Southland Mall - Houma, LA

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

Revenue Properties Southland Limited Partnership
c/o Morguard Management Company, Inc.
Attn: Lease Administrator
551 S. Powerline Road
Pompano Beach, FL 33069

**2.1337** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - River Oaks Shopping Center - Houston, TX

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Weingarten Reality Investors
Attn: General Counsel
PO Box 924133
Houston, TX 77292-4133

**2.1338** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferment Agreement - Town & Country Village - Houston, TX

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Town & Country Partnership
c/o Moody Rambin Interests
12850 Memorial Drive, Suite 1105
Houston, TX 77024-4810

**2.1339** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Town & Country Village - Houston, TX

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Town & Country Partnership
c/o Moody Rambin Interests
12850 Memorial Drive, Suite 1105
Houston, TX 77024-4810

**2.1340** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - Town & Country Village - Houston, TX

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Town & Country Partnership
c/o Moody Rambin Interests
12850 Memorial Drive, Suite 1105
Houston, TX 77024-4810

**2.1341** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Letter Agreement - Holyoke Mall - Holyoke, MA

**State the term remaining**    4/30/2027

**List the contract number of any government contract**

Holyoke Mall Company, L.P.
c/o The Clinton Exchange
Attn: Management Division
Four Clinton Square
Syracuse, NY 13202-1078

| | | |
|---|---|---|
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Holyoke Mall - Holyoke, MA | Holyoke Mall Company, L.P. c/o The Clinton Exchange Attn: Management Division Four Clinton Square Syracuse, NY 13202-1078 |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Northlake Mall - Charlotte, NC | TM Northlake Mall, LP c/o Jones Lang LaSalle Americas, Inc. Attn: Retail Documents 6365 Halcyon Way, Suite 970 Alpharetta, GA 30005 |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Houston Galleria II - Houston, TX | HG Galleria, LLC c/o M.S. Management Associates, Inc. 251 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Houston Galleria II - Houston, TX | HG Galleria, LLC c/o M.S. Management Associates, Inc. 252 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - The Galleria | HG Galleria, LLC c/o M.S. Management Associates, Inc. 250 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease | Sunrise Mall LLC 2049 Century Park East 41st Floor Attn: Legal Department Los Angeles, CA 90067 |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary Deferred Rental Lease Agreement No. 1 | Sunrise Mall LLC<br>2049 Century Park East<br>41st Floor<br>Attn: Legal Department<br>Los Angeles, CA 90067 |
| | **State the term remaining** | 4/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Kentucky Oaks Mall - Paducah, KY | Kentucky Oaks Mall Company<br>Attn: Pres., General or Managing Agent<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1350 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Kentucky Oaks Mall - Paducah, KY | Kentucky Oaks Mall Company<br>Attn: Pres., General or Managing Agent<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1351 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment of Lease - Kennedy Mall - Dubuque, IA | Kennedy Mall, Ltd.<br>Attn: Pres., General or Managing Agent<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1352 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Kennedy Mall - Dubuque, IA | Kennedy Mall, Ltd.<br>Attn: Pres., General or Managing Agent<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1353 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Broadway Mall - Hicksville, NY | KRE Broadway Owner, LLC<br>Attn: Managing Principal<br>100 N. Pacific Coast Highway<br>Suite 1925<br>El Segundo, CA 90245 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

**2.1354** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Parkdale Mall - Beaumont, TX

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

Parkdale Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1355** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement - Parkdale Mall

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

Parkdale Mall CMBS, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

---

**2.1356** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Shops on Main - Schererville, IN

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

RB Schererville Crossings, LLC
c/o Regency Centers Corporation
Attn: Lease Administration
One Independent Drive, Ste 114
Jacksonville, FL 32202-5019

---

**2.1357** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pueblo Mall - Pueblo, CO

**State the term remaining**    7/31/2027

**List the contract number of any government contract**

Renaissance Partners I, LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operating Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

---

**2.1358** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Pueblo Mall - Pueblo, CO

**State the term remaining**    7/31/2027

**List the contract number of any government contract**

Pueblo Mall
Attn: General Manager
3429 Dillon Drive
Pueblo, CO 81008

---

**2.1359** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment - Pueblo Mall - Pueblo, CO

**State the term remaining**    7/31/2027

**List the contract number of any government contract**

Renaissance Partners I, LLC
c/o Centennial Real Estate Management, LLC
Attn: Chief Operating Officer
8750 N. Central Expressway, Suite 1740
Dallas, TX 75231

| 2.1360 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Vintage Park - Houston, TX | Vintage Dunhill LLC<br>Attn: Pres., General or Managing Agent<br>3100 Monticello, Suite 300<br>Dallas, TX 75205 |
| | **State the term remaining** | 1/31/2028 | |
| | **List the contract number of any government contract** | | |

| 2.1361 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease - Redmond Town Center - Redmond, WA | FHR Main Retail Center, LLC<br>c/o Fairbourne Properties, LLC<br>Attn: George Manojlovic<br>1 East Wacker Drive, Ste 3110<br>Chicago, IL 60601 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1362 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Redmond Town Center - Redmond, WA | FHR Main Retail Center, LLC<br>c/o Fairbourne Properties, LLC<br>Attn: George Manojlovic<br>1 East Wacker Drive, Ste 3110<br>Chicago, IL 60601 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1363 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - 644 State Street - Madison, WI | The Hawthorne Buildings, LLC<br>Attn: Jill A. Severson<br>642 State Street<br>Suite F<br>Madison, WI 53703 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1364 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Carolina Square - Chapel Hill, NC | Carolina Square Project LP<br>c/o Cousins Properties Incorporated<br>Attn: Corporate Secretary<br>191 Peachtree Street<br>Suite 500<br>Atlanta, GA 30303 |
| | **State the term remaining** | 2/29/2028 | |
| | **List the contract number of any government contract** | | |

| 2.1365 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tice's Corner Marketplace - Woodcliff Lake, NJ | WS Tice's Corner Marketplace L.L.C.<br>c/o David Adam Realty, Inc.<br>Attn: Pres., General or Managing Agent<br>61 Wilton Road<br>Westport, CT 6880 |
| | **State the term remaining** | 9/20/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1366** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - South Hill Mall - Puyallup, WA | The Cafaro Northwest Partnership 5577 Youngstown-Warren Road Niles, OH 44446 |
| | **State the term remaining** | 11/30/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1367** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - The Shops at Willow Bend - Plano, TX | Willow Bend Shops, L.P. c/o Starwood Retail Partners, LLC Attn: Pres., General or Managing Agent One East Wacker Drive, Ste 3700 Chicago, IL 60601 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1368** | **State what the contract or lease is for and the nature of the debtor's interest** | 2020 Lease Amendment - Algonquin Commons - Algonquin, IL | Matthew D. Mason Attn: Pres., General or Managing Agent 320 N. Main Street Ann Arbor, MI 48104 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1369** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Algonquin Commons - Algonquin, IL | Matthew D. Mason Attn: Pres., General or Managing Agent 320 N. Main Street Ann Arbor, MI 48104 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1370** | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Woodfield Mall | Woodfield Mall LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1371** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Woodfield Mall - Schaumburg, IL | Woodfield Mall LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

2.1372 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Shops at Clearfork - Fort Worth, TX

**State the term remaining** 9/30/2027

**List the contract number of any government contract**

Clearfork Retail Venture, LLC
c/o Cassco Development Co., Inc.
Attn: Pres., General or Managing Agent
5200 South Hulen Street, Suite 614
Forth Worth, TX 76109

2.1373 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Stonebriar Centre - Frisco, TX

**State the term remaining** 7/31/2027

**List the contract number of any government contract**

Stonebriar Mall, LLC
c/o Stonebriar Centre
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

2.1374 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Century City - Los Angeles, CA

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

Century City Mall, LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

2.1375 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - 654 West Diversey - Chicago, IL

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

Lincoln Park Hotel Propco LLC
c/o Garrison Investment Group LP
Attn: General Counsel
1290 Avenue of the Americas
Suite 914
New York, NY 10104

2.1376 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Lease - Westfield Countryside - Clearwater, FL

**State the term remaining** 12/31/2027

**List the contract number of any government contract**

Countryside Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

2.1377 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Westfield Countryside - Clearwater, FL

