## UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FHC Services Corporation

Debtor(s)

Case No. 20-13079

Lead Case No. 20-13076

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2025

Petition Date: 12/03/2020

Plan Confirmed Date: 07/20/2021

Plan Effective Date: 07/30/2021

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: FHC Services Corporation
Name of Authorized Party or Entity

/s/ Anthony M. Saccullo
Signature of Responsible Party

01/20/2026
Date

Anthony M. Saccullo
Printed Name of Responsible Party

27 Crimson King Drive
Bear, DE 19701
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                1

Debtor's Name: FHC Services Corporation   Case No. 20-13079

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,558,147 | $20,965,796 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,558,147 | $20,965,796 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $9,156,761 | $0 | $9,156,761 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Bankruptcy Management Soluti | Other | $0 | $1,409,997 | $0 | $1,409,997 |
| ii | | Cole Schotz, P.C. | Other | $0 | $682,184 | $0 | $682,184 |
| iii | | FTI Capital Advisors, LLC | Financial Professional | $0 | $1,793,839 | $0 | $1,793,839 |
| iv | | O'Melveny & Myers, LLP | Lead Counsel | $0 | $3,452,900 | $0 | $3,452,900 |
| v | | Province, LLC | Other | $0 | $933,688 | $0 | $933,688 |
| vi | | Richards, Layton & Finger, LLP | Local Counsel | $0 | $884,153 | $0 | $884,153 |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

Debtor's Name FHC Services Corporation                                                                                           Case No.  20-13079

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name FHC Services Corporation                                       Case No. 20-13079

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | lxxii |  |  |  |  |  |
|  | lxxiii |  |  |  |  |  |
|  | lxxiv |  |  |  |  |  |
|  | lxxv |  |  |  |  |  |
|  | lxxvi |  |  |  |  |  |
|  | lxxvii |  |  |  |  |  |
|  | lxxviii |  |  |  |  |  |
|  | lxxix |  |  |  |  |  |
|  | lxxx |  |  |  |  |  |
|  | lxxxi |  |  |  |  |  |
|  | lxxxii |  |  |  |  |  |
|  | lxxxiii |  |  |  |  |  |
|  | lxxxiv |  |  |  |  |  |
|  | lxxxv |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxix |  |  |  |  |  |
|  | xc |  |  |  |  |  |
|  | xci |  |  |  |  |  |
|  | xcii |  |  |  |  |  |
|  | xciii |  |  |  |  |  |
|  | xciv |  |  |  |  |  |
|  | xcv |  |  |  |  |  |
|  | xcvi |  |  |  |  |  |
|  | xcvii |  |  |  |  |  |
|  | xcviii |  |  |  |  |  |
|  | xcix |  |  |  |  |  |
|  | c |  |  |  |  |  |
|  | ci |  |  |  |  |  |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $372,783 | $0 | $372,783 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | Ahmad, Zavitsanos, Anaipakos, | Other | $0 | $31,023 | $0 | $31,023 |
|  | ii | Doeren Mayhew Texas, PLLC | Other | $0 | $0 | $0 | $0 |
|  | iii | Genova Burns LLC | Other | $0 | $11,740 | $0 | $11,740 |
|  | iv | ICR, LLC | Other | $0 | $823 | $0 | $823 |
|  | v | Lewis Roca Rothgerber Christie | Other | $0 | $2,508 | $0 | $2,508 |
|  | vi | McGuireWoods LLP | Other | $0 | $39,345 | $0 | $39,345 |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name: FHC Services Corporation    Case No. 20-13079

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Pandoblox Inc. | Other | $0 | $0 | $0 | $0 |
| | viii | Pierce Atwood LLP | Other | $0 | $5,505 | $0 | $5,505 |
| | ix | Tucker Ellis LLP | Other | $0 | $1,472 | $0 | $1,472 |
| | x | KPMG, LLP | Other | $0 | $280,367 | $0 | $280,367 |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name FHC Services Corporation                                                         Case No.  20-13079

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name FHC Services Corporation                                                                                         Case No.  20-13079

|     | | | | | |
|-----|--|--|--|--|--|
| xci    | | | | | |
| xcii   | | | | | |
| xciii  | | | | | |
| xciv   | | | | | |
| xcv    | | | | | |
| xcvi   | | | | | |
| xcvii  | | | | | |
| xcviii | | | | | |
| xcix   | | | | | |
| c      | | | | | |
| ci     | | | | | |
| c. All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $13,088,616 | $0 | $1,664,830 | $1,664,830 | 100% |
| b. Secured claims | $241,088 | $0 | $1,955 | $1,955 | 100% |
| c. Priority claims | $1,835,784 | $0 | $49,019 | $49,019 | 100% |
| d. General unsecured claims | $23,162,368 | $2,169,440 | $2,169,440 | $2,169,440 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                            Yes ○    No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   09/30/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ●    No ○

Debtor's Name FHC Services Corporation                                                                 Case No. 20-13079

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Anthony M. Saccullo                                                    Anthony M. Saccullo
Signature of Responsible Party                                    Printed Name of Responsible Party

Plan Administrator                                                            01/20/2026
Title                                                                                      Date

Debtor's Name FHC Services Corporation                                      Case No.  20-13079


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name FHC Services Corporation                                       Case No. 20-13079