**State the term remaining** 12/31/2027

**List the contract number of any government contract**

Countryside Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

Debtor   Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

**2.1378** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Broadway Market Lofts - Milwaukee, WI

State the term remaining   11/30/2027

List the contract number of any government contract

Historic Third Ward Development, LLC
c/o Milwaukee View, LLC
Attn: Pres., General or Managing Agent
225 E. St. Paul Avenue, Ste 200
Milwaukee, WI 53202

**2.1379** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Westfield Mission Valley - San Diego, CA

State the term remaining   4/30/2028

List the contract number of any government contract

Mission Valley Shoppingtown LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.1380** State what the contract or lease is for and the nature of the debtor's interest

First Amendement of Lease - Westfield Mission Valley - San Diego, CA

State the term remaining   4/30/2028

List the contract number of any government contract

Mission Valley Shoppingtown LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.1381** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Santa Fe Place, 4250 Cerrillos Road, Santa Fe, NM

State the term remaining   11/30/2027

List the contract number of any government contract

Santa Fe Mall Property Owner, LLC
c/o Spinoso Real Estate Group
Attn: Legal Department
112 Northern Concourse
North Syracuse, NY 13212

**2.1382** State what the contract or lease is for and the nature of the debtor's interest

First Amendment of Lease - Huntington Mall - Barboursville, WV

State the term remaining   10/31/2027

List the contract number of any government contract

Huntington Mall Company
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

**2.1383** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Huntington Mall - Barboursville, WV

State the term remaining   10/31/2027

List the contract number of any government contract

Huntington Mall Company
Attn: Pres., General or Managing Agent
5577 Youngstown-Warren Road
Niles, OH 44446

Debtor Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**2.1384** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Classen Curve - Nichols Hills, OK

State the term remaining

11/30/2027

List the contract number of any government contract

OKC Curve Triangle LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1385** State what the contract or lease is for and the nature of the debtor's interest

Master Lease Amendement - Classen Curve

State the term remaining

11/30/2027

List the contract number of any government contract

OKC Curve Triangle LLC
Attn: Pres., General or Managing Agent
180 East Broad St., 21st Fl
Columbus, OH 43215

**2.1386** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Pembroke Lakes Mall - Pembroke Pines, FL

State the term remaining

1/31/2028

List the contract number of any government contract

Pembroke Lakes Mall LLC
c/o Pembroke Lakes Mall
Attn: Law/ Lease Administration Department
350 N. Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1387** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - The Shoppes at Carlsbad - Carlsbad, CA

State the term remaining

11/30/2027

List the contract number of any government contract

RPI Carlsbad, LP
Attn: General Manager
2525 El Camino Real
Carlsbad, CA 92008

**2.1388** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Block Thirty Seven - Chicago, IL

State the term remaining

2/29/2028

List the contract number of any government contract

108 North State Street (Chicago) Owner, LLC
c/o CIM Group
Attn: General Manager
108 North State Street, Ste 390
Chicago, IL 60602

**2.1389** State what the contract or lease is for and the nature of the debtor's interest

Shopping Center Lease - Station Park - Farmington, UT

State the term remaining

11/30/2027

List the contract number of any government contract

Station Park CenterCal, LLC
c/o CenterCal Properies, LLC
Attn: Sean Dennison, Senior Vice President and General Counsel
1600 E. Franklin Avenue
El Segundo, CA 90245

**2.1390** **State what the contract or lease is for and the nature of the debtor's interest**
Lease Amendment - Station Park - Farmington, UT

**State the term remaining** 11/30/2027

**List the contract number of any government contract**

Station Park CenterCal, LLC
c/o CenterCal Properies, LLC
Attn: Sean Dennison, Senior Vice President and General Counsel
1600 E. Franklin Avenue
El Segundo, CA 90245

**2.1391** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 1st Amendment Rent Deferral - Westfield UTC - San Diego, CA

**State the term remaining** 4/30/2028

**List the contract number of any government contract**

UTC Venture LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.1392** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Westfield UTC - San Diego, CA

**State the term remaining** 4/30/2028

**List the contract number of any government contract**

UTC Venture LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

**2.1393** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Glade Park - Euless, TX

**State the term remaining** 3/31/2028

**List the contract number of any government contract**

Glade Lifestyle, LLC
Attn: Zach Knutson
6723 Weaver Road, Ste 108
Rockford, IL 61114

**2.1394** **State what the contract or lease is for and the nature of the debtor's interest**
Blade Signage Letter Agreement - Glade Park - Euless, TX - Glade Park

**State the term remaining** 3/31/2028

**List the contract number of any government contract**

Glade Lifestyle, LLC
Attn: Zach Knutson
6723 Weaver Road, Ste 108
Rockford, IL 61114

**2.1395** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - West Village - Dallas, TX

**State the term remaining** 4/30/2028

**List the contract number of any government contract**

West Village 2004 PO Limited Partnership
Attn: Mr. Robert Bagwell
3699 McKinney Avenue, Loft A-221
Dallas, TX 75204

Debtor    Francesca's Collections, Inc.
Name

Case number *(if known)* 20-13078

**2.1396** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Northridge Fashion Center - Northridge, CA

**State the term remaining**    1/31/2028

**List the contract number of any government contract**

GGP Northridge Fashion Center, LP
c/o Northridge Fashion Center
Attn: Law/Lease Administration Dept
350 N Orleans St., Ste 300
Chicago, IL 60654-1607

**2.1397** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Somerset Collection: Troy, MI

**State the term remaining**    5/31/2028

**List the contract number of any government contract**

Somerset Collection Limited Partnership
100 Galleria Officentre
Suite 427
Southfield, MI 48034

**2.1398** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Somerset Collection: Troy, MI

**State the term remaining**    5/31/2028

**List the contract number of any government contract**

Somerset Collection Limited Partnership
100 Galleria Officentre
Suite 427
Southfield, MI 48034

**2.1399** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Ballston Quarter - Arlington, VA

**State the term remaining**    8/31/2029

**List the contract number of any government contract**

Brookfield Properties
Attn: Rich Dinning
4238 Wilson Blvd
Suite 1200
Arlington, VA 22203

**2.1400** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Conway Commons - Conway, AR

**State the term remaining**    7/31/2028

**List the contract number of any government contract**

Conway Devco DE, L.L.C.
c/o TKG Management
Attn: Pres., General or Managing Agent
211 N. Stadium Boulevard, Suite 201
Columbia, MO 65203

**2.1401** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Valley Fair - Santa Clara, CA

**State the term remaining**    1/31/2028

**List the contract number of any government contract**

VF Mall LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

Debtor **Francesca's Collections, Inc.**
Name

Case number *(if known)* 20-13078

**2.1402** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - The Streets at SouthGlenn - Centennial, CO

**State the term remaining** 11/30/2028

**List the contract number of any government contract**

Southglenn Property Holdings, LLC
Attn: Lease Administration
5750 DTC Parkway Suite 210
Greenwood Village, CO 80111

**2.1403** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Huebner Oaks - San Antonio, TX

**State the term remaining** 2/28/2029

**List the contract number of any government contract**

RPAI San Antonio Huebner Oaks Limited Partnership
c/o RPAI Southwest Management LLC
Attn: SVP/Director of National Retail Leasing and Services
2021 Spring Road Suite 200
Oak Brook, IL 60523

**2.1404** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Shoppes at Valley Square - Warrington, PA

**State the term remaining** 2/28/2029

**List the contract number of any government contract**

Valley Square Owner, LLC
Attn: Legal Department
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**2.1405** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - The Shoppes at Valley Square - Warrington, PA

**State the term remaining** 2/28/2029

**List the contract number of any government contract**

Valley Square Owner, LLC
Attn: Legal Department
2650 Thousand Oaks Blvd., Ste 2200
Memphis, TN 38118

**2.1406** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Foothills - Fort Collins, CO

**State the term remaining** 4/30/2029

**List the contract number of any government contract**

Walton Foothills Holdings VI, L.L.C.
Attn: Lease Administration
5750 DTC Parkway, Suite 210
Greenwood Village, CO 80111

**2.1407** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease - Foothills - Fort Collins, CO

**State the term remaining** 4/30/2029

**List the contract number of any government contract**

Walton Foothills Holdings VI, L.L.C.
Attn: Lease Administration
5750 DTC Parkway, Suite 210
Greenwood Village, CO 80111

**2.1408** **State what the contract or lease is for and the nature of the debtor's interest**
Second Amendment to Lease - Foothills - Fort Collins, CO

**State the term remaining**
4/30/2029

**List the contract number of any government contract**

Walton Foothills Holdings VI, L.L.C.
Attn: Lease Administration
5750 DTC Parkway, Suite 210
Greenwood Village, CO 80111