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                          10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FHC HOLDINGS CORPORATION, *et al.*,[1]<br>Debtors. | Case No. 20-13076 (BLS) |
| | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY AND DISCLAIMERS REGARDING POST-
CONFIRMATION REPORT FOR THE QUARTER ENDED DECEMBER 31, 2025.**

FHC Holdings Corporation (f/k/a Francesca's Holdings Corporation) and its subsidiaries FHC LLC (f/k/a Francesca's LLC), FHC Collections, Inc. (f/k/a Francesca's Collections, Inc.), and FHC Services Corporation (f/k/a Francesca's Services Corporation), as debtors and debtors in possession (each, a "**Debtor**" and collectively, the "**Debtors**") in the above-captioned jointly administered case (collectively, the "**Chapter 11 Cases**") have filed the attached post-confirmation report (the "**PCR**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 737] (as may be amended, supplemented, or otherwise modified from time to time, and including all exhibits and supplements thereto, the "**Disclosure Statement & Plan**"), Mr. Anthony M. Saccullo, solely in his capacity as Plan Administrator (the "**Plan Administrator**") and authorized representative of the Debtors, prepared the PCR with the assistance of his advisors and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (see https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Debtors or their estates.

The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Plan Administrator relied on financial data from the books and records available to him at the time of such preparation, as well as certain filings on the docket in the Chapter 11 Cases. Although the Plan Administrator made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Debtors and Plan Administrator reserve the right to amend and supplement the PCR as may be necessary or appropriate.

**Part 1: Summary of Post-Confirmation Transfers**

Attached hereto as Exhibit A is a summary of the cumulative cash disbursements and total UST Fees owed for this quarter.

**Part 2: Preconfirmation Professional Fees and Expenses**

The Plan became effective on December 3, 2020 (the "**Effective Date**"). On the Effective Date, the Plan Administrator was appointed in accordance with the terms of the Plan.

Part 2.a.

Stretto ("**Stretto**") was appointed as Claims and Noticing Agent by order of the Court entered December 8, 2020 [Docket No. 84] (the "**Stretto Appointment Order**"). Pursuant to the Stretto Appointment Order, the Debtor was authorized to make payments to Stretto in its capacity as claims and noticing agent without further Court order.

Part 2.b.

Other than the professionals listed on the PCR form for Part 2.b., the Plan Administrator does not have information relating to any professional fees or expenses paid by the Debtors prior to the Effective Date.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

Part 3.a.

"Total Anticipated Payments Under Plan" are unknown at this time and will depend on, among other things, the Plan Administrator's ongoing claims reconciliation efforts and the resultant final allowed amount of such claims and the post-Effective Date administrative expenses of the Debtors' estates.

The claims reconciliation process is ongoing, and the Plan Administrator is not able to determine at this time the total amount of claims that will be allowed. As such, reporting with respect to the anticipated total amount of "Allowed Claims" of all priority levels is not possible at this time.

The amounts in the column labeled "Total Anticipated Payments Under Plan" were taken from the Disclosure Statement & Plan and represent the Debtors' best estimates available at the time the Disclosure Statement & Plan were filed. Pursuant to the Disclosure Statement & Plan, the Debtors estimated recoveries to holders of allowed General Unsecured Claims at between 0% and 30.2% of the total estimated "Allowed Claims" amount of $76,696,582, equal to $0 to $23,162,368 in total aggregate payments on account of such claims.

Part 3.b.

Secured Claims – Paid Current Quarter and Paid Cumulatively include certain payments of personal property tax invoices owed by the Debtors that would otherwise qualify as receiving Secured Claim status, which under the terms of the Plan and applicable state law were not required to formally assert a proof of claim in the Chapter 11 Case.

Part 3.c.

On December 23, 2025, the Debtors issued an interim pro-rata disbursement to Holders of Allowed General Unsecured Claims. The amounts reflected for "Total cash disbursements" (Part 1, Section A) and paid general unsecured claims (Part 3, Section D) include only checks that were cashed prior to quarter-end on December 31, 2025. Any checks from this interim disbursement that are cashed after December 31, 2025 will be reflected in the applicable subsequent reporting periods.

**Part 4: Questionnaire**

The inclusion of the September 30, 2026 date in Part 4 is a placeholder. The Plan Administrator cannot currently anticipate, with any degree of certainty, when the application for a Final Decree closing the Chapter 11 Case may be filed.

## Exhibit A

United States Trustee Fees Calculations: October 1, 2025 – December 31, 2025

| | Case Number | Debtor Entity | Reporting Period | Disbursements from Period | UST Fee Amount for Period |
|---|---|---|---|---:|---:|
| 1 | 20-13076 | FHC Holdings Corporation | Quarter Ended 12/31/25 | $ 1,742.00 | $ 250.00 |
| 2 | 20-13077 | FHC, LLC | Quarter Ended 12/31/25 | $ - | $ 250.00 |
| 3 | 20-13078 | FHC Collections, Inc. | Quarter Ended 12/31/25 | $ 2,319,565.00 | $ 18,557.00 |
| 4 | 20-13079 | FHC Services Corporation | Quarter Ended 12/31/25 | $ 2,558,147.00 | $ 20,465.00 |
| | | | Total | $ 4,879,454.00 | $ 39,522.00 |