**2.1409** **State what the contract or lease is for and the nature of the debtor's interest**
First Amendment to Exterior Signage Agreement (Fully Executed) - Houston Premium Outlets - Houston, TX

**State the term remaining**
6/30/2022

**List the contract number of any government contract**

SPG Houston Holdings, LP

**2.1410** **State what the contract or lease is for and the nature of the debtor's interest**
Multilocation Rent Deferral Agreement

**State the term remaining**
6/30/2022

**List the contract number of any government contract**

CPG Houston Holdings, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1411** **State what the contract or lease is for and the nature of the debtor's interest**
First Amendment to Exterior Signage Agreement - Houston Premium Outlets - Houston, TX

**State the term remaining**
6/30/2022

**List the contract number of any government contract**

SPG Houston Holdings, LP

**2.1412** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Houston Premium Outlets - Houtson, TX

**State the term remaining**
6/30/2022

**List the contract number of any government contract**

CPG Houston Holdings, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1413** **State what the contract or lease is for and the nature of the debtor's interest**
Exterior Signage Agreement - Houston Premium Outlets- Houston, TX

**State the term remaining**
6/30/2022

**List the contract number of any government contract**

CPG Houston Holdings, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Agreement - Galveston Outlets - Texas City, TX | Galveston Outlets, LLC |
| | **State the term remaining** | 3/31/2023 | Attn: Legal Department |
| | **List the contract number of any government contract** | | 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |

| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Galveston Outlets - Texas City, TX | Galveston Outlets, LLC |
| | **State the term remaining** | 3/31/2023 | Attn: Legal Department |
| | **List the contract number of any government contract** | | 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |

| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - San Marcos Premium Outlets I - San Marcos, TX | San Marcos Factory Stores, Ltd. |
| | **State the term remaining** | 3/31/2023 | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent |
| | **List the contract number of any government contract** | | 225 West Washington St Indianapolis, IN 46204 |

| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | San Marcos Factory Stores, Ltd. |
| | **State the term remaining** | 3/31/2023 | c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent |
| | **List the contract number of any government contract** | | 225 West Washington St Indianapolis, IN 46204 |

| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement | Tanger Properties Limited Partnership |
| | **State the term remaining** | 2/29/2024 | Attn: Legal Department |
| | **List the contract number of any government contract** | | 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |

| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tanger Outlets - Mebane, NC | Tanger Properties Limited Partnership |
| | **State the term remaining** | 2/29/2024 | Attn: Legal Department |
| | **List the contract number of any government contract** | | 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |

**2.1420** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - The Outlet Shoppes at Oklahoma City, Oklahoma City, OK

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

OKC Outlets I, LLC
c/o Singerman Real Estate, LLC
Attn: Charlie Kellogg
980 N. Michigan Avenue, Suite 1660
Chicago, IL 60611

**2.1421** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - The Outlet Shoppes at Oklahoma City - Oklahoma City, OK

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

OKC Outlets I, LLC
c/o Singerman Real Estate, LLC
Attn: Charlie Kellogg
980 N. Michigan Avenue, Suite 1660
Chicago, IL 60611

**2.1422** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Charleston Outlets - Charleston, SC

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Tanger Charleston, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1423** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Charleston Outets

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Tanger Charleston, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1424** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment Modification - Charleston Outlets - N. Charleston, SC

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Tanger Charleston, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1425** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Tanger Properties Limited Partnership
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1426** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tanger Outlets - Sevierville, TN

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Tanger Properties Limited Partnership
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

**2.1427** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Grapevine Mills

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Grapevine Mills Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.1428** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**    3/31/2024

**List the contract number of any government contract**

Grapevine Mills Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1429** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Charlotte Premium Outlets - Charlotte, NC

**State the term remaining**    7/31/2024

**List the contract number of any government contract**

Charlotte Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1430** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Charlotte Premium Outlets - Charlotte, NC

**State the term remaining**    7/31/2024

**List the contract number of any government contract**

Charlotte Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1431** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**    7/31/2024

**List the contract number of any government contract**

Charlotte Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1432** **State what the contract or lease is for and the nature of the debtor's interest**

Exterior Signage Agreement - Jersey Shore Premium Outlets - Tinton Falls, NJ

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Jersey Shore Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1433** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Jersey Shore Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1434** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Jersey Shore Premium Outlets - Tinton Falls, NJ

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Jersey Shore Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1435** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Outlet Shoppes at Bluegrass

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Bluegrass Outlet Shoppes CMBS, LLC
c/o Horizon Group Properties, LP
Attn: Pres., General or Managing Agent
5000 Hakes Drive, Suite 500
Muskegon, MI 49441

**2.1436** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Outlet Shoppes at Bluegrass

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Bluegrass Outlet Shoppes CMBS, LLC
c/o Horizon Group Properties, LP
Attn: Pres., General or Managing Agent
5000 Hakes Drive, Suite 500
Muskegon, MI 49441

**2.1437** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement - Outlet Shoppes at Bluegrass

**State the term remaining**   7/31/2024

**List the contract number of any government contract**

Bluegrass Outlet Shoppes CMBS, LLC
c/o Horizon Group Properties, LP
Attn: Pres., General or Managing Agent
5000 Hakes Drive, Suite 500
Muskegon, MI 49441

| | | |
|---|---|---|
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Twin Cities Premium Outlets - Eagan, MN | Twin Cities Outlets Eagan, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Twin Cities Outlets Eagan, LLC c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Modification Agreement - Assembly Row - Sommerville, MA | Street Retail, Inc. c/o Federal Realty Investment Trust Attn: Legal Department 909 Rose Avenue, Ste 200 North Bethesda, MD 20852 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Assembly Row - Sommerville, MA | Street Retail, Inc. c/o Federal Realty Investment Trust Attn: Legal Department 909 Rose Avenue, Ste 200 North Bethesda, MD 20852 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | Omnibus Amendment to Lease - Assembly Row, Barracks Rd, Bethesda Row & Old Town | Street Retail, Inc. c/o Federal Realty Investment Trust Attn: Legal Department 909 Rose Avenue, Ste 200 North Bethesda, MD 20852 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment - Nebraska Crossing Outlets - Gretna, NE | Omaha Outlets SPE, LLC Attn: Lease Administration 21209 Nebraska Crossing Dr, #C-100 Gretna, NE 68028 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | | |

**2.1444** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Nebraska Crossing Outlets - Gretna, NE

Omaha Outlets SPE, LLC
Attn: Lease Administration
21209 Nebraska Crossing Dr, #C-100
Gretna, NE 68028

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

---

**2.1445** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - Nebraska Crossing Outlets - Gretna, NE

Omaha Outlets SPE, LLC
Attn: Lease Administration
21209 Nebraska Crossing Dr, #C-100
Gretna, NE 68028

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

---

**2.1446** **State what the contract or lease is for and the nature of the debtor's interest**

First Lease Modification Agreement - Tanger Outlet Center - Foley, AL

Coroc/Rivera LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 9/30/2024

**List the contract number of any government contract**

---

**2.1447** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tanger Outlet Center - Foley, AL

Coroc/Rivera LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 9/30/2024

**List the contract number of any government contract**

---

**2.1448** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement

Coroc/Rivera LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 9/30/2024

**List the contract number of any government contract**

---

**2.1449** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fashion Outlets Niagara- execution copy

Fashion Outlets II LLC
c/o Fashion Outlets of Niagara
Attn: Center Manager
1900 Military Road
Niagara Falls, NY 14304

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1450** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Fashion Outlets Niagara- execution copy

Fashion Outlets II LLC
c/o Fashion Outlets of Niagara
Attn: Center Manager
1900 Military Road
Niagara Falls, NY 14304

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1451** **State what the contract or lease is for and the nature of the debtor's interest**
Signed pages throughout lease

Fashion Outlets II LLC
c/o Fashion Outlets of Niagara
Attn: Center Manager
1900 Military Road
Niagara Falls, NY 14304

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1452** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Fashion Outlets Niagara

Fashion Outlets II LLC
c/o Fashion Outlets of Niagara
Attn: Center Manager
1900 Military Road
Niagara Falls, NY 14304

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1453** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease 1st Amendment - Fashion Outlets Niagara

Fashion Outlets II LLC
c/o Fashion Outlets of Niagara
Attn: Center Manager
1900 Military Road
Niagara Falls, NY 14304

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1454** **State what the contract or lease is for and the nature of the debtor's interest**
Master Rent Relief Agreement - Fashion Outlet - Niagara Falls, NY

Fashion Outlets II LLC
Macerich Mgmt Co., Macerich Prop. Mgmt Co,
MCW Property Mgmt, LLC
Macerich Ariz. Partners LLC
401 Wilshire Boulevard, #700
Santa Monica, CA 90401-1452

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

**2.1455** **State what the contract or lease is for and the nature of the debtor's interest**
Non-Residential Real Property Lease - Tanger Outlet Center at the Arches - Deer Park, NY

Tanger Outlets Deer Park, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 2/28/2025

**List the contract number of any government contract**

**2.1456** State what the contract or lease is for and the nature of the debtor's interest

First Lease Modification Agreement - Tanger Outlet Center at the Arches - Deer Park, NY

State the term remaining    2/28/2025

List the contract number of any government contract

Tanger Outlets Deer Park, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1457** State what the contract or lease is for and the nature of the debtor's interest

Multi-Property Rent Deferral, Abatement and Modification Agreement

State the term remaining    2/28/2025

List the contract number of any government contract

Tanger Outlets Deer Park, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1458** State what the contract or lease is for and the nature of the debtor's interest

Rent Relief Master Agreement - Tanger Outlets Savannah

State the term remaining    4/30/2025

List the contract number of any government contract

Outlet Mall of Savannah, LLC
c/o Tanger Management, LLC
Attn: Real Estat Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1459** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Outlet Mall of Georgia - Pooler, GA

State the term remaining    4/30/2025

List the contract number of any government contract

Outlet Mall of Savannah, LLC
c/o Tanger Management, LLC
Attn: Real Estat Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1460** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Tanger Outlets - Washington, PA

State the term remaining    4/30/2025

List the contract number of any government contract

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1461** State what the contract or lease is for and the nature of the debtor's interest

Rent Relief Master Agreement - Pittsburgh Outlet

State the term remaining    4/30/2025

List the contract number of any government contract

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1462   **State what the contract or lease is for and the nature of the debtor's interest**

First Lease Modification Agreement - Tanger Outlets - Washington, PA

     **State the term remaining**    4/30/2025

     **List the contract number of any government contract**

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1463   **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement

     **State the term remaining**    4/30/2025

     **List the contract number of any government contract**

COROC/Rehoboth III, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1464   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tanger Outlets - Rehoboth Beach, DE

     **State the term remaining**    4/30/2025

     **List the contract number of any government contract**

COROC/Rehoboth III, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1465   **State what the contract or lease is for and the nature of the debtor's interest**

First Lease Modification - Tanger Outlets - Riverhead, NY

     **State the term remaining**    5/31/2025

     **List the contract number of any government contract**

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1466   **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Riverhead Outlet

     **State the term remaining**    5/31/2025

     **List the contract number of any government contract**

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

2.1467   **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tanger Outlets - Riverhead, NY

     **State the term remaining**    5/31/2025

     **List the contract number of any government contract**

Tanger Properties Limited Partnership
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1468** State what the contract or lease is for and the nature of the debtor's interest

Points Redemption Agreement - Foxwoods Outlet - Mashantucket, CT

Mashantucket Pequot Gaming Enterprise d/b/a Foxwoods Resort Casino

State the term remaining    5/31/2025

List the contract number of any government contract

---

**2.1469** State what the contract or lease is for and the nature of the debtor's interest

First Lease Modification Agreement - Foxwoods Outlet - Mashantucket, CT

Fashion Outlets at Foxwoods, LLC
c/o Tanger Properties Limited Parntership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

State the term remaining    5/31/2025

List the contract number of any government contract

---

**2.1470** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Foxwoods Outlet - Mashantucket, CT

Fashion Outlets at Foxwoods, LLC
c/o Tanger Properties Limited Parntership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

State the term remaining    5/31/2025

List the contract number of any government contract

---

**2.1471** State what the contract or lease is for and the nature of the debtor's interest

Multi-Property Rent Deferral, Abatement and Modification Agreement

Fashion Outlets at Foxwoods, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

State the term remaining    5/31/2025

List the contract number of any government contract

---

**2.1472** State what the contract or lease is for and the nature of the debtor's interest

Multilocation Rent Deferral Agreement

Mall at Concord Mills Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

State the term remaining    6/30/2025

List the contract number of any government contract

---

**2.1473** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Real Property Lease - Concord Mills Mall - Concord, NC

Mall at Concord Mills Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

State the term remaining    6/30/2025

List the contract number of any government contract

**2.1474** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Centralia Outlets, WA

Centralia Factory Outlets, LLC
Attn: Richard K. Getty
1404 Lum Road
Tacoma, WA 98402

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

**2.1475** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 2nd Amendment - Centralia Outlets, WA

Centralia Factory Outlets, LLC
Attn: Richard K. Getty
1404 Lum Road
Centralia, WA 98531

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

**2.1476** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Centralia Outlets, WA

Centralia Factory Outlets, LLC
Attn: Richard K. Getty
1414 Lum Road
Centralia, WA 98531

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

**2.1477** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Centralia Outlets, WA

Centralia Factory Outlets, LLC
Attn: Richard K. Getty
1414 Lum Road
Centralia, WA 98531

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

---

**2.1478** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Potomac Mills - Woodbridge, VA

Mall at POTOMAC MILLS, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**  7/31/2025

**List the contract number of any government contract**

---

**2.1479** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Philadelphia Premium Outlet

Chelsea Limerick Holdings, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**  7/31/2025

**List the contract number of any government contract**

**2.1480** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Philadelphia Premium Outlets - Limerick Township, PA

**State the term remaining**    7/31/2025

**List the contract number of any government contract**

Chelsea Limerick Holdings, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1481** **State what the contract or lease is for and the nature of the debtor's interest**

Signage Agreement - Tanger Outlet Center, Byron Township - Grand Rapids - MI

**State the term remaining**    7/31/2025

**List the contract number of any government contract**

Tanger Grand Rapids, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

**2.1482** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Grand Rapids Outlet

**State the term remaining**    7/31/2025

**List the contract number of any government contract**

Tanger Grand Rapids, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

**2.1483** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Tanger Outlets, Byron Township - Grand Rapids, MI

**State the term remaining**    7/31/2025

**List the contract number of any government contract**

Tanger Grand Rapids, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

**2.1484** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Gloucester Premium Outlets

**State the term remaining**    8/31/2025

**List the contract number of any government contract**

Simon/Preit Gloucester Development, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1485** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Gloucester Premium Outlets - Gloucester Township, NJ

**State the term remaining**    8/31/2025

**List the contract number of any government contract**

Simon/Preit Gloucester Development, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1486** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Las Vegas Premium

**State the term remaining**  9/30/2025

**List the contract number of any government contract**

Simon/ Chelsea Las Vegas Development, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1487** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**  9/30/2025

**List the contract number of any government contract**

Simon/ Chelsea Las Vegas Development, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1488** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Tucson Premium - Marana, AZ

**State the term remaining**  9/30/2025

**List the contract number of any government contract**

Tucson Premium Outlets, LLC
c/o Simon Premium Outlets
60 Columbia Road Building B
3rd Floor
Morristown, NJ 7960

**2.1489** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Amendment No 1 Fully Executed - Outlets of Little Rock - Little Rock

**State the term remaining**  10/31/2025

**List the contract number of any government contract**

Ned Little Rock LLC
New England Developement
75 Parke Plaza
Third Floor
Boston, MA 2116

**2.1490** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fully executed lease - Outlets of Little Rock - Little Rock

**State the term remaining**  10/31/2025

**List the contract number of any government contract**

Ned Little Rock LLC
New England Developement
75 Parke Plaza
Third Floor
Boston, MA 2116

**2.1491** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Remote Signage Agreement - Memphis Outlet

**State the term remaining**  11/30/2025

**List the contract number of any government contract**

Mid-South Outlet Shops, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

Debtor  Francesca's Collections, Inc.
Name

Case number (if known) 20-13078

| | | |
|---|---|---|
| **2.1492** State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Memphis Outlet | Mid-South Outlet Shops, LLC Attn: Legal Department 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |
| State the term remaining | 11/30/2025 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1493** State what the contract or lease is for and the nature of the debtor's interest | Rent Relief Agreement | Mid-South Outlet Shops, LLC Attn: Legal Department 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |
| State the term remaining | 11/30/2025 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1494** State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Remote Signage Agreement - Memphis Outlet | Mid-South Outlet Shops, LLC Attn: Legal Department 3200 Northline Avenue, Ste 360 Greensboro, NC 27408 |
| State the term remaining | 11/30/2025 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1495** State what the contract or lease is for and the nature of the debtor's interest | Subordination Agreement - St. Augustine Outlets, St. Augustine, FL | Natixis Real Estate Capital LLC 1251 Avenue of the Americas Attn: Real Estate Administration New York, NY 10020 |
| State the term remaining | 2/27/2026 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1496** State what the contract or lease is for and the nature of the debtor's interest | Subordination Agreement - St. Augustine Outlets, St. Augustine, FL | LVP St. Augustine Outlets LLC c/o The Lightstone Group Attn: Lease Administration 1985 Cedar Bridge Avenue, Ste 1 Lakewood, NJ 8701 |
| State the term remaining | 2/27/2026 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1497** State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - St. Augustine Outlets, St. Augustine, FL | LVP St. Augustine Outlets LLC c/o The Lightstone Group Attn: Lease Administration 1985 Cedar Bridge Avenue, Ste 1 Lakewood, NJ 8701 |
| State the term remaining | 2/27/2026 | |
| List the contract number of any government contract | | |

| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - North Georgia Premium | CPG Partners, L.P. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 3/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | CPG Partners, L.P. c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | **State the term remaining** | 3/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1500 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fully executed lease -Outlets of Mississippi - Pearl, MS | Bloomfield Holdings, LLC 200 Bass Pro Dr. Suite 125 Pearl, MS 39208 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief - Non-Residential Real Property Lease - Outlets of Mississippi | Bloomfield Holdings, LLC 200 Bass Pro Dr. Suite 125 Pearl, MS 39208 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Outlets at Castle Rock Shopping Center - Castle Rock, CO | Craig Realty Group - Castle Rock, LLC c/o Eureka Realty Partners, Inc. Attn: Manager - Lease Administration 4100 MacArthur Boulevard, Suite 200 Newport Beach, CA 92660 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease, 1st Amendment (Rent Deferral) - Outlets at Castle Rock Shopping Center - Castle Rock, CO | Craig Realty Group - Castle Rock, LLC c/o Eureka Realty Partners, Inc. Attn: Manager - Lease Administration 4100 MacArthur Boulevard, Suite 200 Newport Beach, CA 92660 |
| | **State the term remaining** | 5/31/2026 | |
| | **List the contract number of any government contract** | | |

**2.1504**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Arundel Mills - Hanover, MD

Arundel Mills Limited Partnership
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**  5/31/2026

**List the contract number of any government contract**

---

**2.1505**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Legends Outlets - Kansas City, KS

W-LD Legends Owner VII, LLC
c/o Legacy Asset Management, LLC
Attn: Pres., General or Managing Agent
4717 Central
Kansas City, MO 64112

**State the term remaining**  5/31/2026

**List the contract number of any government contract**

---

**2.1506**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, 1st Amendment - Legends Outlets - Kansas City, KS

W-LD Legends Owner VII, LLC
c/o Legacy Asset Management, LLC
Attn: Pres., General or Managing Agent
4717 Central
Kansas City, MO 64112

**State the term remaining**  5/31/2026

**List the contract number of any government contract**

---

**2.1507**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - The Shops at Park Lane - Dallas, TX

Northwood PL A L.P.
575 Fifth Avenue
23rd Floor
New York, NY 10017

**State the term remaining**  5/31/2026

**List the contract number of any government contract**

---

**2.1508**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement Letter Confirmation - Columbus Outlets -Berkshire Township

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**  6/30/2026

**List the contract number of any government contract**

---

**2.1509**  **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Agreement- Columbus Outlets _Berkshire Township

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**  6/30/2026

**List the contract number of any government contract**

**2.1510** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Columbus Outlets- Berkshire Township

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

---

**2.1511** **State what the contract or lease is for and the nature of the debtor's interest**

Declaration of Covenants, Restrictions and Agreements -Columbus Outlets- Berkshire Township

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

---

**2.1512** **State what the contract or lease is for and the nature of the debtor's interest**

Remote Signage Agreement -Columbus Outlets -Berkshire Township

Columbus Outlets, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

---

**2.1513** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease, Commencement and Expiration Date Declaration - Vero Beach Outlets, FL

TSO Vero Beach, LP
WRGUSA Vero Manager, LLC
8 Industrial Way East
Eatontown, NJ 7724

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

---

**2.1514** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Vero Beach Outlets, FL

TSO Vero Beach, LP
WRGUSA Vero Manager, LLC
8 Industrial Way East
Eatontown, NJ 7724

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

---

**2.1515** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment Rent Deferral- Asheville Outlets

Asheville Retail Associates LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**State the term remaining**    6/30/2026

**List the contract number of any government contract**

**2.1516** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease Agreement- Asheville Outlets

**State the term remaining**  6/30/2026

**List the contract number of any government contract**

Asheville Retail Associates LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**2.1517** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Asheville Outlets

**State the term remaining**  6/30/2026

**List the contract number of any government contract**

Asheville Retail Associates LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**2.1518** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Letter Agreement -The Outlet Shoppes at Atlanta

**State the term remaining**  7/31/2026

**List the contract number of any government contract**

Atlanta Outlet Shoppes, LLC
c/o Horizton Group Properties LP
Attn: Pres., General or Managing Agent
131 W. Seaway Drive, Suite 220
Muskegon, MI 49444

**2.1519** **State what the contract or lease is for and the nature of the debtor's interest**

Non- Residential Real Property Lease- The Outlet Shoppes at Atlanta

**State the term remaining**  7/31/2026

**List the contract number of any government contract**

Atlanta Outlet Shoppes, LLC
c/o Horizton Group Properties LP
Attn: Pres., General or Managing Agent
131 W. Seaway Drive, Suite 220
Muskegon, MI 49444

**2.1520** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement -The Outlet Collection Seattle - Auburn, WA

**State the term remaining**  10/31/2026

**List the contract number of any government contract**

Glimcher Supermall Venture, LLC
Attn: General Counsel
180 E Broad Street
Floor 20
Columbus, OH 43215

**2.1521** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Hershey Outlet

**State the term remaining**  10/31/2026

**List the contract number of any government contract**

FSH Associates, LP
c/o Tanger Properties Limited Partnership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1522**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Hershey Outlet

FSH Associates, LP
c/o Tanger Properties Limited Partnership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

---

**2.1523**  **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Myrtle Beach 17 Outlet

TWMB Associates, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

---

**2.1524**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Myrtle Beach 17 Outlet

TWMB Associates, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

---

**2.1525**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Opry Mills, Nashville, TN

Opry Mills Mall Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

---

**2.1526**  **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Opry Mills

Opry Mills Mall Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

---

**2.1527**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Locust Grove Outlet

Tanger Properties Limited Partnership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining**   10/31/2026

**List the contract number of any government contract**

**2.1528** **State what the contract or lease is for and the nature of the debtor's interest**

Multi-Property Rent Deferral, Abatement and Modification Agreement

**State the term remaining**  10/31/2026

**List the contract number of any government contract**

Tanger Properties Limited Partnership
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1529** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Lease Amendment Fully Executed - Colorado Mills - Lakewood

**State the term remaining**  11/30/2026

**List the contract number of any government contract**

Colorado Mills Mall Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1530** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**  11/30/2026

**List the contract number of any government contract**

Colorado Mills Mall Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1531** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fully executed lease - Colorado Mills - Lakewood

**State the term remaining**  11/30/2026

**List the contract number of any government contract**

Colorado Mills Mall Limited Partnership
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**2.1532** **State what the contract or lease is for and the nature of the debtor's interest**

Remote Signage Agreement - Daytona Outlet

**State the term remaining**  11/30/2026

**List the contract number of any government contract**

Tanger Daytona, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1533** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Daytona Outlet

**State the term remaining**  11/30/2026

**List the contract number of any government contract**

Tanger Daytona, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1534**  **State what the contract or lease is for and the nature of the debtor's interest**    Rent Relief Master Agreement - Daytona Beach Outlet

**State the term remaining**    11/30/2026

**List the contract number of any government contract**

Tanger Daytona, LLC
Tanger Management, LLC
Attn: Real Estate Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

---

**2.1535**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Lease Agreement - Lockard Outlets Corpus Christi Bay, LLC - Robstown, TX

**State the term remaining**    3/31/2027

**List the contract number of any government contract**

Lockard Outlets Corpus Christi Bay, LLC an Iowa Limited Liability Company
Attn: Property Management
4501 Prairie Parkway
Cedar Falls, IA 50613

---

**2.1536**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - Freeport Village Station

**State the term remaining**    3/31/2027

**List the contract number of any government contract**

BERENSON FREEPORT ASSOCIATES LLC
c/o Brenson Associates, Inc.
Attn: Pres., General or Managing Agent
321 Columbus Avenue
Boston, MA 02116

---

**2.1537**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease - The Mills at Jersey Gardens - Elizabeth, NJ

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

JG Elizabeth II, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

**2.1538**  **State what the contract or lease is for and the nature of the debtor's interest**    Multilocation Rent Deferral Agreement

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

JG Elizabeth II, LLC
c/o M.S. Management Associates Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

**2.1539**  **State what the contract or lease is for and the nature of the debtor's interest**    Non-Residential Real Property Lease- Norfolk Premium

**State the term remaining**    6/30/2027

**List the contract number of any government contract**

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.1540 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment- Norfolk Premium |
| | **State the term remaining** | 6/30/2027 |
| | **List the contract number of any government contract** | |

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.1541 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment to Exterior Signage Agreement- Norfolk Premium |
| | **State the term remaining** | 6/30/2027 |
| | **List the contract number of any government contract** | |

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | Exterior Signage Agreement- Norfolk Premium |
| | **State the term remaining** | 6/30/2027 |
| | **List the contract number of any government contract** | |

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Norfolk Premium Outlets |
| | **State the term remaining** | 6/30/2027 |
| | **List the contract number of any government contract** | |

Norfolk Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

| | | |
|---|---|---|
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Tanger Outlets - Glendale, AZ |
| | **State the term remaining** | 5/31/2027 |
| | **List the contract number of any government contract** | |

Outlets at Westgate, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

| | | |
|---|---|---|
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement |
| | **State the term remaining** | 5/31/2027 |
| | **List the contract number of any government contract** | |

Outlets at Westgate, LLC
c/o CBL & Associates Management, Inc.
Attn: Chief Legal Officer
CBL Center, Ste 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421-6000

| | | |
|---|---|---|
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Howell Outlet Center - Howell, MI | Tanger Properties Limited Partnership<br>Attn: Legal Department<br>3200 Northline Avenue, Ste 360<br>Greensboro, NC 27408 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | Multi-Property Rent Deferral, Abatement and Modification Agreement - Howell Outlet Center - Howell, MI | Tanger Properties Limited Partnership<br>Attn: Legal Department<br>3200 Northline Avenue, Ste 360<br>Greensboro, NC 27408 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1548 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Relief Master Agreement - Lancaster Outlet | Tanger Properties Limited Partnership<br>Tanger Management, LLC<br>Attn: Legal Department<br>3200 Northline Avenue, Ste 360<br>Greensboro, NC 27408 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1549 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease-Lancaster Outlet | Tanger Properties Limited Partnership<br>Tanger Management, LLC<br>Attn: Legal Department<br>3200 Northline Avenue, Ste 360<br>Greensboro, NC 27408 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1550 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment Rent Deferral- Outlets of Des Moines | NED ALTOONA LLC<br>c/o New England Development<br>Attn: Pres., General or Managing Agent<br>75 Park Plaza<br>Boston, MA 02116 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Outlets of Des Moines | NED ALTOONA LLC<br>c/o New England Development<br>Attn: Pres., General or Managing Agent<br>75 Park Plaza<br>Boston, MA 02116 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

**2.1552** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Non-Disturbance and Attornment Agreement- Outlets of Des Moines

Citizen Bank, National Association
Attn: Commercial Real Estate
28 State Street
Boston, MA 02109

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

---

**2.1553** **State what the contract or lease is for and the nature of the debtor's interest**

Subordination, Non-Disturbance and Attornment Agreement- Outlets of Des Moines

NED ALTOONA LLC
c/o New England Development
Attn: Pres., General or Managing Agent
75 Park Plaza
Boston, MA 02116

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

---

**2.1554** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Fort Worth Outlets

Tanger Fort Worth, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

---

**2.1555** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Relief Master Agreement - Fort Worth Outlet

Tanger Fort Worth, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

---

**2.1556** **State what the contract or lease is for and the nature of the debtor's interest**

Additional Signage Agreement - Fort Worth Outlets - Fort Worth Outlet

Tanger Fort Worth, LLC
Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**State the term remaining** 10/31/2027

**List the contract number of any government contract**

---

**2.1557** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Empire Outlets - Staten Island, N

St. George Outlet Development LLC
Attn: Mr. Donald Capoccia, Mr. Winthrop Wharton
150 Myrtle Avenue, 2nd Floor
Brooklyn, NY 11201

**State the term remaining** 5/31/2029

**List the contract number of any government contract**

| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Fully executed lease - Ontario Mills - Ontario | Ontario Mills Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | State the term remaining | 6/30/2027 | |
| | List the contract number of any government contract | | |

| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | Multilocation Rent Deferral Agreement | Ontario Mills Limited Partnership c/o M.S. Management Associates, Inc. Attn: President, General or Man. Agent 225 West Washington St Indianapolis, IN 46204 |
| | State the term remaining | 6/30/2027 | |
| | List the contract number of any government contract | | |

| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease 1st Amendment Rent Deferral-Outlet at Settlers Green- North Conway | 1675 W.M.H., LLC c/o O.V.P. Management, Inc. 2 Common Court, Unit C13 North Conway, NH 03860 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease-Outlet at Settlers Green- North Conway | 1675 W.M.H., LLC c/o O.V.P. Management, Inc. 2 Common Court, Unit C13 North Conway, NH 03860 |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |

| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Real Property Lease - Fashion Outlets of Chicago - Rosemont, IL | Fashion Outlets of Chicago LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC Macerich Ariz. Partners LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
| | State the term remaining | 8/31/2027 | |
| | List the contract number of any government contract | | |

| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest | Master Rent Relief Agreement- Fashion Outlets of Chicago - Rosemont, IL | Fashion Outlets of Chicago LLC Macerich Mgmt Co., Macerich Prop. Mgmt Co, MCW Property Mgmt, LLC Macerich Ariz. Partners LLC 401 Wilshire Boulevard, #700 Santa Monica, CA 90401-1452 |
| | State the term remaining | 8/31/2027 | |
| | List the contract number of any government contract | | |

**2.1564** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Fully - Merrimack Premium Outlets - Merrimack, NH

Merrimack Premium Outlets
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

**2.1565** **State what the contract or lease is for and the nature of the debtor's interest**

Exterior Signage Agreement- Merrimack Premium Outlets - Merrimack, NH

Merrimack Premium Outlets
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

**2.1566** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement- Merrimack Premium Outlets - Merrimack, NH

Merrimack Premium Outlets
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

**2.1567** **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

Allen Premium Outlets, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

**2.1568** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Allen Premium Outlets

Allen Premium Outlets, LP
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

**2.1569** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Miromar Outlets

Miromar Outlet West, LLC
Attn: Pres., General or Managing Agent
10801 Corkscrew Road, Suite 305
Estero, FL 33928

**State the term remaining**    8/31/2027

**List the contract number of any government contract**

| 2.1570 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 1st Amendment Rent Deferral- Miromar Outlets | Miromar Outlet West, LLC<br>Attn: Pres., General or Managing Agent<br>10801 Corkscrew Road, Suite 305<br>Estero, FL 33928 |
| | **State the term remaining** | 8/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1571 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease- Orlando International Premium Outlets | Orlando Outlet Owner LLC<br>c/o Simon Premium Outlets<br>Attn: Pres., General or Managing Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement - Orlando International Premium Outlets | Orlando Outlet Owner LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 10/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | Multilocation Rent Deferral Agreement | Gilroy Premium Outlets, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1574 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Fully Executed Lease - Gilroy Premium Outlets - Gilroy | Gilroy Premium Outlets, LLC<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease - Chicago Premium Outlets - Chicago PO - Aurora, IL | Chicago Premium Outlets<br>c/o M.S. Management Associates, Inc.<br>Attn: President, General or Man. Agent<br>225 West Washington St<br>Indianapolis, IN 46204 |
| | **State the term remaining** | 9/30/2027 | |
| | **List the contract number of any government contract** | | |

2.1576 **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement - Chicago PO - Aurora, IL

**State the term remaining**    9/30/2027

**List the contract number of any government contract**

Chicago Premium Outlets
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

2.1577 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residentail Lease Agreement - Woodburn Premium Outlets, LLC

**State the term remaining**    9/30/2027

**List the contract number of any government contract**

Woodburn Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
indianapolis, IN 46204-3438

---

2.1578 **State what the contract or lease is for and the nature of the debtor's interest**

Multilocation Rent Deferral Agreement

**State the term remaining**    9/30/2027

**List the contract number of any government contract**

Woodburn Premium Outlets, LLC
c/o M.S. Management Associates, Inc.
Attn: President, General or Man. Agent
225 West Washington St
Indianapolis, IN 46204

---

2.1579 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Round Rock Premium Outlets

**State the term remaining**    2/29/2028

**List the contract number of any government contract**

Round Rock Premium Outlets, L.P.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

---

2.1580 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease Rent Deferral Agreement- Silver Sands Premium Outlets

**State the term remaining**    2/29/2028

**List the contract number of any government contract**

Silver Sands GL I, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

---

2.1581 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease- Silver Sands Premium Outlets

**State the term remaining**    2/29/2028

**List the contract number of any government contract**

Silver Sands GL I, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1582** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease - Premium Outlets - Mercedes, TX

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

Mercedes Premium Outlets, L.P.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**2.1583** **State what the contract or lease is for and the nature of the debtor's interest**

Rent Deferral Agreement - St. Louis Premium Outlets

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

St. Louis Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1584** **State what the contract or lease is for and the nature of the debtor's interest**

Exterior Signage Agreement - St. Louis Premium Outlets

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

St. Louis Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1585** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - St. Louis Premium Outlets

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

St. Louis Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1586** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Williamsburg Premium Outlets

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

Williamsburg Outlets, L.L.C.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1587** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Cincinnati Premium Outlets

**State the term remaining**

2/29/2028

**List the contract number of any government contract**

Cincinnati Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1588** State what the contract or lease is for and the nature of the debtor's interest

Rent Relief Master Agreement - Atlantic City Outlets

State the term remaining 2/29/2028

List the contract number of any government contract

Atlantic City Associates, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1589** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Tanger Outlets

State the term remaining 2/29/2028

List the contract number of any government contract

Atlantic City Associates, LLC
c/o Tanger Management, LLC
Attn: Legal Department
3200 Northline Avenue, Ste 360
Greensboro, NC 27408

**2.1590** State what the contract or lease is for and the nature of the debtor's interest

First Amendment to Lease Agreement - Riverwalk

State the term remaining 2/29/2028

List the contract number of any government contract

Riverwalk Marketplace (New Orleans), LLC
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Fllor
13355 Noel Road
Dallas, TX 75240

**2.1591** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Riverwalk

State the term remaining 2/29/2028

List the contract number of any government contract

Riverwalk Marketplace (New Orleans), LLC
c/o The Howard Hughes Corporation
Attn: General Counsel
One Galleria Tower, 22nd Fllor
13355 Noel Road
Dallas, TX 75240

**2.1592** State what the contract or lease is for and the nature of the debtor's interest

Exterior Signage Agreement- Grand Prairie Premium Outlets - Grand Prairie, TX

State the term remaining 2/29/2028

List the contract number of any government contract

Grand Prairie Outlets, LLC
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**2.1593** State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Lease Agreement- Grand Prairie Premium Outlets - Grand Prairie, TX

State the term remaining 2/29/2028

List the contract number of any government contract

Grand Prairie Outlets, LLC
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**2.1594**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Wrentham Village Premium Outlets

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    2/29/2028

List the contract number of any government contract

**2.1595**  State what the contract or lease is for and the nature of the debtor's interest

First Amendment to Lease Agreement - Wrentham Village

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    2/29/2028

List the contract number of any government contract

**2.1596**  State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Lease Agreement - Birch Run Outlets, II L.L.C - Birch Run, MI

Birch Run Outlets II L.L.C.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    3/31/2028

List the contract number of any government contract

**2.1597**  State what the contract or lease is for and the nature of the debtor's interest

Non-Residential Lease Agreement - Gulf Coast Factory Shops Limited Partnership - Ellenton, FL

Gulf Coast Factory Shops Limited Partnership
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    3/31/2028

List the contract number of any government contract

**2.1598**  State what the contract or lease is for and the nature of the debtor's interest

Exterior Signage Agreement - Leesburg

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    3/31/2028

List the contract number of any government contract

**2.1599**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Leesburg Corner Premium Outlets

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

State the term remaining    3/31/2028

List the contract number of any government contract

**2.1600** **State what the contract or lease is for and the nature of the debtor's interest**

Exterior Signage Agreement - Pleasant Prairie

**State the term remaining**

3/31/2028

**List the contract number of any government contract**

Pleasant Prairie Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1601** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Pleasant Prairie Premium Outlets

**State the term remaining**

3/31/2028

**List the contract number of any government contract**

Pleasant Prairie Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1602** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - The Crossings Premium Outlets

**State the term remaining**

3/31/2028

**List the contract number of any government contract**

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1603** **State what the contract or lease is for and the nature of the debtor's interest**

Exterior Signage Agreement - Clinton Crossing

**State the term remaining**

3/31/2028

**List the contract number of any government contract**

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**2.1604** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Non-Residential Lease Agreement - Outlets at Traverse Mountain, LLC - Lehi, UT

**State the term remaining**

3/31/2023

**List the contract number of any government contract**

Outlets at Traverse Mountain, LLC
4100 MacArthur Boulevard, Suite 200
Newport Beach, CA 92660

**2.1605** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Outlets at Traverse Mountain, LLC - Lehi, UT

**State the term remaining**

3/31/2023

**List the contract number of any government contract**

Outlets at Traverse Mountain, LLC
4100 MacArthur Boulevard, Suite 200
Newport Beach, CA 92660

**2.1606** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Livermore Premium Outlets, LLC - Livermore, CA

Livermore Premium Outlets, LLC
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    3/31/2028

**List the contract number of any government contract**

---

**2.1607** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Grove City Premium Outlets

Grove City Factory Shops Limited Partnership
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

---

**2.1608** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Clinton Crossing Premium Outlets

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

---

**2.1609** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Aurora Farms Premium Outlets

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Premium Outlets
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

---

**2.1610** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Lease Agreement - Premium Outlet Partners, L.P. - Woodbury, NY

Premium Outlet Partners, L.P.
c/o Simon Premium Outlets
Attn: Pres., General or Managing Agent
225 West Washington St
Indianapolis, IN 46204-3438

**State the term remaining**    4/30/2028

**List the contract number of any government contract**

---

**2.1611** **State what the contract or lease is for and the nature of the debtor's interest**

Fourth Amendment to Lease Agreement - Philadelphia - Fashion District Philadelphia

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining**    7/31/2030

**List the contract number of any government contract**

**2.1612** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Lease Agreement - Philadelphia

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining** 7/31/2030

**List the contract number of any government contract**

**2.1613** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Lease Agreement - Philadelphia

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining** 7/31/2030

**List the contract number of any government contract**

**2.1614** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement - Philadelphia Market East

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining** 7/31/2030

**List the contract number of any government contract**

**2.1615** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Lease Agreement - Philadelphia

Keystone Philadelphia Properties, L.P.
c/o PREIT Services, LLC
Attn: General Counsel
200 South Broad Street
The Bellevue, Third Floor
Philadelphia, PA 19102

**State the term remaining** 7/31/2030

**List the contract number of any government contract**

**2.1616** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum to Terms

Avalara
0
100 Ravine Lane NE, Suite 220
Bainbridge Island, WA 98110

**State the term remaining** Active

**List the contract number of any government contract**

**2.1617** **State what the contract or lease is for and the nature of the debtor's interest**

Tax Service Agreement

DEPlabs, Inc.
Attn: John Fardel
920 E Street, Suite 200
San Rafael, CA 94901

**State the term remaining** Active

**List the contract number of any government contract**

**2.1618** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Daiohs First Choice Coffee Services

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1619** **State what the contract or lease is for and the nature of the debtor's interest**

Application Service Agreement - Vanguard Forecast Server SaaS

Vanguard Software Corporation
Attn: Rob Suggs
1100 Crescent Green
Cary, NC 27518

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1620** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement - Vanguard Software Corporation

Vanguard Software Corporation
Attn: Rob Suggs
1100 Crescent Green
Cary, NC 27518

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1621** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Service Agreement

Muzak, LLC

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1622** **State what the contract or lease is for and the nature of the debtor's interest**

Initial Software and Maintenance Schedule

JDA Software, Inc.
Attn: Hamish Brewer, CEO
14400 N. 87th Street
Scottsdale, AZ 85260-3649

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1623** **State what the contract or lease is for and the nature of the debtor's interest**

Select Merchant Payment Instrument Processing Agreement US Agreement

JPMorgan Chase Bank, NA
Attn: Gary D Grijelvs, Director
1401 S. 52nd St
Tempe, AZ 85281

**State the term remaining**

Active

**List the contract number of any government contract**

2.1624  **State what the contract or lease is for and the nature of the debtor's interest**

Custom Final Terms of Service

Wachovia Bank, National Association
Attn: Carey J. Bowles, VP

**State the term remaining**

Active

**List the contract number of any government contract**

2.1625  **State what the contract or lease is for and the nature of the debtor's interest**

Special Terms Agreement

iCIMS, Inc.
Attn: Clark J Convery, Sr. Director, Customer Success
90 Matawan Road
Matawan, NJ 7747

**State the term remaining**

Active

**List the contract number of any government contract**

2.1626  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment 1 to Customer Agreement

JDA Software, Inc.
Attn: Nannette Dayton, Sr Director Global Deal Desk
15059 N. Scottsdale Rd.
Scottsdale, AZ 85254

**State the term remaining**

Active

**List the contract number of any government contract**

2.1627  **State what the contract or lease is for and the nature of the debtor's interest**

Retirement Plan Consulting Services Agreement

Kestra Adivsory Services, LLC
Attn: Advisory Operations
5707 Southwest Parkway
Building 2
4th Floor
Austin, TX 78735

**State the term remaining**

Active

**List the contract number of any government contract**

2.1628  **State what the contract or lease is for and the nature of the debtor's interest**

Custom Final Terms of Service

NOVA Information Systems, Inc.
Attn: Timothy Miller. SVP

**State the term remaining**

Active

**List the contract number of any government contract**

2.1629  **State what the contract or lease is for and the nature of the debtor's interest**

Client Service Agreement for Employment Screening Services

Info Cubic, LLC

**State the term remaining**

Active

**List the contract number of any government contract**

Debtor    Francesca's Collections, Inc.
          Name

Case number (if known) 20-13078

2.1630 **State what the contract or lease is for and the nature of the debtor's interest**

Select Merchant Payment Instrument Processing Agreement US Agreement

Paymentech, LLC

**State the term remaining**

Active

**List the contract number of any government contract**

2.1631 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease - Clay Road Office

Ranger H-TX LP
c/o Stream Realty Partners - Houston, L.P.
Attn: Property Manager
3040 Post Oak Blvd., Ste 600
Houston, TX 77056

**State the term remaining**

Active

**List the contract number of any government contract**

2.1632 **State what the contract or lease is for and the nature of the debtor's interest**

Select Merchant Payment Instrument Processing Agreement US Agreement

Paymentech, LLC
Attn: Gary D Grijelvs, Director
1401 S. 52nd St
Tempe, AZ 85281

**State the term remaining**

Active

**List the contract number of any government contract**

2.1633 **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Ngenx

**State the term remaining**

Active

**List the contract number of any government contract**

2.1634 **State what the contract or lease is for and the nature of the debtor's interest**

Select Merchant Payment Instrument Processing Agreement US Agreement

JPMorgan Chase Bank, NA

**State the term remaining**

Active

**List the contract number of any government contract**

2.1635 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Residential Real Property Lease 1st Amendment - Clay Road Office

Ranger H-TX LP
c/o Stream Realty Partners - Houston, L.P.
Attn: Property Manager
3040 Post Oak Blvd., Ste 600
Houston, TX 77056

**State the term remaining**

Active

**List the contract number of any government contract**

| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Prepaid Car Issuance and Service Agreement | CardFact XXXVI, Inc. |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Residential Real Property Lease 2nd Amendment - Clay Road Office | Ranger H-TX LP c/o Stream Realty Partners - Houston, L.P. Attn: Property Manager 3040 Post Oak Blvd., Ste 600 Houston, TX 77056 |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | Multiterritory Account Service Agreement | Muzak, LLC Attn: Ashley B Harris 8280 Willow Place North Suite 150 Houston, TX 77070 |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Consulting Services Agreement | Gallagher Benefit Services, Inc. Attn: Nick Gonzaga 1900 West Loop South Suite 1600 Houston, TX 77027 |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Consulting Services Agreement | Gallagher Retirement Services c/o Gallagher Benefit Services, Inc. Attn: Meredtih Moore 1900 West Loop South Suite 1600 Houston, TX 77027 |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Consulting Services Agreement | Gallagher Retirement Services c/o Gallagher Benefit Services, Inc. Attn: Julie A. Otermat 1900 West Loop South Suite 1600 Houston, TX 77027 |
| | **State the term remaining** | Active | |
| | **List the contract number of any government contract** | | |

**2.1642** **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement

**State the term remaining** — Active

**List the contract number of any government contract**

Flood Brothers Disposal Inc.
17W 697 Butterfield Rd
Oak Brook Terrace, IL 60181

**2.1643** **State what the contract or lease is for and the nature of the debtor's interest** — Merchant Agreement

**State the term remaining** — Active

**List the contract number of any government contract**

Afterpay US, Inc.

**2.1644** **State what the contract or lease is for and the nature of the debtor's interest** — eCommerce Email Service Order - Renewal

**State the term remaining** — Active

**List the contract number of any government contract**

Bronto Software, Inc.

**2.1645** **State what the contract or lease is for and the nature of the debtor's interest** — Master Services Agreement

**State the term remaining** — Active

**List the contract number of any government contract**

Columbus Consulting International LLC
Attention: Richard Amari
4200 Regent Street, Suite 200
Columbus, OH 43219

**2.1646** **State what the contract or lease is for and the nature of the debtor's interest** — Enagement Letter with Terms of Engagement

**State the term remaining** — Active

**List the contract number of any government contract**

Shutts & Bowen LLP
Attn: Timothy D. Woodward, Partner - Board Certified Construction Law
4301 W. Boy Scout Boulevard
Suite 300
Tampa, FL 33607

**2.1647** **State what the contract or lease is for and the nature of the debtor's interest** — Transportation Consulting Services Agreement

**State the term remaining** — Active

**List the contract number of any government contract**

enVista Concepts, LLC
John Stitz
11711 N. Meridian St. Suite #415
Carmel, IN 46032

**2.1648** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

DS Waters of America, Inc.
5660 New Northside Drive, Suite 500
Atlanta, GA 30328

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1649** **State what the contract or lease is for and the nature of the debtor's interest**

Cable/Fiber Commercial Service Right of Entry

Ranger H-TX LP
c/o Stream Realty Partners - Houston, L.P.
Attn: Property Manager
3040 Post Oak Blvd., Suite 600
Houston, TX 77056

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1650** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement General Terms and Conditions

Fiberlight

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1651** **State what the contract or lease is for and the nature of the debtor's interest**

Prepetition Revolving Credit Agreement, dated as of May 25, 2018 (as amended by that certain First Amendment to Credit Agreement dated as of August 13, 2019

Tiger Finance, LLC
340 N. Westlake Blvd., Ste 260
Westlake, CA 91362

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1652** **State what the contract or lease is for and the nature of the debtor's interest**

Prepetition Term Loan Credit Agreement, dated August 13, 2019

Tiger Finance, LLC
340 N. Westlake Blvd., Ste 260
Westlake, CA 91362

**State the term remaining**

Active

**List the contract number of any government contract**

---

**2.1653** **State what the contract or lease is for and the nature of the debtor's interest**

Employment Letter Agreement

Cindy Thomassee

**State the term remaining**

Active

**List the contract number of any government contract**

2.1654 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment 1, Employment Letter Agreement

Cindy Thomassee

**State the term remaining**

Active

**List the contract number of any government contract**

2.1655 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Letter Agreement

Andrew Clarke

**State the term remaining**

Active

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Francesca's Services Corporation | 340 N. Westlake Blvd, Ste 260 Westlake, CA 91362 | Tiger Finance, LLC | ☑ D ☐ E/F ☐ G |
| 2.2 Francesca's LLC | 340 N. Westlake Blvd, Ste 260 Westlake, CA 91362 | Tiger Finance, LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Francesca's Holdings Corporation | 340 N. Westlake Blvd, Ste 260 Westlake, CA 91362 | Tiger Finance, LLC | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: Francesca's Collections, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-13078

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 12/31/2020 | /s/ Cindy Thomassee |
| Executed on | Signature of individual signing on behalf of debtor |
| | Cindy Thomassee |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |